**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     **4/19**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **iPic-Gold Class Entertainment, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  See Rider 1** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-3274684** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**Principal place of business**

**433 Plaza Real, Suite 335**
**Boca Raton, FL 33432**
Number, Street, City, State & ZIP Code

**Palm Beach**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.ipic.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | |

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **iPic-Gold Class Entertainment, LLC**
        _____
        Name

Case number (*if known*) _____

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **5121**

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | _____ | | _____ | | _____ | |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

Debtor    **See Rider 2**                     Relationship    **Affiliate**

District  **Delaware**          When _____  Case number, if known _____

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    08/05/2019
                       MM / DD / YYYY

X _____        **Hamid Hashemi**
Signature of authorized representative of debtor        Printed name

Title    **President and Chief Executive Officer**

---

**18. Signature of attorney**

X _____        Date    08/05/2019
Signature of attorney for debtor                              MM / DD / YYYY

**Peter J. Keane**
Printed name

**Pachulski Stang Ziehl & Jones LLP**
Firm name

**919 N. Market Street**
**17th Floor**
**Wilmington, DE 19899**
Number, Street, City, State & ZIP Code

Contact phone    **302-652-4100**        Email address    **pkeane@pszjlaw.com**

**5503 DE**
Bar number and State

---

**Rider 1 to Voluntary Petition**

**All Names Used in Last 6 Years**

Big Daddy's Brew and Que
City Perch
iPic Entertainment
iPic Theatres
The Tuck Room
The Tuck Room Tavern
Tanzy

## Rider 2 to Voluntary Petition

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case (collectively, the "Debtors"), filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code.  Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting an order authorizing joint administration of the cases with that of iPic-Gold Class Entertainment, LLC, the Lead Debtor for administrative purposes only.


iPic Entertainment Inc.
iPic-Gold Class Entertainment, LLC
iPic Gold Class Holdings LLC
iPic Media LLC
iPic Texas, LLC
Delray Beach Holdings, LLC

# SECRETARY'S CERTIFICATE

## OF

## IPIC-GOLD CLASS ENTERTAINMENT, LLC

_____ August 1 __, 2019


The undersigned hereby certifies that he is the duly elected and qualified acting Secretary of iPic-Gold Class Entertainment, LLC, a Delaware limited liability company (the "**Company**"), and further certifies in such capacity that attached hereto as **Exhibit A** is a true, complete and correct copy of resolutions of the sole managing member of the Company.  Such resolutions have not been amended, modified or rescinded since their adoption and remain in full force and effect as of the date hereof.

**IN WITNESS WHEREOF**, the undersigned has executed this Secretary's Certificate as of the date first set forth above.

_____
Paul Safran
Secretary

## <u>EXHIBIT A</u>

**Resolutions of Sole Managing Member of**

**iPic-Gold Class Entertainment, LLC**

**WRITTEN CONSENT OF
SOLE MANAGING MEMBER OF
IPIC-GOLD CLASS ENTERTAINMENT, LLC
(a Delaware Limited Liability Company)**

The undersigned, being the sole managing member (the "***Manager***") of iPic-Gold Class Entertainment, LLC, a Delaware limited liability company (the "***Company***"), does hereby consent to the adoption of the following resolutions in accordance the Delaware Limited Liability Company Act:

WHEREAS, the Manager has considered the financial and operational aspects of the Company's business;

WHEREAS, the Manager has reviewed the historical performance of the Company, the market for the Company's products and services, and the current and long-term liabilities of the Company;

WHEREAS, the Manager has, over the last several months, reviewed the materials presented to it by the management of and the advisors to the Company regarding the possible need to undertake a financial and operational restructuring of the Company;

WHEREAS, the Manager has analyzed each of the financial and strategic alternatives available to it and the impact of the foregoing on the Company's business and its stakeholders;

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Manager, it is desirable and in the best interests of the Company, its creditors, employees, stakeholders and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***") in the United States Bankruptcy Court for the District of Delaware (the "***Bankruptcy Court***");

RESOLVED FURTHER, that the officers of the Company (each, an "***Authorized Officer***") be, and each of them hereby is, authorized on behalf of the Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that any such Authorized Officer deems necessary, desirable and proper in connection with the Company's chapter 11 case, which include, but is not limited to, selling all or substantially all of the Company's assets or restructuring its financial obligations pursuant to confirmation of a chapter 11 plan;

RESOLVED FURTHER, that the Authorized Officers, on behalf of the Company, are authorized and empowered to retain the law firm of Pachulski Stang Ziehl & Jones LLP ("***PSZ&J***") as bankruptcy counsel  to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of PSZ&J;

RESOLVED FURTHER, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the services of Aurora Management Partners as the Company's financial advisor, effective as of the date the petition is filed, and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Aurora Management Partners;

RESOLVED FURTHER, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the services of Stretto as the Company's claims, noticing, solicitation agent and administrative advisor, effective as of the date the petition is filed, and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Stretto;

RESOLVED FURTHER, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to hire a chief restructuring officer ("*CRO*") acceptable to the Authorized Officers, and the firm at which such a CRO is employed to assist it in the execution of its day to day duties as CRO. The CRO, subject to oversight of the Board will lead the Company restructuring efforts along with the Company's advisors, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy petition, and to cause to be filed an appropriate application for authority to hire the CRO and its affiliated firm;

RESOLVED FURTHER, that the Authorized Officers of the Company be, and hereby are, authorized and empowered to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed appropriate applications with the Bankruptcy Court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper;

RESOLVED FURTHER, that the Authorized Officers, on behalf of the Company, be, and hereby are, authorized and directed, to the extent necessary, to obtain financing, including, without limitation, under one or more debtor-in-possession credit facilities, and post-petition use of cash collateral according to the terms negotiated, or to be negotiated, by the management of the Company; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute any appropriate agreements and related ancillary documents;

RESOLVED FURTHER, that the Authorized Officers be, and each of them hereby is, authorized on behalf of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits,

applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by any such Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case;

RESOLVED FURTHER, that the Authorized Officers be, and each of them hereby is, authorized on behalf of the Company to take any and all actions and steps deemed by any such Authorized Officer to be necessary or desirable to the develop, file and seek confirmation of a chapter 11 plan and related disclosure statement;

RESOLVED FURTHER, that any and all actions heretofore taken by any Authorized Officer or the directors of the Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects; and

RESOLVED FURTHER, that the foregoing resolutions be filed with the records of the meetings of the Manager.

IN WITNESS WHEREOF, the undersigned has duly executed this Written Consent of Sole Managing Member as of _____August 1___, 2019.

**SOLE MANAGING MEMBER:**

iPic Gold Class Holdings LLC,
a Delaware limited liability company

By:_____
Name:    Paul Safran
Title:    Senior Vice President & General Counsel

*SIGNATURE PAGE TO WRITTEN CONSENT OF*
*SOLE MANAGING MEMBER OF IPIC-GOLD CLASS ENTERTAINMENT, LLC*

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **iPic-Gold Class Entertainment, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■  Other document that requires a declaration    **Corporate Ownership Statement, List of Equity Holders, Creditor Matrix Certification**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___08/05/2019___    X _____
Signature of individual signing on behalf of debtor

**Hamid Hashemi**
Printed name

**President and Chief Executive Officer**
Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  iPic-Gold Class Entertainment, LLC

United States Bankruptcy Court for the:  District of Delaware

(State)

Case number (If known):  19-_____

☐ Check if this is an
amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims (on a consolidated basis) and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1. Yetter Coleman LLP 811 Main Street, Suite 4100 Houston, TX 77002 | Tel: (713) 632-8000 Fax: (713) 632-8002 Email: info@yettercoleman.com | Professional Services | | | | $2,839,357.00 |
| 2. Class Action Claimants KJT Law Group LLP Vache A. Thomassian 230 North Maryland Ave. Suite 306 Glendale, CA 91206-4281 Adams Employment Counsel Christopher A. Adams 4740 Calle Carga Camarillo, CA 93012 | KJT Law Group LLP Vache A. Thomassian Tel: (818) 507-8525 Emal: vache@kjtlawgroup.com Adams Employment Counsel Christopher A. Adams Tel: (818) 425-1437 Email: ca@adamsemploymentcounsel.com | Settlement | Contingent | | | $1,500,000.00 |
| 3. Walt Disney Studio Pictures PO Box 732554 Dallas, TX 75373 Walt Disney Studio Pictures 500 South Buena Vista Street Burbank, CA 91521 | Sandy Moruzzi Tel: (818) 840-1940 Email sandy.moruzzi@disney.com | Trade Debt | | | | $1,339,549.00 |

Debtor  iPic-Gold Class Entertainment, LLC
Name

Case number (if known) 19-

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 4. Superl Sequoia Limited Unit 612, 6/F Tower 1 833 Cheung Sha Wan Road Kowloon, Hong Kong | Tel: +852 3104 3000 Email: info@superl.com.hk | Trade Debt | | | | $911,595.00 |
| 5. Sysco 1390 Enclave Parkway Houston , TX 77077-2099 | Tel: (281) 584-1390 Email creditcentral@sbs.sysco.com | Trade Debt | | | | $798,457.00 |
| 6. Sony Pictures PO Box 840550 Dallas, TX 75284-0550  Sony Pictures 10202 West Washington Blvd Culver, City CA 90232 | Robin Kittrell Tel: (310) 244-8770 Email Robin_Kittrell@spe.sony.com | Trade Debt | | | | $688,723.00 |
| 7. TDC Fort Lee LLC c/o Lincoln Eastern Management Corp 2030 Hudson Street Unit 520 Fort Lee, NJ 07024 | Tel: (201) 947-2111 Email hudsonlights@lincolnapts.com | Rent | | | | $354,366.00 |
| 8. Ecostruction LLC 946 NE 80th Street Miami, FL 33138 | Sam Modzelewski Tel: (305) 788-7483 Email: sam@ecostruction.us  Jeff Grueninger Tel: (786) 853-1726 Email: Jeff@ecostruction.us | Trade Debt | | | | $320,614.00 |

Debtor  iPic-Gold Class Entertainment, LLC
Name

Case number (if known) 19-

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9. River Town Square Regency, LLC C/o Regency Centers Corporation PO Box 844235 Boston, MA 02284-4235<br><br>Regency Centers One Independent Drive Suite 114 Jacksonville, FL 3220-5019<br><br>Regency Centers 28 Church Lane, 2nd Floor Westport, CT 06880 | Michael McAndrews Tel: (203) 635-5580 Email MichaelMcAndrews@regencycenters.com | Trade Debt | | | | $302,672.00 |
| 10. Hodges & Associates, PLLC 13642 Omega Road Dallas, TX 75244-4514 | Gerald Luecke, President Tel: (972) 387-1000 Email: info@hodgesusa.com | Professional Services | | | | $292,831.00 |
| 11. SDQ Fee, LLC 15059 N. Scottsdale Rd Suite 205 Scottsdale, AZ 85254<br><br>SDQ Fee, LLC c/o WP Glimcher 180 E. Broad Street, 21st Floor Columbus, OH 43215 | Greg Zimmerman Tel: (614) 887-5887 Tel: (614) 621-9000 Email greg.zimmerman@washingtonprime.com | Rent | | | | $267,580.00 |
| 12. Integrated Media System DBA Be Media 9729 Lurline Ave Chatsworth, CA 91311 | Tel: (310) 725-8500 Email: letstalk@bemedia.com | Trade Debt | | | | $196,072.00 |
| 13. Crowe LLP 320 E Jefferson Blvd South Bend, IN 46624 | Tel: (574) 232-3992 Fax: (574) 236-8692 | Professional Services | | | | $155,937.00 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims (on a consolidated basis)**    page 3

DOCS_DE:224525.1

Debtor  iPic-Gold Class Entertainment, LLC
Name

Case number (if known) 19-

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14. Federal Realty Investment Trust<br>Lock Box #9320<br>PO Box 8500<br>Philadelphia, PA 19178-9320<br><br>Federal Realty Investment Trust<br>1626 E. Jefferson St.<br>Rockville, MD 20852 | Tel: (301) 998-8100<br>Tel: (443) 219-1820<br>Email<br>IR@federalrealty.com | Rent | | | | $152,520.00 |
| 15. ID & Design International, Inc.<br>5100 North Dixie Highway<br>Fort Lauderdale, FL 33334 | Casie Idle<br>Tel: (954) 566-2828<br>Email:<br>casie@issidesign.com | Professional Services | | | | $149,504.00 |
| 16. Universal Film Exchanges<br>PO BOX: 848270<br>Dallas, TX 75284-8270<br><br>Bank Of America Lockbox Services<br>1950 N Stemmons Fwy<br>Ste 5010, Lockbox# 848270<br>Dallas, TX 75207-3199 | Carla Ortiz<br>Tel: (469) 484-9600<br>Email<br>carla.ortiz@nbcuni.com | Trade Debt | | | | $124,740.00 |
| 17. Paramount Pictures / Dreamworks<br>P.O. Box 748774<br>Los Angeles, CA 90074-8774<br><br>Paramount Pictures / Dreamworks<br>5515 Melrose Ave, Los Angeles, CA 90038 | Beth Ozburn<br>Tel: (212) 258-6000<br>Email<br>beth.ozburn@viacom.com | Trade Debt | | | | $122,196.00 |
| 18. Schindler Elevator Corporation<br>U.S. Headquarters<br>20 Whippany Road<br>Morristown, NJ 07960 | Tel: (973) 397-6500 | Trade Debt | | | | $120,266.00 |

Debtor  iPic-Gold Class Entertainment, LLC
Name

Case number (if known) 19-

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19. Softeq Development Corporation 1155 Dairy Ashford Suite 125 Houston, TX 77079 | Tel: (281) 552-5000 Email: info@softeq.com | Trade Debt | | | | $118,100.00 |
| 20. Stainless Fixtures Inc 1250 E Franklin Avenue Pomona, CA 91766 | Tel: (909) 622-1615 | Trade Debt | | | | $113,790.00 |
| 21. Jackson Lewis PC 225 Broadway Suite 2000 San Diego CA 92101 | David G. Hoiles, Jr. Managing Principal Tel: (619) 573-4900 Fax: (619) 573-4901 Email: david.hoiles@jacksonlewis.com | Professional Services | | | | $109,460.00 |
| 22. Delray Beach 4th & 5th Avenue LLC 136 Brookline Avenue Boston, MA 2215 | Samuels & Associates Management LLC Tel: (617) 247-3434 Fax: (617) 247-8788 info@samuelsre.com | Rent | | | | $98,070.00 |
| 23. Driscoll Foods 174 Delawanna Ave Clifton, NJ 07014 | P. Carson Tel: (973) 672-9400 Email pcarson@driscollfoods.com | Trade Debt | | | | $93,944.00 |
| 24. Spencer Stuart 355 Alhambra Cir Suite 1300 Coral Gables, FL 33134 | David Mac Eachern Tel: (305) 443-991 dmaceachern@spencerstuart.com | Professional Services | | | | $91,666.00 |
| 25. IPFS Corporation P.O. Box 730223 Dallas, TX 75373-0223 | Vera Kagan, Assoc. General Counsel Tel: (816) 627-0500 | Insurance | | | | $88,842.00 |
| 26. AVCO Center Corporation 10850 Wilshire Blvd Ste 1050 Los Angeles, CA 90024 | Bob yari, President Tel: (310) 689-1651 | Professional Services | | | | $88,667.00 |
| 27. Cardlytics Inc. 675 Ponce de Leon Ave NE Suite 6000 Atlanta, GA 30308 | Scott D. Grimes, CEO Tel: (888) 798-5802 | Trade Debt | | | | $87,072.00 |

Debtor    iPic-Gold Class Entertainment, LLC
Name

Case number (if known) 19-

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 28. Lane Valente Industries 20 Keyland Court Bohemia, NY 11716 | Tel: (613) 454-9100 | Trade Debt | | | | $86,205.00 |
| 29. America's Escape Game 8723 International Dr. Orlando, FL 32819 | Jim Llewllyn, COO Tel: (407) 412-5585 | Trade Debt | | | | $85,000.00 |
| 30. Village FV Ltd c/o LPC Retailing Accounting, 2000 McKinney Ave STE 1000 Dallas TX 75012 027 | Dennis Streit, CFO Tel: (214) 740-3300 Fax: (214) 740-3313 | Rent | | | | $85,000.00 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims (on a consolidated basis)**    page 6
DOCS_DE:224525.1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| iPic-Gold Class Entertainment, LLC, | Case No. 19-_____ (___) |
| Debtor. | |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the Debtor, certifies that the following is a corporation other than the Debtor, or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1.

☐ None [*check if applicable*]

      Name:       iPic Gold Class Holdings LLC
      Address:   433 Plaza Real, Suite 335
                 Boca Raton, FL 33432

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| iPic-Gold Class Entertainment, LLC, | Case No. 19-_____ (___) |
| Debtor. | |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case:

Name:           iPic Gold Class Holdings LLC
Address:      433 Plaza Real, Suite 335
                Boca Raton, FL 33432

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| iPic-Gold Class Entertainment, LLC, | Case No. 19-_____ (___) |
| Debtor. | |

## CERTIFICATION OF CREDITOR MATRIX

Pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, the above captioned debtor (the "Debtor") hereby certifies that the *Creditor Matrix* submitted herewith contains the names and addresses of the Debtor's creditors.  To the best of the Debtor's knowledge, the *Creditor Matrix* is complete, correct, and consistent with the Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records as of the petition date.  However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Creditor Matrix* have been completed.  Therefore, the listing does not, and should not, be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtor.