## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| iPic-Gold Class Entertainment LLC, *et al.*,[1] | Case No. 19-11739 (LSS) |
| Debtors. | (Joint Administration Requested) |

**Hearing Date: August 6, 2019, at 2:00 p.m. (ET)**

## NOTICE OF HEARING ON DEBTORS' MOTION FOR INTERIM AND FINAL ORDERS: (A) AUTHORIZING DEBTORS IN POSSESSION TO (I) OBTAIN POSTPETITION FINANCING PURSUANT TO 11 U.S.C. §§ 105, 362, 363, AND 364, (II) GRANT LIENS AND SUPERPRIORITY CLAIMS TO POSTPETITION LENDERS PURSUANT TO 11 U.S.C. §§ 364; (III) USE CASH COLLATERAL, AND (IV) PROVIDE ADEQUATE PROTECTION TO PREPETITION CREDIT PARTIES, (B) MODIFYING AUTOMATIC STAY PURSUANT TO 11 U.S.C. §§ 361, 362, 363, AND 364; AND (C) SCHEDULING FINAL HEARING PURSUANT TO BANKRUPTCY RULES 4001(B) AND (C) AND <u>LOCAL BANKRUPTCY RULE 4001-2</u>

**PLEASE TAKE NOTICE** that on August 5, 2019, the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") filed the *Debtors' Motion for Interim and Final Orders: (A) Authorizing Debtors in Possession to (I) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 362, 363, and 364, (II) Grant Liens and Superpriority Claims to Postpetition Lenders Pursuant to 11 U.S.C. §§ 364; (III) Use Cash Collateral, and (IV) Provide Adequate Protection to Prepetition Credit Parties, (B) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364; and (C) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Bankruptcy Rule 4001-2* [Docket No. 15] (the "<u>DIP Motion</u>").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: iPic Entertainment Inc. (9582); iPic-Gold Class Entertainment, LLC (4684); iPic Gold Class Holdings LLC (6315); iPic Media, LLC (0150); iPic Texas, LLC (N/A); and Delray Beach Holdings, LLC (1035). The Debtors' principal place of business is 433 Plaza Real, Suite 335, Boca Raton, FL 33432.

1

PLEASE TAKE FURTHER NOTICE that the Debtors attached to the DIP Motion the proposed *Interim Order: (A) Authorizing Debtors to (I) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 362, 363, and 364, (II) Grant Liens and Superpriority Clams to Postpetition Lenders Pursuant to 11 U.S.C. § 364; (III) Use Cash Collateral, and (IV) Provide  Adequate Protection to Prepetition Credit Parties, (B) Modifying the Automatic Stay Pursuant to 11 U.S.C. §§ 361, 362, 363 and 364; and (C) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001(b) and (c) and Local Bankruptcy Rule 4001-2* (the "Proposed Interim Order").  A copy of the Proposed Interim Order is attached hereto as **Exhibit A.**

PLEASE TAKE FURTHER NOTICE that the Debtors intend to seek interim approval of the DIP Motion and entry of the Proposed Interim Order in substantially the form attached hereto at a hearing (the "Interim Hearing") before the Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware (the "Court"), located at 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801, on **August 6, 2019 at 2:00 p.m. (Eastern time)**.  A copy of the DIP Motion be obtained for a fee through the Court's website at www.deb.uscourts.gov, referencing Case No. 19-11739 (LSS), or may be obtained for free by accessing the Debtors' restructuring website at https://cases.stretto.com/iPic.

PLEASE TAKE FURTHER NOTICE that after the Interim Hearing, the Debtors will serve upon you a complete copy of (a) the DIP Motion, (b) any Interim Order entered by the Court at the Interim Hearing, and (c) notice of the final hearing on the DIP Motion.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to modify, if necessary, the Proposed Interim Order before or at the Interim Hearing.

Dated:   August 5, 2019

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
_____
Jeffrey N. Pomerantz (CA Bar No. 143717)
Debra I. Grassgreen (CA Bar No. 169978)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
E-mail:    jpomerantz@pszjlaw.com
           dgrassgreen@pszjlaw.com
           pkeane@pszjlaw.com

*Proposed Attorneys for Debtors and Debtors in Possession*