IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>iPic-Gold Class Entertainment, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11739 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 11, 43** |

**NOTICE OF ENTRY OF ORDER (I) AUTHORIZING DEBTORS TO (A) PAY AND HONOR PREPETITION COMPENSATION, REIMBURSABLE BUSINESS EXPENSES AND EMPLOYEE BENEFIT OBLIGATIONS AND (B) MAINTAIN AND CONTINUE CERTAIN COMPENSATION AND BENEFIT PROGRAMS POSTPETITION AND (II) GRANTING RELATED RELIEF**

TO:   (a) the Office of the U.S. Trustee for the District of Delaware; (b) counsel for the Lenders; (c) the Debtors' thirty largest unsecured creditors on a consolidated basis; and (d) any party that has requested notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on August 5, 2019, the above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code with the Clerk of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Debtors presented certain first-day motions at a hearing before the Honorable Laurie Selber Silverstein at the Bankruptcy Court on August 6, 2019. The Bankruptcy Court entered relief on the *Motion for Entry of Order (I) Authorizing Debtors to (A) Pay and Honor Prepetition Compensation, Reimbursable Business Expenses, and Employee Benefit Obligations, and (B) Maintain and Continue Certain Compensation and Benefit Programs Postpetition and (II) Granting Related Relief* [Docket

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: iPic Entertainment Inc. (9582); iPic-Gold Class Entertainment, LLC (4684); iPic Gold Class Holdings LLC (6315); iPic Media LLC (0150); iPic Texas, LLC (N/A); and Delray Beach Holdings, LLC (1035). The Debtors' principal place of business is 433 Plaza Real, Suite 335, Boca Raton, FL 33432.

No. 11], attached hereto as <u>Exhibit 1</u>, and entered the *Order (I) Authorizing Debtors to (A) Pay and Honor Prepetition Compensation, Reimbursable Business Expenses and Employee Benefit Obligations and (B) Maintain and Continue Certain Compensation and Benefit Programs Postpetition and (II) Granting Related Relief* [Docket No. 43], attached hereto as <u>Exhibit 2</u>.

| | |
|---|---|
| Dated:  August 7, 2019 | PACHULSKI STANG ZIEHL & JONES LLP |

*/s/ Peter J. Keane*
Jeffrey N. Pomerantz (CA Bar No. 143717)
Debra I. Grassgreen (CA Bar No. 169978)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:    jpomerantz@pszjlaw.com
           dgrassgreen@pszjlaw.com
           pkeane@pszjlaw.com

*Proposed Attorneys for Debtors and Debtors in Possession*