**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| iPic-Gold Class Entertainment, LLC | : | Case No. 19-11739 (LSS) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor(s). | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1.     **Mary Ryan, Class Action Representative**, Attn: KJT Law Group, LLP, 230 North Maryland Avenue, Suite 306, Glendale, CA 91206-4281, Phone: 818-507-8525; Fax: 818-507-8588

2.     **Superl Sequoia Limited**, Attn: Philippe Hum, Unit 612, 6/F Tower 1, 833 Cheung Sha Wan Road, Kowloon, Hong Kong, Phone: 852-3104-3000

3.     **SDQ Fee, LLC**, Attn: Stephen Ifeduba, 180 East Broad Street, Columbus, OH 43215, Phone: 614-887-5625, Fax: 614-621-8863

4.     **Regency Centers, L.P.**, Attn: Ernst Bell, One Independent Drive, Suite 114, Jacksonville, FL 32202, Phone: 904-598-7685, Fax: 904-354-6094

5.     **Brookfield Property REIT, Inc.,** Attn: Julie Minnick Bowden, 350 N. Orleans St., Suite 300, Chicago, IL 60654, Phone: 312-960-2707; Fax: 312-442-6374

                                            ANDREW R. VARA
                                            Acting United States Trustee, Region 3


                                            /s/ *Benjamin Hackman* for
                                            T. PATRICK TINKER
                                            ASSISTANT UNITED STATES TRUSTEE

DATED: August 14, 2019

Attorney assigned to this Case: Benjamin Hackman, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' proposed counsel: Peter Keane, Esq., Phone: 302-652-4100, Fax: 302-652-4400