IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>iPic-Gold Class Entertainment, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11739 (LSS)<br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON AUGUST 22, 2019 AT 2:00 P.M. (EASTERN TIME)**

**The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.**

**Any party participating telephonically should make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., one (1) business day before the hearing.**

## MATTER GOING FORWARD

1. **Critical Vendor Cap Motion** – Debtors' Motion: (A) to Increase Interim Critical Vendor Cap and Interim PACA/PASA Cap; and (B) Granting Related Relief [Filed: 8/15/19] (Docket No. 98).

    Response Deadline:   August 21, 2019 at 12:00 p.m. Eastern Time.

    Responses Received:  None as of the date hereof.

    Related Documents:

    a) Debtors' Motion to Shorten Notice and Schedule Hearing with Respect to Debtors' Motion: (A) to Increase Interim Critical Vendor Cap and Interim PACA/PASA Cap; and (B) Granting Related Relief [Filed: 8/15/19] (Docket No. 99).

    b) [Signed] Order Granting Debtors' Motion to Shorten Notice and Schedule Hearing with Respect to Debtors' Motion: (A) to Increase Interim Critical Vendor

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: iPic Entertainment Inc. (9582); iPic-Gold Class Entertainment, LLC (4684); iPic Gold Class Holdings LLC (6315); iPic Media LLC (0150); iPic Texas, LLC (N/A); and Delray Beach Holdings, LLC (1035). The Debtors' principal place of business is 433 Plaza Real, Suite 335, Boca Raton, FL 33432.

        Cap and Interim PACA/PASA Cap; and (B) Granting Related Relief [Filed: 8/15/19] (Docket No. 103).

c)    Notice of Hearing on Debtors' Motion: (A) to Increase Interim Critical Vendor Cap and Interim PACA/PASA Cap; and (B) Granting Related Relief [Filed: 8/15/19] (Docket No. 107).

<u>Status</u>: This matter will go forward.

Dated: August 20, 2019

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Jeffrey N. Pomerantz (CA Bar No. 143717)
Debra I. Grassgreen (CA Bar No. 169978)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: jpomerantz@pszjlaw.com
       dgrassgreen@pszjlaw.com
       pkeane@pszjlaw.com

*Proposed Counsel for the Debtors and Debtors-in-Possession*