# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| iPic-Gold Class Entertainment, LLC,, *et al.*, | ) Case No. 19-11739 (LSS) |
| Debtors. | ) (Jointly Administered) |

## MOTION AND ORDER FOR *PRO HAC VICE* ADMISSION
## OF PHILLIP M. HUDSON, III, ESQUIRE

Pursuant to Local Rule 9010-1 and the certification below, counsel moves the admission *pro hac vice* of Phillip M. Hudson, III to represent Dezer Intracoastal Mall LLC in this action.

Dated: August 20, 2019

/s/ Aaron S. Applebaum
Aaron S. Applebaum (DE Bar No. 5587)
**SAUL EWING ARNSTEIN & LEHR LLP**
1201 N. Market Street, Suite 2300
Wilmington, DE 19899
(302) 421-6800

*Counsel for Dezer Intracoastal Mall LLC*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

/s/ Phillip M. Hudson, III
Phillip M. Hudson, III, Esquire
**SAUL EWING ARNSTEIN & LEHR LLP**
Southeast Financial Center
200 S. Biscayne Blvd., Suite 3600
Miami, FL 33131
(305) 428-4502 (telephone)
phillip.hudson@saul.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.