# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| iPic-Gold Class Entertainment, LLC, *et al.*,[1] | Case No. 19-11739 (LSS) |
| Debtors. | (Jointly Administered) |

### AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON AUGUST 29, 2019 AT 11:00 A.M. (EASTERN TIME)

**The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.**

**Any party participating telephonically should make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., one (1) business day before the hearing.**

### MATTER GOING FORWARD

1. **2nd Interim DIP Hearing** – Debtors' Motion for Interim and Final Orders: (A) Authorizing Debtors in Possession to (I) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 362, 363, and 364, (II) Grant Liens and Superpriority Claims to Postpetition Lenders Pursuant to 11 U.S.C. §§ 364; (III) Use Cash Collateral, and (IV) Provide Adequate Protection to Prepetition Credit Parties, (B) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364; and (C) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Bankruptcy Rule 4001-2 [Filed: 8/5/19] (Docket No. 15).

    Response Deadline:   August 28, 2019 at 12:00 p.m. Eastern Time.

    Responses Received:

    a) **Objection of the Official Committee of Unsecured Creditors to Liens and Claims Covering Certain Unencumbered Assets in Connection with Debtors' DIP Financing Motion [Filed: 8/28/19] (Docket No. 155).**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: iPic Entertainment Inc. (9582); iPic-Gold Class Entertainment, LLC (4684); iPic Gold Class Holdings LLC (6315); iPic Media LLC (0150); iPic Texas, LLC (N/A); and Delray Beach Holdings, LLC (1035). The Debtors' principal place of business is 433 Plaza Real, Suite 335, Boca Raton, FL 33432.

[2] **Amended items appear in bold.**

Related Documents:

a) [Signed] Interim Order: (A) Authorizing Debtors In Possession to (I) Obtain Postpetition Financing Pursuant to U.S.C. §§ 105, 362, 363, and 364, (II) Grant Liens and Superpriority Claims to Postpetition Lenders Pursuant to 11 U.S.C. § 364; (III) Use Cash Collateral, and (IV) Provide Adequate Protection to Prepetition Credit Parties, (B) Modifying Automatic Stay Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364; and (C) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Bankruptcy Rule 4001-2 [Filed: 8/6/19] (Docket No. 48).

b) Motion of the Official Committee of Unsecured Creditors for Expedited Second Interim Hearing and Related Relief with Respect to Unencumbered Assets Liens and Claims in Debtors' Motion for DIP Financing [Filed: 8/23/19] (Docket No. 142).

c) [Signed] Order Scheduling Expedited Second Interim Hearing and Shortening Notice Period with Respect to Debtors' Motion for DIP Financing and Related Relief [Filed: 8/23/19] (Docket No. 143).

d) Notice of Teleconference Scheduled for August 26, 2019 at 1:00 p.m. Eastern Time [Filed: 8/26/19] (Docket No. 145).

e) Notice of Hearing Scheduled for August 29, 2019 at 11:00 a.m. Eastern Time [Filed: 8/26/19] (Docket No. 146).

Status: This matter will go forward.

Dated: August 28, 2019

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Jeffrey N. Pomerantz (CA Bar No. 143717)
Debra I. Grassgreen (CA Bar No. 169978)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:  jpomerantz@pszjlaw.com
           dgrassgreen@pszjlaw.com
           pkeane@pszjlaw.com

*Proposed Counsel for the Debtors and Debtors-in-Possession*

2