IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| iPic-Gold Class Entertainment, LLC, et al | § | Case No. 19-11739-LSS |
| | § | |
| | § | (Jointly Administered) |
| Debtors | § | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Howard Marc Spector to represent South Street Seaport L.P. in this action.

Date: August 23, 2019

/s/ Rachel B. Mersky
Rachel B. Mersky (DE#2049)
MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE  19801
(302) 656-8162(T)     (302) 656-2769(F)
rmersky@monlaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Howard Marc Spector
Howard Marc Spector (TBA #0078502)
SPECTOR & JOHNSON, PLLC
12770 Coit Road, Suite 1100
Dallas, Texas 75251
(214) 365-5377(T)  (214) 237-3380 (F)
hspector@spectorjohnson.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is GRANTED.

Dated: August 29th, 2019
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

{00208162-1}