IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>iPic-Gold Class Entertainment, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11739 (LSS)<br><br>(Jointly Administered) |

## ORDER GRANTING
## DEBTORS' MOTION TO SHORTEN NOTICE AND SCHEDULE HEARING
## WITH RESPECT TO DEBTORS' MOTION FOR ENTRY OF ORDER AUTHORIZING
## DEBTORS TO FILE UNDER SEAL CERTAIN EXHIBITS TO DEBTORS' MOTION
## FOR AN ORDER (I) APPROVING TERMS AND AUTHORIZING IMPLEMENTATION
## OF KEY EMPLOYEE RETENTION PLAN AND KEY EMPLOYEE INCENTIVE
## PLAN; (II) AUTHORIZING DEBTORS TO MAKE POSTPETITION SEVERANCE
## PAYMENTS; AND (III) GRANTING RELATED RELIEF

Upon consideration of the motion (the "Motion to Shorten")[2] for an order pursuant to Del. Bankr. L.R. 9006-1(e) scheduling an expedited hearing and shortening notice of the *Debtors' Motion for Entry of Order Authorizing Debtors to File Under Seal Certain Exhibits to Debtors' Motion for an Order (I) Approving Terms and Authorizing Implementation of Key Employee Retention Plan and Key Employee Incentive Plan; (II) Authorizing the Debtors to Make Postpetition Severance Payments; and (III) Granting Related Relief* (the "Motion to Seal"), filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"); the Court having considered the Motion to Shorten; the Court finding that (a) the Court has jurisdiction for a hearing pursuant to 28 U.S.C. §§ 157 and 1334, (b) the Motion to Shorten is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and (c) venue is proper pursuant

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: iPic Entertainment Inc. (9582); iPic-Gold Class Entertainment, LLC (4684); iPic Gold Class Holdings LLC (6315); iPic Media LLC (0150); iPic Texas, LLC (N/A); and Delray Beach Holdings, LLC (1035). The Debtors' principal place of business is 433 Plaza Real, Suite 335, Boca Raton, FL 33432.

[2] Capitalized terms not defined herein shall have the meaning attributed in the Motion to Shorten or Motion, as applicable.

to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion to Shorten being adequate and sufficient; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

~~1. The Motion to Shorten is GRANTED.~~

1. 2. A hearing to consider the Motion to Shorten and Motion to Seal shall be held on September 11, 2019 at 11:00 a.m. prevailing Eastern Time.

3. Objections or responses to the Motion to Seal, if any, ~~must~~ may be made ~~on or before September 10, 2019 at noon prevailing Eastern Time~~ at or before the hearing.

4. Within one ~~business~~ day after the entry of this Order, the Debtors shall serve a copy of this Order and a notice for the Hearing on the Motion to Seal in the manner described in the Motion to Shorten.

5. This Court shall retain jurisdiction to enforce and interpret the provisions of this Order.

_____
LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

September 6, 2019
Wilmington, Delaware

2