**Fill in this information to identify the case:**

Debtor name    **iPic-Gold Class Entertainment, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **19-11739 (LSS)**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................    $    **91,642,888.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................    $    **74,871,278.10**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................    $    **166,514,166.10**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $    **205,340,772.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................    $    **648,519.02**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$    **18,219,628.99**

4. **Total liabilities** ...............................................................................................
    Lines 2 + 3a + 3b     $    **224,208,920.01**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **iPic-Gold Class Entertainment, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **19-11739 (LSS)**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**      **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **JP Morgan** | **Checking** | **8181** | $0.00 |
| 3.2. | **JP Morgan** | **Payroll** | **8199** | $0.00 |
| 3.3. | **JP Morgan** | **Concentration** | **8249** | $515,987.00 |
| 3.4. | **JP Morgan** | **Checking** | **8280** | $0.00 |
| 3.5. | **JP Morgan** | **Checking** | **8306** | $21,769.00 |
| 3.6. | **JP Morgan** | **Checking (Lessor contribution)** | **8991** | $0.00 |
| 3.7. | **JP Morgan** | **Checking** | **3706** | $0.00 |

Debtor    **iPic-Gold Class Entertainment, LLC**                              Case number *(If known)*  **19-11739 (LSS)**
          Name

4.        **Other cash equivalents** *(Identify all)*

5.        **Total of Part 1.**                                                                    | $537,756.00 |
          Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:     Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.        **Deposits, including security deposits and utility deposits**
          Description, including name of holder of deposit

          7.1.   **Utility Deposits (exclusive of deposits authorized by the Interim Utility Order)**          $98,303.00


          7.2.   **Beverage and liquor deposits**                                                              $45,650.00


8.        **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
          Description, including name of holder of prepayment

          8.1.   **Espresso Boss equipment deposit**                                                           $723.00


          8.2.   **California Business Escrow**                                                                $50,000.00


          8.3.   **Quest Officespaces**                                                                        $4,300.00


          8.4.   **Prepaid maintenance contracts**                                                            $268,989.00


          8.5.   **Prepaid sales tax**                                                                         $76,447.00


          8.6.   **Unamortized fees (Nasdaq)**                                                                 $17,500.00


          8.7.   **Unamortized fees (City of Boca Raton)**                                                     $3,324.00


          8.8.   **Unamortized loan costs (State Street Bank)**                                               $107,805.00

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor    **iPic-Gold Class Entertainment, LLC**
Name

Case number *(If known)* **19-11739 (LSS)**

| | | |
|---|---|---|
| 8.9. | **Prepaid insurance** | $2,100,438.00 |

| | | |
|---|---|---|
| 8.10. | **Prepaid travel (jetsmarter)** | $44,754.00 |

| | | | |
|---|---|---|---|
| 9. | **Total of Part 2.** | | $2,818,233.00 |
| | Add lines 7 through 8. Copy the total to line 81. | | |

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| | | | | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **3,159,877.00** | - | **0.00** | =.... | $3,159,877.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| | | | | | |
|---|---|---|---|---|---|
| 11b. Over 90 days old: | **13,861,958.00** | - | **0.00** | =.... | $13,861,958.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| | | | | | |
|---|---|---|---|---|---|
| 11b. Over 90 days old: | **1,160,306.10** | - | **0.00** | =.... | $1,160,306.10 |
| | face amount | | doubtful or uncollectible accounts | | |

| | | | |
|---|---|---|---|
| 12. | **Total of Part 3.** | | $18,182,141.10 |
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity: | | % of ownership | | |
| | 15.1.  **100% interest in iPic Texas, LLC** | **100%** % | | Net book value | $0.00 |
| | 15.2.  **100% interest in iPic Media, LLC** | **100%** % | | Net book value | $0.00 |

Debtor    **iPic-Gold Class Entertainment, LLC**                     Case number *(If known)*  **19-11739 (LSS)**
          Name

| | | | | | |
|---|---|---|---|---|---|
| 15.3. | **100% interest in Delray Beach Holdings, LLC** | **100%** % | **Net book value** | | **$0.00** |
| 15.4. | **100% interest in iPic Saudi Limited LLC** | **100%** % | **Net book value** | | **$0.00** |

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
       Describe:

17.    **Total of Part 4.**                                                                          **$0.00**
       Add lines 14 through 16.  Copy the total to line 83.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** **Restaurant food and beverage** | **None** | **$1,400,145.00** | **Net book value** | **$1,400,145.00** |

23.    **Total of Part 5.**                                                                          **$1,400,145.00**
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ☐ No
       ■ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ☐ No
       ■ Yes. Book value    **1,246,000.00**  Valuation method    **net book vaue**  Current Value    **1,246,000.00**

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor **iPic-Gold Class Entertainment, LLC**
Name

Case number *(If known)* **19-11739 (LSS)**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Furniture and fixtures** | **$16,053,771.00** | **Net book value** | **$16,053,771.00** |
| 40. | **Office fixtures**<br>**Floor coverings** | **$2,357,786.00** | **Net book value** | **$2,357,786.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computer equipment** | **$994,432.00** | **Net book value** | **$994,432.00** |
| | **Computer software** | **$1,125,013.00** | **Net book value** | **$1,125,013.00** |

| | | |
|---|---|---|
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | |
| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | **$20,531,002.00** |
| 44. | **Is a depreciation schedule available for any of the property listed in Part 7?**<br>☐ No<br>■ Yes | |
| 45. | **Has any of the property listed in Part 7 been appraised by a professional within the last year?**<br>■ No<br>☐ Yes | |

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Machinery and equipment** | **$2,174,102.00** | **Net book value** | **$2,174,102.00** |

Official Form 206A/B

Schedule A/B Assets - Real and Personal Property

page 5

Debtor    **iPic-Gold Class Entertainment, LLC**                    Case number (If known)  **19-11739 (LSS)**
          Name

| | | | |
|---|---|---|---|
| **Projection equipment and screens** | $3,531,380.00 | Net book value | $3,531,380.00 |
| **Concession equipment** | $3,145,003.00 | Net book value | $3,145,003.00 |

51.    **Total of Part 8.**                                        | $8,850,485.00 |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☐ No
       ■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

       ☐ No.  Go to Part 10.
       ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Leasehold improvement costs** | Lessee | $91,642,888.00 | Net book value | $91,642,888.00 |
| 55.2. **Location: Atlanta, GA - Lease Agreement dated 02.22.18** | Lessee | Unknown | | Unknown |
| 55.3. **Location: Boca Raton, FL - Building Lease dated 08.11.11, as amended** | Lessee | Unknown | | Unknown |
| 55.4. **Location: Boca Raton, FL Corporate Office - Florida Office Lease Minzer Office Plaza dated 08.19.11, as amended** | Lessee | Unknown | | Unknown |
| 55.5. **Location: Bolingbrook, IL - Cinema Lease dated 01.07.08, as amended** | Lessee | Unknown | | Unknown |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **iPic-Gold Class Entertainment, LLC**          Case number *(if known)*  **19-11739 (LSS)**
Name

| 55.6. | **Location: Boca Raton, FL Corporate Apartment - Lease Agreement dated 04.17.13, as amended** | **Lessee** | **Unknown** | **Unknown** |
|---|---|---|---|---|
| 55.7. | **Location: Delray Beach, FL - Corporate Lease - Office Lease and Theatre Lease dated 05.16.17, as amended** | **Lessee** | **Unknown** | **Unknown** |
| 55.8. | **Location: Dobbs Ferry, NY - Theater Lease dated 01.14.15, as amended** | **Lessee** | **Unknown** | **Unknown** |
| 55.9. | **Location: Fort Lee, NJ - Lease dated 09.03.13, as amended** | **Lessee** | **Unknown** | **Unknown** |
| 55.10. | **Location: Fulton Market, NY - Theatre Lease dated 12.11.13, as amended** | **Lessee** | **Unknown** | **Unknown** |
| 55.11. | **Location: Irvine, CA - Lease Agreement dated 07.19.18** | **Lessee** | **Unknown** | **Unknown** |
| 55.12. | **Location: Metropica, Sunrise FL - Theater and Restaurant Lease dated 06.26.15, as mended** | **Lessee** | **Unknown** | **Unknown** |
| 55.13. | **Location: Pike & Rose, MD - Lease Agreement dated 02.03.14** | **Lessee** | **Unknown** | **Unknown** |
| 55.14. | **Location: North Miami Beach, FL - Theatre and Restaurant Lease dated 08.27.14, as amended** | **Lessee** | **Unknown** | **Unknown** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **iPic-Gold Class Entertainment, LLC**                                    Case number *(If known)* **19-11739 (LSS)**
Name

| | | | | |
|---|---|---|---|---|
| 55.15 | **Location: Norwalk, CT - Theater and Restaurant Lease dated 12.08.14, as amended** | Lessee | Unknown | Unknown |
| 55.16 | **Location: Pasadena, CA - Entertainment Complex Lease dated 08.14.08, as amended** | Lessee | Unknown | Unknown |
| 55.17 | **Location: Redmond, WA - Lease Agreement dated 01.16.08, as amended** | Lessee | Unknown | Unknown |
| 55.18 | **Location: Scottsdale, AZ - Cinema Lease dated 05.14.10** | Lessee | Unknown | Unknown |
| 55.19 | **Location: South Barrington, IL - Lease dated 06.12.07, as amended** | Lessee | Unknown | Unknown |
| 55.20 | **Location: Westwood, CA - Building Lease dated 07.11.12, as amended** | Lessee | Unknown | Unknown |
| 55.21 | **Location: McClean, VA - Deed of Lease Agreement dated 11.20.18** | Lessee | Unknown | Unknown |
| 55.22 | **Location: Hicksville, NY - Lease dated 03.30.18** | Lessee | Unknown | Unknown |
| 55.23 | **Location: Ft. Lauderdale, FL - Lease Agreement dated 04.11.19** | Lessee | Unknown | Unknown |
| 55.24 | **Location: Kirkland, WA - Lease dated 03.14.19** | Lessee | Unknown | Unknown |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$91,642,888.00

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page  8

Debtor    **iPic-Gold Class Entertainment, LLC**                   Case number (If known) **19-11739 (LSS)**
          Name

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☐ No
    ■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Part 10:    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Patents - See Attachment B.60 for a detailed listing** | $532,055.00 | Net book value | $532,055.00 |
| 61. **Internet domain names and websites** **See Attachment B.61 for a complete listing of internet domain names** | $0.00 | Net book value | $0.00 |
| 62. **Licenses, franchises, and royalties** **Liquor licenses** | $520,748.00 | Net book value | $520,748.00 |

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.                                    $1,052,803.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☐ No
    ■ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Part 11:    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **iPic-Gold Class Entertainment, LLC**
_____
Name

Case number *(If known)*  **19-11739 (LSS)**

**Current value of
debtor's interest**

71.  **Notes receivable**
     Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit
     has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of
     every nature, including counterclaims of the debtor and rights to
     set off claims**
     **iPic-Gold Class Entertainment, LLC and iPic Texas, LLC
     v. AMC Entertainment Holdings, Inc. et al
     Matter is being litigated on appeal.**                                    **Unknown**

| Nature of claim | **Anti-Trust Lawsuit** |
|---|---|
| Amount requested | **$0.00** |

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
     country club membership

     **Development construction assets not yet in service**                **$21,498,713.00**

78.  **Total of Part 11.**                                          **$21,498,713.00**
     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Debtor | **iPic-Gold Class Entertainment, LLC** | | Case number *(if known)* **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

<table>
<tr><td colspan="2" style="background:black;color:white">Part 12:</td><td colspan="3">Summary</td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$537,756.00** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$2,818,233.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$18,182,141.10** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$1,400,145.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$20,531,002.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$8,850,485.00** | |
| 88. | **Real property.** *Copy line 56, Part 9*.......................................................................> | | **$91,642,888.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$1,052,803.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$21,498,713.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$74,871,278.10** | + 91b. **$91,642,888.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$166,514,166.10** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Attachment B.60

# THEATER SEAT PATENT SUMMARY
## Utility and Design Patents for Custom Seating.

| AUSTRALIA - DESIGN PATENTS | | | | |
|---|---|---|---|---|
| DESIGN PATENT NUMBERS | REGISTRATION DATE | EXPIRATION | Representative Figure | Prosecution Status |
| 366606 | 1/15/2016 | 12/24/2025 |  | Complete - Patent Issued. |
| 366605 | 1/15/2016 | 12/24/2025 |  | Complete - Patent Issued. |
| 366623 | 1/18/2016 | 12/24/2025 |  | Complete - Patent Issued. |
| 366604 | 1/15/2016 | 12/24/2025 |  | Complete - Patent Issued. |

| AUSTRALIA - UTILITY APPLICATION | | | | |
|---|---|---|---|---|
| UTILITY APPLICATION NUMBER | FILING DATE | Status | Representative Figure | Prosecution Status |
| 2016204195 | 6/21/2016 | Pending |  | Awaiting action from Australian Patent Office. |

Attachment B.60

| CANADA – DESIGN PATENTS | | | | |
|---|---|---|---|---|
| DESIGN PATENT NUMBERS | REGISTRATION DATE | EXPIRATION | Representative Figure | Prosecution Status |
| 166173 | 7/19/2016 | 7/19/2026 | FIG. 1 | Complete - Patent Issued. |
| 166170 | 7/19/2016 | 7/19/2026 | FIG. 1 | Complete - Patent Issued. |
| 166171 | 7/19/2016 | 7/19/2026 | FIG. 1 | Complete - Patent Issued. |
| 166172 | 7/19/2016 | 7/19/2026 | FIG. 1 | Complete - Patent Issued. |

| CANADA – UTILITY APPLICATION | | | | |
|---|---|---|---|---|
| UTILITY APPLICATION NUMBER | FILING DATE | Status | Representative Figure | Prosecution Status |
| 2,933,522 | 6/16/2016 | Pending | FIG. 1 / FIG. 1A | Awaiting action from Canadian Patent Office. |

Attachment B.60

| EUROPE – DESIGN PATENTS | | | | |
|---|---|---|---|---|
| **DESIGN PATENT NUMBERS** | **REGISTRATION DATE** | **EXPIRATION** | **Representative Figure** | **Prosecution Status** |
| 001443923-0001 | 12/29/2015 | 12/29/2040 |  | Complete - Patent Issued. |
| 001443923-0002 | 12/29/2015 | 12/29/2040 |  | Complete - Patent Issued. |
| 001443923-0003 | 12/29/2015 | 12/29/2040 |  | Complete - Patent Issued. |
| 001443923-0004 | 12/29/2015 | 12/29/2040 |  | Complete - Patent Issued. |

| EUROPE – UTILITY APPLICATION | | | | |
|---|---|---|---|---|
| **UTILITY PATENT NUMBER** | **REGISTRATION DATE** | **EXPIRATION** | **Representative Figure** | **Prosecution Status** |
| EP3112559 | 10/31/2018 | 6/24/2036 |  | Complete - Patent Issued. |

Attachment B.60

| MEXICO - DESIGN APPLICATIONS | | | | |
|---|---|---|---|---|
| **DESIGN PATENT NUMBERS** | **REGISTRATION DATE** | **EXPIRATION** | **Representative Figure** | **Prosecution Status** |
| D50246 | 7/18/2017 | 1/7/2041 |  FIG. 1 | Complete - Patent Issued. |
| D50765 | 9/4/2017 | 1/7/2041 |  FIG. 1 | Complete - Patent Issued. |
| D50245 | 7/18/2017 | 1/7/1941 |  FIG. 1 | Complete - Patent Issued. |
| D50247 | 7/18/2017 | 1/7/1941 |  FIG. 1 | Complete - Patent Issued. |

| MEXICO - UTILITY APPLICATION | | | | |
|---|---|---|---|---|
| **UTILITY APPLICATION NUMBER** | **FILING DATE** | **Status** | **Representative Figure** | **Prosecution Status** |
| 16/08581 | 6/28/2016 | Pending |  FIG. 1 | Awaiting action from Intellectual Property Office of Mexico. |

Attachment B.60

| SINGAPORE – DESIGN PATENTS | | | | |
|---|---|---|---|---|
| **DESIGN PATENT NUMBERS** | **REGISTRATION DATE** | **EXPIRATION** | **Representative Figure** | **Prosecution Status** |
| 30201501893X | 12/29/2015 | 12/29/1930 |  | Complete - Patent Issued. |
| 30201501895Q | 12/29/2015 | 12/29/1930 |  | Complete - Patent Issued. |
| 30201501892S | 12/29/2015 | 12/29/1930 |  | Complete - Patent Issued. |
| 30201501894V | 12/29/2015 | 12/29/1930 |  | Complete - Patent Issued. |

| SINGAPORE – UTILITY APPLICATION | | | | |
|---|---|---|---|---|
| **UTILITY APPLICATION NUMBER** | **FILING DATE** | **Status** | **Representative Figure** | **Prosecution Status** |
| 10201605127U | 6/22/2016 | Pending |  | Awaiting action from Intellectual Property Office of Singapore. |

Attachment B.60

| USA - DESIGN PATENTS | | | | |
|---|---|---|---|---|
| DESIGN PATENT NUMBERS | REGISTRATION DATE | EXPIRATION | Representative Figure | Prosecution Status |
| D776,949 | 1/24/2017 | 1/24/2032 |  | Complete - Patent Issued. |
| D777,461 | 1/31/2017 | 1/31/1932 |  | Complete - Patent Issued. |
| D759,394 | 6/21/2016 | 6/21/2031 |  | Complete - Patent Issued. |
| D759,395 | 6/21/2016 | 6/21/1931 |  | Complete - Patent Issued. |

| USA - UTILITY | | | | |
|---|---|---|---|---|
| UTILITY APPLICATION NUMBER | FILING DATE | Status | Representative Figure | Prosecution Status |
| 14/753,358 | 6/29/2015 | Pending |  | Notice of Appeal filed 2017-08-22. |
| 15/976,266 | 5/10/2018 | Pending |  | Awaiting action from USPTO. |
| 16/21,988 | 5/24/2019 | Pending |  | Awaiting action from USPTO. |

Attachment B.60

| KOREA - UTILITY | | | | |
|---|---|---|---|---|
| UTILITY APPLICATION NUMBER | FILING DATE | Status | Representative Figure | Prosecution Status |
| 10-2016-0079942 | 6/27/2016 | Pending |  | Awaiting action from Intellectual Property Office of Korea. |

iPic Gold Class Holdings LLC
Attachment B. 61
Internet domain names and websites

behindthescreens.com
bigdaddysbrewandque.com
cityperch.com
cityperchbethesda.com
denbyipic.com
denbyipic.net
den-ipic.com
devipic.com
entergrated.com
goldclasscinemas.com
icontheater.com
icontheaters.com
ipic.com
ipicattheboyd.com
ipiccharity.com
ipicdelray.com
ipicden.com
ipic-den.com
ipicentertainment.com
ipicentertainmentsucks.com
ipicevents.com
ipicgoldclass.com
ipicgoldclasstheaters.com
ipichouston.com
ipicksa.com
ipic-ksa.com
ipicliveshows.com
ipiclivetickets.com
ipiclivetixs.com
ipicmagic.com
ipic-magic.com
ipicmagic.net
ipicmagicshows.com
ipicmagictickets.com
ipicmagictix.com
ipicmember.com
ipicnorthmiami.com
ipicnow.com
ipicprint.com
ipicradio.com
ipicshows.com
ipicshowtix.com

ipicsucks.com
ipictheater.com
ipictheaters.com
ipictheatre.com
ipictheatres.com
ipictruck.com
ksaipic.com
ksa-ipic.com
lahholdings.com
magicatipic.com
oztruthbetold.com
perchkitchen.com
pinstrikes.com
saltsportsbar.com
saltultralounge.com
tanzybar.com
tanzybarandgrill.com
tanzyexpress.com
tanzygrill.com
tanzyrestaurant.com
thesaltclub.com
thetuckroom.com
thetuckroomhouston.com
thetuckroomla.com
thetuckroomlosangeles.com
thetuckroommiami.com
thetuckroomnewyork.com
tuckburger.com
tuckhospitalitygroup.com
tuckhospitalty.com
tuckroom.com
tuckroomhouston.com
tuckroomla.com
tuckroomlosangeles.com
tuckroomnewyork.com
tuckroomnyc.com
tuckroomtavern.com
tucktavern.com
vrgcc.com
workatipic.com

**Fill in this information to identify the case:**

Debtor name **iPic-Gold Class Entertainment, LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **19-11739 (LSS)**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| 2.1 **The Employees' Retirement System**<br>Creditor's Name<br>**of Alabama and The Teachers' Retirement System of Alabama**<br>**135 South Union Street, Suite 570**<br>**Montgomery, AL 36130**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**All assets of the Debtor** | $205,340,772.00 | $152,748,853.10 |

Describe the lien
**Amended and Restated Master Loan and Security Agreement, as amended**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. **$205,340,772.00**

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if know) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Burr & Forman LLP**<br>**Derek F. Meek, Esq.**<br>**420 N. 20th Street**<br>**Suite 3400**<br>**Birmingham, AL 35203** | Line __2.1__ | |

**Fill in this information to identify the case:**

Debtor name **iPic-Gold Class Entertainment, LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **19-11739 (LSS)**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Abraham, Kelvin**<br>**1807 Camden Ave #4**<br>**Los Angeles, CA 90025** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,870.65 | $3,240.54 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Acosta, Cindy**<br>**11601 NE 89th St**<br>**Apt 221**<br>**Doral, FL 33178** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $843.97 | $706.58 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $567.50 | $475.12 |
|---|---|---|---|---|
| | **Alessio, Mark**<br>**81 E. Centre St**<br>**Nutley, NJ 07110** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,169.74 | $2,653.74 |
|---|---|---|---|---|
| | **Alexander, Gina**<br>**22 W Green Street Apt 202**<br>**Pasadena, CA 91105** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $945.83 | $791.86 |
|---|---|---|---|---|
| | **Alvarado, John**<br>**100 Oak Ct #1102**<br>**Houston, TX 77006** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,100.85 | $1,758.85 |
|---|---|---|---|---|
| | **Anderson, Scott**<br>**370 West Camino Real**<br>**Apt A1**<br>**Boca Raton, FL 33432** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **iPic-Gold Class Entertainment, LLC** | | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,441.37 | $1,206.73 |
|---|---|---|---|---|

**Arena, Denise**
**8724 Sandy Crest Lane**
**Boynton Beach, FL 33473**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,309.62 | $1,096.42 |
|---|---|---|---|---|

**Barker, Jermaine**
**631 S 8th Ave**
**Mount Vernon, NY 10550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $174.62 | $146.19 |
|---|---|---|---|---|

**Barton, Justin**
**911 Battlebend Blvd #122**
**Austin, TX 78745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,510.93 | $1,264.97 |
|---|---|---|---|---|

**Battista, Donald**
**209 Banner Ave**
**Leander, TX 78641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address<br>**Berg, Hayley**<br>**277 Country Club Dr 11**<br>**Simi Valley, CA 93065** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,418.75** | **$1,187.79** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.12 | Priority creditor's name and mailing address<br>**Brezik, Cameron**<br>**1340 West Gray St.**<br>**1340 West Gray St.# #423**<br>**Houston, TX 77019** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$196.44** | **$164.46** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.13 | Priority creditor's name and mailing address<br>**Bryant, Annette**<br>**11430 Burbank Blvd**<br>**unit 404**<br>**North Hollywood, CA 91601** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,810.73** | **$1,515.96** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.14 | Priority creditor's name and mailing address<br>**Buerger, Kelly**<br>**950 Magnolia Ave #37**<br>**Los Angeles, CA 90006** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,036.78** | **$868.00** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$381.97** | **$319.79** |
|---|---|---|---|---|

**Buliard, Stephane**
**180 Riverside Boulevard**
**Apt 16 M**
**New York, NY 10069**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | | **$491.11** | **$411.16** |
|---|---|---|---|---|

**Burns, Alexandra**
**2107 Tuscany Way**
**Boynton Beach, FL 33435**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | | **$370.77** | **$310.41** |
|---|---|---|---|---|

**Buschman, Bethany**
**8080 Tatum Waterway Dr.# #7**
**Miami Beach, FL Beach**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | | **$1,622.65** | **$1,358.50** |
|---|---|---|---|---|

**Caban Sr., George**
**138 Carr Dr. #6**
**Glendale, CA 91205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.08 | $167.51 |
|---|---|---|---|---|

**Cajas, Christopher**
**243 Haig Avenue**
**Stamford, CT 06905**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,126.47 | $3,126.47 |
|---|---|---|---|---|

**California Department of Tax & Fee**
**Admin**
**PO BOX 942879**
**Sacramento, CA 94279-7072**

Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number **0027**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $891.27 | $746.18 |
|---|---|---|---|---|

**Capote, Nancy**
**535 Towne House Lane**
**Richardson, TX 75081**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $363.78 | $304.56 |
|---|---|---|---|---|

**Caruso, Michelle**
**674 Thorntree Ct**
**Bartlett, IL 60103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|

Name

---

**2.23** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$835.00** | **$835.00**

**City of Houston - Administration & Regul**
**Administration & Regulatory**
**Affairs Dept**
**PO Box 1561**
**Houston, TX 77251-1561**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number **0346**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.24** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$754.80** | **$754.80**

**City of North Miami Beach-17050**
**17050 NE 19th Avenue**
**Business Tax Receipt Division**
**North Miami Beach, FL 33162**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number **0271**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.25** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$363.78** | **$304.56**

**Clayten, William**
**1137 E Emerald Ave**
**Mesa, AZ 85210**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.26** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,308.16** | **$1,095.21**

**Cole, Tucker**
**PO Box 2712**
**Redmond, WA 98073**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60,849.42 | $60,849.42 |
|---|---|---|---|---|

**Comptroller of Maryland**
**110 Carroll St**
**Annapolis, MD 21411**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number **0300**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,665.60 | $3,665.60 |
|---|---|---|---|---|

**Cook County  Dept of**
**Rev-Amusement Tax**
**25394 Network Place**
**Chicago, IL 60673-1253**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number **0053**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $261.92 | $219.28 |
|---|---|---|---|---|

**Correia, Amanda**
**11870 Grand Park Avenue**
**Apt 633**
**North Bethesda, MD 20852**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,349.01 | $4,478.24 |
|---|---|---|---|---|

**Cortez, Oscar**
**2651 NW 119th Terrace**
**Coral Springs, FL 33065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,522.43 | $1,274.59 |
|---|---|---|---|---|

| 2.31 | Priority creditor's name and mailing address<br>**Cummings, Kacey**<br>**18705 Falcon Point Blvd**<br>**Pflugerville, TX 78660** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,522.43** | **$1,274.59** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.32 | Priority creditor's name and mailing address<br>**Dayton, Jessica**<br>**400 N Avenue 57**<br>**#11**<br>**Los Angeles, CA 90042** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,285.34** | **$1,076.10** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.33 | Priority creditor's name and mailing address<br>**DeChant, Donna M.**<br>**3549 SANTA FE PLACE**<br>**Pompano Beach, FL 33073** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$218.27** | **$182.74** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.34 | Priority creditor's name and mailing address<br>**Department of Revenue -State of**<br>**Washingt**<br>**Business Licensing Service**<br>**PO Box 9034**<br>**Olympia, WA 98507-9034** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$84.40** | **$84.40** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number **0143**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **iPic-Gold Class Entertainment, LLC** | | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|---|

Name

---

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,746.15** | **$1,461.89** |
|---|---|---|---|---|

**Despinos, Dalila**
**326 Fern Street**
**West Palm, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,818.91** | **$1,522.81** |
|---|---|---|---|---|

**Diaz, Brayan**
**2815 NE 201st Terrace**
**Miami, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,273.24** | **$1,065.97** |
|---|---|---|---|---|

**Dixon, Darrian**
**735 20th Ave**
**Paterson, NJ 07504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,476.96** | **$1,236.52** |
|---|---|---|---|---|

**Dobrez, Anthony**
**508 Somerset Lane**
**New Lenox, IL 60451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,278.08** | **$3,581.65** |
|---|---|---|---|---|
| | **Donnelly, Frank** | Check all that apply. | | |
| | **2625 NW 114th Avenue** | ☐ Contingent | | |
| | **Coral Springs, FL 33065** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$841.07** | **$704.15** |
|---|---|---|---|---|
| | **Douglas, Frank** | Check all that apply. | | |
| | **1813 Tufa Terrace** | ☐ Contingent | | |
| | **Silver Spring, MD 20904** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$203.72** | **$170.55** |
|---|---|---|---|---|
| | **Dubose, Toccara** | Check all that apply. | | |
| | **9538 Pagewood Lane** | ☐ Contingent | | |
| | **Houston, TX 77063** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,592.20** | **$1,333.01** |
|---|---|---|---|---|
| | **Ebanks, Andre-Hui** | Check all that apply. | | |
| | **3519 NW 13th Street** | ☐ Contingent | | |
| | **Lauderhill, FL 33311** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $984.21 | $823.99 |
|---|---|---|---|---|

**Edgar, Michael**
**14406 Boula Ave**
**Lockport, IL 60441**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,010.86 | $846.30 |
|---|---|---|---|---|

**Ellman, Jordan**
**17529 Rancho Street**
**Encino, CA 91316**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,804.49 | $2,347.94 |
|---|---|---|---|---|

**Espinosa, Lisa**
**1285 N. Hudson Ave.**
**Pasadena, CA 91104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,128.13 | $1,781.69 |
|---|---|---|---|---|

**Etkie, Daniel**
**21929 Cricklewood Ter**
**Boca Raton, FL 33428**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $272.84 | $228.42 |
|---|---|---|---|---|

**Felix Baisden, Jean-Francois**
**441 Franklin Ave apt 2B**
**apt 2B**
**Brooklyn, NY 11238**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,782.53 | $1,492.35 |
|---|---|---|---|---|

**Flowers, Robert**
**2303 Mid Lane**
**Apt 544**
**Houston, TX 77027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,774.65 | $3,997.38 |
|---|---|---|---|---|

**Foster, John**
**2014 Woodford Road**
**Vienna, VA 22182**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $272.84 | $228.42 |
|---|---|---|---|---|

**Fox, Christopher**
**112 1/2 North Orlando Ave**
**Los Angeles, CA 90048**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.51**

Priority creditor's name and mailing address
**Fox, Natalie**
**1508 W Jefferson Ave**
**Unit F**
**Naperville, IL 60540**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,238.03**   **$1,036.49**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.52**

Priority creditor's name and mailing address
**Ganz, Donald**
**1019 se 3 st #5**
**Deerfield Beach, FL 33441**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$236.46**   **$197.97**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.53**

Priority creditor's name and mailing address
**Garcia, Edgar**
**4606 Adrian St**
**Rockville, MD 20853**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$727.57**   **$609.12**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.54**

Priority creditor's name and mailing address
**Garcia, James**
**27 1/2 Lucile Street**
**Arcadia, CA 91006**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,097.35**   **$3,430.34**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $254.65 | $213.19 |
|---|---|---|---|---|

**Garcia, Sunil**
**6555 Lighthouse Place**
**Margate, FL 33063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $945.83 | $791.86 |
|---|---|---|---|---|

**Gaton, Juan**
**100 Herriot St**
**Apt 2A**
**Yonkers, NY 10701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,476.96 | $1,236.52 |
|---|---|---|---|---|

**Gecek, Lee**
**3 Koster Blvd**
**5-C**
**Edison, NJ 08837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $836.70 | $700.49 |
|---|---|---|---|---|

**Gentile, Jaclyn**
**7564 Ridgefield Lane**
**Lake Worth, FL 33467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.59**

Priority creditor's name and mailing address

**Go, James**
**118 Longford Drive**
**Elgin, IL 60120**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$1,447.57     $1,211.92

---

**2.60**

Priority creditor's name and mailing address

**Gohary, Houman**
**3700 Massachusetts NW**
**Apt#405**
**Washington, DC 20016**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$2,546.48     $2,131.94

---

**2.61**

Priority creditor's name and mailing address

**Gonzalez, Lissette**
**131 South Federal Highway# #415**
**Boca Raton, FL 33432**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$3,683.30     $3,083.69

---

**2.62**

Priority creditor's name and mailing address

**Grange, Maximilien**
**15608 North 71st Street**
**Scottsdale, AZ 85254**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$1,114.54     $933.10

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$654.81** | **$548.21** |
|---|---|---|---|---|

**Greenberg, Ross**
**99 Gorge Rd. 2405**
**Edgewater, NJ 07020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,273.24** | **$1,065.97** |
|---|---|---|---|---|

**Groom, Kevin**
**2201 Susan Circle**
**Plano, TX 75074**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,965.04** | **$1,645.15** |
|---|---|---|---|---|

**Guerrero, Nydia**
**2113 W. Court St**
**Los Angeles, CA 90026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,145.91** | **$959.37** |
|---|---|---|---|---|

**Guzman, Ana Karen**
**9805 Avondale Rd NE**
**J332**
**Redmond, WA 98052**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$5,347.60** | **$4,477.06** |
|---|---|---|---|---|
| | **Haarsgaard, Christopher**<br>**239 Deer Hill Rd.**<br>**South Salem, NY 10590** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,476.96** | **$1,236.52** |
|---|---|---|---|---|
| | **Hammada, Rachel**<br>**207 E 30th St**<br>**Apt 9B**<br>**New York, NY 10016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,098.62** | **$919.78** |
|---|---|---|---|---|
| | **Harrelson, Jessica**<br>**1301 Deer Run Road**<br>**Apt 5**<br>**Hatfield, PA 19440** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$970.57** | **$812.57** |
|---|---|---|---|---|
| | **Harrison, Alexis**<br>**10610 Morado Circle# #3508**<br>**Austin, TX 78759** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.71 | Priority creditor's name and mailing address<br>**Haymaker, Ashley**<br>**119 SE 14th place # #214**<br>**Deerfield, FL 33441** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,018.59**    **$852.77** |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.72 | Priority creditor's name and mailing address<br>**Hedgepeth Davis, Suzette**<br>**5416 Queenship Ct**<br>**Greenacres, FL 33463** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$680.27**    **$569.53** |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.73 | Priority creditor's name and mailing address<br>**Hernandez, Miroslava**<br>**5810 Fondren Rd**<br>**Apt 27**<br>**Houston, TX 77036** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,426.03**    **$1,193.88** |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.74 | Priority creditor's name and mailing address<br>**Herndon, John**<br>**525 S Catalina Avenue**<br>**525 S Catalina Avenue# #B**<br>**Redondo Beach, CA 90277** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,579.01**    **$5,508.01** |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,191.75** | **$997.74** |
|---|---|---|---|---|
| | **Hicks, Derrizet**<br>**1099 North Wilson Ave**<br>**Teaneck, NJ 07666** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,449.51** | **$1,213.54** |
|---|---|---|---|---|
| | **Hill, Jennifer**<br>**9705 W. McNab Road**<br>**Apt 102**<br>**Tamarac, FL 33321, FL 33321** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$304.12** | **$254.61** |
|---|---|---|---|---|
| | **Hodges, Leah**<br>**2301 Lauren Loop**<br>**Leander, TX 78641** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>☐ Yes | | |

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$235.00** | **$235.00** |
|---|---|---|---|---|
| | **Hoffman Estates Chamber of**<br>**Commerce & I**<br>**2200 W. Higgins Road**<br>**Ste 201**<br>**Hoffman Estates, IL 60169** | Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number **0044** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $189.17 | $158.37 |
|---|---|---|---|---|
| | **Hope, Anissa**<br>**2047 West Tobias Way**<br>**San Tan Valley, AZ 85142** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,265.97 | $1,059.88 |
|---|---|---|---|---|
| | **Hull, Maria**<br>**26A Kenneth Stuart Place**<br>**Mohegan Lake, NY 10547** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $943.47 | $789.88 |
|---|---|---|---|---|
| | **Humphreys, Andrew**<br>**2171 Tannin Pl. Apt 151**<br>**Vienna, VA 22182** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,059.81 | $3,398.91 |
|---|---|---|---|---|
| | **Ibrahim, Sherif**<br>**88 Merritt Ave**<br>**South Amboy, NJ 08879** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,689.87** | **$1,689.87** |
|---|---|---|---|---|

**Illinois Department of Revenue**
**Retailers Occupation Tax**
**Springfield, IL 62796-0001**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number **0019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$98.04** | **$82.08** |
|---|---|---|---|---|

**Infusino, Melissa**
**8010 Janes Ave**
**Apt 103**
**Woodridge, IL 60517**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,529.50** | **$4,629.35** |
|---|---|---|---|---|

**Iqbal, Asif**
**260 South Reeves Drive #11**
**Beverly Hills, CA 90212**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$843.98** | **$706.59** |
|---|---|---|---|---|

**James, Charlies**
**317 East Oraibi Drive**
**Phoenix, AZ 85024**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

**2.87** | Priority creditor's name and mailing address

**James, Nicholas**
**18-20 West 107 street**
**Apt# Supt**
**New York, NY 10025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,591.55**    **$1,332.46**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.88** | Priority creditor's name and mailing address

**Jimenez, Henry**
**4411 E Ocean Blvd.**
**Apt 4**
**Long Beach, CA 90803**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$6,911.87**    **$5,786.68**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.89** | Priority creditor's name and mailing address

**Karp, Sandra**
**11415 Sundance Lane**
**Boca Raton, FL 33428**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,527.89**    **$1,279.16**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.90** | Priority creditor's name and mailing address

**Kesararapu, Manasa**
**10300 Katy Freeway**
**Apt 538**
**Houston, TX 77043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,054.97**    **$883.23**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   **iPic-Gold Class Entertainment, LLC**                          Case number (if known)   **19-11739 (LSS)**
         Name

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,100.78** | **$921.58** |
|---|---|---|---|---|
| | **Kitts, Steven R.**<br>**1798 SW 11th Street**<br>**Boca Raton, FL 33486** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,160.47** | **$971.55** |
|---|---|---|---|---|
| | **Koenig, Justine**<br>**1491 Raven Drive**<br>**Bolingbrook, IL 60490** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,291.83** | **$1,918.75** |
|---|---|---|---|---|
| | **Lake, Larry**<br>**874 Vaquero Street**<br>**Allen, TX 75013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,375.10** | **$1,151.25** |
|---|---|---|---|---|
| | **Lalonde, Steven**<br>**2909 East 15th Street**<br>**Plano, TX 75074** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,153.92** | **$966.08** |
|---|---|---|---|---|
| | **Lanier, Mary** | Check all that apply. | | |
| | **618 Avalon Ave** | ☐ Contingent | | |
| | **Romeoville, IL 60446** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,054.24** | **$882.62** |
|---|---|---|---|---|
| | **Lapp-Rodriguez, Andrew** | Check all that apply. | | |
| | **16236 N 17th Street** | ☐ Contingent | | |
| | **Phoenix, AZ 85022** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,087.71** | **$910.64** |
|---|---|---|---|---|
| | **Leija, Thomas** | Check all that apply. | | |
| | **1816 N Beal Street** | ☐ Contingent | | |
| | **Belton, TX 76503** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,214.02** | **$2,690.81** |
|---|---|---|---|---|
| | **Lemieux, Jason** | Check all that apply. | | |
| | **320 NE 28th Terrace** | ☐ Contingent | | |
| | **Boca Raton, FL 33431** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.99 | Priority creditor's name and mailing address<br>**Leversuch, Darryl**<br>**10862 NW 15th Street**<br>**Coral Springs, FL 33071** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,823.73** | **$3,201.26** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.100 | Priority creditor's name and mailing address<br>**Limardo, Stephanie**<br>**1455 North Treasure Drive# #3P**<br>**North Bay Village, FL 33141** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,400.56** | **$1,172.56** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.101 | Priority creditor's name and mailing address<br>**Lin, Fu Yen (Henry)**<br>**303 N. Valencia St.**<br>**Alhambra, CA 91801** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,427.05** | **$2,031.95** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.102 | Priority creditor's name and mailing address<br>**Linsao, Melissa**<br>**1832 Cresent Drive**<br>**Tarrytown, NY 10591** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,273.24** | **$1,065.97** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | iPic-Gold Class Entertainment, LLC | Case number (if known) | 19-11739 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,444.79 | $2,046.80 |
|---|---|---|---|---|

**Loehrer, Andre**
**4787 S Citation Dr# #106**
**Delray Beach, FL 33445**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $545.68 | $456.85 |
|---|---|---|---|---|

**Lopez-Albarracin, Israel**
**4551 Strutfield Lane**
**Apt 4306**
**Alexandria, VA 22311**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,097.17 | $918.56 |
|---|---|---|---|---|

**Manning, Christina**
**607 NE 7th Ave**
**Apt. 3**
**Delray Beach, FL 33483**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,882.58 | $1,576.11 |
|---|---|---|---|---|

**Marciniak, Christopher**
**1202 Spring Creek Drive**
**Allen, TX 75002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,986.25** | **$1,662.91** |
|---|---|---|---|---|
| | **Martin, Michael** | *Check all that apply.* | | |
| | **19100 Warrior Brook Dr** | ☐ Contingent | | |
| | **Gaithersburg, MD 20874** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$236.46** | **$197.97** |
|---|---|---|---|---|
| | **Mazer, Alexandra** | *Check all that apply.* | | |
| | **542 N University Dr** | ☐ Contingent | | |
| | **Plantation, FL 33324** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,097.17** | **$918.56** |
|---|---|---|---|---|
| | **McBowman, Julie** | *Check all that apply.* | | |
| | **1703 Arezzo Circle** | ☐ Contingent | | |
| | **Boynton Beach, FL 33436** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$254.65** | **$213.19** |
|---|---|---|---|---|
| | **McKinnon, Shatia** | *Check all that apply.* | | |
| | **770 E 166th St** | ☐ Contingent | | |
| | **1G** | ☐ Unliquidated | | |
| | **Bronx, NY 10456** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$654.81** | **$548.21** |
|---|---|---|---|---|

**McLaughlin, Mark**
**916 Hillrose Dr**
**Leander, TX 78641**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$799.13** | **$669.04** |
|---|---|---|---|---|

**McRae, James**
**4619 Sextant Cir**
**Boynton Beach, FL 33436**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,869.34** | **$2,402.23** |
|---|---|---|---|---|

**Meath, Patrick**
**1767 Orchid Avenue**
**Los Angeles, CA 90028**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,140.00** | **$1,140.00** |
|---|---|---|---|---|

**Miami-Dade Tax Collector**
**Local Business Tax Section**
**200 NW 2nd Avenue**
**Miami, FL 33128**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number **0386**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|

**2.115** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,679.38** | **$3,080.41**

**Miller, Kermit**
**35 N Greenwood Ave**
**APT E**
**Pasadena, CA 91107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.116** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$945.47** | **$791.56**

**Millien, Nadine**
**5530 NW 44th Street**
**Apt C211**
**Lauderhill, FL 33319**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.117** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,004.04** | **$840.59**

**Mizrahi, Debra**
**16025 North 102nd Place**
**Scottsdale, AZ 85255**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.118** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,640.08** | **$4,721.93**

**Morin, Michael**
**100 W. Higgins Rd STE N-1**
**South Barrington, IL 60010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,400.56** | **$1,172.57** |
|---|---|---|---|---|
| | **Mosley, Steven Matthew**<br>**512 20th Ave N**<br>**Lake Worth, FL 33460** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$218.27** | **$182.74** |
|---|---|---|---|---|
| | **Nasevska, Hristina**<br>**44 S Main St. apt#3H**<br>**Lodi, NJ 07644** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$381.97** | **$319.79** |
|---|---|---|---|---|
| | **Nelson, Brian**<br>**190 Park Rd N.**<br>**Royal Palm Beach, FL 33411** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$235.04** | **$196.78** |
|---|---|---|---|---|
| | **Nelson, Dawn**<br>**7776 Springfield Lake Dr**<br>**Lake Worth, FL 33467** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **iPic-Gold Class Entertainment, LLC** | | Case number (if known) | **19-11739 (LSS)** |
|--------|----------------------------------------|---|------------------------|---------------------|
| | Name | | | |

---

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $170,693.03 | $170,693.03 |
|---|---|---|---|---|

**New Jersey Division of Taxation**
**Revenue Processing Center/Gross**
**Income T**
**P.O. Box 248**
**Trenton, NJ 08646-0248**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number **0130**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $94,774.77 | $94,774.77 |
|---|---|---|---|---|

**New York State Dep of Taxation**
**ATTN: Office of Counsel, Building**
**9**
**W A Harriman Campus**
**Albany, NY 12227**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number **0138**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,655.21 | $1,385.76 |
|---|---|---|---|---|

**O'Connor, Sean**
**19601 Gunners Branch Rd.**
**Unit E**
**Germantown, MD 20876**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $338.55 | $283.44 |
|---|---|---|---|---|

**O'Sullivan, Mary**
**18745 Argosy Drive**
**Boca Raton, FL 33496**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,004.04** | **$840.59** |
|---|---|---|---|---|
| | **Oko, Aubrey A.** | *Check all that apply.* | | |
| | **229 S. Wilmette Ave** | ☐ Contingent | | |
| | **Westmont, IL 60559** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,182.69** | **$1,827.37** |
|---|---|---|---|---|
| | **Oliva, Carlos** | *Check all that apply.* | | |
| | **510 SE 5th Avenue  Apt 302** | ☐ Contingent | | |
| | **Fort Lauderdale, FL 33301** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,037.18** | **$1,705.55** |
|---|---|---|---|---|
| | **Olson, Scott** | *Check all that apply.* | | |
| | **7715 Lacy Hill Dr** | ☐ Contingent | | |
| | **Houston, TX 77036** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,236.86** | **$1,035.51** |
|---|---|---|---|---|
| | **Ortiz, Rogelio** | *Check all that apply.* | | |
| | **9449 Briar Forest Dr Apt 509** | ☐ Contingent | | |
| | **Houston, TX 77063** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

| Debtor | **iPic-Gold Class Entertainment, LLC** | | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|---|

Name

---

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,628.73** | **$3,038.01** |
|---|---|---|---|---|

**Parrish, Lucas**
**505 Exchange PKWY**
**505 Exchange PKWY# #5103**
**Allen, TX 75002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$480.19** | **$402.02** |
|---|---|---|---|---|

**Pasos, Elizabeth**
**205 Greymon Drive**
**West Palm Beach, FL 33405**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,782.53** | **$1,492.35** |
|---|---|---|---|---|

**Patterson, Daxon**
**160 Norwood Ave Apt 1**
**Brooklyn, NY 11208**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$726.99** | **$608.64** |
|---|---|---|---|---|

**Perez, Alvaro**
**9216 Ventana Lane**
**North Hills, CA 91343**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.135 | Priority creditor's name and mailing address<br>**Perez, Ramon**<br>**2970 Bronx Park East #6A**<br>**Bronx, NY 10467** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,036.78** | **$868.00** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.136 | Priority creditor's name and mailing address<br>**Perlman, Malicia**<br>**4140 Woods End Rd**<br>**Boca Raton, FL 33487** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$851.25** | **$712.67** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.137 | Priority creditor's name and mailing address<br>**Perry, Eliana**<br>**7360 Westlake Terr**<br>**Bethesda, MD 20817** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,604.28** | **$1,343.12** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.138 | Priority creditor's name and mailing address<br>**Puglisi, Angelic**<br>**78 2nd Avenue**<br>**Apt 5**<br>**New York, NY 10003** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,236.86** | **$1,035.51** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,488.27** | **$2,083.20** |
|---|---|---|---|---|

**Pumo, Christopher**
**16068 Glencrest Ave**
**Delray Beach, FL 09590**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,371.46** | **$1,148.20** |
|---|---|---|---|---|

**Ramdial, Simeeka**
**2631 SW 120th Terrace**
**Miramar, FL 33025**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,734.03** | **$1,451.74** |
|---|---|---|---|---|

**Read, Leslie**
**21393 Elk Haven Lane**
**Porter, TX 77365**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,476.96** | **$1,236.52** |
|---|---|---|---|---|

**Riegel, Laura**
**4740 S Ocean Blvd**
**Apt. 207**
**Highland Beach, FL 33487**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

| Debtor | **iPic-Gold Class Entertainment, LLC** | | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,273.24 | $1,065.97 |
|---|---|---|---|---|

**Rigotti, Agustin**
**6025 Balboa Cir**
**Apt 303**
**Boca Raton, FL 33433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $363.78 | $304.56 |
|---|---|---|---|---|

**Riley, Sean**
**1950 E. Dublin St**
**Gilbert, AZ 85295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $921.91 | $771.84 |
|---|---|---|---|---|

**Ritman, Philip M.**
**4139 Eastridge Circle**
**Pompano Beach, FL 33064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $523.85 | $438.57 |
|---|---|---|---|---|

**Rojas, Kenneth**
**1028 Moser River Dr**
**Leander, TX 78641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,731.61** | **$1,449.72** |
|---|---|---|---|---|
| | **Romero, Luis**<br>**9219 Broadwater drive**<br>**Gaithersburg, MD 20879** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$742.12** | **$621.31** |
|---|---|---|---|---|
| | **Rose, Glitter**<br>**11461 Washington Place**<br>**Apt B**<br>**Los Angeles, CA 90066** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$200.08** | **$167.51** |
|---|---|---|---|---|
| | **Ross, Yarden**<br>**1941 S Oak Haven Cir**<br>**North Miami Beach, FL 33179** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,274.04** | **$2,741.06** |
|---|---|---|---|---|
| | **Salazar, Enrique**<br>**1828 E Norma Ave**<br>**West Covina, CA 91791** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.151 | Priority creditor's name and mailing address<br>**Santiago, Eddie**<br>**435 East 105st**<br>**New York, NY 10029** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$309.21** | **$258.88** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.152 | Priority creditor's name and mailing address<br>**Santos, Ixa**<br>**2753 S Oakland Forest Dr**<br>**Apt 103**<br>**Oakland Park, FL 33309** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$622.07** | **$520.80** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.153 | Priority creditor's name and mailing address<br>**Saperstein, Jennifer**<br>**11426 Millpond Greens Drive**<br>**Boynton Beach, FL 33473** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,527.89** | **$1,279.16** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.154 | Priority creditor's name and mailing address<br>**Schechter, Alan**<br>**2851 Palm Aire Dr. South**<br>**#608**<br>**Pompano Beach, FL 33069** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,620.86** | **$2,194.21** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,819.72** | **$3,197.90** |
|---|---|---|---|---|

**Seeney, Gerome**
**1722 111th Dr SE**
**Lake Stevens, WA 98258**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,909.86** | **$1,598.95** |
|---|---|---|---|---|

**Shawky, Sherief**
**27 Garden Street**
**Edison, NJ 08817**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,200.48** | **$1,005.05** |
|---|---|---|---|---|

**Shelton, Tyrone**
**4848 Nw 24th Ct**
**Apt 1A**
**Lauderdale Lakes, FL 33313**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,200.48** | **$1,005.05** |
|---|---|---|---|---|

**Siebs, Jennifer**
**332 Oswego Court**
**West New York, NJ 07093**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,582.45** | **$1,324.85** |
|---|---|---|---|---|

**Silva, Richard**
**Ipic Theaters - The Village at**
**Fairview**
**321 Town Place**
**Fairview, TX 75069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,200.48** | **$1,005.05** |
|---|---|---|---|---|

**Simpson, Sean**
**14465 Larkspur Lane**
**Wellington, FL 33414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,400.56** | **$1,172.56** |
|---|---|---|---|---|

**Sinowitz, Kelley**
**18532 NE 128th Way**
**Redmond, WA 98052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$4,201.67** | **$3,517.68** |
|---|---|---|---|---|

**Smith, Robert**
**460 W 126th Street**
**Apt 1D**
**New York, NY 10027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **iPic-Gold Class Entertainment, LLC** | | Case number (if known) | **19-11739 (LSS)** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**2.163** Priority creditor's name and mailing address

**Stewart, Erin**
**342 Somerset Drive**
**Streamwood, IL 60107**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:      $1,948.05    $1,630.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

**2.164** Priority creditor's name and mailing address

**Sullivan, Alexandra**
**247 NW 47TH Terrace**
**Deerfield Beach, FL 33442**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:      $2,415.98    $2,022.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

**2.165** Priority creditor's name and mailing address

**Sweeney, Michelle**
**4531 Little Palm Lane**
**Coconut Creek, FL 33073**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:      $2,769.30    $2,318.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

**2.166** Priority creditor's name and mailing address

**Tax Collector, Palm Beach**
**County-3353**
**Anne M. Gannon-Constitutional**
**Tax Collec**
**PO Box 3353**
**West Palm Beach, FL 33402-3353**

Date or dates debt was incurred

Last 4 digits of account number **0015**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:      $1,308.00    $1,308.00
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,200.48** | **$1,005.06** |
|---|---|---|---|---|

**Terry, John**
**2405 S Star Lake Rd**
**Apt. 69-102**
**Federal Way, WA 98003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,142.08** | **$956.16** |
|---|---|---|---|---|

**Thomas, Brittany**
**309 Laurel CT**
**Streamwood, IL 60107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$283.75** | **$237.56** |
|---|---|---|---|---|

**Thomes, Sean**
**119 W Hook Rd**
**Hopewell Junction, NY 12533**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$909.46** | **$761.41** |
|---|---|---|---|---|

**Trujillo, Kelly**
**12017 Rialto Street**
**Sun Valley, CA 91352**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | iPic-Gold Class Entertainment, LLC | Case number (if known) | 19-11739 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,451.49 | $1,215.20 |
|---|---|---|---|---|
| | **Turcios Tobias, Edvin**<br>**10700 hayes ave**<br>**Silver Spring, MD 20902** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.08 | $167.51 |
|---|---|---|---|---|
| | **Valcourt, Georges**<br>**830 NW 51st**<br>**Miami, FL 33127** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,005.71 | $2,516.41 |
|---|---|---|---|---|
| | **Vandenberg, Jared**<br>**256 E. Glenarm Street**<br>**Pasadena, CA 91106** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.40 | $837.55 |
|---|---|---|---|---|
| | **Vazquez, Jillian**<br>**1807 McKinley Ave.**<br>**Austin, TX 78702** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$4,835.94** | **$4,048.69** |
|---|---|---|---|---|
| | **Voudouris, Charles**<br>**1921 19th Street #1**<br>**Santa Monica, CA 90404** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,909.86** | **$1,598.95** |
|---|---|---|---|---|
| | **Warner, Marinus**<br>**65 Deercreek Rd.**<br>**H-209**<br>**Deerfield Beach, FL 33442** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$46,421.62** | **$46,421.62** |
|---|---|---|---|---|
| | **Washington State**<br>**PO BOX: 34052**<br>**PO BOX: 34052**<br>**Seattle, WA 98124-1052** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number **0007** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

---

| 2.178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,107.72** | **$927.39** |
|---|---|---|---|---|
| | **White, Jeffrey**<br>**514 Saturn Drive**<br>**Uniontown, OH 44685-9670** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,033.14 | $864.96 |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Zuniga Brittani**
**245 W. Western Ave**
**Carpentersville, IL 60110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,627.67 |
|---|---|---|---|

**20th Century Fox**
**Bank of America**
**5799 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Film**

**Last 4 digits of account number  0057**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,428.75 |
|---|---|---|---|

**A Better Plumbing**
**4061 N. Federal Hwy**
**Pompano Beach, FL 33314**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Professional Services**

**Last 4 digits of account number  0282**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,150.00 |
|---|---|---|---|

**A+ Beverage Solutions**
**PO BOX 2500**
**ENGLEWOOD, CO 80150**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Construction**

**Last 4 digits of account number  0390**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,164.00 |
|---|---|---|---|

**A1 Elevator Inspections & Consulting LLC**
**PO Box 284**
**Port Deposit, MD 21904**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Professional Services**

**Last 4 digits of account number  0459**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,971.32 |
|---|---|---|---|

**A24 Films LLC**
**PO BOX 8297**
**Pasadena, CA 91109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Film**

**Last 4 digits of account number  0336**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,258.78**

**AAA Carting & Rubbish Removal, Inc.**
**480 Furnace Dock Road**
**Cortlandt Manor, NY 10567**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Repairs & Maintenance**

Last 4 digits of account number  **0500**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$605.00**

**Aable Safety Clean**
**PO Box 3400**
**Redmond, WA 98073-3400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number  **0005**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$106,465.34**

**ABT Owner 1, LP**
**75 Remittance Drive**
**Dept 3223  -  Accounts Receivable**
**Chicago, IL 60675-3223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number  **0300**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$800.00**

**AC Beverage of MD**
**1993-7 Moreland Pkwy**
**Annapolis, MD 21401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Repairs & Maintenance**

Last 4 digits of account number  **0268**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,611.00**

**Ace Microtechnology, Inc.**
**8480 Bullock Lane**
**Gainsville, GA 30506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **0012**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,231.51**

**Acoustic Innovations Inc.**
**1101 Holland Drive**
**Suite 17**
**Boca Raton, FL 33487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Construction**

Last 4 digits of account number  **0146**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,805.72**

**Admiral Linen & Uniform - AUSTIN**
**449 Vista Ridge Dr**
**Kyle,, TX 78640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **0018**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|

Name

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,364.12**

**Admiral Linen & Uniform - HOUSTON**
**2030 Kipling Street**
**Houston, TX 77098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0345**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,485.72**

**ADP, INC.**
**PO Box 842875**
**Boston, MA 02284-2875**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0020**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$174.06**

**ADT Security Services**
**PO Box 371878**
**Pittsburgh, PA 15250-7878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0077**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$493.72**

**Advantage Waypoint dba Ettinger-Rosini &**
**PO Box 844109**
**Los Angeles, CA 90084-4109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0487**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$750.00**

**AimPoint Group**
**PO Box 220156**
**Hollywood, FL 33022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0373**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,101.09**

**Airgas National Carbonation**
**PO Box 734673**
**Dallas, TX 75373-4673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0240**

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$841.97**

**Airgas USA, LLC-676015**
**PO Box 676015**
**Dallas, TX 75267-6015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0184**

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | iPic-Gold Class Entertainment, LLC | Case number (if known) | 19-11739 (LSS) |
|---|---|---|---|
| | Name | | |

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$494.26**

**Airgas USA, LLC-7423**
**PO Box 7423**
**Pasadena, CA 91109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Goods Sold**

Last 4 digits of account number  **0134**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,590.70**

**Akerman LLP**
**PO Box 4906**
**Orlando, FL 32802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Legal**

Last 4 digits of account number  **0485**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$201.00**

**Alarm Detection Systems Inc.**
**1111 Church Road**
**Aurora, IL 60505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Utilities**

Last 4 digits of account number  **0028**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,349.84**

**Alert Logic, Inc.**
**1776 Yorktown Street**
**Suite 711**
**Houston, TX 77056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Utilities**

Last 4 digits of account number  **0473**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$185.00**

**All City Locksmith**
**13 E Hartsdale**
**Hartsdale,, NY 10530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number  **0533**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,179.39**

**Allied Beverage - Fintech**
**PO Box 0838**
**600 Washington Ave**
**Carlstadt, NJ 07072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Fintech**

Last 4 digits of account number  **0366**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$202.08**

**Alphagraphics - PLANO**
**601 W. Plano Parkway**
**Suite 127**
**Plano, TX 75075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Marketing/Advertising**

Last 4 digits of account number  **0201**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500,000.00** |
|---|---|---|---|

**AMC Entertainment Holdings, Inc. et al**
**Norton Rose Fulbright US LLP**
**Michael A. Swartzendruber, Esq.**
**2200 Ross Ave., Ste 3600**
**Dallas, TX 75201**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class Action Settlement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$85,000.00** |
|---|---|---|---|

**America's Escape Game**
**6000 Metro West Blvd**
**Suite 101**
**Orlando, FL 32835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Professional Services**

Last 4 digits of account number  **0494**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$209.38** |
|---|---|---|---|

**American Draft Systems LLC**
**45 Columbia Ave**
**Thornwood, NY 10594**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **0522**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$47,929.00** |
|---|---|---|---|

**American Executive Cleaning**
**1934 E. Camelback Rd.**
**Suite F104-408**
**Phoenix, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **0294**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,554.22** |
|---|---|---|---|

**American Express**
**20500 Belshaw Avenue**
**Carson, CA 90746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **0041**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,627.72** |
|---|---|---|---|

**Ammirati, Inc.**
**500 Fifth Avenue**
**Pelham, NY 10803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods Sold**

Last 4 digits of account number  **0460**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,262.00** |
|---|---|---|---|

**Apothia Los Angeles**
**2500 S. La Cienega Blvd**
**2500 S. La Cienega Blvd**
**Los Angeles, CA 90034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number  **0089**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,800.00**

**Apple Ice**
**171 E Industry Court**
**Suite B**
**Deer Park, NY 11729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Goods Sold**

Last 4 digits of account number  **0372**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,310.27**

**APS**
**PO Box 2906**
**Phoenix, AZ 85062-2906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Utilities**

Last 4 digits of account number  **0093**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,179.75**

**Arizona Bread Company**
**420 South Perry Lane**
**Suite 2**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Goods Sold**

Last 4 digits of account number  **0069**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$303.00**

**Arizona Cutlery & Sharpening Service Inc**
**12620 North Cave Creek Road**
**#4**
**Phoenix, AZ 85022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Utilities**

Last 4 digits of account number  **0101**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$421.63**

**AT&T - 105262**
**PO Box 105262**
**Atlanta, GA 30348-5262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Utilities**

Last 4 digits of account number  **0060**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,537.81**

**AT&T - CAROL STREAM 5019**
**PO Box 5019**
**Carol Stream, IL 60197-5019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Utilities**

Last 4 digits of account number  **0001**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$348.48**

**AT&T - Carol Stream 5025**
**PO Box 5025**
**Carol Stream, IL 60197-5025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Utilities**

Last 4 digits of account number  **0066**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28.35** |
|---|---|---|---|

**AT&T - CAROL STREAM 5080**
**PO Box 5080**
**Carol Stream, IL 60197-5080**

Date(s) debt was incurred ___

Last 4 digits of account number __0059__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Utilities **

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,035.24** |
|---|---|---|---|

**Athens Services**
**PO Box 54957**
**Los Angeles, CA 90054-0957**

Date(s) debt was incurred ___

Last 4 digits of account number __0227__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Utilities **

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,900.00** |
|---|---|---|---|

**Atlantic Ave-Mizan Enterprises Inc.**
**335 E Linton Blvd**
**#B14-832090**
**Delray Beach,, FL 33483**

Date(s) debt was incurred ___

Last 4 digits of account number __0512__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Marketing/Advertising **

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$270.00** |
|---|---|---|---|

**Austin Beerworks-FINTECH**
**3009 Industrial Terrace**
**Ste 150**
**Austin, TX 78758**

Date(s) debt was incurred ___

Last 4 digits of account number __0318__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Fintech **

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$177,333.34** |
|---|---|---|---|

**AVCO Center Corporation**
**10850 Wilshire Blvd**
**Ste 1050**
**Los Angeles, CA 90024**

Date(s) debt was incurred ___

Last 4 digits of account number __0209__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Rent **

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$173.17** |
|---|---|---|---|

**AVS Technology**
**140J Commerce Way**
**140J Commerce Way**
**Totowa, NJ 07512**

Date(s) debt was incurred ___

Last 4 digits of account number __0362__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Repairs & Maintenance **

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,334.11** |
|---|---|---|---|

**AWS Inc-Amazon Web Services, Inc**
**401 Terry Ave N**
**PO Box 84023**
**Seattle, WA 98124-8423**

Date(s) debt was incurred ___

Last 4 digits of account number __0524__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Utilities **

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.48**

**Nonpriority creditor's name and mailing address**

**Aztec Specialty - Division of Greco and**
**PO Box 15256**
**Phoenix, AZ 85060**

Date(s) debt was incurred _

Last 4 digits of account number  **0191**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

**$7,645.90**

---

**3.49**

**Nonpriority creditor's name and mailing address**

**Baldor Specialty Foods - Dobbs Ferry Inc**
**PO Box 5411**
**New York, NY 10087-5411**

Date(s) debt was incurred _

Last 4 digits of account number  **0346**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

**$13,214.72**

---

**3.50**

**Nonpriority creditor's name and mailing address**

**Baldor Specialty Foods - NJ**
**PO Box 5411**
**New York, NY 10087-5411**

Date(s) debt was incurred _

Last 4 digits of account number  **0298**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

**$15,810.91**

---

**3.51**

**Nonpriority creditor's name and mailing address**

**Baldor Specialty Foods - NY Inc**
**PO Box 5411**
**New York, NY 10087-5411**

Date(s) debt was incurred _

Last 4 digits of account number  **0310**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

**$2,758.62**

---

**3.52**

**Nonpriority creditor's name and mailing address**

**Ballantyne Strong Inc.**
**PO Box 310294**
**Des Moines, IA 50331-0294**

Date(s) debt was incurred _

Last 4 digits of account number  **0050**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$24,188.51**

---

**3.53**

**Nonpriority creditor's name and mailing address**

**Ballard Spahr - Los Angeles**
**2029 Century Park EAst**
**Suite 800**
**Los Angeles, CA 90067**

Date(s) debt was incurred _

Last 4 digits of account number  **0170**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal**

Is the claim subject to offset? ■ No ☐ Yes

**$1,174.50**

---

**3.54**

**Nonpriority creditor's name and mailing address**

**Ballard Spahr - Philadelphia**
**1735 Market Street**
**51st Floor**
**Philadelphia, PA 19103-7599**

Date(s) debt was incurred _

Last 4 digits of account number  **0118**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal**

Is the claim subject to offset? ■ No ☐ Yes

**$61,275.50**

---

Debtor **iPic-Gold Class Entertainment, LLC**                Case number (if known)   **19-11739 (LSS)**
　　　　　　　Name

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,689.12 |
|---|---|---|---|

**Bar Harbor Seafood Inc**
**2000 Premier Row**
**Orlando, FL 32809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0165**

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $471.79 |
|---|---|---|---|

**Barrios, Larry**
**1311 123rd Lane NE**
**Apt A201**
**Kirkland, WA 98034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,242.68 |
|---|---|---|---|

**BDO USA LLP**
**PO Box 677973**
**Dallas, TX 75267-7973**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0381**

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Be Media, Inc.**
**20545 Plummer St**
**Chatsworth, CA 91311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0122**

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,571.40 |
|---|---|---|---|

**Bergman KPRS LLC**
**2850 Saturn St #100**
**Brea, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0447**

Basis for the claim:  **Construction**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,751.40 |
|---|---|---|---|

**Best Restaurant Equipment and Design**
**4020 Business Park Drive**
**Columbus, OH 43204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0478**

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,905.00 |
|---|---|---|---|

**Bethesda Magazine**
**7768 Woodmont Ave #204**
**Bethesda, MD 20814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0197**

Basis for the claim:  **Marketing/Advertising**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$249.45** |
|---|---|---|---|

**Better Beverages, Inc.**
**PO Box 1399**
**Bellflower, CA 90707-1399**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0018__

Basis for the claim: __Goods Sold__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$900.00** |
|---|---|---|---|

**Better Escalator LLC**
**5947 NW 77th Drive**
**Parkland, FL 33067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0021__

Basis for the claim: __Repairs & Maintenance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,152.12** |
|---|---|---|---|

**Better Party Rentals/Better Rentals**
**1700 South Powerline Rd., #J**
**Deerfield Beach, FL 33442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0397__

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$376.63** |
|---|---|---|---|

**Bevflo Inc.**
**23 Amherst Street**
**Williston Park, NY 11596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0357__

Basis for the claim: __Repairs & Maintenance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$733.52** |
|---|---|---|---|

**Bindi North America**
**630 Belleville Turnpike**
**Kearny,, NJ 07032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0462__

Basis for the claim: __Goods Sold__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,656.00** |
|---|---|---|---|

**Boca Mizner Cleaners**
**51 NW 1st Avenue**
**Boca Raton, FL 33432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0040__

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,065.30** |
|---|---|---|---|

**Boca Security Center & LockSmith, LLC**
**1811 NW 2nd Ave**
**Boca Raton, FL 33432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0139__

Basis for the claim: __Repairs & Maintenance__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
| | Name | | |

---

**3.69**

**Nonpriority creditor's name and mailing address**
**BPP East Union Master Holdings, LLC**
**PO Box 27324**
**San Diego, CA 92198-1324**

Date(s) debt was incurred _

Last 4 digits of account number  **0418**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Rent**

Is the claim subject to offset? ☐ No ☐ Yes

**$151,250.00**

---

**3.70**

**Nonpriority creditor's name and mailing address**
**Braun Linen Service Inc.**
**16530 S. Garfield Ave**
**Paramount, CA 90723**

Date(s) debt was incurred _

Last 4 digits of account number  **0160**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$3,525.96**

---

**3.71**

**Nonpriority creditor's name and mailing address**
**Breadbar, LLC**
**701 E. El Segundo Blvd**
**El Segundo, CA 90245**

Date(s) debt was incurred _

Last 4 digits of account number  **0072**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Goods Sold**

Is the claim subject to offset? ☐ No ☐ Yes

**$1,112.98**

---

**3.72**

**Nonpriority creditor's name and mailing address**
**Break It Down LLC**
**PO Box 144851**
**Austin, TX 78714**

Date(s) debt was incurred _

Last 4 digits of account number  **0325**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ☐ No ☐ Yes

**$95.26**

---

**3.73**

**Nonpriority creditor's name and mailing address**
**Brewer Commercial Services**
**1911 W Parside Lane**
**Phoenix, AZ 85027**

Date(s) debt was incurred _

Last 4 digits of account number  **0444**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Repairs & Maintenance**

Is the claim subject to offset? ☐ No ☐ Yes

**$845.37**

---

**3.74**

**Nonpriority creditor's name and mailing address**
**BrightEdge Technologies, Inc.**
**989 E. Hillsdale Blvd**
**Suite 300**
**Foster City, CA 94404**

Date(s) debt was incurred _

Last 4 digits of account number  **0441**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Marketing/Advertising**

Is the claim subject to offset? ■ No ☐ Yes

**$3,500.00**

---

**3.75**

**Nonpriority creditor's name and mailing address**
**Brink's Incorporated**
**POBox 64115**
**BALTIMORE, MD 21264-4115**

Date(s) debt was incurred _

Last 4 digits of account number  **0476**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$3,828.79**

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11.84** |
|---|---|---|---|

**Broadridge Investor Communication Soluti**
PO Box 416423
Boston, MA 00241-6423

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Professional Services**

Last 4 digits of account number  **0432**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,681.80** |
|---|---|---|---|

**Brothers Produce of Austin**
PO Box 142305
Austin, TX 78714

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Goods Sold**

Last 4 digits of account number  **0250**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,209.35** |
|---|---|---|---|

**Brothers Produce, Inc - Houston**
PO Box 1207
Friendswood, TX 77549-1207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Goods Sold**

Last 4 digits of account number  **0423**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,070.53** |
|---|---|---|---|

**Brown Brothers Consulting, Inc.**
4552 N San Andros
West Palm Beach,, FL 33411

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Professional Services**

Last 4 digits of account number  **0451**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$292.40** |
|---|---|---|---|

**Brown Dist - FINTECH**
1300 Allendale Road
West Palm Beach, FL 33405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Fintech**

Last 4 digits of account number  **0042**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$817.77** |
|---|---|---|---|

**Brown Dist - FINTECH**
1300 Allendale Road
West Palm Beach, FL 33405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Fintech**

Last 4 digits of account number  **0045**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,803.25** |
|---|---|---|---|

**Buchanan Van Tuinen**
POBox 700
Perrysburg, OH 43552

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Legal**

Last 4 digits of account number  **0190**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,178.26** |
|---|---|---|---|

**Burch & Cracchiolo, PA**
**702 E. Osborn Rd #200**
**Phoenix, AZ 85014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0154**

Basis for the claim:  **Legal**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$82,635.43** |
|---|---|---|---|

**Burr & Forman LLP**
**PO Box 830719**
**Birmingham, AL 35283-0719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0057**

Basis for the claim:  **Legal**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,778.75** |
|---|---|---|---|

**Bush Brothers Provisions Company**
**1931 N Dixie Hwy**
**West Palm Beach, FL 33407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0396**

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,809.00** |
|---|---|---|---|

**C & JM Services Inc.**
**21 South Summit Ave.**
**PO Box 223**
**Gaithersburg, MD 20877**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0309**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00** |
|---|---|---|---|

**Cafeteria Films, LLC**
**1221 SW 27th Ave**
**2nd Floor**
**Miami, FL 33135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0608**

Basis for the claim:  **Marketing/Advertising**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |
|---|---|---|---|

**California Waters, LLC**
**23311 E. La Palma Ave**
**Yorba Linda, CA 92887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0610**

Basis for the claim:  **Construction**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$71,989.09** |
|---|---|---|---|

**Capitol Light -Rexel USA, Inc**
**14951 Dallas Parkway**
**Dallas, TX 75254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0485**

Basis for the claim:  **Construction**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32,481.63** |
|---|---|---|---|
| | **Captive-Aire Systems Inc.** | ☐ Contingent | |
| | **P. O. Box 60270** | ☐ Unliquidated | |
| | **Charlotte, NC 28260** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Repairs & Maintenance** | |
| | Last 4 digits of account number  **0452** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$87,072.00** |
|---|---|---|---|
| | **Cardlytics Inc.** | ☐ Contingent | |
| | **75 Remittance Dr Dept 3247** | ☐ Unliquidated | |
| | **Chicago, IL 60675-3247** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Marketing/Advertising** | |
| | Last 4 digits of account number  **0630** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$83.31** |
|---|---|---|---|
| | **CBC Specialty Beverage/Chicagoland** | ☐ Contingent | |
| | **2056 West Walnut Street** | ☐ Unliquidated | |
| | **Chicago, IL 60612** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Goods Sold** | |
| | Last 4 digits of account number  **0547** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,168.76** |
|---|---|---|---|
| | **CBS Television Stations, CBS Digital** | ☐ Contingent | |
| | **22985 Network Place** | ☐ Unliquidated | |
| | **KTVT-TV** | ☐ Disputed | |
| | **Chicago, IL 60673-1229** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Marketing/Advertising** | |
| | Last 4 digits of account number  **0014** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,480.90** |
|---|---|---|---|
| | **Central Texas Refuse, Inc.** | ☐ Contingent | |
| | **PO BOX: 18685** | ☐ Unliquidated | |
| | **Austin, TX 78760** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Utilities** | |
| | Last 4 digits of account number  **0017** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$810.89** |
|---|---|---|---|
| | **Central Welding Supply Co., Inc.** | ☐ Contingent | |
| | **PO BOX: 179** | ☐ Unliquidated | |
| | **North Lakewood,, WA 98259** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Goods Sold** | |
| | Last 4 digits of account number  **0018** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,439.38** |
|---|---|---|---|
| | **CenturyLink - 52187** | ☐ Contingent | |
| | **Business Services** | ☐ Unliquidated | |
| | **PO Box 52187** | ☐ Disputed | |
| | **Phoenix, AZ 85072-2187** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Utilities** | |
| | Last 4 digits of account number  **0113** | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.97**

**Nonpriority creditor's name and mailing address**
**Champion Solutions Group**
**28923 Network Place**
**Chicago, IL 60673-1289**

Date(s) debt was incurred _

Last 4 digits of account number  **0160**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$4,896.00**

---

**3.98**

**Nonpriority creditor's name and mailing address**
**Chandler Signs, LP, LLP**
**14201 Sovereign Road**
**Suite 101**
**Fort Worth, TX 76155**

Date(s) debt was incurred _

Last 4 digits of account number  **0069**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Construction**

Is the claim subject to offset? ■ No ☐ Yes

**$19,727.71**

---

**3.99**

**Nonpriority creditor's name and mailing address**
**Charlie's Produce corp**
**PO Box 24606**
**Seattle,, WA 98124**

Date(s) debt was incurred _

Last 4 digits of account number  **0108**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

**$6,728.32**

---

**3.100**

**Nonpriority creditor's name and mailing address**
**Chavez, Raul M. dba Eleven Point**
**8320 Albia Street**
**Downey, CA 90242**

Date(s) debt was incurred _

Last 4 digits of account number  **0603**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Construction**

Is the claim subject to offset? ■ No ☐ Yes

**$37,310.00**

---

**3.101**

**Nonpriority creditor's name and mailing address**
**Chefs' Produce Dallas, Inc.**
**PO Box 224016**
**Dallas, TX 75222**

Date(s) debt was incurred _

Last 4 digits of account number  **0362**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

**$9,401.71**

---

**3.102**

**Nonpriority creditor's name and mailing address**
**Chefs' Warehouse Mid-Atlantic, LLC**
**PO Box 30944**
**New York, NY 10087-0944**

Date(s) debt was incurred _

Last 4 digits of account number  **0280**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

**$6,370.96**

---

**3.103**

**Nonpriority creditor's name and mailing address**
**Chefs' Warehouse Midwest, LLC**
**26576 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred _

Last 4 digits of account number  **0488**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

**$12,282.98**

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.104** | **Nonpriority creditor's name and mailing address**

**Chefs' Warehouse of Florida, LLC**
**PO Box 32187**
**New York, NY 10087-2187**

Date(s) debt was incurred _

Last 4 digits of account number  **0245**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,899.76**

---

**3.105** | **Nonpriority creditor's name and mailing address**

**Chefs' Warehouse West Coast, LLC**
**PO Box 601154**
**Pasadena, CA 91189-1154**

Date(s) debt was incurred _

Last 4 digits of account number  **0240**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No  ☐ Yes

**$15,470.49**

---

**3.106** | **Nonpriority creditor's name and mailing address**

**Chris Evert Charities, Inc.**
**7200 West Camino Real, Suite 310**
**Boca Raton, FL 33433**

Date(s) debt was incurred _

Last 4 digits of account number  **0022**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing/Advertising**

Is the claim subject to offset? ■ No  ☐ Yes

**$125.00**

---

**3.107** | **Nonpriority creditor's name and mailing address**

**Cinema Concepts Inc.**
**2030 Power Ferry Road**
**Suite 214**
**Atlanta, GA 30339**

Date(s) debt was incurred _

Last 4 digits of account number  **0024**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing/Advertising**

Is the claim subject to offset? ■ No  ☐ Yes

**$12,925.00**

---

**3.108** | **Nonpriority creditor's name and mailing address**

**Cinema Edge LLC dba Independent Marketin**
**638 Ferguson Ave #3**
**Bozeman, MT 59718-6405**

Date(s) debt was incurred _

Last 4 digits of account number  **0007**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing/Advertising**

Is the claim subject to offset? ■ No  ☐ Yes

**$210.00**

---

**3.109** | **Nonpriority creditor's name and mailing address**

**CineVizion, LLC**
**5300 Melrose Avenue Suite B-210**
**Chaplin Theatre**
**Los Angeles, CA 90038**

Date(s) debt was incurred _

Last 4 digits of account number  **0566**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Misc**

Is the claim subject to offset? ■ No  ☐ Yes

**$98.00**

---

**3.110** | **Nonpriority creditor's name and mailing address**

**Cintas Corporation #344**
**PO Box 88005**
**Chicago, IL 60680-1005**

Date(s) debt was incurred _

Last 4 digits of account number  **0265**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$277.40**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|

Name

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$601.37**

**Cintas Corporation No. 2 -650838**
**PO Box 650838**
**Dallas, TX 75265-0838**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **0596**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$756.48**

**Cintas Fire Protection**
**PO Box 636525**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Repairs & Maintenance**

Last 4 digits of account number  **0099**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$650.56**

**CIT Technology (Avaya)**
**21146 Network Place**
**Chicago, IL 60673-1211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **0025**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,029.00**

**City Of Atlanta**
**55 Trinity Avenue**
**Atlanta,, GA 30303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Construction**

Last 4 digits of account number  **0614**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,806.93**

**City of Austin-UTILITIES**
**PO Box 2267**
**Austin, TX 78783-2267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **0027**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,691.98**

**City of Boca Raton-WATER**
**Utilities Processing Center**
**PO Box 31042**
**Tampa, FL 33631-3042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **0122**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$380.60**

**City of Delray Beach**
**100 NW 1st Avenue**
**Delray Beach, FL 33444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Construction**

Last 4 digits of account number  **0230**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.118** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,119.67**

**City of North Miami Beach - Utilities**
PO Box 600427
North Miami Beach, FL 33160-0427

Date(s) debt was incurred _

Last 4 digits of account number **0305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,118.24**

**City of Pasadena-ELECTRIC**
PO Box 7120
Pasadena, CA 91109-7220

Date(s) debt was incurred _

Last 4 digits of account number **0030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,195.04**

**City of Scottsdale-WATER/FEES**
PO Box 52799
Suite 110
Phoenix, AZ 85072-2799

Date(s) debt was incurred _

Last 4 digits of account number **0084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$461.80**

**City Waste LP dba Coastal Compaction**
2202 Kelley
Houston, TX 77026

Date(s) debt was incurred _

Last 4 digits of account number **0609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$434.90**

**Classic Dist & Bev Group Corp**
PO BOX: 60397
Los Angeles, CA 90060-0397

Date(s) debt was incurred _

Last 4 digits of account number **0033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liquor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,250.00**

**Clear Channel Outdoor**
PO Box 847247
Dallas, TX 75284-7247

Date(s) debt was incurred _

Last 4 digits of account number **0115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,261.62**

**Coastal Sunbelt Produce**
PO Box 62860
BALTIMORE, MD 21264-2860

Date(s) debt was incurred _

Last 4 digits of account number **0270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $396.62 |
|---|---|---|---|

**Coca-Cola - 102703**
PO Box 102703
Atlanta, GA 30368

Date(s) debt was incurred _

Last 4 digits of account number **0049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,528.52 |
|---|---|---|---|

**Coca-Cola - 743273 Florida Sales**
PO Box 740909
Atlanta, GA 30374-0909

Date(s) debt was incurred _

Last 4 digits of account number **0490**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $286.80 |
|---|---|---|---|

**Coca-Cola 744010 Southwest Beverages LL**
PO Box 744010
Atlanta, GA 30384-4010

Date(s) debt was incurred _

Last 4 digits of account number **0504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $455.00 |
|---|---|---|---|

**Colonial Parking, Inc.**
PO Box 79241
BALTIMORE, MD 21279-0241

Date(s) debt was incurred _

Last 4 digits of account number **0275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $206.34 |
|---|---|---|---|

**Comcast**
PO Box 530098
Atlanta, GA 30353-0098

Date(s) debt was incurred _

Last 4 digits of account number **0528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $333.16 |
|---|---|---|---|

**Comcast - 660618**
PO Box 660618
Dallas, TX 75266-0618

Date(s) debt was incurred _

Last 4 digits of account number **0355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,331.45 |
|---|---|---|---|

**Commercial Kitchen Cleaning Solutions In**
88 Morgan Way
Port Jervis,, NY 12771

Date(s) debt was incurred _

Last 4 digits of account number **0621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|

Name

---

**3.132**

**Nonpriority creditor's name and mailing address**
**Concur Technologies, Inc.**
**62157 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred

Last 4 digits of account number  **0382**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$3,472.43**

---

**3.133**

**Nonpriority creditor's name and mailing address**
**Consolidated Edison Company of NY, Inc.**
**JAF Station**
**PO Box 1702**
**New York, NY 10116-1701**

Date(s) debt was incurred

Last 4 digits of account number  **0380**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$50,751.82**

---

**3.134**

**Nonpriority creditor's name and mailing address**
**Consolidated Fire Protection CORP**
**153 Technology Drive**
**Ste 200**
**Irvine, CA 92618**

Date(s) debt was incurred

Last 4 digits of account number  **0455**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$939.54**

---

**3.135**

**Nonpriority creditor's name and mailing address**
**Convergint Technologies LLC**
**35257 Eagle Way**
**Chicago, IL 60678-1352**

Date(s) debt was incurred

Last 4 digits of account number  **0052**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$5,125.61**

---

**3.136**

**Nonpriority creditor's name and mailing address**
**Cornerstone Building Services**
**269 Seneca Way**
**Bolingbrook, IL 60440**

Date(s) debt was incurred

Last 4 digits of account number  **0474**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$1,970.00**

---

**3.137**

**Nonpriority creditor's name and mailing address**
**CoServ**
**PO BOX: 650785**
**Dallas, TX 75265-0785**

Date(s) debt was incurred

Last 4 digits of account number  **0060**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$1,075.42**

---

**3.138**

**Nonpriority creditor's name and mailing address**
**Cozzini Bros., Inc.**
**350 Howard Avenue**
**Des Plaines, IL 60018**

Date(s) debt was incurred

Last 4 digits of account number  **0071**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$5,434.05**

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.139**

**Nonpriority creditor's name and mailing address**
**CRAFT BEER GUILD DISTRIBUTING OF N**
**12-14 SOUTH PUTT CORNERS ROAD**
**NEW PALTZ, NY 12561**

Date(s) debt was incurred _

Last 4 digits of account number  **0059**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Fintech**

Is the claim subject to offset? ■ No  ☐ Yes

**$961.92**

---

**3.140**

**Nonpriority creditor's name and mailing address**
**Crocker Downtown Development Associates**
**Mizner Park Office Plaza SDS-12-2564**
**PO Box 86**
**Minneapolis, MN 55486-2564**

Date(s) debt was incurred _

Last 4 digits of account number  **0135**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

**$30,069.32**

---

**3.141**

**Nonpriority creditor's name and mailing address**
**Crocker Downtown Development Associates**
**5355 Town Center Rd**
**Suite 350**
**Boca Raton, FL 33486**

Date(s) debt was incurred _

Last 4 digits of account number  **0613**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

**$79,231.83**

---

**3.142**

**Nonpriority creditor's name and mailing address**
**Crowe LLP**
**PO Box 71570**
**Chicago, IL 60694-1570**

Date(s) debt was incurred _

Last 4 digits of account number  **0063**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$155,937.00**

---

**3.143**

**Nonpriority creditor's name and mailing address**
**Dairyland USA Corp**
**PO Box 30943**
**New York, NY 10087-0943**

Date(s) debt was incurred _

Last 4 digits of account number  **0216**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No  ☐ Yes

**$33,364.04**

---

**3.144**

**Nonpriority creditor's name and mailing address**
**David Mayfield Selections LLC**
**1800 Austin Ave**
**STE 1**
**Waco, TX 76701**

Date(s) debt was incurred _

Last 4 digits of account number  **0326**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Fintech**

Is the claim subject to offset? ■ No  ☐ Yes

**$360.00**

---

**3.145**

**Nonpriority creditor's name and mailing address**
**David Zuidema, Inc.**
**90 Midland Ave**
**Midland Park, NJ 07432**

Date(s) debt was incurred _

Last 4 digits of account number  **0239**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$490.48**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.146** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00**

**DB Partners -David M Berry**
**1060 Brickell Avenue #3207**
**Miami, FL 33131**

Date(s) debt was incurred _
Last 4 digits of account number  **0474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing/Advertising**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.147** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Debra Carter**
**Wigberto Perez**
**EEOC Miami District Office**
**100 SE 2nd Street, Suite 1500**
**Miami, FL 33131**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.148** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,654.65**

**DeBragga**
**65-77 Amity Street**
**Jersey City, NJ 07304**

Date(s) debt was incurred _
Last 4 digits of account number  **0200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.149** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,668.00**

**Delizioso Publishing, Inc.**
**560 Sylvan Avenue, 3rd Floor**
**Englewood Cliffs, NJ 07632**

Date(s) debt was incurred _
Last 4 digits of account number  **0260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing/Advertising**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.150** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,089.18**

**Dell Business Credit**
**Payment Processing Center**
**PO Box 5275**
**Carol Stream, IL 60197-5275**

Date(s) debt was incurred _
Last 4 digits of account number  **0015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.151** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$98,069.87**

**Delray Beach 4th & 5th Avenue LLC - CONS**
**136 Brookline Avenue**
**Boston, MA 02215**

Date(s) debt was incurred _
Last 4 digits of account number  **0329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Construction**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.152** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$142,266.67**

**Delray Beach 4th & 5th Avenue, LLC RENT**
**136 Brookline Ave**
**Boston, MA 02215**

Date(s) debt was incurred _
Last 4 digits of account number  **0447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| Debtor | **iPic-Gold Class Entertainment, LLC** |
| | Name |

Case number (if known)    **19-11739 (LSS)**

---

**3.153** Nonpriority creditor's name and mailing address

**DeLucca's Handyman Service**
**David Delucca**
**3741 West 57th Street**
**Los Angeles,, CA 90043**

Date(s) debt was incurred _

Last 4 digits of account number  **0081**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ☑ No  ☐ Yes

**$1,000.00**

---

**3.154** Nonpriority creditor's name and mailing address

**Deluxe Echostar LLC**
**PO Box 749669**
**Los Angeles, CA 90074-9669**

Date(s) debt was incurred _

Last 4 digits of account number  **0018**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☑ No  ☐ Yes

**$954.85**

---

**3.155** Nonpriority creditor's name and mailing address

**Demand Cooling**
**Ken Harris**
**2540 Glenda Lane  #112**
**Dallas, TX 75229**

Date(s) debt was incurred _

Last 4 digits of account number  **0137**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ☑ No  ☐ Yes

**$22,618.69**

---

**3.156** Nonpriority creditor's name and mailing address

**Despinos, Dalila**
**326 Fern Street**
**West Palm, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ☑ No  ☐ Yes

**$653.92**

---

**3.157** Nonpriority creditor's name and mailing address

**Dezer Intracoastal Mall-RENT**
**c/o Dezer Properties**
**89 Fifth Ave 11th flr**
**New York, NY 10003**

Date(s) debt was incurred _

Last 4 digits of account number  **0165**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ☑ No  ☐ Yes

**$160,943.76**

---

**3.158** Nonpriority creditor's name and mailing address

**Dezer Intracoastal Mall-TRASH**
**89 Fifth Avenue 11th Flr**
**New York, NY 00010-0003**

Date(s) debt was incurred _

Last 4 digits of account number  **0160**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☑ No  ☐ Yes

**$5,051.32**

---

**3.159** Nonpriority creditor's name and mailing address

**Diamond Sharp Inc.**
**513 Mercury Lane**
**Brea, CA 92821**

Date(s) debt was incurred _

Last 4 digits of account number  **0120**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☑ No  ☐ Yes

**$160.00**

---

| Debtor | iPic-Gold Class Entertainment, LLC | Case number (if known) | 19-11739 (LSS) |
|---|---|---|---|
| | Name | | |

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.91 |
|---|---|---|---|

**Diaz, Brian**
**2815 NE 201st Terrace**
**Miami, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,908.80 |
|---|---|---|---|

**Dickinson Wright PLLC**
**2600 W Big Beaver**
**Suite 300**
**Troy, MI 48084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **0240**

Basis for the claim:  **Legal**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,406.76 |
|---|---|---|---|

**Digital Cinema Distribution Coalition, L**
**1840 Century Park East**
**Suite 550**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **0185**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Direct Cinema (North America) Inc.**
**127 W. 26th Street**
**NO. 501**
**New York,, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **0440**

Basis for the claim:  **Subscriptions**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,359.01 |
|---|---|---|---|

**Direct Energy Business**
**PO Box 70220**
**Philadelphia, PA 19176-0220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **0175**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,880.00 |
|---|---|---|---|

**Direct Mechanical Inc.**
**711 Morse Avenue**
**Schaumburg, IL 60193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **0113**

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,335.75 |
|---|---|---|---|

**DIRECTV**
**PO Box 105249**
**Atlanta, GA 30348-5249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **0038**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **iPic-Gold Class Entertainment, LLC**                              Case number (if known)    **19-11739 (LSS)**
Name

| | | |
|---|---|---|
| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$133,376.15** |

**3.167**

**Nonpriority creditor's name and mailing address**
**Domain Mall II, LLC**
**Multeck Community Center, LP**
**PO Box 402408**
**Atlanta, GA 30384-2408**

Date(s) debt was incurred  _

Last 4 digits of account number  **0055**

As of the petition filing date, the claim is: *Check all that apply.*    **$133,376.15**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.168**

**Nonpriority creditor's name and mailing address**
**Domaine Select Wine & Spirits**
**105 Madison Avenue**
**13th Floor**
**New York, NY 10016**

Date(s) debt was incurred  _

Last 4 digits of account number  **0232**

As of the petition filing date, the claim is: *Check all that apply.*    **$304.20**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Liquor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.169**

**Nonpriority creditor's name and mailing address**
**Driscoll Foods**
**174 Delawanna Ave**
**Clifton, NJ 07014**

Date(s) debt was incurred  _

Last 4 digits of account number  **0285**

As of the petition filing date, the claim is: *Check all that apply.*    **$124,901.75**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Goods Sold**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.170**

**Nonpriority creditor's name and mailing address**
**Dryclean Express**
**2461C Santa Monica Blvd**
**Unit C**
**Santa Monica, CA 90404**

Date(s) debt was incurred  _

Last 4 digits of account number  **0118**

As of the petition filing date, the claim is: *Check all that apply.*    **$2,863.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.171**

**Nonpriority creditor's name and mailing address**
**Dunay, Miskel, and Backman, LLP**
**14 SE 4th Street**
**Suite 36**
**Boca Raton, FL 33432**

Date(s) debt was incurred  _

Last 4 digits of account number  **0109**

As of the petition filing date, the claim is: *Check all that apply.*    **$19,778.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Construction**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.172**

**Nonpriority creditor's name and mailing address**
**Dunbar Security Products, Inc cash bags**
**P.O BOX 333**
**BALTIMORE, MD 21203**

Date(s) debt was incurred  _

Last 4 digits of account number  **0319**

As of the petition filing date, the claim is: *Check all that apply.*    **$119.93**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Misc**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.173**

**Nonpriority creditor's name and mailing address**
**Dye Carbonic**
**701 S. 7th Street**
**Phoenix, AZ 85034**

Date(s) debt was incurred  _

Last 4 digits of account number  **0059**

As of the petition filing date, the claim is: *Check all that apply.*    **$261.38**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Goods Sold**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$338.09** |
|---|---|---|---|

**DynaFire, Inc.**
**109 Concord Dr**
**Suite B**
**Casselberry, FL 32707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Repairs & Maintenance__

Last 4 digits of account number __0194__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$356.16** |
|---|---|---|---|

**East Coast Food Equipment, Inc.**
**570 Industrial Drive**
**Lewisberry, PA 17339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number __0081__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$150.00** |
|---|---|---|---|

**East Coast Valet Inc**
**589 N Country Club Drive**
**Atlantis,, FL 33462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utilities__

Last 4 digits of account number __0325__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$600.00** |
|---|---|---|---|

**ECD Design/Accessibility Ltd.**
**6101 Woodview Ave**
**Austin, TX 78757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Construction__

Last 4 digits of account number __0303__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,597.14** |
|---|---|---|---|

**Ecolab - 32027**
**PO Box 32027**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utilities__

Last 4 digits of account number __0090__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,563.64** |
|---|---|---|---|

**Ecolab - 70343**
**PO Box 70343**
**Chicago, IL 60673-0343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utilities__

Last 4 digits of account number __0003__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$951.91** |
|---|---|---|---|

**Ecolab Food Safety Specialties**
**24198 Network Place**
**Chicago, IL 60673-1241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number __0005__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,887.71 |
|---|---|---|---|

**Ecolab Pest-Chicago**
**26252 Network Place**
**Chicago, IL 60673-1262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0010**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $320,613.37 |
|---|---|---|---|

**Ecostruction LLC**
**946 NE 80th Street**
**Miami,, FL 33138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0322**

Basis for the claim:  **Construction**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $598.08 |
|---|---|---|---|

**Ecosure**
**26397 Network Place**
**Chicago, IL 60673-1263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0095**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,843.00 |
|---|---|---|---|

**Edgar Agents LLC**
**105 White Oak Lane #104**
**Old Bridge, NJ 08857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0151**

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,160.00 |
|---|---|---|---|

**Emailage Corporation**
**25 S Arizona Place #400**
**Chandler, AZ 85225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0146**

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,318.55 |
|---|---|---|---|

**Embedded Processor Designs, Inc.**
**1301 Sand Hill Road**
**Bldg 300**
**Candler, NC 28715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0041**

Basis for the claim:  **Construction**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,380.00 |
|---|---|---|---|

**Emergency Ice**
**8700 Diplomacy Row**
**Dallas, TX 75247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0055**

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.188**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,170.66 |
| --- | --- | --- |

**Empire Merchants, LLC - Fintech**
**16 Bridgewater Street**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Fintech**

Last 4 digits of account number  **0125**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.189**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,118.30 |
| --- | --- | --- |

**Empire Office Inc**
**105 Madison Avenue 15th Floor**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Construction**

Last 4 digits of account number  **0314**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.190**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
| --- | --- | --- |

**Entercom Communications Corp NEW**
**YORK**
**DIG-New York**
**PO Box 74090**
**Cleveland,, OH 44194**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Marketing/Advertising**

Last 4 digits of account number  **0086**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.191**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $133.75 |
| --- | --- | --- |

**Environmental Precision LLC**
**2719 Hollywood Blvd**
**Hollywood, FL 33020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Professional Services**

Last 4 digits of account number  **0145**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.192**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,500.00 |
| --- | --- | --- |

**Epsilon Data Management LLC**
**PO Box 84001**
**Chicago, IL 60689-4001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Marketing/Advertising**

Last 4 digits of account number  **0149**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.193**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- |

**Eric Barr and Kristen Barr**
**Roura & Melamed**
**Attn: Johanna C. Abreu, Esq.**
**233 Broadway, Suite 2700**
**New York, NY 10279**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.194**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $259.80 |
| --- | --- | --- |

**Eric T Letksuskas -Black Tie Window Clea**
**2051 Gattis School Rd #540-186**
**Round Rock, TX 78664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Utilities**

Last 4 digits of account number  **0452**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.195**

**Nonpriority creditor's name and mailing address**

**Essential Baking Company, Inc.**
**5601 1st Avenue South**
**PO Box 80445**
**Seattle, WA 98108**

Date(s) debt was incurred _

Last 4 digits of account number  **0019**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No  ☐ Yes

**$356.23**

---

**3.196**

**Nonpriority creditor's name and mailing address**

**Evention LLC**
**121 W. Wacker Drive**
**Suite 3200**
**Chicago, IL 60601**

Date(s) debt was incurred _

Last 4 digits of account number  **0310**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subscriptions**

Is the claim subject to offset? ■ No  ☐ Yes

**$300.00**

---

**3.197**

**Nonpriority creditor's name and mailing address**

**EverFlow Plumbing Co.**
**James Damon Lee**
**P.O.Box 313**
**Fate, TX 75132-0313**

Date(s) debt was incurred _

Last 4 digits of account number  **0040**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ■ No  ☐ Yes

**$19,456.78**

---

**3.198**

**Nonpriority creditor's name and mailing address**

**Everfresh Juice Company/Swartz & Sons Di**
**3815 38 Street**
**Brentwood, MD 20722**

Date(s) debt was incurred _

Last 4 digits of account number  **0304**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,425.38**

---

**3.199**

**Nonpriority creditor's name and mailing address**

**EZ Cleaners**
**Eduard Karapetyan**
**2308 E. Colarado Blvd**
**Pasadena, CA 91107**

Date(s) debt was incurred _

Last 4 digits of account number  **0067**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,921.90**

---

**3.200**

**Nonpriority creditor's name and mailing address**

**Facility Solutions Group Inc.**
**PO Box 896508**
**Charlotte, NC 28289-6508**

Date(s) debt was incurred _

Last 4 digits of account number  **0002**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,714.50**

---

**3.201**

**Nonpriority creditor's name and mailing address**

**FarFromBoring Promotions, LLC**
**6401 Congress Ave Suite 215**
**Boca Raton, FL 33487**

Date(s) debt was incurred _

Last 4 digits of account number  **0356**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,146.61**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300,306.72 |
|---|---|---|---|

**Federal Realty Investment Trust**
**Lock Box #9320**
**PO Box 8500**
**Philadelphia, PA 19178-9320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Rent**

Last 4 digits of account number  **0119**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,367.22 |
|---|---|---|---|

**Federal Realty Investment-WATER**
**Lockbox #9320**
**PO Box 8500**
**Philadelphia, PA 19178-9320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Utilities**

Last 4 digits of account number  **0135**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,688.56 |
|---|---|---|---|

**FedEx -Bolingbrook Gift cards only**
**Do Not Mail Checks**
**We pay them online**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Utilities**

Last 4 digits of account number  **0230**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,995.27 |
|---|---|---|---|

**FedEx Acct#2964-8707-4,all accounts**
**PO BOX 660481**
**Dallas, TX 75266-0481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Utilities**

Last 4 digits of account number  **0300**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,077.01 |
|---|---|---|---|

**Fedway Associates - Fintech**
**PO Box 651**
**Basking Ridge, NJ 07920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Fintech**

Last 4 digits of account number  **0192**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,575.39 |
|---|---|---|---|

**Fells Point Wholesale Meats, Inc.**
**PO Box 21491**
**New York, NY 10087-1491**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Goods Sold**

Last 4 digits of account number  **0115**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,947.19 |
|---|---|---|---|

**Ferencik Libanoff Brandt Bustamante & Go**
**150 South Pine Island Road**
**Suite #400**
**Fort Lauderdale, FL 33324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Legal**

Last 4 digits of account number  **0116**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.209** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$86.17**

**Filtercorp**
9805 NE 116th Street
PMB A200
Kirkland, WA 98034

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **0210**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.210** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$91.93**

**Filtercorp Farwest**
2120 E. Winston Road
Anaheim, CA 92806

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **0162**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.211** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$90.43**

**Filtercorp Mid America**
PO Box 637661
Cincinnati, OH 45263-7661

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **0198**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$102.93**

**FilterCorp Rocky Mountains**
2618 S RARITAN CIRCLE
ENGLEWOOD, CO 80110

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **0225**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.213** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$602.16**

**Filtercorp SE**
10420 Southern Loop Blvd
Pineville, NC 28134

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **0155**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.214** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$621.00**

**Fintech.net - EFT**
7702 Woodland Center Blvd
Suite 50
Tampa, FL 33614

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Fintech**

Last 4 digits of account number  **0042**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.215** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$952.00**

**Fish Window Cleaning - AZ**
2512 E. Thomas Rd
Suite 8
Phoenix, AZ 85016

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **0134**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.216** | Nonpriority creditor's name and mailing address
**Fish Window Cleaning - NY**
**4 Bulkley Avenue**
**Port Chester, NY 10573**

Date(s) debt was incurred _

Last 4 digits of account number  **0267**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$725.86**

---

**3.217** | Nonpriority creditor's name and mailing address
**Fish Window Cleaning - TX**
**2002 NW Military Hwy #10**
**San Antonio, TX 78213**

Date(s) debt was incurred _

Last 4 digits of account number  **0158**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$162.38**

---

**3.218** | Nonpriority creditor's name and mailing address
**Fish Window Cleaning - WA - Richard Bail**
**Richard Bailey**
**PO Box 2881**
**Redmond, WA 98073**

Date(s) debt was incurred _

Last 4 digits of account number  **0071**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$120.00**

---

**3.219** | Nonpriority creditor's name and mailing address
**Flexential South Florida Corp.**
**PO Box 530619**
**Atlanta, GA 30353-0619**

Date(s) debt was incurred _

Last 4 digits of account number  **0327**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,700.44**

---

**3.220** | Nonpriority creditor's name and mailing address
**Flo Wet Cleaning Solutions, LLC**
**3601 NE 163rd ST**
**North Miami Beach,, FL 33160**

Date(s) debt was incurred _

Last 4 digits of account number  **0353**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,117.38**

---

**3.221** | Nonpriority creditor's name and mailing address
**Florida Industrial Super Cleaners, Inc.**
**720 Lucerne Ave #1671**
**Lake Worth, FL 33460**

Date(s) debt was incurred _

Last 4 digits of account number  **0190**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,300.00**

---

**3.222** | Nonpriority creditor's name and mailing address
**Florida Public Utilities**
**PO Box 2137**
**Salisbury, MD 21802-2137**

Date(s) debt was incurred _

Last 4 digits of account number  **0020**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,391.91**

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.223** | Nonpriority creditor's name and mailing address
**Florida Son Landscaping LLC**
**1295 Glen Road**
**West Palm Beach, FL 33406**

Date(s) debt was incurred _
Last 4 digits of account number **0346**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

**3.224** | Nonpriority creditor's name and mailing address
**Fortessa Tableware Solutions, LLC**
**20412 Bashan Dr.**
**Ashburn, VA 20147**

Date(s) debt was incurred _
Last 4 digits of account number **0206**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$445.35**

---

**3.225** | Nonpriority creditor's name and mailing address
**Forward Artists NYC, LLC**
**7080 Holywood Blvd,**
**Suite 902**
**Los Angeles,, CA 90028**

Date(s) debt was incurred _
Last 4 digits of account number **0361**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing/Advertising**

Is the claim subject to offset? ■ No ☐ Yes

**$1,611.76**

---

**3.226** | Nonpriority creditor's name and mailing address
**Foster, John**
**2014 Woodford Road**
**Vienna, VA 22182**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$875.80**

---

**3.227** | Nonpriority creditor's name and mailing address
**Fox Valley Fire & Safety**
**2730 Pinnacle Drive**
**Elgin, IL 60124**

Date(s) debt was incurred _
Last 4 digits of account number **0023**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$1,816.00**

---

**3.228** | Nonpriority creditor's name and mailing address
**FPL**
**General Mail Facility**
**Miami, FL 33188-0001**

Date(s) debt was incurred _
Last 4 digits of account number **0024**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$27,214.10**

---

**3.229** | Nonpriority creditor's name and mailing address
**Franklin Machine Products, Inc.**
**PO Box 781570**
**Philadelphia, PA 19178-1570**

Date(s) debt was incurred _
Last 4 digits of account number **0182**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$119.97**

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,513.39**

**FreshPoint South Florida**
**2300 NW 19th Street**
**Pompano Beach, FL 33069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0027**

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

---

3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$337.65**

**Frontier**
**PO Box 740407**
**Cincinnati, OH 45274-0407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0037**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$103,254.32**

**G&I VII Redmond - RENT**
**PO Box 742668**
**Atlanta, GA 30374-2668**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0106**

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$576.00**

**G&I VII Redmond - WATER**
**PO Box 742668**
**Atlanta, GA 30374-2668**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0107**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$539.00**

**Gabriella's Desserts**
**2031 Route 22**
**Brewster, NY 10509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0245**

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

---

3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$438.42**

**Gallant Building Solutions**
**Construction Services Group**
**345 Memorial Drive, Suite B**
**Crystal Lake, IL 60014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0047**

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

---

3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,680.60**

**Gallo Wine NJ - Fintech**
**520 Division Street**
**Elizabeth, NJ 07201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0228**

Basis for the claim:  **Fintech**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.237** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$65.25**

**Gentile, Jaclyn**
**7564 Ridgefield Lane**
**Lake Worth, FL 33467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Expense Reimbursement__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.238** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,528.90**

**Get Fresh Produce - Barrington**
**1441 Brewster Creek Blvd**
**Bartlett, IL 60103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0230__

Basis for the claim: __Goods Sold__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.239** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,977.66**

**Get Fresh Produce - Bolingbrook**
**1441 Brewster Creek Blvd**
**Bartlett, IL 60103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0101__

Basis for the claim: __Goods Sold__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.240** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,360.01**

**Gexa Energy**
**PO Box 660100**
**Dallas, TX 75266-0100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0350__

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.241** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$34,500.00**

**GigaNetworks, Inc**
**835 NE 79th Street**
**Miami, FL 33138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0025__

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.242** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,243.42**

**Globex America**
**2324 Shorecrest Drive**
**Dallas, TX 75235-1804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0323__

Basis for the claim: __Goods Sold__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.243** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,689.01**

**Goetz Fitpatrick LLP**
**One Penn Plaza**
**Suite 3100**
**New York, NY 10119-0196**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0252__

Basis for the claim: __Legal__

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.244**

**Nonpriority creditor's name and mailing address**
**Gold Crust Baking Co, Inc.**
**6200 Columbia Park Rd**
**Landover, MD 20785**

Date(s) debt was incurred _

Last 4 digits of account number  **0120**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No  ☐ Yes

**$514.90**

---

**3.245**

**Nonpriority creditor's name and mailing address**
**Goodwin Recruiting**
**117 Manchester Street**
**Suite 5A**
**Concord, NH 03301**

Date(s) debt was incurred _

Last 4 digits of account number  **0337**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$16,200.00**

---

**3.246**

**Nonpriority creditor's name and mailing address**
**Google ,LLC**
**Dept 33654**
**PO.Box 39000**
**San Francisco, CA 94139**

Date(s) debt was incurred _

Last 4 digits of account number  **0389**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing/Advertising**

Is the claim subject to offset? ■ No  ☐ Yes

**$42,602.60**

---

**3.247**

**Nonpriority creditor's name and mailing address**
**Gotham Seafood Corp**
**1049 Lowell Street**
**Bronx, NY 10459**

Date(s) debt was incurred _

Last 4 digits of account number  **0311**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No  ☐ Yes

**$35,288.93**

---

**3.248**

**Nonpriority creditor's name and mailing address**
**Gourmet Food - Houston**
**29205 Network Place**
**Chicago, IL 60673-1292**

Date(s) debt was incurred _

Last 4 digits of account number  **0175**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,676.68**

---

**3.249**

**Nonpriority creditor's name and mailing address**
**Grainger - 874946650**
**Dept 874946650**
**PO Box 419267**
**Kansas City, MO 64141-6267**

Date(s) debt was incurred _

Last 4 digits of account number  **0134**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Construction**

Is the claim subject to offset? ■ No  ☐ Yes

**$226.99**

---

**3.250**

**Nonpriority creditor's name and mailing address**
**Grainger - 877685636**
**Dept 877685636**
**Palantine, IL 60038-0001**

Date(s) debt was incurred _

Last 4 digits of account number  **0116**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

**$112.98**

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.251** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$876.48**

**Grande Communications**
PO Box 679367
Dallas, TX 75267-9367

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **0016**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.252** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,487.32**

**Granite Technologies, LLC**
100 Newport Avenue Extension
Quincy, MA 02171

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Professional Services**

Last 4 digits of account number  **0364**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.253** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,818.84**

**GrayRobinson, P.A.**
301 E. Pine Street
Suite 1400
Orlando, FL 32801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal**

Last 4 digits of account number  **0069**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.254** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$850.00**

**Greater Miami Convention & Visitors Bure**
701 Brickell Avenue
Suite 2700
Miami, FL 33131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Subscriptions**

Last 4 digits of account number  **0226**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.255** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,231.68**

**Greco and Sons of Illinois**
1550 Hecht Dr
Bartlett, IL 60103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods Sold**

Last 4 digits of account number  **0375**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.256** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,944.19**

**Green-Wise, Inc.**
1911 SW 58th Ave
Plantation, FL 33317

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number  **0018**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.257** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$263.64**

**Ground Truth -xAd, Inc.**
Dept LA 23812
Pasadena, CA 91185-3812

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Marketing/Advertising**

Last 4 digits of account number  **0012**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.258** | **Nonpriority creditor's name and mailing address**
**Guardian Fire Protection Services**
**7668 Standish Place**
**Rockville, MD 20855**

Date(s) debt was incurred _
Last 4 digits of account number **0168**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$803.01**

---

**3.259** | **Nonpriority creditor's name and mailing address**
**HALO Branded Solutions, Inc.**
**3182 Momentum Place**
**Chicago, IL 60689-5331**

Date(s) debt was incurred _
Last 4 digits of account number **0158**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing/Advertising**

Is the claim subject to offset? ■ No ☐ Yes

**$28,646.81**

---

**3.260** | **Nonpriority creditor's name and mailing address**
**Halperns' Steak and Seafood Company**
**PO Box 116421**
**Atlanta, GA 30368-1969**

Date(s) debt was incurred _
Last 4 digits of account number **0114**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

**$8,972.78**

---

**3.261** | **Nonpriority creditor's name and mailing address**
**Hammada, Rachel**
**207 E 30th St**
**Apt 9B**
**New York, NY 10016**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$214.99**

---

**3.262** | **Nonpriority creditor's name and mailing address**
**Harbor Distributing, LLC**
**5901 Bollsa Ave**
**Huntington Beach, CA 92647**

Date(s) debt was incurred _
Last 4 digits of account number **0360**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Fintech**

Is the claim subject to offset? ■ No ☐ Yes

**$84.60**

---

**3.263** | **Nonpriority creditor's name and mailing address**
**Hardie's Fresh Foods-AUSTIN**
**P O. Box 671155**
**Dallas, TX 75267-1155**

Date(s) debt was incurred _
Last 4 digits of account number **0029**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

**$741.75**

---

**3.264** | **Nonpriority creditor's name and mailing address**
**Hashemi, Hamid**
**433 Plaza Real**
**Suite 335**
**Boca Raton, FL 33432**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$347.36**

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.265** | Nonpriority creditor's name and mailing address
**HCI Systems, INC.**
**1354 S Parkside PL**
**Ontario,, CA 91761**

Date(s) debt was incurred _
Last 4 digits of account number  **0374**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ■ No  ☐ Yes

**$14,720.50**

---

**3.266** | Nonpriority creditor's name and mailing address
**Heart Haven Outreach**
**201 Canterbury Ln Suite C**
**Bolingbrook, IL 60440**

Date(s) debt was incurred _
Last 4 digits of account number  **0376**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Misc**

Is the claim subject to offset? ■ No  ☐ Yes

**$300.00**

---

**3.267** | Nonpriority creditor's name and mailing address
**Helget Gas Products**
**PO Box 24246**
**Omaha,, NE 68124-0246**

Date(s) debt was incurred _
Last 4 digits of account number  **0057**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No  ☐ Yes

**$489.62**

---

**3.268** | Nonpriority creditor's name and mailing address
**Heritage Services**
**3200 NW 23rd Ave**
**Suite 400**
**Pompano Beach,, FL 33069**

Date(s) debt was incurred _
Last 4 digits of account number  **0366**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ■ No  ☐ Yes

**$14,815.68**

---

**3.269** | Nonpriority creditor's name and mailing address
**High Rise Fire and Security**
**144 21st Street**
**Brooklyn, NY 11232**

Date(s) debt was incurred _
Last 4 digits of account number  **0238**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,529.08**

---

**3.270** | Nonpriority creditor's name and mailing address
**Highland Baking Company**
**PO Box 74743**
**Chicago, IL 60694-4743**

Date(s) debt was incurred _
Last 4 digits of account number  **0045**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,951.72**

---

**3.271** | Nonpriority creditor's name and mailing address
**Hill Country Dairies, Inc**
**P O Box 80467**
**Austin, TX 78708**

Date(s) debt was incurred _
Last 4 digits of account number  **0365**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,383.56**

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.272**

**Nonpriority creditor's name and mailing address**
**Hodges & Associates, PLLC**
**13642 Omega Road**
**Dallas, TX 75244-4514**

Date(s) debt was incurred _

Last 4 digits of account number **0033**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Construction**

Is the claim subject to offset? ■ No  ☐ Yes

**$292,830.48**

---

**3.273**

**Nonpriority creditor's name and mailing address**
**Hollywood Theatre Equipment, Inc.**
**1941 North 66th Avenue**
**Hollywood, FL 33024**

Date(s) debt was incurred _

Last 4 digits of account number **0018**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$49,434.33**

---

**3.274**

**Nonpriority creditor's name and mailing address**
**Houston Draft Solutions LLC**
**5300 N Breswood Blvd #287**
**Houston, TX 77096**

Date(s) debt was incurred _

Last 4 digits of account number **0267**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ■ No  ☐ Yes

**$569.40**

---

**3.275**

**Nonpriority creditor's name and mailing address**
**HRdirect**
**PO Box 669390**
**Pompano Beach, FL 33066-9390**

Date(s) debt was incurred _

Last 4 digits of account number **0015**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$440.01**

---

**3.276**

**Nonpriority creditor's name and mailing address**
**ICR, LLC**
**761 Main Avenue**
**Norwalk, CT 06851**

Date(s) debt was incurred _

Last 4 digits of account number **0061**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,920.00**

---

**3.277**

**Nonpriority creditor's name and mailing address**
**Id & Design International, Inc.**
**5100 North Dixie Highway**
**Fort Lauderdale, FL 33334**

Date(s) debt was incurred _

Last 4 digits of account number **0002**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Construction**

Is the claim subject to offset? ■ No  ☐ Yes

**$149,504.49**

---

**3.278**

**Nonpriority creditor's name and mailing address**
**Ideal Services Inc.**
**5113 Pacific Hwy E SUite 13**
**Fife, WA 98424**

Date(s) debt was incurred _

Last 4 digits of account number **0088**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,058.20**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$492.65** |
|---|---|---|---|

**Impact Paper & Ink, Ltd**
**1590 Gilbreth Road**
**Burlingame, CA 94010**

Date(s) debt was incurred _
Last 4 digits of account number  **0006**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,620.00** |
|---|---|---|---|

**Imperial Parking Industries, Inc.**
**6404 Wilshire Blvd**
**Ste 1250**
**Los Angeles, CA 90048**

Date(s) debt was incurred _
Last 4 digits of account number  **0026**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$497.00** |
|---|---|---|---|

**Impulse Enterprises, LLC Corp**
**710 South Powerline Road**
**Suite C**
**Deerfield Beach, FL 33442**

Date(s) debt was incurred _
Last 4 digits of account number  **0039**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$951.05** |
|---|---|---|---|

**In Situ Creative, LLC**
**150 St. James Place**
**#21**
**Brooklyn, NY 11238**

Date(s) debt was incurred _
Last 4 digits of account number  **0090**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Construction**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$456.00** |
|---|---|---|---|

**Inception Wines, LLC**
**PO Box 11346**
**Carlson, CA 90749**

Date(s) debt was incurred _
Last 4 digits of account number  **0068**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Liquor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,998.22** |
|---|---|---|---|

**Indeed, Inc.**
**177 Broad Street**
**Stamford,, CT 06901**

Date(s) debt was incurred _
Last 4 digits of account number  **0099**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing/Advertising**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$71,682.50** |
|---|---|---|---|

**InfoLawGroup LLP**
**PO Box 2139**
**Manhattan Beach, CA 90267**

Date(s) debt was incurred _
Last 4 digits of account number  **0029**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Legal**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | iPic-Gold Class Entertainment, LLC | Case number (if known) | 19-11739 (LSS) |
|---|---|---|---|
| | Name | | |

**3.286** | **Nonpriority creditor's name and mailing address**
**Infusino, Melissa**
**8010 Janes Ave**
**Apt. 103**
**Woodridge, IL 60517**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$56.84**

---

**3.287** | **Nonpriority creditor's name and mailing address**
**Integrated Media SystmBe Media Service C**
**DBA Be Media**
**9729 Lurline Ave**
**Chatsworth, CA 91311**

Date(s) debt was incurred _

Last 4 digits of account number  **0100**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$2,542.00**

---

**3.288** | **Nonpriority creditor's name and mailing address**
**Integrated Media Systms-- Be Media-CONST**
**DBA Be Media**
**9729 Lurline Ave**
**Chatsworth, CA 91311**

Date(s) debt was incurred _

Last 4 digits of account number  **0009**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Construction**

Is the claim subject to offset? ■ No ☐ Yes

**$103,510.00**

---

**3.289** | **Nonpriority creditor's name and mailing address**
**International Gourmet Foods, Inc.**
**7520 Fullerton Road**
**Springfield, VA 22153**

Date(s) debt was incurred _

Last 4 digits of account number  **0050**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

**$8,589.26**

---

**3.290** | **Nonpriority creditor's name and mailing address**
**Iron Mountain**
**PO Box 27128**
**New York, NY 10087-7128**

Date(s) debt was incurred _

Last 4 digits of account number  **0013**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$3,431.90**

---

**3.291** | **Nonpriority creditor's name and mailing address**
**Isaza, Giovanni**
**151 SE 3rd Ave**
**Apt. 435**
**Delray Beach, FL 33483**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

**3.292** | **Nonpriority creditor's name and mailing address**
**Isotech Pest Management Inc.**
**PO Box 4215**
**Covina, CA 91723**

Date(s) debt was incurred _

Last 4 digits of account number  **0035**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$264.00**

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.293**

**Nonpriority creditor's name and mailing address**

**Jackson Lewis PC**
**PO Box 416019**
**Boston, MA 02241-6019**

**Date(s) debt was incurred** _

**Last 4 digits of account number  0035**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Legal**

Is the claim subject to offset? ■ No ☐ Yes

**$109,456.10**

---

**3.294**

**Nonpriority creditor's name and mailing address**

**Jackson Walker LLP**
**PO Box 130989**
**Dallas, TX 75313-0989**

**Date(s) debt was incurred** _

**Last 4 digits of account number  0052**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Legal**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.295**

**Nonpriority creditor's name and mailing address**

**Jameson Babbitt Stites & Lombard, P.L.L.**
**801 2nd Avenue**
**Suite 700**
**Seattle, WA 98104**

**Date(s) debt was incurred** _

**Last 4 digits of account number  0340**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Legal**

Is the claim subject to offset? ■ No ☐ Yes

**$2,754.00**

---

**3.296**

**Nonpriority creditor's name and mailing address**

**JAX Beverage Solutions**
**4613 E Ivy Street**
**Mesa, AR 85205**

**Date(s) debt was incurred** _

**Last 4 digits of account number  0330**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

**$450.52**

---

**3.297**

**Nonpriority creditor's name and mailing address**

**Jayshree Holdings Inc.**
**PO Box 397**
**Groveland, FL 34736**

**Date(s) debt was incurred** _

**Last 4 digits of account number  0075**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

**$13,138.70**

---

**3.298**

**Nonpriority creditor's name and mailing address**

**Jeffer Mangels Butler & Mitchell LLP**
**1900 Avenue of the Stars**
**7th Floor**
**Los Angeles, CA 90067-4308**

**Date(s) debt was incurred** _

**Last 4 digits of account number  0011**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Legal**

Is the claim subject to offset? ■ No ☐ Yes

**$7,849.05**

---

**3.299**

**Nonpriority creditor's name and mailing address**

**JES Publishing**
**1000 Clint Moore Road #103**
**Boca Raton, FL 33487**

**Date(s) debt was incurred** _

**Last 4 digits of account number  0014**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Marketing/Advertising**

Is the claim subject to offset? ■ No ☐ Yes

**$7,250.00**

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.300**

**Nonpriority creditor's name and mailing address**
**JKR LLC**
**PO Box 957**
**Renton, WA 98057**

Date(s) debt was incurred

Last 4 digits of account number  **0621**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$17,012.45**

---

**3.301**

**Nonpriority creditor's name and mailing address**
**JMB Repairs, Inc.**
**2105 7th Avenue North**
**Lake Worth, FL 33461**

Date(s) debt was incurred

Last 4 digits of account number  **0048**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ■ No  ☐ Yes

**$300.67**

---

**3.302**

**Nonpriority creditor's name and mailing address**
**John's Market Corporation (JDB Market co**
**P.O.BOX 1418**
**Long Island City,, NY 11101**

Date(s) debt was incurred

Last 4 digits of account number  **0314**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No  ☐ Yes

**$140.14**

---

**3.303**

**Nonpriority creditor's name and mailing address**
**Jones Sign Co, Inc**
**1711 Scheuring Road**
**De Pere, WI 54115**

Date(s) debt was incurred

Last 4 digits of account number  **0344**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Construction**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,475.00**

---

**3.304**

**Nonpriority creditor's name and mailing address**
**Joshua King**
**Carpenter, Zuckerman & Rowley**
**Aaron R. Stiegler**
**8827 West Olympic Blvd.**
**Beverly Hills, CA 90211**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.305**

**Nonpriority creditor's name and mailing address**
**Jrb Services of SFL LLC**
**4911 Lyons Technology Pkwy Suote A23**
**Coconut Creek, FL 33073**

Date(s) debt was incurred

Last 4 digits of account number  **0367**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Construction**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,017.60**

---

**3.306**

**Nonpriority creditor's name and mailing address**
**Karen Hanlon Design, Inc.**
**1150 South Northlake Drive**
**Hollywood, FL 33019**

Date(s) debt was incurred

Last 4 digits of account number  **0015**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Construction**

Is the claim subject to offset? ■ No  ☐ Yes

**$47,043.89**

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.307** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.81**

**Karp, Sandy**
**11415 Sundance Lane**
**Boca Raton, FL 33428**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.308** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,750.00**

**Kearney, Jay - The Little Worth Group**
**401 Littleworth Lane**
**Sea Cliff, NY 11579**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  0352**

Basis for the claim:  **Marketing/Advertising**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.309** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00**

**KES Protechs Co**
**1908 S Leavitt St**
**Unit #2**
**Chicago, IL 60608**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  0200**

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.310** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,934.31**

**Keter Environmental Services, Inc.**
**PO Box 417468**
**Boston, MA 02241-7468**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  0060**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.311** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,325.85**

**Kluger, Kaplan, Silverman, Katzen & Levi**
**201 S. Biscayne Boulevard**
**Suite 1700**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  0192**

Basis for the claim:  **Legal**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.312** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,399.50**

**Kohler Distributing Company Corp**
**PO Box 643**
**150 Wagaraw Rd**
**Hawthorne, NJ 07507**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  0154**

Basis for the claim:  **Liquor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.313** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$457.28**

**KONE Inc.**
**1384 Broadway**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  0186**

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.314** | Nonpriority creditor's name and mailing address

**Konica Minolta - CIT Bank N.A. Corp**
**21146 Network Place**
**Chicago, IL 60673-1211**

Date(s) debt was incurred _

Last 4 digits of account number **0037**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$18,351.44**

---

**3.315** | Nonpriority creditor's name and mailing address

**Konica Minolta Business Solutions USA In**
**Dept AT 952823**
**Atlanta, GA 31192-2823**

Date(s) debt was incurred _

Last 4 digits of account number **0112**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$151.64**

---

**3.316** | Nonpriority creditor's name and mailing address

**Konica Minolta Premier Finance-ATLANTA**
**PO Box 105710**
**Atlanta, GA 30348-5710**

Date(s) debt was incurred _

Last 4 digits of account number **0198**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$17,298.10**

---

**3.317** | Nonpriority creditor's name and mailing address

**Konica Minolta Premier Finance-ST LOUIS**
**PO Box 790448**
**St. Louis, MO 63179-0448**

Date(s) debt was incurred _

Last 4 digits of account number **0150**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$6,771.20**

---

**3.318** | Nonpriority creditor's name and mailing address

**Kount, Inc.**
**1005 W. Main Street**
**Boise, ID 83702**

Date(s) debt was incurred _

Last 4 digits of account number **0175**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

**$18,874.97**

---

**3.319** | Nonpriority creditor's name and mailing address

**Kraftsmen Bakers 1 LTD**
**611 West 22nd Street**
**Suite 1A**
**Houston, TX 77008**

Date(s) debt was incurred _

Last 4 digits of account number **0125**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

**$1,880.16**

---

**3.320** | Nonpriority creditor's name and mailing address

**Kroll, McNamara, Evans & Delehanty, LLP**
**65 Memorial Road**
**Suite 300**
**West Hartford, CT 06107**

Date(s) debt was incurred _

Last 4 digits of account number **0095**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal**

Is the claim subject to offset? ■ No ☐ Yes

**$450.00**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.321 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,297.29** |
|---|---|---|---|

**L.A. Specialty Corp**
**13527 Orden Dr**
**Santa Fe Spring, CA 90670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Goods Sold__

Last 4 digits of account number __0025__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$518.49** |
|---|---|---|---|

**Lagniappe LLC - Fintech**
**PO Box 220120**
**Chicago, IL 60622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Fintech__

Last 4 digits of account number __0278__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$250.56** |
|---|---|---|---|

**Lake, Larry**
**874 Vaquero Street**
**Allen, TX 75013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Expense Reimbursement__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$92,550.86** |
|---|---|---|---|

**Lane Valente Industries**
**20 Keyland Court**
**Bohemia, NY 11716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Repairs & Maintenance__

Last 4 digits of account number __0206__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,962.21** |
|---|---|---|---|

**Larry Kline Wholesale Meats & Provisions**
**12500 W Creek Parkway**
**Richmond, VA 23238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Goods Sold__

Last 4 digits of account number __0250__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,099.50** |
|---|---|---|---|

**Laundry Valet**
**403 S Arizona Avenue**
**Chandler, AZ 85225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utilities__

Last 4 digits of account number __0073__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$627.61** |
|---|---|---|---|

**Lavazza Premium Coffees Corp**
**120 Wall Street, Floor 27th**
**New York,, NY 10005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Goods Sold__

Last 4 digits of account number __0307__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.328**

**Nonpriority creditor's name and mailing address**
**Leaven& RM Bakery, Co Rollo Mio Artisan**
**POBox 780879**
**Philadelphia, PA 19106**

Date(s) debt was incurred _

Last 4 digits of account number  **0225**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

**$16,802.42**

---

**3.329**

**Nonpriority creditor's name and mailing address**
**Legacy Group Enterprises, Inc-Legacy FMS**
**10 Pinehurst Drive**
**Bellport, NY 11713**

Date(s) debt was incurred _

Last 4 digits of account number  **0296**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$13,467.12**

---

**3.330**

**Nonpriority creditor's name and mailing address**
**Les Fleurs D'Almir**
**OSR Trading LLC**
**464 E. Palmetto Park Road**
**Boca Raton, FL 33432**

Date(s) debt was incurred _

Last 4 digits of account number  **0050**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$8,829.49**

---

**3.331**

**Nonpriority creditor's name and mailing address**
**Libfeld Inc DBA WrapOle'**
**7669 Northtree Way**
**Lake Worth,, FL 33467**

Date(s) debt was incurred _

Last 4 digits of account number  **0284**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

**$1,631.31**

---

**3.332**

**Nonpriority creditor's name and mailing address**
**Lighting Unlimited Inc.**
**15816 N. Greenway Hayden Loop**
**#100**
**Scottsdale, AZ 85260**

Date(s) debt was incurred _

Last 4 digits of account number  **0106**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$107.77**

---

**3.333**

**Nonpriority creditor's name and mailing address**
**Lionsgate**
**4 Chase Metrotech Ctr. 7th Floor**
**Lockbox # 29159**
**Brooklyn, NY 11245**

Date(s) debt was incurred _

Last 4 digits of account number  **0014**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Film**

Is the claim subject to offset? ■ No ☐ Yes

**$16,497.81**

---

**3.334**

**Nonpriority creditor's name and mailing address**
**Liquid Environmental Solutions**
**PO Box 733372**
**Dallas, TX 75373-3372**

Date(s) debt was incurred _

Last 4 digits of account number  **0017**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$534.41**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.335**

**Nonpriority creditor's name and mailing address**
**LoopUp LLC/ formally Ring2 Communication**
**Dept LA 24400**
**Pasadena, CA 91185-4400**

Date(s) debt was incurred _

Last 4 digits of account number **0034**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ☐ No ☐ Yes

**$110.06**

---

**3.336**

**Nonpriority creditor's name and mailing address**
**Los Angeles Dept of Water & Power**
**PO Box 30808**
**Los Angeles, CA 90030-0808**

Date(s) debt was incurred _

Last 4 digits of account number **0060**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$25,181.19**

---

**3.337**

**Nonpriority creditor's name and mailing address**
**LPA Inc**
**5301 California Ave**
**Suite 100**
**Irvine,, CA 92617**

Date(s) debt was incurred _

Last 4 digits of account number **0304**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Construction**

Is the claim subject to offset? ☐ No ☐ Yes

**$6,645.00**

---

**3.338**

**Nonpriority creditor's name and mailing address**
**M&M Pest Control Inc.**
**39-27 29th STreet**
**Long Island City, NY 11101**

Date(s) debt was incurred _

Last 4 digits of account number **0584**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Repairs & Maintenance**

Is the claim subject to offset? ☐ No ☐ Yes

**$46,646.42**

---

**3.339**

**Nonpriority creditor's name and mailing address**
**M. Gonzalez Carpet Cleaning**
**Manuel Gonzalez**
**PO Box 32622**
**El Sereno,, CA 90032**

Date(s) debt was incurred _

Last 4 digits of account number **0018**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ☐ No ☐ Yes

**$840.00**

---

**3.340**

**Nonpriority creditor's name and mailing address**
**Mac & Co -Macrina Bakery and Cafe**
**19215 66th Ave S**
**Kent, WA 98032**

Date(s) debt was incurred _

Last 4 digits of account number **0195**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

**$500.98**

---

**3.341**

**Nonpriority creditor's name and mailing address**
**Maffei Cutlery- E-Z EDGE INC**
**6119 Adams Street**
**West New York, NJ 07093**

Date(s) debt was incurred _

Last 4 digits of account number **0384**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$127.96**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **iPic-Gold Class Entertainment, LLC** | | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.342** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$648.00**
---|---|---|---

**Mahoney Environmental Partnership**
**37458 Eagle Way**
**Chicago, IL 60678-1374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0002**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.343** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$636.85**

**Manhattan Beer - FINTECH**
**955 East 149th Street**
**Bronx, NY 10455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0360**

Basis for the claim:  **Fintech**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.344** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$59,225.00**

**Marcum LLP**
**One SE Third Avenue**
**Suite 1100**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0648**

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.345** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,250.00**

**Marketing Performance Group, Inc**
**1001 Yamato Road Suite 405**
**Boca Raton, FL 33431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0662**

Basis for the claim:  **Marketing/Advertising**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.346** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,658.19**

**Marky's**
**1000 NW 159th Drive**
**Miami, FL 33169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0121**

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.347** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Mary Ryan and Johanna Nielson, et al.**
**KJT Law Group LLP**
**Vache A. Thomassian, Esq.**
**230 North Maryland Ave., Ste 306**
**Glendale, CA 91206-4281**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.348** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$156.96**

**Massey Services, Inc**
**PO BOX: 547668**
**Orlando, FL 32854-7668**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0041**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.349**

**Nonpriority creditor's name and mailing address**
**Matheson Tri-Gas Inc.**
**Dept 3028 PO Box 123028**
**Dallas, TX 75312**

Date(s) debt was incurred _

Last 4 digits of account number  **0120**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

**$515.49**

---

**3.350**

**Nonpriority creditor's name and mailing address**
**Mautic, Inc.**
**10 Cabot Road**
**Suite 101B**
**Medford, MA 02155**

Date(s) debt was incurred _

Last 4 digits of account number  **0564**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing/Advertising**

Is the claim subject to offset? ■ No ☐ Yes

**$12,188.00**

---

**3.351**

**Nonpriority creditor's name and mailing address**
**Mayflower Uniform and Medical Supplies**
**2202 Green Cedar Drive**
**Bel Air, MD 21015**

Date(s) debt was incurred _

Last 4 digits of account number  **0596**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$16,095.93**

---

**3.352**

**Nonpriority creditor's name and mailing address**
**McDermott, Amy**
**120 S 11th St**
**Lantana, FL 33462**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

**3.353**

**Nonpriority creditor's name and mailing address**
**Mediant Communications Inc.**
**PO Box 29976**
**New York, NY 10087-9976**

Date(s) debt was incurred _

Last 4 digits of account number  **0616**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

**$699.32**

---

**3.354**

**Nonpriority creditor's name and mailing address**
**Messina, Dana**
**11150 Santa Monica Blvd**
**Suite 700**
**Los Angeles, CA 90025**

Date(s) debt was incurred _

Last 4 digits of account number  **0597**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Misc**

Is the claim subject to offset? ■ No ☐ Yes

**$20,625.00**

---

**3.355**

**Nonpriority creditor's name and mailing address**
**Metro Linen Company**
**PO Box 978**
**McKinney, TX 75070**

Date(s) debt was incurred _

Last 4 digits of account number  **0375**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$2,430.20**

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.356 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,493.62** |
|---|---|---|---|
| | **Metropolitan Meat, Seafood & Poultry Com** | ☐ Contingent | |
| | **1920 Stanford Ct** | ☐ Unliquidated | |
| | **Landover, MD 20785** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Goods Sold__ | |
| | Last 4 digits of account number  __0210__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.357 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,333.74** |
|---|---|---|---|
| | **Mickey's Linen** | ☐ Contingent | |
| | **4601 W Addison St** | ☐ Unliquidated | |
| | **Suite 700** | ☐ Disputed | |
| | **Chicago, IL 60641** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Utilities__ | |
| | Last 4 digits of account number  __0048__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.358 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,741.68** |
|---|---|---|---|
| | **Mitel Networks, Inc.** | ☐ Contingent | |
| | **28760 Network Place** | ☐ Unliquidated | |
| | **Chicago, IL 60673** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Utilities__ | |
| | Last 4 digits of account number  __0581__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.359 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$98.09** |
|---|---|---|---|
| | **Mizrahi, Debra L.** | ☐ Contingent | |
| | **16025 North 102nd Place** | ☐ Unliquidated | |
| | **Scottsdale, AZ 85255** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Expense Reimbursement__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.360 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51,644.89** |
|---|---|---|---|
| | **Modcomp, Inc. - CSPi Technology Solution** | ☐ Contingent | |
| | **CSPi Technology Solutions** | ☐ Unliquidated | |
| | **PO Box 207571** | ☐ Disputed | |
| | **Dallas, TX 75320-7571** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Utilities__ | |
| | Last 4 digits of account number  __0169__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.361 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,068.80** |
|---|---|---|---|
| | **Mood Media North America Holdings Corp** | ☐ Contingent | |
| | **PO Box 71070** | ☐ Unliquidated | |
| | **Charlotte, NC 28272-1070** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Utilities__ | |
| | Last 4 digits of account number  __0390__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.362 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|
| | **MovieXchange Limited** | ☐ Contingent | |
| | **6300 Wilshire Blvd** | ☐ Unliquidated | |
| | **Suite 940** | ☐ Disputed | |
| | **Los Angeles,, CA 90048** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade__ | |
| | Last 4 digits of account number  __0640__ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.363** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$312.93**

**Murray's Cheese, LLC**
25-19 Borden Ave
Suite 217
Long Island City, NY 11101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Goods Sold**

Last 4 digits of account number  **0370**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.364** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,815.71**

**National Chef Supply Warehouse**
3601 N. Dixie Highway
Suite 20
Boca Raton, FL 33431

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade**

Last 4 digits of account number  **0016**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.365** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$900.00**

**Navarro & Sons LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Outside Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.366** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,110.00**

**Neighborhood Networks Publishing**
PO Box 602906
Charlotte, NC 28260-2906

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Marketing/Advertising**

Last 4 digits of account number  **0038**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.367** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00**

**New Times Miami**
PO Box 011591
Miami, FL 33101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Marketing/Advertising**

Last 4 digits of account number  **0040**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.368** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,112.95**

**Newport Meat Company**
PO Box 19726
Irvine, CA 92623-9726

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Goods Sold**

Last 4 digits of account number  **0060**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.369** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Nia Slater**
**Texas Workforce Commission Civil Rights**
**TWC Ombudsman**
101 E 15th Street, Rm. 370
Austin, TX 78778-0001

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.370** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,598.30**

**Nice Tomatoes, LLC**
**1429 SE 6 th Street**
**Deerfield, FL 33441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **0104**

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.371** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,316.82**

**Nicor Gas**
**PO Box 5407**
**Carol Stream, IL 60197-5407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **0011**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.372** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$953.97**

**Northern Virginia Plant People, LLC**
**15047 Clementine Way**
**Haymarket, VA 20169-3319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **0098**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.373** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,507.69**

**NuCO2**
**PO Box 417902**
**Boston, MA 02241-7902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **0014**

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.374** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$319.98**

**Oak Beverage Inc. - FINTECH**
**1 Flower Lance**
**Blauvelt, NY 10913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **0105**

Basis for the claim:  **Fintech**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.375** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,828.95**

**Old School Bread (Delray)**
**45 North Congress Ave**
**Delray Beach, FL 33445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **0142**

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.376** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,287.20**

**Old School Bread (Miami)**
**45 North Congress Avenue, Suite B1**
**Delray Beach, FL 33445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **0069**

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.377** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,969.35**

**Old School Bread (Mizner)**
**45 N. Congress Ave, Suite B1**
**Delray Beach, FL 33445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0035**

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.378** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,636.75**

**Opentable, Inc.**
**Payment Lockbox**
**P.O. Box 671198**
**Dallas, TX 75267-1198**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0008**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.379** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$593.88**

**Original Popcorn House**
**10 NE 5th Avenue**
**Delray Beach, FL 33483**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0055**

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.380** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$487.14**

**Orkin Pest Control Corp**
**686 SOUTH HOUSTON COMM, TX**
**3901 Braxton Dr**
**Houston, TX 77063-6303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0070**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.381** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$494.38**

**Orkin, LLC - Mizner/Corp/Delray**
**2257 Vista Parkway**
**Ste 5**
**West Palm Beach, FL 33411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0050**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.382** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,823.16**

**Otis Elevator Company**
**PO Box 730400**
**Dallas, TX 75373-0400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0062**

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.383** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,625.00**

**Outfront Media LLC Corp**
**PO Box 33074**
**Newark, NJ 07188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0073**

Basis for the claim:  **Construction**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.384** | Nonpriority creditor's name and mailing address

**Padilla's King Cleaning**
**Gabriel Padilla Elizalde**
**1016 N. Summit Ave**
**Pasadena,, CA 91103**

Date(s) debt was incurred __

Last 4 digits of account number **0114**

As of the petition filing date, the claim is: *Check all that apply.*  **$4,600.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.385** | Nonpriority creditor's name and mailing address

**Palm Beach Media Group North LLC**
**PO Box 3344**
**Palm Beach, FL 33480**

Date(s) debt was incurred __

Last 4 digits of account number **0390**

As of the petition filing date, the claim is: *Check all that apply.*  **$1,200.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing/Advertising**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.386** | Nonpriority creditor's name and mailing address

**Paramount Pictures / Dreamworks**
**PO Box 748774**
**Los Angeles, CA 90074-8774**

Date(s) debt was incurred __

Last 4 digits of account number **0006**

As of the petition filing date, the claim is: *Check all that apply.*  **$136,529.70**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Film**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.387** | Nonpriority creditor's name and mailing address

**Park Street Imports - Fintech**
**1000 Brickell Ave**
**Suite 915**
**Miami, FL 33131**

Date(s) debt was incurred __

Last 4 digits of account number **0308**

As of the petition filing date, the claim is: *Check all that apply.*  **$21.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Fintech**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.388** | Nonpriority creditor's name and mailing address

**Pasadena Lock Shop**
**1524 E. Walnut St.**
**Pasadena,, CA 91106**

Date(s) debt was incurred __

Last 4 digits of account number **0075**

As of the petition filing date, the claim is: *Check all that apply.*  **$98.79**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.389** | Nonpriority creditor's name and mailing address

**Pasta Guys**
**212 N Federal Highway - Bay #206**
**Dania Beach, FL 33004**

Date(s) debt was incurred __

Last 4 digits of account number **0013**

As of the petition filing date, the claim is: *Check all that apply.*  **$2,068.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.390** | Nonpriority creditor's name and mailing address

**Payton & Company LLC**
**302A West 12th St**
**APT #248**
**New York, NY 10014**

Date(s) debt was incurred __

Last 4 digits of account number **0338**

As of the petition filing date, the claim is: *Check all that apply.*  **$5,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.391** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,475.82**

**PC Connection Sales Corporation dba Conn**
**730 Milford Rd**
**Merrimack,, NH 03054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0633**

Basis for the claim:  **Misc**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.392** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$239.90**

**Perlman, Malicia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Outside Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.393** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00**

**Permitting Consultants LTD**
**2270 Cammie Wages Rd**
**Dacula, GA 30019-1965**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0402**

Basis for the claim:  **Construction**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.394** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$633.64**

**Pesco**
**PO Box 2137**
**Salisbury, MD 21802-2137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0225**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.395** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,000.00**

**Peter Tunney Experience of New York LLC**
**83 Leonard Street**
**Ground Floor**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0205**

Basis for the claim:  **Construction**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.396** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42,042.68**

**PGAL Corp**
**3131 Briapark Drive**
**Suite 200**
**Houston, TX 77042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0280**

Basis for the claim:  **Construction**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.397** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,750.00**

**Philip, George M.**
**208 Kelly Circle**
**Altamont, NY 12009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0359**

Basis for the claim:  **Misc**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.398**

Nonpriority creditor's name and mailing address
**Phoenix Welding Supply Co.**
**701 S. 7th Street**
**Phoenix, AZ 85034**

Date(s) debt was incurred _

Last 4 digits of account number **0122**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

**$846.55**

---

**3.399**

Nonpriority creditor's name and mailing address
**Pitney Bowes-STAMP MACHINE**
**PO Box  371887**
**Pittsburgh, PA 15250-7887**

Date(s) debt was incurred _

Last 4 digits of account number **0018**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$624.22**

---

**3.400**

Nonpriority creditor's name and mailing address
**Pop It Rite, Inc.**
**PO Box 211**
**Lyons, IL 60534-0211**

Date(s) debt was incurred _

Last 4 digits of account number **0073**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$347.34**

---

**3.401**

Nonpriority creditor's name and mailing address
**Popcornopolis**
**3200 E. Slauson Avenue**
**Vernon, CA 90058**

Date(s) debt was incurred _

Last 4 digits of account number **0050**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

**$384.00**

---

**3.402**

Nonpriority creditor's name and mailing address
**Post Polak P.A.**
**425 Eagle Rock Avenue**
**Suite 200**
**Roseland,, NJ 07068**

Date(s) debt was incurred _

Last 4 digits of account number **0400**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal**

Is the claim subject to offset? ■ No ☐ Yes

**$5,744.10**

---

**3.403**

Nonpriority creditor's name and mailing address
**Potted Plant, Inc.**
**16055 N. Dial Blvd**
**Ste 13**
**Scottsdale, AZ 85260**

Date(s) debt was incurred _

Last 4 digits of account number **0054**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$839.30**

---

**3.404**

Nonpriority creditor's name and mailing address
**PR Tess, LLC**
**20118 N 67th Ave  Ste 300**
**Box  150**
**Glendale, AZ 85308**

Date(s) debt was incurred _

Last 4 digits of account number **0406**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing/Advertising**

Is the claim subject to offset? ■ No ☐ Yes

**$10,500.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|

Name

---

**3.405** | **Nonpriority creditor's name and mailing address**
**Premier Produce LLC**
**PO Box 5606**
**Carol Stream, IL 60197-5606**

Date(s) debt was incurred _

Last 4 digits of account number **0200**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

**$20,418.77**

---

**3.406** | **Nonpriority creditor's name and mailing address**
**Prime Line Distributors, Inc.**
**2800 SW 42nd Street**
**Ft Lauderdale, FL 33312**

Date(s) debt was incurred _

Last 4 digits of account number **0034**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

**$22,404.01**

---

**3.407** | **Nonpriority creditor's name and mailing address**
**Profiles, Inc.**
**3000 Chestnut Avenue**
**Suite 201**
**BALTIMORE, MD 21211**

Date(s) debt was incurred _

Last 4 digits of account number **0272**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing/Advertising**

Is the claim subject to offset? ☐ No ☐ Yes

**$9,950.63**

---

**3.408** | **Nonpriority creditor's name and mailing address**
**Profish, LTD**
**1900 Fenwick St NE**
**Washington, DC 20002**

Date(s) debt was incurred _

Last 4 digits of account number **0175**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

**$12,200.11**

---

**3.409** | **Nonpriority creditor's name and mailing address**
**Progressive Specialty Glass Co. Inc**
**123 Whiting St Suite R**
**Plainville,, CT 06062**

Date(s) debt was incurred _

Last 4 digits of account number **0407**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$3,794.97**

---

**3.410** | **Nonpriority creditor's name and mailing address**
**PromoShop, Inc.**
**5420 McConnell Avenue**
**Los Angeles, CA 90066**

Date(s) debt was incurred _

Last 4 digits of account number **0056**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing/Advertising**

Is the claim subject to offset? ■ No ☐ Yes

**$13,309.55**

---

**3.411** | **Nonpriority creditor's name and mailing address**
**PSE&G ELE & GAS**
**PO Box 14444**
**New Brunswick, NJ 08906-4444**

Date(s) debt was incurred _

Last 4 digits of account number **0255**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$20,998.29**

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$516.31** |
|---|---|---|---|

**Purchase Power-POSTAGE**
PO Box  371874
Pittsburgh, PA 15250-7874

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Utilities

Last 4 digits of account number  0037

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$860.00** |
|---|---|---|---|

**R&E Electric and Construction-Rudy Ortiz**
416 South E St
Oxnard, CA 93030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Repairs & Maintenance

Last 4 digits of account number  0493

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,796.13** |
|---|---|---|---|

**Rader Foods, Inc.**
PO Box 5511
Miami Lakes, FL 33014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Goods Sold

Last 4 digits of account number  0002

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,886.00** |
|---|---|---|---|

**Rare Tea Cellar Inc.**
3701 N. Ravenswood Ave
Suite 101
Chicago, IL 60613

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Goods Sold

Last 4 digits of account number  0077

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$680.73** |
|---|---|---|---|

**Ray Blom Plumbing, Inc**
11163 Washington Blvd
Culver City, CA 90232

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Repairs & Maintenance

Last 4 digits of account number  0494

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$452.99** |
|---|---|---|---|

**RCC Associates, Inc.**
255 Jim Moran Blvd
Deerfield Beach, FL 33442

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Construction

Last 4 digits of account number  0059

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,416.57** |
|---|---|---|---|

**Refresh LLC**
PO Box 1226
North Bend, WA 98045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Repairs & Maintenance

Last 4 digits of account number  0205

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.419** | Nonpriority creditor's name and mailing address

**Reliable Fire Protection Corp**
**20 Meridian Road**
**Suite 1**
**Eatontown, NJ 07724**

Date(s) debt was incurred _

Last 4 digits of account number  **0351**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ☑ No  ☐ Yes

**$1,611.65**

---

**3.420** | Nonpriority creditor's name and mailing address

**Remington Restaurant Equipment Repair**
**PO Box 86370**
**Phoenix, AZ 85080-6370**

Date(s) debt was incurred _

Last 4 digits of account number  **0061**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ☑ No  ☐ Yes

**$4,272.30**

---

**3.421** | Nonpriority creditor's name and mailing address

**Renewable Grease and Oil Inc.**
**4033 NW 63rd St**
**Coconut Creek, FL 33073**

Date(s) debt was incurred _

Last 4 digits of account number  **0110**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☑ No  ☐ Yes

**$335.00**

---

**3.422** | Nonpriority creditor's name and mailing address

**Republic Master Chefs**
**PO BOX: 15267**
**Los Angeles, CA 90015**

Date(s) debt was incurred _

Last 4 digits of account number  **0010**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☑ No  ☐ Yes

**$6,878.81**

---

**3.423** | Nonpriority creditor's name and mailing address

**Republic Nat'l - FINTECH**
**441 SW 12th Avenue**
**Deerfield Beach, FL 33442**

Date(s) debt was incurred _

Last 4 digits of account number  **0071**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Fintech**

Is the claim subject to offset? ☑ No  ☐ Yes

**$436.00**

---

**3.424** | Nonpriority creditor's name and mailing address

**Republic Nat'l-Austin-Fintech**
**6511 Tri County Parkway**
**Schertz, TX 78154-3219**

Date(s) debt was incurred _

Last 4 digits of account number  **0324**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Fintech**

Is the claim subject to offset? ☑ No  ☐ Yes

**$1,351.49**

---

**3.425** | Nonpriority creditor's name and mailing address

**Restaurant Magic Software**
**4010 W Boy Scout Blvd, Ste 300**
**Tampa, FL 33607**

Date(s) debt was incurred _

Last 4 digits of account number  **0086**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☑ No  ☐ Yes

**$5,000.00**

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.426** | Nonpriority creditor's name and mailing address
**Restaurant Tea Service, Inc.**
**520 State ST**
**Glendale,, CA 91203**

Date(s) debt was incurred _
Last 4 digits of account number  **0135**

As of the petition filing date, the claim is: Check all that apply.        **$135.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.427** | Nonpriority creditor's name and mailing address
**Rhino Paper**
**362 Hillsboro Technology Drive**
**Deerfield Beach, FL 33441**

Date(s) debt was incurred _
Last 4 digits of account number  **0076**

As of the petition filing date, the claim is: Check all that apply.        **$832.65**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.428** | Nonpriority creditor's name and mailing address
**River Oaks District.LP-Rent**
**POBox 846801**
**Los Angeles, CA 90084-6801**

Date(s) debt was incurred _
Last 4 digits of account number  **0466**

As of the petition filing date, the claim is: Check all that apply.        **$123,744.66**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.429** | Nonpriority creditor's name and mailing address
**River Oaks District.LP-Utility**
**PO Box 846801**
**Los Angeles, CA 90084-6801**

Date(s) debt was incurred _
Last 4 digits of account number  **0467**

As of the petition filing date, the claim is: Check all that apply.        **$2,317.76**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.430** | Nonpriority creditor's name and mailing address
**River Town Square Regency, LLC**
**C/o Regency Centers Corporation**
**PO Box 844235**
**Boston, MA 02284-4235**

Date(s) debt was incurred _
Last 4 digits of account number  **0438**

As of the petition filing date, the claim is: Check all that apply.        **$600,196.31**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.431** | Nonpriority creditor's name and mailing address
**Riverstowns Square Regency, LLC**
**Stark & Stark, PC**
**Thomas S. Onder, Esq.**
**993 Lenox Drive**
**Lawrenceville, NJ 08648**

Date(s) debt was incurred _
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.        **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.432** | Nonpriority creditor's name and mailing address
**Riviera Produce Corp**
**205 Jackson Street**
**ENGLEWOOD, NJ 07631**

Date(s) debt was incurred _
Last 4 digits of account number  **0468**

As of the petition filing date, the claim is: Check all that apply.        **$425.70**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.433**

**Nonpriority creditor's name and mailing address**
**RM Bakery LLC,Rollo Mio Artisan Bakery,L**
**P.Box 780879**
**Philadelphia, PA 19178-0879**

Date(s) debt was incurred _

Last 4 digits of account number  **0284**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ☒ No ☐ Yes

**$5,067.03**

---

**3.434**

**Nonpriority creditor's name and mailing address**
**Rockenwagner Bakery**
**5462 W. Adams Blvd.**
**Los Angeles, CA 90016**

Date(s) debt was incurred _

Last 4 digits of account number  **0138**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ☒ No ☐ Yes

**$9,801.48**

---

**3.435**

**Nonpriority creditor's name and mailing address**
**Roetzel & Andress**
**222 S. Main Street**
**Akron, OH 44308-2098**

Date(s) debt was incurred _

Last 4 digits of account number  **0028**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal**

Is the claim subject to offset? ☒ No ☐ Yes

**$25,814.92**

---

**3.436**

**Nonpriority creditor's name and mailing address**
**Rolling Sharpening Stone**
**2221 Justin Rad**
**#119-330**
**Flower Mound, TX 75028**

Date(s) debt was incurred _

Last 4 digits of account number  **0165**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,502.52**

---

**3.437**

**Nonpriority creditor's name and mailing address**
**Rose Moser Allyn Public and Online Relat**
**7144 East Stetson Drive**
**Suite 400**
**Scottsdale, AZ 85251**

Date(s) debt was incurred _

Last 4 digits of account number  **0210**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing/Advertising**

Is the claim subject to offset? ☒ No ☐ Yes

**$3,000.00**

---

**3.438**

**Nonpriority creditor's name and mailing address**
**Roto Rooter Plumbing and Service**
**DBA Roto Rooter Plumbing and Service**
**20542 Plummer Street**
**Chatsworth, CA 91311**

Date(s) debt was incurred _

Last 4 digits of account number  **0262**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,559.95**

---

**3.439**

**Nonpriority creditor's name and mailing address**
**Rudy's Cinema Installations, LLC**
**Rodolfo Garcia**
**7041 Dale Hollow Drive**
**Caledonia, MI 49316**

Date(s) debt was incurred _

Last 4 digits of account number  **0149**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Construction**

Is the claim subject to offset? ☒ No ☐ Yes

**$4,276.38**

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|---|

Name

---

**3.440** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00**

**Saga City Media Inc dba Houstonia Magazi**
**447 Heights Blvd**
**Houston, TX 77007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Marketing/Advertising**

Last 4 digits of account number  **0176**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.441** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,701.71**

**Santa Monica Seafood**
**18531 S. Broadwick Street**
**Rancho Dominguez, CA 90220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods Sold**

Last 4 digits of account number  **0067**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.442** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Satyen Dinesh Shah**
**Derek Smith Law Group, PLLC**
**Zack Holzberg, Esq.**
**One Penn Plaza, Suite 4905**
**New York, NY 10119**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.443** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$120,265.45**

**Schindler Elevator Corporation**
**PO Box 93050**
**Chicago, IL 60673-3050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Repairs & Maintenance**

Last 4 digits of account number  **0009**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.444** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,507.62**

**SDC Enterprises, Inc. dba Crystal Cleane**
**1000 Linton Blvd Suite A1**
**Delray Beach,, FL 33444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **0624**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.445** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$716.87**

**SDQ Fee LLC dba Scottsdale Quarter**
**180 East Broad Street**
**Columbus,, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Marketing/Advertising**

Last 4 digits of account number  **0747**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.446** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$397,402.65**

**SDQ Fee, LLC - RENT**
**L-3707**
**Columbus, OH 43260-3707**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number  **0370**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

**3.447** | Nonpriority creditor's name and mailing address
**SDQ Fee, LLC - TRASH**
**L-3707**
**Columbus, OH 43260-3707**

Date(s) debt was incurred _

Last 4 digits of account number  **0648**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,644.10**

---

**3.448** | Nonpriority creditor's name and mailing address
**Seafood Wholesalers, Ltd**
**PO Box 571196**
**Houston, TX 77257**

Date(s) debt was incurred _

Last 4 digits of account number  **0410**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,658.23**

---

**3.449** | Nonpriority creditor's name and mailing address
**Select Foods**
**4074 NW Briarcliff Circle**
**Boca Raton, FL 33496**

Date(s) debt was incurred _

Last 4 digits of account number  **0350**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No  ☐ Yes

**$23,011.76**

---

**3.450** | Nonpriority creditor's name and mailing address
**Service Side, LLC**
**1445 East Bexley Park Drive**
**Delray Beach,, FL 33445**

Date(s) debt was incurred _

Last 4 digits of account number  **0726**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ■ No  ☐ Yes

**$15,155.74**

---

**3.451** | Nonpriority creditor's name and mailing address
**ServiceChannel.com, Inc.**
**PO Box 392642**
**Pittsburgh, PA 15251-9642**

Date(s) debt was incurred _

Last 4 digits of account number  **0515**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,310.00**

---

**3.452** | Nonpriority creditor's name and mailing address
**Servicecom**
**2517 Highway L201**
**Manasquan,, NJ 08736**

Date(s) debt was incurred _

Last 4 digits of account number  **0727**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ■ No  ☐ Yes

**$60,788.36**

---

**3.453** | Nonpriority creditor's name and mailing address
**Seven C's Linen - Intracoastal**
**657 SW 9th Terrace**
**Pompano Beach, FL 33069**

Date(s) debt was incurred _

Last 4 digits of account number  **0440**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,839.98**

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.454 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,781.61 |
|---|---|---|---|

**Seven C's Linen - Mizner**
**657 SW 9th Terrace**
**Pompano Beach, FL 33069**

Date(s) debt was incurred _

Last 4 digits of account number  **0265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,731.29 |
|---|---|---|---|

**Seven C's Linen-Delray**
**657 SW 9th Terrace**
**Pompano Beach, FL 33069**

Date(s) debt was incurred _

Last 4 digits of account number  **0739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $11,250.00 |
|---|---|---|---|

**SGM Engineering, Inc.**
**935 Lake Baldwin Lane**
**Orlando, FL 32814**

Date(s) debt was incurred _

Last 4 digits of account number  **0730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Construction**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,224.00 |
|---|---|---|---|

**Sheldon Enterprises, Inc dba Enviro-Mast**
**PO Box 12350**
**Charlotte, NC 28220**

Date(s) debt was incurred _

Last 4 digits of account number  **0679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.458 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $179.38 |
|---|---|---|---|

**Sherief, Shawky**
**27 Garden Street**
**Edison, NJ 08817**

Date(s) debt was incurred _

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|

**Silent Revolution LLC**

Date(s) debt was incurred _

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Outside Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**Simply the Best Magazine**
**301 Yamato Road**
**Suite 1240**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number  **0301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing/Advertising**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | iPic-Gold Class Entertainment, LLC | Case number (if known) | 19-11739 (LSS) |
|---|---|---|---|
| | Name | | |

---

**3.461** Nonpriority creditor's name and mailing address

**Singer Equipment Company DBA M. Tucker**
**150 SOUTH TWIN VALLEY ROAD**
**ELVERSON, PA 19520**

Date(s) debt was incurred _

Last 4 digits of account number  **0577**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$594.36**

---

**3.462** Nonpriority creditor's name and mailing address

**Singleplatform LLC**
**1601 Trapelo Road**
**Third Floor**
**Waltham, MA 02451**

Date(s) debt was incurred _

Last 4 digits of account number  **0129**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing/Advertising**

Is the claim subject to offset? ■ No ☐ Yes

**$135.91**

---

**3.463** Nonpriority creditor's name and mailing address

**Skene Law Firm, PC**
**2614-RTE 516**
**2nd Floor**
**Old Bridge, NJ 08857**

Date(s) debt was incurred _

Last 4 digits of account number  **0260**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal**

Is the claim subject to offset? ■ No ☐ Yes

**$468.30**

---

**3.464** Nonpriority creditor's name and mailing address

**Smart Care Equipment Solutions**
**EEC Acquisiton LLC**
**P.O. Box 74008980**
**Chicago, IL 60674-8980**

Date(s) debt was incurred _

Last 4 digits of account number  **0652**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$6,299.03**

---

**3.465** Nonpriority creditor's name and mailing address

**SoCalGas**
**PO Box C**
**Monterey Park, CA 91756-5111**

Date(s) debt was incurred _

Last 4 digits of account number  **0530**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$1,803.18**

---

**3.466** Nonpriority creditor's name and mailing address

**SOF-IX PB Owner, LP-RENT**
**75 Remittance Drive**
**Dept 6971**
**Chicago, IL 60675-6971**

Date(s) debt was incurred _

Last 4 digits of account number  **0272**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$78,609.12**

---

**3.467** Nonpriority creditor's name and mailing address

**SOF-IX PB Owner, LP-WATER**
**75 Remittance Drive**
**Dept 6971**
**Chicago, IL 60675-6971**

Date(s) debt was incurred _

Last 4 digits of account number  **0278**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$2,184.18**

---

| Debtor | iPic-Gold Class Entertainment, LLC | Case number (if known) | 19-11739 (LSS) |
|---|---|---|---|
| | Name | | |

**3.468**

**Nonpriority creditor's name and mailing address**

**Softeq Development Corporation**
**1155 Dairy Ashford**
**Suite 125**
**Houston, TX 77079**

Date(s) debt was incurred __

Last 4 digits of account number **0688**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

**$152,303.75**

---

**3.469**

**Nonpriority creditor's name and mailing address**

**SOLID Surface Care, Inc**
**3820 Rose Lake Drive**
**Charlotte, NC 28217**

Date(s) debt was incurred __

Last 4 digits of account number **0336**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$49,012.67**

---

**3.470**

**Nonpriority creditor's name and mailing address**

**Sony Pictures**
**PO Box 840550**
**Dallas, TX 75284-0550**

Date(s) debt was incurred __

Last 4 digits of account number **0031**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Film**

Is the claim subject to offset? ■ No ☐ Yes

**$964,398.45**

---

**3.471**

**Nonpriority creditor's name and mailing address**

**Soraya Khogyani**
**Shegerian Conniff LLP**
**Cortney Shegerian, Esq.**
**2041 Rosecrans Avenue, Suite 380**
**El Segundo, CA 90245**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.472**

**Nonpriority creditor's name and mailing address**

**South Street Seaport Limited Partnership**
**PO Box 860651**
**Minneapolis, MN 55486-0651**

Date(s) debt was incurred __

Last 4 digits of account number **0470**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$164,072.17**

---

**3.473**

**Nonpriority creditor's name and mailing address**

**Southeast Linen Associates, Inc DBA Cosm**
**4508 W 46TH ST**
**Chicago, IL 60632**

Date(s) debt was incurred __

Last 4 digits of account number **0720**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$798.04**

---

**3.474**

**Nonpriority creditor's name and mailing address**

**Southeastern Printing Co, Inc**
**3601 SE Dixie Highway**
**Stuart,, FL 34997**

Date(s) debt was incurred __

Last 4 digits of account number **0753**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing/Advertising**

Is the claim subject to offset? ■ No ☐ Yes

**$1,050.66**

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.475** | Nonpriority creditor's name and mailing address

**Southern California Edison**
**POBox 300**
**Rosemead, CA 91772-0001**

Date(s) debt was incurred _

Last 4 digits of account number **0703**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$128.47**

---

**3.476** | Nonpriority creditor's name and mailing address

**Southern Glazer's FL FINTECH**
**2400 SW 145th Avenue**
**Miramar, FL 33027**

Date(s) debt was incurred _

Last 4 digits of account number **0157**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Fintech**

Is the claim subject to offset? ■ No ☐ Yes

**$299.85**

---

**3.477** | Nonpriority creditor's name and mailing address

**Southern Glazer's TX - Fintech**
**9350 E Point Dr**
**Houston, TX 77054**

Date(s) debt was incurred _

Last 4 digits of account number **0485**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Fintech**

Is the claim subject to offset? ■ No ☐ Yes

**$3,672.20**

---

**3.478** | Nonpriority creditor's name and mailing address

**Southern Glazers IL FINTECH**
**2971 Collection Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number **0066**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Fintech**

Is the claim subject to offset? ■ No ☐ Yes

**$3,560.86**

---

**3.479** | Nonpriority creditor's name and mailing address

**Southern Wine-AZ FINTECH**
**2375 South 45th Avenue**
**Phoenix, AZ 85043**

Date(s) debt was incurred _

Last 4 digits of account number **0084**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Fintech**

Is the claim subject to offset? ■ No ☐ Yes

**$512.80**

---

**3.480** | Nonpriority creditor's name and mailing address

**Southern Wine-CA FINTECH**
**File 56002**
**Los Angeles, CA 90074-6002**

Date(s) debt was incurred _

Last 4 digits of account number **0034**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Fintech**

Is the claim subject to offset? ■ No ☐ Yes

**$25,218.46**

---

**3.481** | Nonpriority creditor's name and mailing address

**Southwest Gas Corporation**
**PO Box 98890**
**Las Vegas, NV 89193-8890**

Date(s) debt was incurred _

Last 4 digits of account number **0082**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$998.00**

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|

Name

---

**3.482** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$190.64**

**Sparkletts**
**PO Box 660579**
**Dallas,, TX 75266-0579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **0262**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.483** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$205.08**

**Spec's Wines - FINTECH**
**2410 Smith Street**
**Houston, TX 77006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Fintech**

Last 4 digits of account number  **0355**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.484** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,195.87**

**Specialty Textile Services**
**737 W Buchanan St**
**Phoenix, AZ 85007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **0096**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.485** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$91,666.00**

**Spencer Stuart**
**PO Box 98991**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Professional Services**

Last 4 digits of account number  **0701**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.486** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$107,910.00**

**Stainless Fixtures Inc- Construction Onl**
**1250 E Franklin Avenue**
**Pomona, CA 91766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Construction**

Last 4 digits of account number  **0060**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.487** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,880.10**

**Stainless Fixtures Inc-Service Channel**
**1250 E Franklin  Avenue**
**Pomona, CA 91766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Repairs & Maintenance**

Last 4 digits of account number  **0743**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.488** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,492.07**

**Staples Advantage-ATLANTA**
**Dept. ATL**
**P.O. Box 660409**
**Dallas, TX 75266-0409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **0042**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.489**

**Nonpriority creditor's name and mailing address**
**Steptoe & Johnson LLP**
**1330 Connecticut Avenue NW**
**Washington, DC 20036**

Date(s) debt was incurred _

Last 4 digits of account number  **0076**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal**

Is the claim subject to offset? ■ No ☐ Yes

**$7,713.71**

---

**3.490**

**Nonpriority creditor's name and mailing address**
**Stoel Rives LLP**
**900 SW Fifth Avenue**
**Ste 2600**
**Portland, OR 97204**

Date(s) debt was incurred _

Last 4 digits of account number  **0165**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal**

Is the claim subject to offset? ■ No ☐ Yes

**$13,753.60**

---

**3.491**

**Nonpriority creditor's name and mailing address**
**Strong Technical Services, Inc.**
**PO Box 310299**
**Des Moines, IA 50331-0299**

Date(s) debt was incurred _

Last 4 digits of account number  **0052**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$15,483.18**

---

**3.492**

**Nonpriority creditor's name and mailing address**
**Studio K Design, LLC**
**1733 W Hubbard Street**
**Chicago, IL 60622**

Date(s) debt was incurred _

Last 4 digits of account number  **0380**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Construction**

Is the claim subject to offset? ■ No ☐ Yes

**$20,113.09**

---

**3.493**

**Nonpriority creditor's name and mailing address**
**Stuever & Sons, Inc.Beverage Systems**
**22W010 Byron**
**Addison,, IL 60101**

Date(s) debt was incurred _

Last 4 digits of account number  **0110**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$462.30**

---

**3.494**

**Nonpriority creditor's name and mailing address**
**Sunbelt Imports Inc.**
**10525 Kinghurst Street**
**Houston, TX 77099**

Date(s) debt was incurred _

Last 4 digits of account number  **0646**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

**$765.79**

---

**3.495**

**Nonpriority creditor's name and mailing address**
**Sunset Marketing/Rick Cohn, Inc.**
**28722 Shadyview**
**Canyon Courntry, CA 91387**

Date(s) debt was incurred _

Last 4 digits of account number  **0099**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing/Advertising**

Is the claim subject to offset? ■ No ☐ Yes

**$19,030.14**

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.496** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$204.00**

**Sunshine Provisions-E+M Innovative Forag**
**1703 Avenida Del Sol**
**Boca Raton, FL 33432**

Date(s) debt was incurred _

Last 4 digits of account number  **0728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.497** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$305.00**

**Superior Knife Inc.**
**8120 N. Central Park Ave.**
**Skokie, IL 60076-2907**

Date(s) debt was incurred _

Last 4 digits of account number  **0072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.498** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$805,418.29**

**Superl Sequoia Limited**
**Unit 612, 6/F Tower 1**
**833 Cheung Sha Wan Road**
**Kowloon Hong Kong**

Date(s) debt was incurred _

Last 4 digits of account number  **0596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Construction**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.499** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$142.55**

**Supreme Hotel & Restaurant Supply Corp.**
**2150 SW 30th Ave**
**Pembroke Pines, FL 33009**

Date(s) debt was incurred _

Last 4 digits of account number  **0597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.500** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,118.50**

**Sustainable Solutions Group - SSG**
**Dept #40299**
**PO Box 740209**
**Atlanta, GA 30374-0209**

Date(s) debt was incurred _

Last 4 digits of account number  **0325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.501** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,387.76**

**SWERVE, LLC**
**1000 S Rendon St**
**New Orleans, LA 00070-1125**

Date(s) debt was incurred _

Last 4 digits of account number  **0723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.502** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$496.54**

**Swire Coca-Cola, USA**
**PO Box 52745**
**Phoenix, AZ 85072-2745**

Date(s) debt was incurred _

Last 4 digits of account number  **0502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.503 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52,320.88** |
|---|---|---|---|

**Sysco - Austin**
**1260 Schwab Road**
**New Braunfels, TX 78132-5155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods Sold**

Last 4 digits of account number  **0065**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.504 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$93,623.86** |
|---|---|---|---|

**Sysco - Houston**
**1260 Schwab Road**
**New Braunfels, TX 78132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods Sold**

Last 4 digits of account number  **0420**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.505 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$71,307.67** |
|---|---|---|---|

**Sysco - Intracoastal**
**1999 Martin Luther King Jr Blvd**
**Riviera Beach, FL 33404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods Sold**

Last 4 digits of account number  **0415**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.506 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$82,386.42** |
|---|---|---|---|

**Sysco - Mizner**
**1999 Martin Luther King Jr Blvd**
**Riviera Beach, FL 33404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods Sold**

Last 4 digits of account number  **0156**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.507 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,537.93** |
|---|---|---|---|

**Sysco Arizona, Inc.**
**PO Box 23430**
**Phoenix, AZ 85063-9959**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods Sold**

Last 4 digits of account number  **0097**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.508 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78,587.32** |
|---|---|---|---|

**Sysco Baltimore, LLC**
**8000 Dorsey Run Road**
**Jessup, MD 20794**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods Sold**

Last 4 digits of account number  **0305**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.509 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,947.56** |
|---|---|---|---|

**Sysco Food Svcs - Barrington**
**PO Box 5037**
**Des Plaines, IL 60017-5037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods Sold**

Last 4 digits of account number  **0062**

Is the claim subject to offset? ☑ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,494.13 |
|---|---|---|---|

**Sysco Food Svcs - Bolingbrook**
**250 Wieboldt Drive**
**Des Plaines, IL 60016-3192**

Date(s) debt was incurred _

Last 4 digits of account number  **0495**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,831.57 |
|---|---|---|---|

**Sysco Los Angeles - Pasadena**
**20701 East Currier Road**
**Walnut, CA 91789**

Date(s) debt was incurred _

Last 4 digits of account number  **0069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,026.28 |
|---|---|---|---|

**Sysco Los Angeles - Westwood**
**20701 East Currier Road**
**Walnut, CA 91789**

Date(s) debt was incurred _

Last 4 digits of account number  **0480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77,760.77 |
|---|---|---|---|

**Sysco Metro New York - Dobbs Ferry**
**20 Theodore Conrad Drive**
**Jersey City, NJ 07305**

Date(s) debt was incurred _

Last 4 digits of account number  **0525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

| 3.514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90,166.52 |
|---|---|---|---|

**Sysco Metro New York - Fort Lee**
**20 Theodore Conrad Drive**
**Jersey City, NJ 07305-4614**

Date(s) debt was incurred _

Last 4 digits of account number  **0450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

| 3.515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92,112.50 |
|---|---|---|---|

**Sysco Metro New York - Fulton**
**20 Theodore Conrad Drive**
**Jersey City, NJ 07305**

Date(s) debt was incurred _

Last 4 digits of account number  **0500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,755.36 |
|---|---|---|---|

**Sysco North Texas-Fairview**
**Attn: Sue Melendez**
**1013 Stolte Ct.**
**Savannah, TX 76227**

Date(s) debt was incurred _

Last 4 digits of account number  **0071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number *(if known)* | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.517**

**Nonpriority creditor's name and mailing address**
**Sysco Seattle, Inc.**
**PO Box 97054**
**Kent, WA 98064-9754**

Date(s) debt was incurred _

Last 4 digits of account number **0064**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

**$52,663.62**

---

**3.518**

**Nonpriority creditor's name and mailing address**
**Sysco Southeast Florida- Delray**
**1999 Martin Luther King Jr Blvd**
**Riviera Beach, FL 33404**

Date(s) debt was incurred _

Last 4 digits of account number **0732**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

**$44,487.50**

---

**3.519**

**Nonpriority creditor's name and mailing address**
**T Edwards Wines Ltd**
**Attn: Accounting Department**
**PO Box 242**
**Gardiner, NY 12525**

Date(s) debt was incurred _

Last 4 digits of account number **0190**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Liquor**

Is the claim subject to offset? ■ No ☐ Yes

**$916.00**

---

**3.520**

**Nonpriority creditor's name and mailing address**
**T.J. Maintenance, Inc.**
**113 Main Street**
**West Chicago, IL 60185**

Date(s) debt was incurred _

Last 4 digits of account number **0180**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$270.00**

---

**3.521**

**Nonpriority creditor's name and mailing address**
**Tapman**
**David Rothberg**
**P. O. Box 15856**
**Seattle, WA 98115-0856**

Date(s) debt was incurred _

Last 4 digits of account number **0035**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$264.00**

---

**3.522**

**Nonpriority creditor's name and mailing address**
**TapRm- JB-NY Distributors, Inc**
**509 Pacific St Suite 3I**
**Brooklyn, NY 11217**

Date(s) debt was incurred _

Last 4 digits of account number **0365**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

**$1,111.00**

---

**3.523**

**Nonpriority creditor's name and mailing address**
**TASC - Total Administrative Services**
**Client Services**
**PO Box 88278**
**Milwaukee, WI 53288-0001**

Date(s) debt was incurred _

Last 4 digits of account number **0248**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

**$727.65**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | iPic-Gold Class Entertainment, LLC | Case number (if known) | 19-11739 (LSS) |
|---|---|---|---|
| | Name | | |

**3.524** Nonpriority creditor's name and mailing address
TDC Fort Lee LLC
c/o Lincoln Eastern Management Corp
2030 Hudson Street, Unit 520
Fort Lee, NJ 07024

Date(s) debt was incurred __
Last 4 digits of account number **0200**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$531,547.74**

---

**3.525** Nonpriority creditor's name and mailing address
Technique Air, Inc.
Michael Sayer, Esq.
Debt Recovery Attorneys
17595 Harvard, Suite C0557
Irvine, CA 92614

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.526** Nonpriority creditor's name and mailing address
TECO
PO Box 31318
Tampa, FL 33631-3318

Date(s) debt was incurred __
Last 4 digits of account number **0135**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$616.62**

---

**3.527** Nonpriority creditor's name and mailing address
Terminix Processing Center
PO BOX: 742592
Cincinnati, OH 45274-2592

Date(s) debt was incurred __
Last 4 digits of account number **0018**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$362.00**

---

**3.528** Nonpriority creditor's name and mailing address
Terrell's Drycleaning
Stephen Grant Terrell
206 N. Greenville Suite 800
Allen, TX 75002

Date(s) debt was incurred __
Last 4 digits of account number **0165**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$1,296.32**

---

**3.529** Nonpriority creditor's name and mailing address
Texas Gas Service
PO BOX: 219913
Kansas City, MO 64121-9913

Date(s) debt was incurred __
Last 4 digits of account number **0025**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$719.96**

---

**3.530** Nonpriority creditor's name and mailing address
The Gab Group, Inc.
95 South Federal Highway
Suite # 201
Boca Raton, FL 33432

Date(s) debt was incurred __
Last 4 digits of account number **0059**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Marketing/Advertising**

Is the claim subject to offset? ■ No ☐ Yes

**$21,102.19**

---

| Debtor | iPic-Gold Class Entertainment, LLC | Case number (if known) | 19-11739 (LSS) |
|---|---|---|---|
| | Name | | |

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,801.86 |
|---|---|---|---|

**The Icee Company Corp**
**1205 S Dupont Ave**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0244**

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $670.78 |
|---|---|---|---|

**The New World Bakery, Inc.**
**PO Box 929**
**Kyle, TX 78640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0061**

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,604.51 |
|---|---|---|---|

**The O'Keefe Group, Inc.**
**TOG**
**PO Box 1240**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0040**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,273.57 |
|---|---|---|---|

**Tide Cleaners LLP- MW Cleaners EDIT TX,**
**230 Spring Hill Drive Suite 325**
**Acct AZ16689**
**Spring, TX 77386**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0257**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,820.00 |
|---|---|---|---|

**Time Out America dba TIME OUT NEW YOR**
**1540 BROADWAY 42ND FLOOR**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0226**

Basis for the claim:  **Marketing/Advertising**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $172.35 |
|---|---|---|---|

**Time Warner Cable - 60074**
**PO Box 60074**
**City of Industry, CA 91716-0074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0092**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,590.00 |
|---|---|---|---|

**Today Media-Martinelli Holdings LLC**
**3301 Lancaster Pike, suite 5c**
**Wilmington, DE 19805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0218**

Basis for the claim:  **Marketing/Advertising**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.538** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,204.06**

**Tools & Solutions /Ipic Saudi Limited LL**
PO.Box 54995 Riyadh
Al Ghadir Saudi Arabia   11524

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Professional Services**

Last 4 digits of account number  **0290**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.539** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,356.77**

**TouchMate**
7703 North Lamar Boulevard
Ste 100
Austin, TX 78752

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number  **0060**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.540** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,369.24**

**Trafalgar Releasing Limited**
Paul Marchant
222 Broadway,19th Floor
New York, NY 10038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Film**

Last 4 digits of account number  **0222**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.541** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$288.90**

**Trinity Commercial Services, LLC**
4041 W Wheatland #156108
Dallas, TX 75237

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Repairs & Maintenance**

Last 4 digits of account number  **0198**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.542** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$466.35**

**True World Foods Chicago LLC**
950 Chase Avenue
Elk Grove Village, IL 60007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods Sold**

Last 4 digits of account number  **0140**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.543** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,021.64**

**True World Foods Dallas, LLC**
8919 Governors Row
Dallas, TX 75247

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods Sold**

Last 4 digits of account number  **0142**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.544** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,835.14**

**True World Foods Los Angeles LLC**
4200 S. Alameda Street
Vernon, CA 90058

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods Sold**

Last 4 digits of account number  **0138**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.545**

**Nonpriority creditor's name and mailing address**
**True World Foods Miami LLC**
**11205 NW 36th Ave**
**Miami, FL 33167**

Date(s) debt was incurred _
Last 4 digits of account number  **0132**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

**$4,773.30**

---

**3.546**

**Nonpriority creditor's name and mailing address**
**True World Foods NY LLC**
**32-34 Papetti Plaza**
**Elizabeth, NJ 07206**

Date(s) debt was incurred _
Last 4 digits of account number  **0150**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

**$1,488.77**

---

**3.547**

**Nonpriority creditor's name and mailing address**
**True World Foods Phoenix LLC**
**835 W. 22nd Street**
**#107**
**Tempe, AZ 85282**

Date(s) debt was incurred _
Last 4 digits of account number  **0136**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No ☐ Yes

**$371.65**

---

**3.548**

**Nonpriority creditor's name and mailing address**
**Trujillo, Kelly**
**12017 Rialto Street**
**Sun Valley, CA 91352**

Date(s) debt was incurred _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$1,268.30**

---

**3.549**

**Nonpriority creditor's name and mailing address**
**Tumble In Dry Cleaners LLC**
**425 B Forest Rd**
**Mahwah, NJ 07430**

Date(s) debt was incurred _
Last 4 digits of account number  **0178**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$44,971.64**

---

**3.550**

**Nonpriority creditor's name and mailing address**
**UBER**
**1455 Market Street**
**San Francisco, CA 94103**

Date(s) debt was incurred _
Last 4 digits of account number  **0055**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$9,583.26**

---

**3.551**

**Nonpriority creditor's name and mailing address**
**Uline**
**Attn: Accounts Receivable**
**P.O. Box 88741**
**Chicago, IL 60680**

Date(s) debt was incurred _
Last 4 digits of account number  **0018**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$564.00**

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.552** | Nonpriority creditor's name and mailing address
**Ultimate Creations LTD**
**2622 Emma Stone Drive**
**Marriottsville, MD 21104**

Date(s) debt was incurred _
Last 4 digits of account number  **0036**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Construction**

Is the claim subject to offset? ■ No  ☐ Yes

$16,580.53

---

**3.553** | Nonpriority creditor's name and mailing address
**Ultrapro Pest Protection LLC**
**12 Sunflower Ave**
**Paramus, NJ 07652**

Date(s) debt was incurred _
Last 4 digits of account number  **0060**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No  ☐ Yes

$1,119.56

---

**3.554** | Nonpriority creditor's name and mailing address
**United Data Technologies Inc- IT -**
**Dept #0627**
**United Data Technologies Inc**
**PO Box, FL 32885-0627**

Date(s) debt was incurred _
Last 4 digits of account number  **0071**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No  ☐ Yes

$33,322.98

---

**3.555** | Nonpriority creditor's name and mailing address
**Unity Media Group LLC**
**PO BOX 520**
**Oakhurst, NJ 07755**

Date(s) debt was incurred _
Last 4 digits of account number  **0052**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing/Advertising**

Is the claim subject to offset? ■ No  ☐ Yes

$1,900.00

---

**3.556** | Nonpriority creditor's name and mailing address
**Universal Background Screening, Inc.**
**7720 N. 16th Street**
**Suite 200**
**Phoenix, AZ 85020**

Date(s) debt was incurred _
Last 4 digits of account number  **0067**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No  ☐ Yes

$2,744.99

---

**3.557** | Nonpriority creditor's name and mailing address
**Universal Film Exchanges**
**PO BOX: 848270**
**Dallas, TX 75284-8270**

Date(s) debt was incurred _
Last 4 digits of account number  **0012**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Film**

Is the claim subject to offset? ■ No  ☐ Yes

$89,585.28

---

**3.558** | Nonpriority creditor's name and mailing address
**Universal Uniform Supply**
**7311 Swan Lake Drive**
**New Port Richey, FL 34655**

Date(s) debt was incurred _
Last 4 digits of account number  **0058**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

$11,160.96

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |

Name

| 3.559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,089.71 |

**Unlimited Electrical Contr. Co**
**3500 Park Central Blvd N**
**Pompano Beach, FL 33064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Repairs & Maintenance**

Last 4 digits of account number  **0014**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,296.94 |

**Up Top Acres**
**904 A Street SE**
**Washington, DC 20003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods Sold**

Last 4 digits of account number  **0064**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,153.43 |

**Uptown Bake & Brew LLC**
**5335 Kilmer Place**
**Hyattsville, MD 20781**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods Sold**

Last 4 digits of account number  **0030**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63.03 |

**Verizon - 15124**
**PO Box 15124**
**Albany, NY 12212-5124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **0108**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.563 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $296.45 |

**Verizon - 4833**
**PO Box 4833**
**Trenton, NJ 08650-4833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **0104**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $335.90 |

**ViaVid Broadcasting Inc**
**118-998 Harbourside Drive**
**N. Vancouver, British Columbia V79 3T2**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Professional Services**

Last 4 digits of account number  **0152**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |

**Victoria L'Originale Company**
**212 North Federal Hwy**
**Dania, FL 33004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods Sold**

Last 4 digits of account number  **0046**

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **iPic-Gold Class Entertainment, LLC** | | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.566**

**Nonpriority creditor's name and mailing address**

**Village FV Ltd**
**c/o LPC Commercial**
**P.O.Box 841086**
**Dallas, TX 75284-1086**

Date(s) debt was incurred _

Last 4 digits of account number  **0132**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,500.74**

---

**3.567**

**Nonpriority creditor's name and mailing address**

**Village FV, Ltd - Rent**
**c/o LPC Commercial**
**P.O Box 841086**
**Dallas, TX 75284-1086**

Date(s) debt was incurred _

Last 4 digits of account number  **0120**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

**$152,684.76**

---

**3.568**

**Nonpriority creditor's name and mailing address**

**Virtuoso - FINTECH**
**2101 East St Elmo Road**
**Suite 340**
**Austin, TX 78744**

Date(s) debt was incurred _

Last 4 digits of account number  **0092**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Fintech**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,247.40**

---

**3.569**

**Nonpriority creditor's name and mailing address**

**Visiting Media LLC**
**1220 SW Taylor**
**Portland, OR 97205**

Date(s) debt was incurred _

Last 4 digits of account number  **0088**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing/Advertising**

Is the claim subject to offset? ■ No  ☐ Yes

**$11,325.00**

---

**3.570**

**Nonpriority creditor's name and mailing address**

**Vista Entertainment Solutions AKA MovieX**
**335 N. Maple Dr. Ste 150**
**Beverly Hills, CA 90210**

Date(s) debt was incurred _

Last 4 digits of account number  **0031**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

**$93,625.00**

---

**3.571**

**Nonpriority creditor's name and mailing address**

**Vistar - ATLANTA**
**PO Box 933580**
**Atlanta, GA 31193-3580**

Date(s) debt was incurred _

Last 4 digits of account number  **0029**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No  ☐ Yes

**$14,382.72**

---

**3.572**

**Nonpriority creditor's name and mailing address**

**Vistar - DALLAS**
**PO Box 180785**
**Arlington, TX 76096**

Date(s) debt was incurred _

Last 4 digits of account number  **0027**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No  ☐ Yes

**$20,856.20**

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.573**

**Nonpriority creditor's name and mailing address**
**Vistar - Philadelphia**
PO Box 8500-784866
Philadelphia, PA 19178-4866

Date(s) debt was incurred _

Last 4 digits of account number  **0020**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No  ☐ Yes

**$17,945.47**

---

**3.574**

**Nonpriority creditor's name and mailing address**
**Walt Disney Studio Pictures**
PO Box 732554
Dallas, TX 75373

Date(s) debt was incurred _

Last 4 digits of account number  **0002**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Film**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,513,794.11**

---

**3.575**

**Nonpriority creditor's name and mailing address**
**Warner Brothers**
PO Box 936193
Attn: Jennifer Amaya
Atlanta, GA 31193-6193

Date(s) debt was incurred _

Last 4 digits of account number  **0005**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Film**

Is the claim subject to offset? ■ No  ☐ Yes

**$46,264.55**

---

**3.576**

**Nonpriority creditor's name and mailing address**
**Waste Management- Carol Stream**
PO BOX: 4648
Carol Stream, IL 60197-4648

Date(s) debt was incurred _

Last 4 digits of account number  **0008**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$744.45**

---

**3.577**

**Nonpriority creditor's name and mailing address**
**Webedia Entertainment LLC**
PO Box 30291
New York, NY 10087-0291

Date(s) debt was incurred _

Last 4 digits of account number  **0175**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing/Advertising**

Is the claim subject to offset? ■ No  ☐ Yes

**$18,880.00**

---

**3.578**

**Nonpriority creditor's name and mailing address**
**West Coast Ice Provisions-G9n5 Inc**
3833 Main Street
Culver City, CA 90232

Date(s) debt was incurred _

Last 4 digits of account number  **0250**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No  ☐ Yes

**$586.00**

---

**3.579**

**Nonpriority creditor's name and mailing address**
**West Pier Laundry Streamwood**
5030 Valley LN
Streamwood,, IL 60107

Date(s) debt was incurred _

Last 4 digits of account number  **0290**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$428.40**

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
| --- | --- | --- | --- |
| | Name | | |

| 3.580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.00 |
| --- | --- | --- | --- |

**Westchester County Department of Health**
**Scott Seidel & Vincent Silva**
**10 County Center Road 2nd Flr**
**White Plains, NY 10607-1541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Marketing/Advertising**

Last 4 digits of account number  **0292**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.581 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $166.72 |
| --- | --- | --- | --- |

**Western Propane Services, Inc.**
**12600 Western Ave**
**Garden Grove, CA 92841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Goods Sold**

Last 4 digits of account number  **0120**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.582 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $862.50 |
| --- | --- | --- | --- |

**Westway Electric Systems, Inc.**
**PO BOX: 8645**
**Glendale, CA 91224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Repairs & Maintenance**

Last 4 digits of account number  **0015**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $104.03 |
| --- | --- | --- | --- |

**Westwood Flower Shop-Cathy Anador**
**3101 Overland Ave Suite C**
**Los Angeles, CA 90034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Professional Services**

Last 4 digits of account number  **0253**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.584 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,220.03 |
| --- | --- | --- | --- |

**WeWit LLC DBA WeWitness Elevator LLC**
**85 Broad Street**
**Floor 17**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Repairs & Maintenance**

Last 4 digits of account number  **0251**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.585 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,402.73 |
| --- | --- | --- | --- |

**White Plains Linen Corp**
**4 John Walsh Blvd**
**Peekskill, NY 10566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Utilities**

Last 4 digits of account number  **0185**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.586 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,311.12 |
| --- | --- | --- | --- |

**Windstream-Paetec**
**PO Box 9001013**
**Louisville, KY 40290-1013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Utilities**

Last 4 digits of account number  **0004**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | iPic-Gold Class Entertainment, LLC | Case number (if known) | 19-11739 (LSS) |
|---|---|---|---|
| | Name | | |

---

**3.587** | **Nonpriority creditor's name and mailing address**
**Wine Warehouse-FINTECH**
**PO BOX: 910900**
**Los Angeles, CA 90091-0900**

Date(s) debt was incurred _

Last 4 digits of account number  **0022**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Fintech**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,794.10**

---

**3.588** | **Nonpriority creditor's name and mailing address**
**Winebow Inc - Fintech**
**20 Hook Mountain Road**
**Pine Brook, NJ 07058**

Date(s) debt was incurred _

Last 4 digits of account number  **0182**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Fintech**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,949.58**

---

**3.589** | **Nonpriority creditor's name and mailing address**
**Withers Worldwide-Withers Transfer and S**
**10890 NW 29th Street**
**Miami, FL 33172**

Date(s) debt was incurred _

Last 4 digits of account number  **0127**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,405.95**

---

**3.590** | **Nonpriority creditor's name and mailing address**
**Wizard Creations**
**2765 W CYPRESS CREEK RD**
**Suite B**
**Ft Lauderdale, FL 33309-1747**

Date(s) debt was incurred _

Last 4 digits of account number  **0278**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing/Advertising**

Is the claim subject to offset? ■ No  ☐ Yes

**$39,819.88**

---

**3.591** | **Nonpriority creditor's name and mailing address**
**WME IMG Holdings, LLC**
**38 West 21st Street, 11th Floor**
**New York,, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number  **0293**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing/Advertising**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,305.00**

---

**3.592** | **Nonpriority creditor's name and mailing address**
**Woods, Clark**
**5475 Edgecliff Circle**
**Westlake Village, CA 91362**

Date(s) debt was incurred _

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No  ☐ Yes

**$345.00**

---

**3.593** | **Nonpriority creditor's name and mailing address**
**Worldwide Produce Inc**
**PO Box 54399**
**Los Angeles, CA 90054**

Date(s) debt was incurred _

Last 4 digits of account number  **0040**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods Sold**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,028.67**

---

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.594 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,120.00** |
|---|---|---|---|

**Wright Engineers-Wright Consulting Engne**
**1645 illage Center Circle Suite 10**
**Las Vegas, NV 89134**

Date(s) debt was incurred _

Last 4 digits of account number  **0294**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Construction**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.595 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$690.65** |
|---|---|---|---|

**XO Communications**
**P O Box**
**Albany,, NY 12212-5043**

Date(s) debt was incurred _

Last 4 digits of account number  **0010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.596 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$42,945.00** |
|---|---|---|---|

**YELP INC**
**PO Box 204393**
**Dallas, TX 75320-4393**

Date(s) debt was incurred _

Last 4 digits of account number  **0030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing/Advertising**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.597 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,839,355.77** |
|---|---|---|---|

**Yetter Coleman LLP**
**811 Main Street**
**Suite 4100**
**Houston, TX 77002**

Date(s) debt was incurred _

Last 4 digits of account number  **0016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.598 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$260.01** |
|---|---|---|---|

**Young's Market-CA FINTECH**
**PO BOX: 30145**
**Los Angeles, CA 90030-0145**

Date(s) debt was incurred _

Last 4 digits of account number  **0003**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Fintech**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Adams Employment Counsel**<br>**Christopher A. Adams, Esq.**<br>**4740 Calle Carga**<br>**Camarillo, CA 93012** | Line  **3.347**<br><br>☐ Not listed. Explain _____ | _ |
| 4.2 | **Jackson Lewis P.C.**<br>**Jaclyn P. Floryan, Esq.**<br>**725 South Figueroa Street, Ste 2500**<br>**Los Angeles, CA 90017** | Line  **3.347**<br><br>☐ Not listed. Explain _____ | _ |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number (if known) | **19-11739 (LSS)** |
|---|---|---|---|
| | Name | | |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 648,519.02 |
| **5b. Total claims from Part 2** | 5b.  + | $ 18,219,628.99 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 18,868,148.01 |

**Fill in this information to identify the case:**

Debtor name      **iPic-Gold Class Entertainment, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **19-11739 (LSS)**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
     (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **Refuse Removal Service Agreement dated 05.20.19** <br><br><br> **AAA Carting & Rubbish Removal, Inc.** <br> **480 Furnace Dock Road** <br> **Cortlandt Manor, NY 10567** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **Lease dated 06.12.07, as amended** <br><br><br> **Aabroetum of South Barrington, LLC** <br> **c/o the Jaffee Companies** <br> **Michael N. Jaffee/ Jonathan Payne** <br> **400 Skokie Blvd., Ste 405** <br> **Northbrook, IL 60602** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **License Agreement dated 08.03.18** <br><br><br> **America's Escape Game** <br> **dba AEG Studios** <br> **6000 Metrowest Blvd.** <br> **Suite 101** <br> **Orlando, FL 32835** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **Building Lease dated 07.11.12, as amended** <br><br><br> **Avco Center Corporation** <br> **Bob Yari, President** <br> **10850 Wilshire Blvd., Suite 1050** <br> **Los Angeles, CA 90024** |

Debtor 1   **iPic-Gold Class Entertainment, LLC**
First Name        Middle Name        Last Name

Case number *(if known)*   **19-11739 (LSS)**

   **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Statement of Work dated 03.18.19** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Be Found Online, LLC-BFO** |
| | | | **Steven Krull, CEO** |
| | List the contract number of any government contract | | **3304 N Lincoln Ave** |
| | | | **Chicago, IL 60657** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **BrightEdge master Subscription Agreement dated 10.14.18** | |
| --- | --- | --- | --- |
| | State the term remaining | | **BrightEdge Technologies, Inc.** |
| | | | **989 E. Hillsdale Blvd** |
| | List the contract number of any government contract | | **Suite 300** |
| | | | **Foster City, CA 94404** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Master License Agreement CBS Films dated 01.04.10** | |
| --- | --- | --- | --- |
| | State the term remaining | | **CBS Films** |
| | List the contract number of any government contract | | **24679 Network Place** |
| | | | **Chicago, IL 60673** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Beverage Marketing Agreements dated 10.12.11 and 09.21.17** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Coca-Cola Foodservice** |
| | | | **Coca-Cola Refreshments USA, Inc.** |
| | List the contract number of any government contract | | **One Coca Cola Plaza** |
| | | | **Atlanta, GA 30313** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Florida Office Lease Minzer Office Plaza dated 08.19.11, as amended** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Crocker Downtown Business** |
| | | | **Development Association** |
| | List the contract number of any government contract | | **327 Plaza Real, Suite 315** |
| | | | **Boca Raton, FL 33432** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Building Lease dated 08.11.11** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Crocker Downtown Development Assoc.** |
| | | | **Minzer Park Venture, LLC** |
| | List the contract number of any | | **c/o GGP Limited Partnership** |
| | | | **110 North Wacker Drive** |
| | | | **Chicago, IL 60606** |

Debtor 1  **iPic-Gold Class Entertainment, LLC**
 First Name        Middle Name        Last Name

Case number *(if known)*  **19-11739 (LSS)**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing Agreement dated 06.07.19** | |
|---|---|---|---|
| | State the term remaining | | **DB + Partners, LLC** |
| | List the contract number of any government contract | | **333 Las Olas Way CU-412 Fort Lauderdale, FL 33301** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease and Theatre Lease dated 05.16.17, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Delray Beach 4th & 5th Avenue, LLC c/o Samuels & Associates Management LLC Attn: General Counsel** |
| | List the contract number of any government contract | | **136 Brookline Avenue Boston, MA 02215** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Theatre and Restaurant Lease dated 08.27.14, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Dezer Intracoastal Mall LLC Attn: Legal Department** |
| | List the contract number of any government contract | | **18001 Collins Avenue, 31st Floor Sunny Isles Beach, FL 33160** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Insesrtion Order dated 03.01.19** | |
|---|---|---|---|
| | State the term remaining | | **Excell Auto Group Scott Zankl** |
| | List the contract number of any government contract | | **1001 Clint Moore Rd. Suite 101 Boca Raton, FL 33487** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Cinema Lease dated 01.07.08, as amended** | |
|---|---|---|---|
| | State the term remaining | | **FC Janes Park, LLC Terminal Tower** |
| | List the contract number of any government contract | | **50 Public Square, Suite 1360 Cleveland, OH 44113-2267** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement dated 02.03.14** | **Federal Realty Investment Trust Attn: Legal Department 1626 East Jefferson Street Rockville, MD 20852** |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1  **iPic-Gold Class Entertainment, LLC**
_____
First Name        Middle Name        Last Name

Case number (*if known*)   **19-11739 (LSS)**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining <br><br> List the contract number of any <br> government contract | |
| **2.17.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **Independent Contractor Agreement dated 04.02.19** <br><br><br> **Gabby Cortes** <br> **5130 Las Verdes Circle** <br> **Apt.  124** <br> **Delray Beach, FL 33484** |
| **2.18.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **Lease Agreement dated 04.17.13, as amended** <br><br><br> **Gables Residential Services** <br> **dba Gables Corporate Accomodations** <br> **3399 Peachtree Road NE** <br> **Suite 600** <br> **Atlanta, GA 30326** |
| **2.19.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **Employment Agreement dated 12.18.17** <br><br><br> **Hamid Hashemi** <br> **21 Compass Isle** <br> **Fort Lauderdale, FL 33308** |
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **Independent Contractor Agreement dated 11.09.15** <br><br><br> **IMCII, Inc.** <br> **dba IMC** <br> **Christopher Malter, CEO** <br> **304 Indian Trace, #239** <br> **Weston, FL 33326** |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **Independent Contractor Agreement dated 02.01.19** <br><br><br> **JCW Consulting, LLC** <br> **Joanne Cetrino** <br> **80 Sherman Avenue** <br> **Glen Ridge, NJ 07028** |

Debtor 1  **iPic-Gold Class Entertainment, LLC**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (*if known*)  **19-11739 (LSS)**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Cinema Lease dated 05.14.10** | |
|---|---|---|---|
| | State the term remaining | | **Kieland Crossing, LLC** |
| | | | **General Counsel** |
| | List the contract number of any government contract | | **180 East Broad Street, 21st Flr.** |
| | | | **Columbus, OH 43215** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement dated 07.19.18** | |
|---|---|---|---|
| | State the term remaining | | **LBA IV-PPII-Retail, LLC** |
| | | | **c/o LBA Realty** |
| | List the contract number of any government contract | | **General Manager - Park Place** |
| | | | **3347 Michelson Drive, Ste 200** |
| | | | **Irvine, CA 92612** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated April 2018** | |
|---|---|---|---|
| | State the term remaining | | **Lila Abramson** |
| | | | **834 12th Str017** |
| | List the contract number of any government contract | | **Apt. C** |
| | | | **Santa Monica, CA 90403** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Theatrical License Agreement dated 11.21.07** | |
|---|---|---|---|
| | State the term remaining | | **Lions Gate Films Inc.** |
| | | | **Steve Rothenberg, Pres. Theatrical Dist.** |
| | List the contract number of any government contract | | **2700 Colorado Avenue** |
| | | | **Santa Monica, CA 90404** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement dated 02.22.18** | |
|---|---|---|---|
| | State the term remaining | | **LVA4 Atlanta Colony Square, L.P.** |
| | | | **100 Waugh Street, Suite 600** |
| | List the contract number of any government contract | | **Houston, TX 77007** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Agreement dated 05.20.19** | |
|---|---|---|---|
| | State the term remaining | | **Marketing Performance Group, Inc** |
| | | | **Cindy Kurtz, president** |
| | List the contract number of any | | **1001 Yamato Road Suite 405** |
| | | | **Boca Raton, FL 33431** |

| Debtor 1 | **iPic-Gold Class Entertainment, LLC** | | Case number *(if known)* | **19-11739 (LSS)** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | Theater and Restaurant Lease dated 06.26.15, as mended | |
|---|---|---|---|
| | State the term remaining | | Metropica Series C Venture, LLC |
| | List the contract number of any government contract | | Metropica Lands LLC Series C Lease Administration 19495 Biscayne Blvd., Ste 720 Aventura, FL 33180 |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | Theater and Restaurant Lease dated 12.08.14, as amended | |
|---|---|---|---|
| | State the term remaining | | NW MFP Norwalk Town Center II LLC Paxton Kinol |
| | List the contract number of any government contract | | 467 West Avenue Lower Level Norwalk, CT 06850 |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | Entertainment Complex Lease dated 08.14.08, as amended | |
|---|---|---|---|
| | State the term remaining | | One Colorado Investments LLC David Friedman, President c/o Trident Group |
| | List the contract number of any government contract | | 1460 Westwood Blvd., Ste 300 Los Angeles, CA 90024 |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | Out-of-Home Media Services Contract dated 11.19.18 | |
|---|---|---|---|
| | State the term remaining | | Outdoor Media Alliance Ryan Laul, President |
| | List the contract number of any government contract | | 5335 Grosvenor Blvd. Los Angeles, CA 90066 |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | Janitorial Services Agreement | |
|---|---|---|---|
| | State the term remaining | | Padilla's King Cleaning c/o Gabriel Padilla Elizalde |
| | List the contract number of any government contract | | 1016 N. Summit Ave. Pasadena, CA 91103 |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | Master License Agreements | Paramount Pictures Corporation P.O. Box 748774 Los Angeles, CA 90074-8774 |
|---|---|---|---|

Debtor 1   **iPic-Gold Class Entertainment, LLC**
First Name         Middle Name         Last Name

Case number *(if known)*   **19-11739 (LSS)**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement dated 01.16.08, as amended** | |
|---|---|---|---|
| | State the term remaining | | **PPRT Redmond Retail I LP/ PPR Redmond re c/o JSH Properties Inc. Attn: Property Management 7525 166th Avenue, Suite D210 Redmond, WA 98052** |
| | List the contract number of any government contract | | |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Master License Agreement** | |
|---|---|---|---|
| | State the term remaining | | **RML Distrribution Comestic, LLC dba Rela PO Box 8313 Pasadena, CA 91109-8313** |
| | List the contract number of any government contract | | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Theater Lease dated 01.14.15, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Saber Dobbs Ferry, LLC Attn: Martin Berger 80 Business Park Drive, Suite 100 Armonk, NY 10504** |
| | List the contract number of any government contract | | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated 05.15.19** | |
|---|---|---|---|
| | State the term remaining | | **Sarah Payton 302A W. 12th Street #248 New York, NY 10014** |
| | List the contract number of any government contract | | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Theatrical Master License Agreement dated 12.04.07** | |
|---|---|---|---|
| | State the term remaining | | **Sony Pictures Classics Inc. Grace Murphy 550 Madison Avenue New York, NY 10022** |
| | List the contract number of any government contract | | |

| Debtor 1 | **iPic-Gold Class Entertainment, LLC** | | | Case number *(if known)* | **19-11739 (LSS)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Theatrical Master License Agreement dated 11.27.07** | |
|---|---|---|---|
| | State the term remaining | | **Sony Pictures Releasing Corporation** |
| | | | **Rory Bruer** |
| | List the contract number of any government contract | | **10202 West Washington Blvd.** |
| | | | **Culver City, CA 90232-3195** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Theatre Lease dated 12.11.13, as amended** | |
|---|---|---|---|
| | | | **South Street Seaport Limited Partnership** |
| | State the term remaining | | **Attn: President/General Counsel** |
| | | | **General Manager** |
| | List the contract number of any government contract | | **13355 Noel Road, 22nd Floor** |
| | | | **Dallas, TX 75240** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Master Distribution Agreementd dated 01.01.16** | |
|---|---|---|---|
| | State the term remaining | | **Sysco Chicago, Inc.** |
| | | | **Gary Salvestrini, President** |
| | List the contract number of any government contract | | **250 Wieboldt** |
| | | | **Des Plaines, IL 60016** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Lease dated 09.03.13, as amended** | |
|---|---|---|---|
| | State the term remaining | | **TDC Fort Lee, LLC** |
| | | | **Attn: Richard Tucker & Cary Glenner** |
| | List the contract number of any government contract | | **799 Central Avenue, Suite 300** |
| | | | **Highland Park, IL 60035** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Master Theatrical Exhibition License Agreement dated 12.28.10** | |
|---|---|---|---|
| | State the term remaining | | **The Weinstein Company, LLC** |
| | | | **Attn: Dept. CH 17365** |
| | List the contract number of any government contract | | **5505 N. Cumberland Ave, Ste 307** |
| | | | **Chicago, IL 60656-1571** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Master Theatrical Exhibition Contracts dated 10.27.15 and 11.26.07, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Twentieth Century Fox Film Corporation** |
| | | | **Bank of America** |
| | List the contract number of any | | **5799 Collection Center Drive** |
| | | | **Chicago, IL 60693** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **iPic-Gold Class Entertainment, LLC** | | | Case number *(if known)* | **19-11739 (LSS)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |
|---|---|---|---|
| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Master License Agreement dated 09.28.10** | |
| | State the term remaining | | **Universal Film Exchanges, LLLP** |
| | | | **Nikki Rocco, President** |
| | List the contract number of any government contract | | **PO Box 848270** |
| | | | **Dallas, TX 75284-8270** |
| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Theatrical Exhibition License Agreement** | |
| | State the term remaining | | **Walt Disney Studios Motion Pictures** |
| | | | **500 South Buena Vista Street** |
| | List the contract number of any government contract | | **Burbank, CA 91521** |
| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Digital Cinema Equipment Usage Agreement dated 01.01.12** | |
| | State the term remaining | | **Warner Bros. Pictures Domestic** |
| | | | **a Division of Warner Bros. Distributing, Inc.** |
| | | | **Jennifer Amaya** |
| | List the contract number of any government contract | | **4000 Warner Blvd.** |
| | | | **Burbank, CA 91522** |
| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement dated 07.01.18** | |
| | State the term remaining | | **WM Yonkers Hauling** |
| | | | **325 Yonkers Avenue** |
| | List the contract number of any government contract | | **Yonkers, NY 10701** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **iPic-Gold Class Entertainment, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **19-11739 (LSS)**

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Delray Beach Holdings, LLC** | **433 Plaza Real Suite 335 Boca Raton, FL 33432** | **The Employees' Retirement System** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 **iPic Entertainment Inc.** | **433 Plaza Real Suite 335 Boca Raton, FL 33432** | **Soraya Khogyani** | ☐ D _____ <br> ■ E/F __3.471__ <br> ☐ G _____ |
| 2.3 **iPic Entertainment Inc.** | **433 Plaza Real Suite 335 Boca Raton, FL 33432** | **Joshua King** | ☐ D _____ <br> ■ E/F __3.304__ <br> ☐ G _____ |
| 2.4 **iPic Entertainment Inc.** | **433 Plaza Real Suite 335 Boca Raton, FL 33432** | **Satyen Dinesh Shah** | ☐ D _____ <br> ■ E/F __3.442__ <br> ☐ G _____ |

Debtor    **iPic-Gold Class Entertainment, LLC**                    Case number *(if known)*    **19-11739 (LSS)**

███    **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                                                      Column 2: **Creditor**

| 2.5 | iPic Gold Class Holdings LLC | 433 Plaza Real Suite 335 Boca Raton, FL 33432 | The Employees' Retirement System | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
|---|---|---|---|---|
| 2.6 | iPic Media, LLC | 433 Plaza Real Suite 335 Boca Raton, FL 33432 | Soraya Khogyani | ☐ D ____ ■ E/F __3.471__ ☐ G ____ |
| 2.7 | iPic Media, LLC | 433 Plaza Real Suite 335 Boca Raton, FL 33432 | Satyen Dinesh Shah | ☐ D ____ ■ E/F __3.442__ ☐ G ____ |
| 2.8 | iPic Media, LLC | 433 Plaza Real Suite 335 Boca Raton, FL 33432 | Eric Barr and Kristen Barr | ☐ D ____ ■ E/F __3.193__ ☐ G ____ |
| 2.9 | iPic Media, LLC | 433 Plaza Real Suite 335 Boca Raton, FL 33432 | The Employees' Retirement System | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.10 | iPic Texas, LLC | 433 Plaza Real Suite 335 Boca Raton, FL 33432 | Nia Slater | ☐ D ____ ■ E/F __3.369__ ☐ G ____ |
| 2.11 | iPic Texas, LLC | 433 Plaza Real Suite 335 Boca Raton, FL 33432 | AMC Entertainment Holdings, Inc. et al | ☐ D ____ ■ E/F __3.27__ ☐ G ____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

| Debtor | **iPic-Gold Class Entertainment, LLC** | Case number *(if known)* | **19-11739 (LSS)** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                      *Column 2:* **Creditor**

| 2.12 | **iPic Texas, LLC** | **433 Plaza Real**<br>**Suite 335**<br>**Boca Raton, FL 33432** | **The Employees'**<br>**Retirement System** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **iPic-Gold Class Entertainment, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **19-11739 (LSS)**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   September 9, 2019    x *Andre Loehrer*
                                        Signature of individual signing on behalf of debtor

                                        **Andre Loeher**
                                        Printed name

                                          **Interim Chief Financial Officer**
                                          Position or relationship to debtor