Exhibit A

| Property Name | Landlord Entity | Tenant DBA | Simon's Cure Amount | Attorneys Fees | Simon's Total Cure Amount |
|---|---|---|---|---|---|
| The Domain II | The Domain Mall II, LLC | iPic Theaters | $34,278.89 | $2,500.00 | $36,778.89 |

*Current cure amounts may be subject to modification for any additional billings as stated in the Lease, including but not limited to charges accrued, but not yet billed, for common area maintenance, real estate taxes, utilities, overage rent or percent rent.