# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:  iPic-Gold Class Entertainment, LLC, et al, | Chapter 11 |
| | Case No. 19-11739 (LSS) |
| Debtor(s)   / | (Jointly Administered) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the law firm of Harry J. Ross, Esq. hereby enters its appearance as counsel for OSR Trading, LLC, d/b/a Les Fleurs D'Almir, Creditor, in the above captioned matter. All parties are requested to take notice of said appearance and, in accordance with Bankruptcy Rule 2002, serve copies of any and all motions, pleadings, reports and/or documents of any kind or nature filed in these proceedings, whether filed by the Court, the Debtor, or any other party in interest, upon said counsel.

In addition, it is respectfully requested, that pursuant to Rule 2002(g), the following be added to the Court's mailing matrix:

> Harry J. Ross, Esq.
> 6100 Glades Road
> Suite 211
> Boca Raton, FL  33434
> (561) 482-2400
> hross@hjrlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via Notice of Electronic Filing on October 2, 2019 to:

1

Benjamin Hackman, Esq.
Office of the U.S. Trustee
844 King Street, Suite 2208
Wilmington, DE  19801
benjamin A. Hackman@usdoj.gov

Jeff Pomerantz, Esq.
Debra Grassgreen, Esq.
Joshua Fried, Esq.
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
jpomerantz@pszjlaw.com
dgrassgreen@pszjlaw.com
jfried@pszjlaw.com

Peter Keane, Esq.
Pachulski Stang Ziehl & Jones, LLP
919 North Market Street, 17th Floor
Wilmington, DE  19801,
pkeane@pszjlaw.com

Derek Meek, Esq.
Burr & Forman, LLP
420 North 20th Street
Birmingham, AL  35203

G. David Dean
Katherine M. Devanney, Esq.
Cole Schotz, PC
500 Delaware Avenue
Suite 1410
Wilmington, DE  19801
ddean@coleschotz.com
kdevanney@coleschotz.com

And by U.S. Mail to all interested parties listed on the attached Service List on this 2nd day of October 2019 and not the parties listed without addresses.

        LAW OFFICES OF HARRY J. ROSS
        Attorney for Defendant, OSR Trading, LLC,
         d/b/a Les Fleurs D'Almir
        6100 Glades Road, Suite 211
        Boca Raton, FL  33434
        Tel: (561) 482-2400
        Fax: (561) 482-2602
        hross@hjrlaw.com

By: _____
        HARRY J. ROSS, ESQ.
        Fla. Bar No. 846228

P:\WP51DOCS\CLIENTS\GUIMARAES ALMIR\IPIC\NOA 10-02-19.docx

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0311-1<br>Case 19-11739-LSS<br>District of Delaware<br>Delaware<br>Tue Oct  1 16:41:28 EDT 2019 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Avco Center Corporation<br>c/o Hl1, Farrer & Burrill LLP<br>Daniel J. McCarthy<br>300 South Grand Ave., 37th Floor<br>Los Angeles, CA 90071-3147 |
| C. Hodges & Associates PLLC<br>d/b/a Hodges Architecture<br>c/o E. P. Keiffer<br>Rochelle McCullough, LLP<br>325 N. St. Paul St., Suite 4500<br>Dallas, TX 75201-3827 | City of Fairview<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Elizabeth Weller<br>2777 N. Stemmons Frwy<br>Ste 1000<br>Dallas, TX 75207-2328 | Cole Schotz P.C.<br>500 Delaware Avenue<br>Suite 1410<br>Wilmington, DE 19801-1496 |
| Delray Beach 4th & 5th Avenue LLC<br>c/o Duane Morris LLP<br>Attn: Michael R. Lastowski, Esquire<br>222 Delaware Avenue<br>Suite 1600<br>Wilmington, DE 19801-1659 | EScribers, LLC<br>352 7th Avenue<br>New York, NY 10001-5189 | Harris County<br>Linebarger Goggan Blair & Sampson LLP<br>C/O John P. Dillman<br>P.O. Box 3064<br>Houston, TX 77253-3064 |
| JKR, LLC<br>c/o Offit Kurman, P.A.<br>10 East 40th Street<br>35th Floor<br>New York, NY 10016-0304 | LVA4 Atlanta Colony Square, L.P.<br>Kristhy M. Peguero<br>Jackson Walker LLP<br>1401 McKinney Street<br>Suite 1900<br>Houston, TX 77010-1900 | Maricopa County Treasurer<br>222 N. Central Ave., #1100<br>Phoenix, AZ 85004-2206 |
| Softeq Development Corp.<br>1155 Dairy Ashford, Suite 125<br>Houston, TX 77079-3012 | South Street Seaport LP<br>c/o Howard Marc Spector<br>Spector & Johnson, PLLC<br>12770 Coit Road<br>Suite 1100<br>Dallas, TX 75251-1329 | Stretto<br>www.stretto.com<br>8269 E. 23rd Avenue, Suite 275<br>Denver, CO 80238-3597 |
| Travis County<br>c/o Jason A. Starks<br>P.O. Box 1748<br>Austin, TX 78767-1748 | iPic-Gold Class Entertainment, LLC<br>433 Plaza Real, Suite 335<br>Boca Raton, FL 33432-3945 | U.S. Bankruptcy Court<br>824 Market Street, 3rd Floor<br>Wilmington, DE 19801 |
| Rachel B. Mersky<br>MONZACK MERSKY McLAUGHLIN and<br>BROWDER, P.A.<br>1201 N. Orange Street, Suite 400<br>Wilmington, DE 19801-1167 | Randal D. Robinson<br>Carolyn M. Easterday<br>Burman & Robinson<br>580 South High Street, Suite 250<br>Columbus, OH 43215-5680 | U.S. Trustee<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801-3519 |
| Debra I Grassgreen<br>Pachulski Stang Ziehl & Jones LLP<br>150 California Street<br>15th Floor<br>San Francisco, CA 94111-4554 | Jeffrey N. Pomerantz<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd.<br>13th Floor<br>Los Angeles, CA 90067-4003 | Joshua M Fried<br>Pachulski Stang Ziehl & Jones LLP<br>150 California Street<br>15th Floor<br>San Francisco, CA 94111-4554 |
| Maxim B. Litvak<br>Pachulski Stang Ziehl & Jones LLP<br>150 California Street, 15th Floor<br>San Francisco, CA 94111-4554 | Peter J Keane<br>Pachulski Stang Young & Jones LLP<br>919 N. Market Street<br>17th Floor<br>Wilmington, DE 19801-3034 | Peter J. Keane<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801-3034 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)99-1244 | (u)Arizona Public Service Company | (u)Aurora Managment Partners, Inc. |
| (u)BPP East Union LLC | (u)Best Restaurant Equipment and Design Inc. | (u)Brookfield Property REIT Inc. |
| (u)CenturyLink Communications, LLC | (u)Coastal Sunbelt Produce, LLC | (u)Dezer Intracoastal Mall LLC |
| (u)Ecostruction, LLC | (u)Employees' Retirement System of Alabama | (u)Federal Realty Investment Trust |
| (u)Florida Power & Light Company | (u)Gexa Energy, LP | (u)Imperial Parking Industries Inc. |
| (u)LBA IV-PPI-Retail, LLC | (u)MCMS Case | (u)New Jersey Division of Alcoholic Beverage |
| (u)PJ Solomon, L.P. | (u)PPINC, LLC d/b/a Premier Produce | (u)Pachulski Stang Ziehl & Jones LLP |
| (u)Paramount Pictures Corporation | (u)Regency Centers L.P. | (u)SDQ Fee, LLC |
| (u)ShopCore Properties L.P. | (u)Simon Property Group, Inc. | (u)Simon Property Group, L.P. |
| (u)Southern California Gas Company | (u)Starwood Retail Partners LLC | (u)TDC Fort Lee LLC |

| | | |
|---|---|---|
| (u)Teachers' Retirement System of Alabama | (u)The Official Committee of Unsecured Credit | (u)Washington Prime Group, Inc. |
| (d)American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | (u)Heather Rosenstein | End of Label Matrix<br>Mailable recipients    26<br>Bypassed recipients    35<br>Total                  61 |