Claudio E. Iannitelli (AZ Bar No. 012759)
cei@imlawpc.com
**IANNITELLI MARCOLINI, P.C.**
5353 North 16th Street, Suite 315
Phoenix, Arizona 85016
(602) 952-6000
*Attorneys for OUTFRONT MEDIA LLC*

FILED
2019 OCT -2 AM 9:22
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| In Re:<br><br>iPic-Gold Class Entertainment, LLC,<br><br>Debtors. | Case No. 19-11739 (LSS)<br>(Jointly Administered)<br><br>Chapter 11 |
|---|---|

### NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND REQUEST TO BE ADDED TO MASTER MAILING MATRIX

Notice is hereby given that this law firm represents creditor OUTFRONT Media LLC, in the above matter. All further correspondence, pleadings, minute entries and orders in this matter shall be mailed to the following location:

> OUTFRONT Media LLC
> c/o Claudio E. Iannitelli, Esq.
> IANNITELLI MARCOLINI, P.C.
> 5353 North 16th Street, Suite 315
> Phoenix, Arizona 85016
> Telephone: (602) 952-6000
> Facsimile: (602) 952-7020

DATED this _____ day of September, 2019.

IANNITELLI MARCOLINI, P.C.

By _____
Claudio E. Iannitelli
Attorneys for OUTFRONT Media LLC

1    Case No. 19-11739 (LSS)

ORIGINAL of the foregoing filed this
26th day of September, 2019, with:

U.S. Bankruptcy Court
District Of Delaware
824 Market Street N, 3rd Floor
Wilmington, DE 19801

COPY of the foregoing mailed this
26th day of September, 2019, to:

Peter J Keane, Esq.
PACHULSKI STANG
YOUNG & JONES LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
*Attorneys for Debtors*

U.S. Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox 35
Wilmington, DE 19801

By /s/ *[signature]*

N:\CLIENTS\OUT\Miami\iPic Entertainment 534-384\Notice of Appearance 09 19 19 b.docx