# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| iPic-Gold Class Entertainment LLC, *et al.*,[1] | Case No. 19-11739 (LSS) |
| Debtors. | (Jointly Administrated) |

## AFFIDAVIT OF SERVICE

I, Giovanna M. Luciano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On October 2, 2019, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **Third Supplemental Notice of Proposed Assumption and Assignment of Designated Executory Contracts and Unexpired Leases** (Docket No. 365)

Dated: October 4, 2019

_____
Giovanna M. Luciano

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate Subscribed and sworn to (or affirmed) before me or validity of that document.

State of California, County of Orange

Subscribed and sworn to (or affirmed) before me on this 4th day of October, 2019 by Giovanna M. Luciano, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JULIAN DEL TORO
Notary Public - California
Orange County
Commission # 2300693
My Comm. Expires Aug 9, 2023

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: iPic Entertainment Inc. (9582); iPic-Gold Class Entertainment, LLC (4684); iPic Gold Class Holdings LLC (6315); iPic Media, LLC (0150); iPic Texas, LLC (N/A); and Delray Beach Holdings LLC (1035). The Debtors' principal place of business is 433 Plaza Real, Suite 335, Boca Raton, FL 33432.

# **<u>Exhibit A</u>**



**Exhibit A**
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| BROOKFIELD PROPERTY REIT, INC. REGENCY CENTERS L.P. & SHOPCORE PROPERTIES L.P. | C/O KELLEY DRYE & WARREN LLP | ATTN: ROBERT L. LEHANE & JENNIFER D. RAVIELE | 101 PARK AVENUE | NEW YORK | NY | 10178 |
| DAY PITNEY LLP | JAMES CARLON, ESQ. | 263 TRESSER BLVD | STE 700 | STAMFORD | CT | 06901-3236 |
| DUNBAR ARMORED INC. | 50 SCHILLING RD. | | | HUNT VALLEY | MD | 21031 |
| DUNBAR ARMORED INC. | BRINKS | PO BOX 64115 | | BALTIMORE | MD | 21264-4115 |
| OLIVERMCMILLAN RIVER OAKS DISTRICT, LP | C/O OLIVERMCMILLAN, INC. | 733 8TH AVENUE | | SAN DIEGO | CA | 92101 |
| OMB HOUSTON, LP | OLIVERMCMILLAN RIVER OAKS DISTRICT, LP | C/O OLIVERMCMILLAN, INC. | 733 8TH AVENUE | SAN DIEGO | CA | 92101 |
| SABER DOBBS FERRY, LLC | ATTN: MARTIN BERGER | 80 BUSINESS PARK DRIVE | SUITE 100 | ARMONK | NY | 10504 |
| SERITAGE SRC FINANCE LLC | EXECUTIVE VP, GENERAL COUNSEL | EXECUTIVE VP, OPERATIONS & LEASING | 500 FIFTH AVENUE, SUITE 1530 | NEW YORK | NY | 10110 |
| ULMER & BERNE LLP | SCOTT P. KADISH, ESQ. | 600 VINE STREET | SUITE 2800 | CINCINNATI | OH | 45202 |