**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| iPic-Gold Class Entertainment, LLC, *et al.*,[1] | ) | Case No. 19-11739 (LSS) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 16, 2019 AT 10:00 A.M. (EASTERN TIME)**

**The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.**

**Any party participating telephonically should make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., one (1) business day before the hearing.**

**RESOLVED MATTERS**

1.   **Cole Schotz Retention Application** – Application for an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and Approving the Employment and Retention of Cole Schotz P.C. as Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to August 14, 2019 [Filed: 9/12/19] (Docket No. 259).

     Response Deadline:   September 26, 2019 at 4:00 p.m. Eastern Time.

     Responses Received:   None.

     Related Documents:

     a)   Certificate of No Objection Regarding Application for an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and Approving the Employment and Retention of Cole Schotz P.C. as Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to August 14, 2019 [Filed: 9/27/19] (Docket No. 334).

     b)   [Signed] Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and Approving the Employment and Retention of Cole Schotz P.C. as Counsel to the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: iPic Entertainment Inc. (9582); iPic-Gold Class Entertainment, LLC (4684); iPic Gold Class Holdings LLC (6315); iPic Media LLC (0150); iPic Texas, LLC (N/A); and Delray Beach Holdings, LLC (1035). The Debtors' principal place of business is 433 Plaza Real, Suite 335, Boca Raton, FL 33432.

      Official Committee of Unsecured Creditors *Nunc Pro Tunc* to August 14, 2019 [Filed: 10/1/19] (Docket No. 358).

      Status:  The order has been entered.  No hearing is necessary.

2. **Dundon Advisers Retention Application** – Application Pursuant to 11 U.S.C. §§ 328 and 1103, Fed. R. Bankr. P. 2014, and Local Rule 2014-1, Authorizing and Approving the Employment and Retention of Dundon Advisers LLC as Financial Advisor to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to August 14, 2019 [Filed: 9/12/19] (Docket No. 260).

    Response Deadline:   September 26, 2019 at 4:00 p.m. Eastern Time.

    Responses Received:  None.

    Related Documents:

    a)    Certificate of No Objection Regarding Application Pursuant to 11 U.S.C. §§ 328 and 1103, Fed. R. Bankr. P. 2014, and Local Rule 2014-1, Authorizing and Approving the Employment and Retention of Dundon Advisers LLC as Financial Advisor to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to August 14, 2019 [Filed: 9/27/19] (Docket No. 335).

    b)    [Signed] Order Authorizing the Employment and Retention of Dundon Advisers LLC as Financial Advisor to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to August 14, 2019 [Filed: 10/1/19] (Docket No. 360).

    Status:  The order has been entered.  No hearing is necessary.

3. **Committee Confidentiality Motion** – Motion of the Official Committee of Unsecured Creditors for an Order Determining That the Committee Is Not Required to Provide Access to Confidential or Privileged Information of the Debtors [Filed: 9/12/19] (Docket No. 261).

    Response Deadline:   September 26, 2019 at 4:00 p.m. Eastern Time.  Extended to October 1, 2019 at 4:00 p.m. Eastern Time for the Debtors.

    Responses Received:  None.

    Related Documents:

    a)    Certificate of Counsel Regarding Motion for Order Determining That the Official Committee of Unsecured Creditors Is Not Required to Provide Access to Confidential or Privileged Information of the Debtors [Filed: 9/27/19] (Docket No. 336).

    b)    [Signed] Order Determining That the Official Committee of Unsecured Creditors Is Not Required to Provide Access to Confidential or Privileged Information of the Debtors [Filed: 10/1/19] (Docket No. 359).

Status:  The order has been entered.  No hearing is necessary.

## MATTER GOING FORWARD

4. **EcoStruction's Stay Motion** – EcoStruction Inc.'s Motion for Determination That Automatic Stay Does Not Apply or, in the Alternative, for Relief from the Automatic Stay [Filed: 9/27/19] (Docket No. 333).

Response Deadline:  October 4, 2019 at 4:00 p.m. Eastern Time.

Responses Received:

    a)    Debtors' Response to EcoStruction Inc.'s Motion for Determination That Automatic Stay Does Not Apply or, in the Alternative, for Relief from the Automatic Stay [Filed: 10/4/19] (Docket No. 374).

Related Documents:  None as of the date hereof.

Status:  This matter will go forward.

Dated: October 11, 2019

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Jeffrey N. Pomerantz (CA Bar No. 143717)
Debra I. Grassgreen (CA Bar No. 169978)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email: jpomerantz@pszjlaw.com
       dgrassgreen@pszjlaw.com
       pkeane@pszjlaw.com

*Counsel for the Debtors and Debtors-in-Possession*