IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>iPic-Gold Class Entertainment LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11739 (LSS)<br><br>(Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Giovanna M. Luciano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On October 15, 2019, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Chapter 11 Bankruptcy Case** (Docket No. 105)

- **Order (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief** (Docket No. 203)

Furthermore, on October 15, 2019, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit B**:

- **Notice of (A) Disclosure Procedures Applicable to Certain Holders of Common Stock, and (B) Disclosure Procedures for Transfers of and Declarations of Worthlessness with Respect to Common Stock** (Docket No. 249)

[THIS SPACE LEFT INTENTIONALLY BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: iPic Entertainment Inc. (9582); iPic-Gold Class Entertainment, LLC (4684); iPic Gold Class Holdings LLC (6315); iPic Media, LLC (0150); iPic Texas, LLC (N/A); and Delray Beach Holdings LLC (1035).  The Debtors' principal place of business is 433 Plaza Real, Suite 335, Boca Raton, FL 33432.

Furthermore, on October 15, 2019, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**:

- **Notice of Proposed Sale of Substantially All of the Debtors' Assets, Free and Clear of all Encumbrances, Other Than Assumed Liabilities, and Scheduling Final Sale Hearing Related Thereto** (Docket No. 281)

Dated: October 16, 2019

_____
Giovanna M. Luciano

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate Subscribed and sworn to (or affirmed) before me or validity of that document.

State of California, County of Orange

Subscribed and sworn to (or affirmed) before me on this 16th day of October, 2019 by Giovanna M. Luciano, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023

# **<u>Exhibit A</u>**



**Exhibit A**
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| AXOS | SUITE 800 | 1200 LANDMARK CENTER | 1299 FARNAN STREET | OMAHA | NE | 68102 | |
| E*TRADE | ATT: VICTOR LAU | 34 EXCHANGE PLACE | PLAZA II | JERSEY CITY | NJ | 07399 | |
| E*TRADE | ATT: JOHN ROSENBACH | 1271 AVENE OF THE AMERICAS | 14TH FLOOR | NEW YORK | NY | 10020 | |
| LEGENT CLEARING, LLC/COR CLEARING LLC | SUITE 800 | 1200 LANDMARK CENTER | 1299 FARNAN STREET | OMAHA | NE | 68102 | |
| LEK SECURITIES | 140 BROADWAY | 29TH FLOOR | | NEW YORK | NY | 10005 | |
| NOMURA SECURITIES | 309 WEST 49TH STREET | | | NEW YORK | NY | 10019 | |
| QUES/CDS** | CDS CLEARING AND DEPOSITORY SERVICES | 600 DE MAISONNEUVE QUEST | | MONTREAL | PQ | H3A 3J2 | CANADA |
| RBC DOMINION | ROYAL PLAZA NORTH TOWER | 200 BAY STREET | 6TH FLOOR | TORONTO | ON | MJ5 2W7 | CANADA |
| VIRTU FINANCIAL | ONE LIBERTY PLAZA | 165 BROADWAY | | NEW YORK | NY | 10006 | |

# **<u>Exhibit B</u>**



**Exhibit B**
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| APEX CLEARING CORPORATION | ST #3060 | 28 LIBERTY STREET | | NEW YORK | NY | 10005 | |
| AXOS | SUITE 800 | 1200 LANDMARK CENTER | 1299 FARNAN STREET | OMAHA | NE | 68102 | |
| E*TRADE | ATT: JOHN ROSENBACH | 1271 AVENE OF THE AMERICAS | 14TH FLOOR | NEW YORK | NY | 10020 | |
| E*TRADE | ATT: VICTOR LAU | 34 EXCHANGE PLACE | PLAZA II | JERSEY CITY | NJ | 07399 | |
| JPMORGAN | FLOOR 02 | 500 STANTON CHRISTIANA RD | OPS 4 | NEWARK | DE | 19713-2107 | |
| LEGENT CLEARING, LLC/COR CLEARING LLC | SUITE 800 | 1200 LANDMARK CENTER | 1299 FARNAN STREET | OMAHA | NE | 68102 | |
| LEK SECURITIES | 140 BROADWAY | 29TH FLOOR | | NEW YORK | NY | 10005 | |
| NOMURA SECURITIES | 309 WEST 49TH STREET | | | NEW YORK | NY | 10019 | |
| QUES/CDS** | CDS CLEARING AND DEPOSITORY SERVICES | 600 DE MAISONNEUVE QUEST | | MONTREAL | PQ | H3A 3J2 | CANADA |
| RBC DOMINION | ROYAL PLAZA NORTH TOWER | 200 BAY STREET | 6TH FLOOR | TORONTO | ON | MJ5 2W7 | CANADA |
| VIRTU FINANCIAL | ONE LIBERTY PLAZA | 165 BROADWAY | | NEW YORK | NY | 10006 | |

# **Exhibit C**



**Exhibit C**
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| AXOS | SUITE 800 | 1200 LANDMARK CENTER | 1299 FARNAN STREET | OMAHA | NE | 68102 | |
| E*TRADE | ATT: JOHN ROSENBACH | 1271 AVENE OF THE AMERICAS | 14TH FLOOR | NEW YORK | NY | 10020 | |
| E*TRADE | ATT: VICTOR LAU | 34 EXCHANGE PLACE | PLAZA II | JERSEY CITY | NJ | 07399 | |
| J.P. MORGAN SECURITIES LLC | ONE METROTECH CENTER NORTH | | | BROOKLYN | NY | 11201 | |
| JPM BK/IA | FLOOR 02 | 500 STANTON CHRISTIANA RD | OPS 4 | NEWARK | DE | 19713-2107 | |
| JPMORGAN | FLOOR 02 | 500 STANTON CHRISTIANA RD | OPS 4 | NEWARK | DE | 19713-2107 | |
| LEGENT CLEARING, LLC/COR CLEARING LLC | SUITE 800 | 1200 LANDMARK CENTER | 1299 FARNAN STREET | OMAHA | NE | 68102 | |
| LEK SECURITIES | 140 BROADWAY | 29TH FLOOR | | NEW YORK | NY | 10005 | |
| NOMURA SECURITIES | 309 WEST 49TH STREET | | | NEW YORK | NY | 10019 | |
| QUES/CDS** | CDS CLEARING AND DEPOSITORY SERVICES | 600 DE MAISONNEUVE QUEST | | MONTREAL | PQ | H3A 3J2 | CANADA |
| RBC DOMINION | ROYAL PLAZA NORTH TOWER | 200 BAY STREET | 6TH FLOOR | TORONTO | ON | MJ5 2W7 | CANADA |
| VIRTU FINANCIAL | ONE LIBERTY PLAZA | 165 BROADWAY | | NEW YORK | NY | 10006 | |