IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| iPic-Gold Class Entertainment LLC, *et al.*,[1] | Case No. 19-11739 (LSS) |
| Debtors. | (Jointly Administered) |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, James Nguyen-Phan, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On October 2, 2019, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- **[Customized] Notice of Proposed Assumption and Assignment of Designated Executory Contracts and Unexpired Leases** (Docket No. 282)

Dated: November 29, 2019

_____
James Nguyen-Phan

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Orange

STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023

Subscribed and sworn to (or affirmed) before me on this 29th day of October, 2019 by James Nguyen-Phan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: iPic Entertainment Inc. (9582); iPic-Gold Class Entertainment, LLC (4684); iPic Gold Class Holdings LLC (6315); iPic Media, LLC (0150); iPic Texas, LLC (N/A); and Delray Beach Holdings LLC (1035). The Debtors' principal place of business is 433 Plaza Real, Suite 335, Boca Raton, FL 33432.

# **<u>Exhibit A</u>**



**Exhibit A**
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| CLOUDHESIVE, LLC | 2419 E COMMERCIAL BLVD STE 300 | | FORT LAUDERDALE | FL | 33308-4066 |
| GABBY CORTES | 6407 BELLA CIR UNIT 406 | | BOYNTON BEACH | FL | 33437-5561 |
| INTEGRATED MEDIA SYSTEMS, INC. DBA BE MEDIA | MOHAMMAD AHMADI | 20545 PLUMMER ST | CHATSWORTH | CA | 91311-5110 |
| KOUNT INC. | 1005 W MAIN ST STE 100 | | BOISE | ID | 83702-5751 |
| LILA ABRAMSON | 2505 WILLOW ST | | AUSTIN | TX | 78702-5629 |
| SALEM ENGINEERING GROUP, INC. | R. SAMMY SALEM | 8711 MONROE CT STE A | RANCHO CUCAMONGA | CA | 91730-4898 |

In re: iPic-Gold Class Entertainment, LLC
Case No. 19-11739 (LSS)

Page 1 of 1