# SIGN-IN SHEET

CASE NAME: _iPic-Gold Class Entertainment, LLC_    COURTROOM NO.: _2_

CASE NO.: _19-11739 (LSS)_    DATE: _12/11/2019_

## PLEASE PRINT CLEARLY OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Peter Keane | Pachulski Stang Ziehl & Jones LLP | Debtors |
| Katherine Devanney | Cole Schotz | Committee |
| Cory Falgowski | Burr + Forman | RSA |
| Timothy Kircher | Proskauer Rose LLP | PJ Solomon |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |