# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| iPic-Gold Class Entertainment LLC, *et al.*,[1] | Case No. 19-11739 (LSS) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On December 9, 2019, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- **Notice of Bar Dates for Filing Claims** (Docket No. 508)

- **[Customized] Proof of Claim** (Exhibit 2 to Docket No. 506)

- **Official Form 410, Instructions for Proof of Claim**

Furthermore, on December 9, 2019, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit B**, pursuant to USPS forwarding instructions:

- **Notice of Bar Dates for Filing Claims** (Docket No. 508)

- **Proof of Claim** (Exhibit 2 to Docket No. 506)

- **Official Form 410, Instructions for Proof of Claim**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: iPic Entertainment Inc. (9582); iPic-Gold Class Entertainment, LLC (4684); iPic Gold Class Holdings LLC (6315); iPic Media, LLC (0150); iPic Texas, LLC (N/A); and Delray Beach Holdings LLC (1035). The Debtors' principal place of business is 433 Plaza Real, Suite 335, Boca Raton, FL 33432.

Furthermore, on December 12, 2019, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Salem Engineering Group. Inc. at R. Sammy Salem, 8711 Monroe Ct, Suite A, Rancho Cucamonga, CA 91730-4898, pursuant to USPS forwarding instructions:

- **Debtors' Third Omnibus Motion for Entry of an Order: (A) Authorizing Rejection of Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to the Dates Specified Herein; and (B) Granting Related Relief** (Docket No. 532)

Dated: December 13, 2019

_____
Sabrina G. Tu

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California, County of Orange

Subscribed and sworn to (or affirmed) before me on this 13th day of December, 2019 by Sabrina G. Tu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023

# **<u>Exhibit A</u>**



**Exhibit A**
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| DIXON, DARRIAN | 153 N 4TH ST | FL 1 | | PATERSON | NJ | 07522-1363 |
| LAGNIAPPE LLC - FINTECH | 1423 W CHICAGO AVE | | | CHICAGO | IL | 60642-5231 |
| PERRY, ELIANA | 5401 MCGRATH BLVD | APT 1118 | | N BETHESDA | MD | 20852-8666 |
| SORAYA KHOGYANI | SHEGERIAN CONNIFF LLP | CORTNEY SHEGERIAN, ESQ. | 2041 ROSECRANS AVENUE STE 355 | EL SEGUNDO | CA | 90245-7500 |

In re: iPic-Gold Class Entertainment, LLC
Case No. 19-11739 (LSS)

# **<u>Exhibit B</u>**



**Exhibit B**
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| JUSTIN LIN | 222 LILIUOKALANI AVE | APT 1403 | | HONOLULU | HI | 96815-3506 |
| MOON, YOUNGJUNE | 410 PARK PL APT 1A | | | FORT LEE | NJ | 07024-3705 |
| SORAYA KHOGYANI | C/O SHEGERIAN CONNIFF LLP | ATTN: HEATHER CONNIFF | 2041 ROSECRANS AVE STE 355 | EL SEGUNDO | CA | 90245-7500 |
| TRICKLING SPRINGS CREAMERY, LLC | 11608 GREENCASTLE PIKE | | | HAGERSTOWN | MD | 21740-1946 |