IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| iPic-Gold Class Entertainment, LLC, *et al.*,[1] | Case No. 19-11739 (LSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON DECEMBER 30, 2019 AT 10:30 A.M. (EASTERN TIME)**

**The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.**

**Any party participating telephonically should make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., one (1) business day before the hearing.**

**FEE APPLICATION MATTERS**

1. Interim and final fee applications of estate professionals are scheduled for this hearing. Attached hereto as Exhibit A is an index of the fee applications scheduled to be heard. The items listed on Exhibit A hereto correspond to the order of the fee applications, and documents related thereto, that are in the fee application binders submitted to the Court, pursuant to the Court's Chambers' Procedures.

    Response Deadline:    See attached Exhibit A.

    Responses Received:   See attached Exhibit A.

    Related Documents:

    a)    Certification of Counsel Regarding Proposed Omnibus Order Approving Interim and Final Fee Applications for Compensation and Reimbursement of Expenses [Filed: 12/19/19] (Docket No. 586).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: iPic Entertainment Inc. (9582); iPic-Gold Class Entertainment, LLC (4684); iPic Gold Class Holdings LLC (6315); iPic Media LLC (0150); iPic Texas, LLC (N/A); and Delray Beach Holdings, LLC (1035). The Debtors' principal place of business is 433 Plaza Real, Suite 335, Boca Raton, FL 33432.

2

<u>Status</u>:  A proposed omnibus fee order has been filed under certification of counsel.  The Debtors request entry of the proposed omnibus fee order attached to the certification of counsel.  No hearing is necessary unless the Court has any questions.

| | |
|---|---|
| Dated: December 19, 2019 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Peter J. Keane* |
| | Jeffrey N. Pomerantz (CA Bar No. 143717) |
| | Debra I. Grassgreen (CA Bar No. 169978) |
| | Peter J. Keane (DE Bar No. 5503) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE  19899 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile:  (302) 652-4400 |
| | Email: jpomerantz@pszjlaw.com |
| |          dgrassgreen@pszjlaw.com |
| |          pkeane@pszjlaw.com |
| | |
| | *Counsel for the Debtors and Debtors-in-Possession* |

2