**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: iPic-Gold Class Entertainment, LLC, et al.    Case No. 19-11739
Debtors                                              Reporting Period: Nov 1, 2019 - Nov 30, 2019

**MONTHLY OPERATING REPORT**
File with Court and submit copy to United States Trustee within 20 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | | Affidavit |
|    Schedule of Professional Fees Paid | MOR-1b | X | | |
|    Copies of bank statements | | | | Affidavit |
|    Cash disbursements journals | | | | Affidavit |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | | | Affidavit |
|    Copies of IRS Form 6123 or payment receipt | | | | Affidavit |
|    Copies of tax returns filed during reporting period | | | | Affidavit |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
|    Listing of aged accounts payable | MOR-4 | | | None |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_/s/ William Nolan_                          January 30, 2020
Signature of Authorized Individual*          Date

William Nolan                                Chief Restructuring Officer
Printed Name of Authorized Individual        Title of Authorized Individual

\* Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

**In re: iPic-Gold Class Entertainment, LLC, et al.**
Debtors

**Case No. 19-11739**
**Reporting Period: Nov 1, 2019 - Nov 30, 2019**

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the ten bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| DEBTOR: | iPic GC Entertainment LLC CONSOL. | iPic Entertainment Inc OPER. | iPic Media LLC OPER. | iPic GC Holdings LLC N/A | iPic Texas LLC N/A | Delray Beach Holdings LLC N/A | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED* | CUMULATIVE FILING TO DATE ACTUAL | CUMULATIVE FILING TO DATE PROJECTED* |
|---|---|---|---|---|---|---|---|---|---|---|
| **CASH BEGINNING OF MONTH** | 5,254,237 | 2,606,212 | - | - | - | - | 7,860,450 | 4,320,356 | 147,758 | 453,430 |
| **RECEIPTS** | | | | | | | | | | |
| CASH SALES | 4,826,788 | - | 113,413 | - | - | - | 4,940,201 | 10,677,666 | 37,807,952 | 44,178,484 |
| ACCOUNTS RECEIVABLE | 292,321 | - | - | - | - | - | 292,321 | - | 1,262,953 | 898,012 |
| LOANS AND ADVANCES | 3,000,000 | - | - | - | - | - | 3,000,000 | 1,000,000 | 13,775,946 | 16,000,000 |
| OTHER (ATTACH LIST) | | | | | | | | | | |
|   CANCELLED CHECKS | - | - | - | - | - | - | - | - | 351,900 | - |
|   CANCELLED ACH'S | - | - | - | - | - | - | - | - | 420,835 | - |
|   DEPOSITS | - | - | - | - | - | - | - | - | 2,606,212 | - |
|   FUNDING RELATED TO SALE CLOSING | 3,850,000 | - | - | - | - | - | 3,850,000 | - | 3,850,000 | - |
| TRANSFERS (FROM DIP ACCTS) | 109,430 | 4,303,047 | 68,166 | - | - | - | 4,480,643 | - | 9,145,722 | - |
| **TOTAL RECEIPTS** | 12,078,538 | 4,303,047 | 181,579 | - | - | - | 16,563,164 | 11,677,666 | 69,221,521 | 61,076,496 |
| **DISBURSEMENTS** | | | | | | | | | | |
| NET PAYROLL/BENEFITS | (1,672,584) | - | - | - | - | - | (1,672,584) | (3,824,110) | (10,620,571) | (17,186,766) |
| PAYROLL TAXES | (545,049) | - | - | - | - | - | (545,049) | (310,877) | (3,292,986) | (1,323,416) |
| SALES, USE, & OTHER TAXES | (23,797) | - | (72,149) | - | - | - | (95,946) | (829,898) | (2,825,794) | (3,645,270) |
| INVENTORY PURCHASES | (1,102,161) | - | - | - | - | - | (1,102,161) | (3,052,000) | (5,834,006) | (10,190,462) |
| SECURED/ RENTAL/ LEASES | (1,453,216) | - | - | - | - | - | (1,453,216) | (1,713,904) | (6,402,020) | (6,633,229) |
| INSURANCE | (317,033) | - | - | - | - | - | (317,033) | (303,457) | (1,408,292) | (1,139,967) |
| ADMINISTRATIVE | (97,281) | - | - | - | - | - | (97,281) | (223,632) | (864,936) | (896,413) |
| SELLING/MARKETING | (270,925) | - | - | - | - | - | (270,925) | (464,809) | (1,113,439) | (2,104,112) |
| OTHER (ATTACH LIST) | | | | | | | | | | |
|   FILM RENTAL | (578,541) | - | - | - | - | - | (578,541) | (2,164,475) | (4,222,488) | (5,435,383) |
|   LEGAL | (27,136) | - | - | - | - | - | (27,136) | (182,280) | (32,970) | (519,814) |
|   PACA/PASA CLAIMS | (11,598) | - | - | - | - | - | (11,598) | - | (1,044,231) | (1,450,000) |
|   CRITICAL VENDOR CLAIMS | (125,000) | - | - | - | - | - | (125,000) | - | (3,842,312) | (3,900,000) |
|   UTILITY PAYMENTS | (4,095) | - | - | - | - | - | (4,095) | - | (440,243) | (471,231) |
| TRANSFERS (TO DIP ACCTS) | (4,371,213) | - | (109,430) | - | - | - | (4,480,643) | - | (9,121,801) | - |
| INTEREST & FEES | (494,125) | - | - | - | - | - | (494,125) | (452,417) | (620,125) | (604,667) |
| PROFESSIONAL FEES (TO ESCROW) | (2,245,160) | - | - | - | - | - | (2,245,160) | (833,677) | (5,524,438) | (2,909,450) |
| PROFESSIONAL FEES | (415,628) | - | - | - | - | - | (415,628) | (263,268) | (1,671,133) | (1,489,228) |
| U.S. TRUSTEE QUARTERLY FEES | (232,449) | - | - | - | - | - | (232,449) | - | (232,449) | (251,300) |
| RETURN OF DEPOSITS | - | (2,606,212) | - | - | - | - | (2,606,212) | - | (2,606,212) | - |
| CLOSING RELATED PAYMENTS** | (3,345,785) | - | - | - | - | - | (3,345,785) | - | (3,345,785) | - |
| **TOTAL DISBURSEMENTS** | (17,332,776) | (2,606,212) | (181,579) | - | - | - | (20,120,567) | (14,618,805) | (65,066,232) | (60,150,708) |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | (5,254,237) | 1,696,835 | - | - | - | - | (3,557,402) | (2,941,138) | 4,155,288 | 925,788 |
| **CASH - END OF MONTH** | - | 4,303,047 | - | - | - | - | 4,303,047 | 1,379,218 | 4,303,047 | 1,379,218 |

### THE FOLLOWING SECTION MUST BE COMPLETED

**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:** (Quarter to date Activity)

| | iPic GC Entertainment LLC | iPic Entertainment Inc | iPic Media LLC | iPic GC Holdings LLC | iPic Texas LLC | Delray Beach Holdings LLC | Total |
|---|---|---|---|---|---|---|---|
| **TOTAL DISBURSEMENTS** | $ 34,662,104 | $ 2,675,451 | $ 305,586 | $ - | $ - | $ - | $ 37,643,140 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | (4,470,655) | (69,238) | (125,746) | - | - | - | (4,665,640) |
| LESS: PROFESSIONAL FEES (TO ESCROW)*** | (3,473,060) | - | - | - | - | - | (3,473,060) |
| LESS: RETURN OF DEPOSITS**** | - | (2,606,212) | - | - | - | - | (2,606,212) |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 1,862,261 | - | - | - | - | - | 1,862,261 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $ 28,580,650 | $ - | $ 179,839 | $ - | $ - | $ - | $ 28,760,489 |
| **CALCULATED Q4 TRUSTEE FEES:** | $ 250,000 | $ 325 | $ 1,625 | $ 325 | $ 325 | $ 325 | $ 252,925 |

\* Projected amounts assumed a full month of regular business operations during November and did not assume a sale of the Debtors' assets.
\*\* As part of the sale closing on 11/15/19, the Debtors transferred the Debtors' bank accounts to the purchasing entity, with the exception of one account ending in x3739 that was retained by the Debtors. All funds in the Debtors' accounts prior to the closing, other than funds to cover outstanding checks of the Debtors and certain closing related payments, were transferred to the Debtors' retained account x3739 prior to the closing. Funds for certain closing related payments were funded by the buyer into the Debtors' accounts prior to the closing and remained in the accounts that were transferred to the buyer as part of the closing.
\*\*\* Professional fees were escrowed based on the Debtors' forecast. Actual payment of these fees are reflected as estate disbursements made by outside sources when paid to the respective Professionals.
\*\*\*\* The Debtors received a cash deposit in the amount of $2,606,212 from Cinemex Holdings USA, Inc. The deposit was held in escrow until being returned to Cinemex following the closing of the transaction with the successful bidder.

FORM MOR-1
(04/07)

**MOR-1a**

**In re: iPic-Gold Class Entertainment, LLC, et al.**  **Case No. 19-11739**
Debtors  **Reporting Period: Nov 1, 2019 - Nov 30, 2019**

**Bank Reconciliation (or copies of the debtor's bank reconciliations)**

The above-captioned debtor and debtor-in-possession (the "Debtor") hereby submit this attestation regarding bank account reconciliations in lieu of providing copies of bank statements, cash disbursement journals, and account reconciliations.

I attest that each of the Debtor's bank accounts is reconciled to bank statements. The Debtor's standard practice is to ensure that each bank account is reconciled to bank statements once per month within 30 days after the month end. Copies of all such documents can be made available upon request of the U.S. Trustee.

A listing of all Debtor bank accounts - including the November 30, 2019 bank balance for each account - follows this attestation.

_[signature]_  January 30, 2020
Signature of Authorized Individual  Date


William Nolan  Chief Restructuring Officer
Printed Name of Authorized Individual  Title of Authorized Individual

**MOR-1a**

**In re: iPic-Gold Class Entertainment, LLC, et al.**                                  **Case No. 19-11739**
Debtors                                   **Reporting Period: Nov 1, 2019 - Nov 30, 2019**

**Debtor Bank Account Listing***

| Banking Institution | Entity Name | Acct Type | Acct Number | Balance as of 11/30/19 |
|---|---|---|---|---|
| JP Morgan | Ipic Entertainment, Inc. | Operations | xxxxx3739 | $ 4,303,047 |

\* Pursuant to an asset purchase agreement approved by the Court, the Debtors transferred all of the Debtors' bank accounts to the purchasing entity, with the exception of one account ending in x3739 that was retained by the Debtors. The sale closing occurred on November 15, 2019.

**In re: iPic-Gold Class Entertainment, LLC, et al.**  
Debtors

**Case No. 19-11739**  
**Reporting Period: Nov 1, 2019 - Nov 30, 2019**

### SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID
This schedule is to include all retained professional payments from case inception to current month

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| Aurora Management Partners | Aug-19 | $ 92,563.43 | Professional Fee Escrow | N/A | 10/18/19 | $ 84,033.20 | $ 8,530.23 | $ 84,033.20 | $ 8,530.23 |
| Aurora Management Partners | Sep-19 | $ 68,209.25 | Professional Fee Escrow | N/A | 11/12/19 | 61,108.00 | 7,101.25 | 145,141.20 | 15,631.48 |
| Cole Schotz P.C. | Aug-19 | 75,769.07 | Professional Fee Escrow | N/A | 10/18/19 | 73,528.40 | 2,240.67 | 73,528.40 | 2,240.67 |
| Cole Schotz P.C. | Sep-19 | 128,310.83 | Professional Fee Escrow | N/A | 11/19/19 | 122,583.60 | 5,727.23 | 196,112.00 | 7,967.90 |
| Cole Schotz P.C. (Committee Exp. Reimb.) | Aug-19 | 1,874.66 | Professional Fee Escrow | N/A | 10/18/19 | - | 1,874.66 | - | 1,874.66 |
| Pachulski Stang Ziehl & Jones LLP | Aug-19 | 307,342.52 | Professional Fee Escrow | N/A | 10/18/19 | 298,479.40 | 8,863.12 | 298,479.40 | 8,863.12 |
| Pachulski Stang Ziehl & Jones LLP | Sep-19 | 337,785.56 | Professional Fee Escrow | N/A | 11/12/19 | 327,414.40 | 10,371.16 | 625,893.80 | 19,234.28 |
| PJ Solomon L.P. | Aug-19 | 112,560.32 | Professional Fee Escrow | N/A | 10/25/19 | 80,000.00 | 32,560.32 | 80,000.00 | 32,560.32 |
| FTI Consulting | Aug-19 | 204,902.57 | Professional Fee Escrow | N/A | 10/29/19 | 200,761.07 | 4,141.50 | 200,761.07 | 4,141.50 |
| FTI Consulting | Aug-19 | 50,190.27 | Professional Fee Escrow | N/A | 11/21/19 | 50,190.27 | - | 250,951.34 | 4,141.50 |
| FTI Consulting | Sep-19 | 312,568.05 | Professional Fee Escrow | N/A | 11/21/19 | 307,755.00 | 4,813.05 | 558,706.34 | 8,954.55 |
| Stretto | Aug-Oct 19 | 170,183.98 | Professional Fee Escrow | N/A | 11/20/19 | 68,884.30 | 101,299.68 | 68,884.30 | 101,299.68 |

FORM MOR-1b  
(04/07)

In re: iPic-Gold Class Entertainment, LLC, et al.  
Debtors

Case No. 19-11739  
Reporting Period: Nov 1, 2019 - Nov 30, 2019

### STATEMENT OF OPERATIONS*
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| Debtor: | iPic GC Entertainment LLC | | iPic Entertainment Inc | | iPic Media LLC | | iPic GC Holdings LLC | | iPic Texas LLC | | Delray Beach Holdings LLC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES | Current Month | Cumulative Filing to Date | Current Month | Cumulative Filing to Date | Current Month | Cumulative Filing to Date | Current Month | Cumulative Filing to Date | Current Month | Cumulative Filing to Date | Current Month | Cumulative Filing to Date |
| Gross Revenues | 5,030,232 | 31,225,112 | - | - | 389,265 | 1,088,030 | - | - | - | - | - | - |
| Less: Returns and Allowances | - | - | - | - | - | - | - | - | - | - | - | - |
| Net Revenue | $ 5,030,232 | $ 31,225,112 | $ - | $ - | $ 389,265 | $ 1,088,030 | $ - | $ - | $ - | $ - | $ - | $ - |
| **COST OF GOODS SOLD** | | | | | | | | | | | | |
| Beginning Inventory | 1,329,963 | 1,400,145 | - | - | - | - | - | - | - | - | - | - |
| Add: Purchases | 1,438,721 | 9,425,168 | - | - | - | - | - | - | - | - | - | - |
| Add: Cost of Labor | - | - | - | - | - | - | - | - | - | - | - | - |
| Add: Other Costs (attach schedule) | - | - | - | - | - | - | - | - | - | - | - | - |
| Less: Ending Inventory | (1,262,980) | (1,262,980) | - | - | - | - | - | - | - | - | - | - |
| Cost of Goods Sold | (1,505,704) | (9,562,333) | - | - | - | - | - | - | - | - | - | - |
| Gross Profit | $ 3,524,528 | $ 21,662,778 | $ - | $ - | 389,265 | 1,088,030 | $ - | $ - | $ - | $ - | $ - | $ - |
| **OPERATING EXPENSES** | | | | | | | | | | | | |
| Advertising | (36,670) | (178,739) | - | - | (42,486) | (356,900) | - | - | - | - | - | - |
| Auto and Truck Expense | (712) | (5,079) | - | - | - | - | - | - | - | - | - | - |
| Bad Debts | - | - | - | - | - | - | - | - | - | - | - | - |
| Contributions | - | - | - | - | - | - | - | - | - | - | - | - |
| Employee Benefits Programs | (2,318) | (217,491) | - | - | 1,479 | (8,210) | - | - | - | - | - | - |
| Insider Compensation** | (69,217) | (484,519) | - | - | - | - | - | - | - | - | - | - |
| Insurance | (129,549) | (765,795) | - | - | (1,550) | (10,447) | - | - | - | - | - | - |
| Management Fees/Bonuses | - | - | - | - | - | - | - | - | - | - | - | - |
| Office Expense | (59,914) | (356,882) | - | - | (4,881) | (24,328) | - | - | - | - | - | - |
| Pension & Profit-Sharing Plans | - | - | - | - | - | - | - | - | - | - | - | - |
| Repairs and Maintenance | (63,465) | (385,933) | - | - | - | - | - | - | - | - | - | - |
| Rent and Lease Expense | (499,294) | (6,435,336) | - | - | (1,184) | (7,979) | - | - | - | - | - | - |
| Salaries/Commissions/Fees | (1,742,856) | (9,692,614) | - | - | (51,087) | (266,212) | - | - | - | - | - | - |
| Supplies | (104,046) | (720,322) | - | - | - | - | - | - | - | - | - | - |
| Taxes - Payroll | (241,339) | (1,539,339) | - | - | (1,524) | (16,128) | - | - | - | - | - | - |
| Taxes - Real Estate | (46,150) | (453,082) | - | - | - | - | - | - | - | - | - | - |
| Taxes - Other | (17,387) | (121,664) | - | - | (92) | (620) | - | - | - | - | - | - |
| Travel and Entertainment | (35,792) | (186,771) | - | - | (104) | (2,782) | - | - | - | - | - | - |
| Utilities | (124,881) | (1,186,698) | - | - | (139) | (934) | - | - | - | - | - | - |
| Other (attach schedule) | (449,692) | (3,037,188) | - | - | (361) | (45,635) | - | - | - | - | - | - |
| Total Operating Expenses Before Depreciation | (3,623,280) | (25,767,450) | - | - | (101,927) | (740,174) | - | - | - | - | - | - |
| Depreciation/Depletion/Amortization*** | (4,892,778) | (11,358,236) | - | - | (39) | (39) | - | - | - | - | - | - |
| Net Profit (Loss) Before Other Income & Expenses | $ (4,991,530) | $ (15,462,908) | $ - | $ - | $ 287,300 | $ 347,817 | $ - | $ - | $ - | $ - | $ - | $ - |
| **OTHER INCOME AND EXPENSES** | | | | | | | | | | | | |
| Other Income (attach schedule)**** | (1,008,933) | (1,229,349) | - | - | 18,558 | (166,641) | - | - | - | - | - | - |
| Interest Expense | (55,708) | (300,125) | - | - | - | - | - | - | - | - | - | - |
| Other Expense (attach schedule) | - | (5,908) | - | - | - | - | - | - | - | - | - | - |
| Net Profit (Loss) Before Reorganization Items | $ (6,056,171) | $ (16,998,290) | $ - | $ - | 305,857 | 181,176 | $ - | $ - | $ - | $ - | $ - | $ - |
| **REORGANIZATION ITEMS** | | | | | | | | | | | | |
| Professional Fees | (2,560,788) | (6,960,050) | - | - | - | - | - | - | - | - | - | - |
| U. S. Trustee Quarterly Fees | - | (230,174) | - | - | - | (975) | - | - | - | - | - | - |
| Interest Earned on Accumulated Cash from Ch. 11 (see continuation sheet) | - | - | - | - | - | - | - | - | - | - | - | - |
| Gain (Loss) from Sale of Equipment | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Reorganization Expenses (attach schedule) | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Reorganization Expenses | (2,560,788) | (7,190,225) | - | - | - | (975) | - | - | - | - | - | - |
| Income Taxes | - | - | - | - | - | - | - | - | - | - | - | - |
| Net Profit (Loss) | $ (8,616,959) | $ (24,188,515) | $ - | $ - | $ 305,857 | 180,201 | $ - | $ - | $ - | $ - | $ - | $ - |

\* Substantially all of the Debtors assets were sold and significant liabilities were assumed by a buyer pursuant to an asset purchase agreement approved by the Court. The sale closing occurred on November 15, 2019. The statements of operations shown above has been estimated using full month financials for the month of November that were provided by the buyer and that include 15 days of Debtor activity and subsequent 15 days of activity related to the purchasing entity after the sale closing. These full month financials have been pro-rated to estimate the Debtors' activity during the first 15 days. These financials have not been subjected to an audit or review and no assurance is provided on them.  
\*\* "Insider" is defined in 11 U.S.C. Section 101(31).  
\*\*\* Current month amount impacted by sale of assets and closure of one of the Debtors' locations; the amount is unaudited and no assurance is provided.  
\*\*\*\* Current month amount impacted by non-recurring charges mainly attributable to the sale transaction; the amount is unaudited and no assurance is provided.

In re: iPic-Gold Class Entertainment, LLC, et al.
Debtors

Case No. 19-11739
Reporting Period: Nov 1, 2019 - Nov 30, 2019

### STATEMENT OF OPERATIONS - continuation sheet*

| Debtor:<br>BREAKDOWN OF "OTHER" CATEGORY | iPic GC Entertainment LLC Current Month | iPic GC Entertainment LLC Cumulative Filing to Date | iPic Entertainment Inc Current Month | iPic Entertainment Inc Cumulative Filing to Date | iPic Media LLC Current Month | iPic Media LLC Cumulative Filing to Date | iPic GC Holdings LLC Current Month | iPic GC Holdings LLC Cumulative Filing to Date | iPic Texas LLC Current Month | iPic Texas LLC Cumulative Filing to Date | Delray Beach Holdings LLC Current Month | Delray Beach Holdings LLC Cumulative Filing to Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Other Costs** | | | | | | | | | | | | |
| | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - |
| **Other Operational Expenses** | | | | | | | | | | | | |
| Cinema operations | (50,972) | (263,066) | - | - | - | - | - | - | - | - | - | - |
| Credit card fees/chargeback | (148,044) | (992,711) | - | - | - | - | - | - | - | - | - | - |
| Restaurant operations | (2,961) | (118,196) | - | - | - | - | - | - | - | - | - | - |
| Laundry/linens | (57,966) | (381,644) | - | - | - | - | - | - | - | - | - | - |
| Plateware | (12,980) | (72,582) | - | - | - | - | - | - | - | - | - | - |
| Janitorial | (85,389) | (568,250) | - | - | - | - | - | - | - | - | - | - |
| Dues and licenses | (39,319) | (256,675) | - | - | - | - | - | - | - | - | - | - |
| Professional fees | (41,788) | (304,084) | - | - | - | - | - | - | - | - | - | - |
| Payroll Processing Fees | (10,275) | (79,982) | - | - | - | - | - | - | - | - | - | - |
| Dues & licenses | - | - | - | - | (361) | (2,550) | - | - | - | - | - | - |
| Professional fees (non-bankruptcy) | - | - | - | - | - | (43,085) | - | - | - | - | - | - |
| **Other Income** | | | | | | | | | | | | |
| Other** | (1,008,933) | (1,229,349) | - | - | - | - | - | - | - | - | - | - |
| Management Fees | - | - | - | - | - | 12,744 | - | - | - | - | - | - |
| Member Reward Points | - | - | - | - | 18,558 | (179,386) | - | - | - | - | - | - |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| **Other Expenses** | | | | | | | | | | | | |
| Amort of membership program liability | - | (5,908) | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - |
| **Other Reorganization Expenses** | | | | | | | | | | | | |
| | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - | - | - |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

* Substantially all of the Debtors assets were sold and significant liabilities were assumed by a buyer pursuant to an asset purchase agreement approved by the Court. The sale closing occurred on November 15, 2019. The statements of operations shown above has been estimated using full month financials for the month of November that were provided by the buyer and that include 15 days of Debtor activity and subsequent 15 days of activity related to the purchasing entity after the sale closing. These full month financials have been pro-rated to estimate the Debtors' activity during the first 15 days. These financials have not been subjected to an audit or review and no assurance is provided on them.
** Current month amount impacted by non-recurring charges mainly attributable to the sale transaction; the amount is unaudited and no assurance is provided.

FORM MOR-2 CONT'D
(04/07)

In re: iPic-Gold Class Entertainment, LLC, et al.  
Debtors

Case No. 19-11739  
Reporting Period: Nov 1, 2019 - Nov 30, 2019

**BALANCE SHEET***

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| Debtor: | iPic GC Entertainment LLC | | iPic Entertainment Inc | | iPic Media LLC | | iPic GC Holdings LLC | | iPic Texas LLC | | Delray Beach Holdings LLC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
| **CURRENT ASSETS** | | | | | | | | | | | | |
| Unrestricted Cash and Equivalents | - | 78,520 | 4,303,047 | 69,238 | - | - | | | | | | |
| Cash on Hand | - | - | | | | | | | | | | |
| Restricted Cash and Cash Equivalents (see continuation sheet) | - | - | | | | | | | | | | |
| Accounts Receivable (Net)** | - | 4,320,183 | - | - | - | 1,942 | | | | | | |
| Notes Receivable | - | - | | | | | | | | | | |
| Inventories | - | 1,400,145 | - | - | - | - | | | | | | |
| Prepaid Expenses | - | 2,674,280 | - | - | - | - | | | | | | |
| Professional Retainers | - | 168,731 | - | - | - | - | | | | | | |
| Other Current Assets (attach schedule) | - | 45,650 | - | - | - | 13,861,958 | | | | | | |
| *TOTAL CURRENT ASSETS* | $ - | $ 8,687,509 | $ 4,303,047 | $ 69,238 | $ - | $ 13,863,900 | $ - | $ - | $ - | $ - | $ - | $ - |
| **PROPERTY AND EQUIPMENT** | | | | | | | | | | | | |
| Real Property and Improvements | - | - | | | | | | | | | | |
| Machinery and Equipment | - | 25,237,513 | - | - | - | - | | | | | | |
| Furniture, Fixtures and Office Equipment | - | 52,512,674 | - | - | - | - | | | | | | |
| Leasehold Improvements | - | 135,075,259 | - | - | - | - | | | | | | |
| Vehicles | - | - | | | | | | | | | | |
| Less Accumulated Depreciation | - | (91,801,071) | - | - | - | - | | | | | | |
| *TOTAL PROPERTY & EQUIPMENT* | $ - | $ 121,024,375 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **OTHER ASSETS** | | | | | | | | | | | | |
| Loans to Insiders*** | - | - | | | | | | | | | | |
| Other Assets (attach schedule) | - | 22,649,845 | - | - | - | - | | | | | | |
| *TOTAL OTHER ASSETS* | $ - | $ 22,649,845 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **TOTAL ASSETS** | $ - | $ 152,361,729 | $ 4,303,047 | $ 69,238 | $ - | $ 13,863,900 | $ - | $ - | $ - | $ - | $ - | $ - |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | | | | | | | | | | | |
| Accounts Payable | - | - | - | - | - | - | | | | | | |
| Taxes Payable (refer to FORM MOR-4) | - | - | | | | | | | | | | |
| Wages Payable | - | - | | | | | | | | | | |
| Notes Payable | - | - | | | | | | | | | | |
| Rent / Leases - Building/Equipment | - | - | | | | | | | | | | |
| Secured Debt / Adequate Protection Payments | - | - | | | | | | | | | | |
| Professional Fees**** | 3,662,178 | - | - | - | - | - | | | | | | |
| Amounts Due to Insiders*** | - | - | | | | | | | | | | |
| Other Postpetition Liabilities (attach schedule) | - | - | | | | | | | | | | |
| *TOTAL POSTPETITION LIABILITIES* | $ 3,662,178 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | | | | | | | | | | | |
| Secured Debt | 165,340,772 | 205,340,772 | | | 165,340,772 | 205,340,772 | | | | | | |
| Priority Debt | - | 648,519 | - | - | - | 41,632 | | | | | | |
| Unsecured Debt***** | 24,664,358 | 18,219,629 | - | - | - | 4,048,620 | | | | | | |
| *TOTAL PRE-PETITION LIABILITIES* | $ 190,005,130 | $ 224,208,920 | $ - | $ - | $ 165,340,772 | $ 209,431,023 | $ - | $ - | $ - | $ - | $ - | $ - |
| *TOTAL LIABILITIES* | $ 193,667,308 | $ 224,208,920 | $ - | $ - | $ 165,340,772 | $ 209,431,023 | $ - | $ - | $ - | $ - | $ - | $ - |
| **OWNER EQUITY** | | | | | | | | | | | | |
| Capital Stock****** | 41,063,506 | 53,312,363 | 3,485,198 | - | 25,000 | 25,000 | | | | | | |
| Additional Paid-In Capital | 47,077,448 | 47,627,381 | 846,749 | 69,238 | - | - | | | | | | |
| Partners' Capital Account | - | - | | | | | | | | | | |
| Owner's Equity Account | - | - | | | | | | | | | | |
| Retained Earnings - Pre-Petition | (202,112,959) | (172,786,935) | (28,900) | - | (195,570,705) | (195,592,123) | | | | | | |
| Retained Earnings - Postpetition | (79,695,304) | - | - | - | 30,204,933 | - | | | | | | |
| Adjustments to Owner Equity (attach schedule) | - | - | - | - | - | - | | | | | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | - | - | - | - | - | - | | | | | | |
| *NET OWNER EQUITY* | $ (193,667,308) | $ (71,847,191) | $ 4,303,047 | $ 69,238 | $ (165,340,772) | $ (195,567,123) | $ - | $ - | $ - | $ - | $ - | $ - |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ - | $ 152,361,729 | $ 4,303,047 | $ 69,238 | $ - | $ 13,863,900 | $ - | $ - | $ - | $ - | $ - | $ - |

\* Substantially all of the Debtors assets were sold and significant liabilities were assumed by the purchasing entity pursuant to an asset purchase agreement approved by the Court. The sale closing occurred on November 15, 2019. The purchase price pursuant to the APA included, among other things, an offsetting credit against the balances due under the Debtors' DIP facility and pre-petition credit facility in the aggregate amount equal to $56,000,000. Estimated adjustments have been made to the Debtors' financial statements to reflect the terms of the APA, including removing purchased assets and assumed liabilities, as well as reducing the outstanding balance on the DIP facility and pre-petition secured debt by the amount of the credit bid. Intercompany balances have also been removed following the sale. These financial statements have not been subjected to an audit or review and no assurance is provided on them.  
\*\* Accounts receivable as of the petition date has been adjusted from the amount stated on the Schedule of Assets and Liabilities. The Schedules included accounts receivable from iPic Media LLC of $13,861,958. This intercompany receivable is due to iPic Media from iPic-Gold Class, rather than due from iPic Media.  
\*\*\* "Insider" is defined in 11 U.S.C. Section 101(31).  
\*\*\*\* Balance reflects the amount of funds held in escrow as of 11/30/19 for payment upon approval by the Court.  
\*\*\*\*\* Unsecured debt has increased from the total unsecured claims reported on the Schedule of Assets and Liabilities. This increase is due to inclusion of prepetition accrued interest on secured debt debt of $12,143,562. Also, payments on prepetition debt relating to critical vendors, employee wages, and taxes have reduced the Priority and Unsecured Debt amounts.  
\*\*\*\*\*\* Capital stock for iPic Entertainment Inc was shown as zero on the petition date and grouped into iPic GC Entertainment LLC. The subsequent update shows the balances as recorded on the entities' balance sheets after removal of intercompany balances. No additional stock has been issued or redeemed.  
Note: Secured Debt is reflected at the borrower and co-debtor.

FORM MOR-3  
(04/07)

| In re: iPic-Gold Class Entertainment, LLC, et al. | Case No. 19-11739 |
|---|---|
| Debtors | Reporting Period: Nov 1, 2019 - Nov 30, 2019 |

**BALANCE SHEET - continuation sheet***

| Debtor: | iPic GC Entertainment LLC | | iPic Entertainment Inc | | iPic Media LLC | | iPic GC Holdings LLC | | iPic Texas LLC | | Delray Beach Holdings LLC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
| **Other Current Assets** | | | | | | | | | | | | |
| Beverage and liquor deposits | - | 45,650 | - | - | - | - | | | | | | |
| Intercompany Receivable from iPic-Gold Class Entertainment LLC | - | - | - | - | - | 13,861,958 | | | | | | |
| | | | | | | | | | | | | |
| **Restricted Cash and Cash Equivalents** | | | | | | | | | | | | |
| Cash Deposits | - | - | - | - | | | | | | | | |
| | | | | | | | | | | | | |
| **Other Assets** | | | | | | | | | | | | |
| Patents | - | 532,055 | - | - | - | - | | | | | | |
| Liquor Licenses | - | 520,748 | - | - | - | - | | | | | | |
| Construction in Progress | - | 21,498,739 | - | - | - | - | | | | | | |
| Utility Deposits | - | 98,303 | - | - | - | - | | | | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Other Postpetition Liabilities** | | | | | | | | | | | | |
| Advance Ticket Sales | - | - | - | - | - | - | | | | | | |
| Deferred Revenue - Vouchers | - | - | - | - | - | - | | | | | | |
| Deferred Revenue - Gift Cards & Event Deposits | - | - | - | - | - | - | | | | | | |
| Accrued Expenses | - | - | - | - | - | - | | | | | | |
| Accrued Film Rental | - | - | - | - | - | - | | | | | | |
| Accrued Electricity & Gas | - | - | - | - | - | - | | | | | | |
| Accrued Insurance | - | - | - | - | - | - | | | | | | |
| Accrued US Trustee Fees | - | - | - | - | - | - | | | | | | |
| Clearing accounts | - | - | - | - | - | - | | | | | | |
| Member Reward Points Program | - | - | - | - | - | - | | | | | | |
| Loyalty Membership | - | - | - | - | - | - | | | | | | |
| Booking Fees | - | - | - | - | - | - | | | | | | |
| Deposits Held | - | - | - | - | - | - | | | | | | |
| | | | | | | | | | | | | |
| **Adjustments to Owner Equity** | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| **Postpetition Contributions (Distributions) (Draws)** | | | | | | | | | | | | |
| Secured Debt / Adequate Protection Payments | | | - | | | | | | | | | |

\* Substantially all of the Debtors assets were sold and significant liabilities were assumed by the purchasing entity pursuant to an asset purchase agreement approved by the Court. The sale closing occurred on November 15, 2019. The purchase price pursuant to the APA included, among other things, an offsetting credit against the balances due under the Debtors' DIP facility and pre-petition credit facility in the aggregate amount equal to $56,000,000. Estimated adjustments have been made to the Debtors' financial statements to reflect the terms of the APA, including removing purchased assets and assumed liabilities, as well as reducing the outstanding balance on the DIP facility and pre-petition secured debt by the amount of the credit bid. Intercompany balances have also been removed following the sale. These financial statements have not been subjected to an audit or review and no assurance is provided on them.

FORM MOR-3 CONT'D
(04/07)

**In re: iPic-Gold Class Entertainment, LLC, et al.**
Debtors

Case No. 19-11739
Reporting Period: Nov 1, 2019 - Nov 30, 2019

### SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

**iPic GC Entertainment LLC**

|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | - | - | - | - | - | - |
| Wages Payable | - | - | - | - | - | - |
| Taxes Payable | - | - | - | - | - | - |
| Rent/Leases-Building | - | - | - | - | - | - |
| Rent/Leases-Equipment | - | - | - | - | - | - |
| Secured Debt/Adequate Protection Payments | - | - | - | - | - | - |
| Professional Fees* | 3,662,178 | - | - | - | - | 3,662,178 |
| Amounts Due to Insiders** | - | - | - | - | - | - |
| **Total Postpetition Debts*** | 3,662,178 | - | - | - | - | 3,662,178 |

**iPic Entertainment Inc**

|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | - | - | - | - | - | - |
| Wages Payable | - | - | - | - | - | - |
| Taxes Payable | - | - | - | - | - | - |
| Rent/Leases-Building | - | - | - | - | - | - |
| Rent/Leases-Equipment | - | - | - | - | - | - |
| Secured Debt/Adequate Protection Payments | - | - | - | - | - | - |
| Professional Fees | - | - | - | - | - | - |
| Amounts Due to Insiders | - | - | - | - | - | - |
| **Total Postpetition Debts** | - | - | - | - | - | - |

**iPic Media LLC**

|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | - | - | - | - | - | - |
| Wages Payable | - | - | - | - | - | - |
| Taxes Payable | - | - | - | - | - | - |
| Rent/Leases-Building | - | - | - | - | - | - |
| Rent/Leases-Equipment | - | - | - | - | - | - |
| Secured Debt/Adequate Protection Payments | - | - | - | - | - | - |
| Professional Fees | - | - | - | - | - | - |
| Amounts Due to Insiders | - | - | - | - | - | - |
| **Total Postpetition Debts** | - | - | - | - | - | - |

**iPic GC Holdings LLC**

|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | - | - | - | - | - | - |
| Wages Payable | - | - | - | - | - | - |
| Taxes Payable | - | - | - | - | - | - |
| Rent/Leases-Building | - | - | - | - | - | - |
| Rent/Leases-Equipment | - | - | - | - | - | - |
| Secured Debt/Adequate Protection Payments | - | - | - | - | - | - |
| Professional Fees | - | - | - | - | - | - |
| Amounts Due to Insiders | - | - | - | - | - | - |
| **Total Postpetition Debts** | - | - | - | - | - | - |

**iPic Texas LLC**

|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | - | - | - | - | - | - |
| Wages Payable | - | - | - | - | - | - |
| Taxes Payable | - | - | - | - | - | - |
| Rent/Leases-Building | - | - | - | - | - | - |
| Rent/Leases-Equipment | - | - | - | - | - | - |
| Secured Debt/Adequate Protection Payments | - | - | - | - | - | - |
| Professional Fees | - | - | - | - | - | - |
| Amounts Due to Insiders | - | - | - | - | - | - |
| **Total Postpetition Debts** | - | - | - | - | - | - |

**Delray Beach Holdings LLC**

|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | - | - | - | - | - | - |
| Wages Payable | - | - | - | - | - | - |
| Taxes Payable | - | - | - | - | - | - |
| Rent/Leases-Building | - | - | - | - | - | - |
| Rent/Leases-Equipment | - | - | - | - | - | - |
| Secured Debt/Adequate Protection Payments | - | - | - | - | - | - |
| Professional Fees | - | - | - | - | - | - |
| Amounts Due to Insiders | - | - | - | - | - | - |
| **Total Postpetition Debts** | - | - | - | - | - | - |

\* Balance reflects the amount of funds held in escrow as of 11/30/19 for payment upon approval by the Court.
\*\* "Insider" is defined in 11 U.S.C. Section 101(31).
\*\*\* Substantially all of the Debtors' post-petition liabilities were assumed by a buyer pursuant to an asset purchase agreement approved by the Court. The sale closing occurred on November 15, 2019. Certain asserted administrative claims not assumed by the buyer are still being evaluated. Any post-petition liabilities not listed above will be handled pursuant to the APA.

|  |  |
|---|---|
|  | **MOR-4** |

| | |
|---|---|
| **In re: iPic-Gold Class Entertainment, LLC, et al.** | **Case No. 19-11739** |
| Debtors | **Reporting Period: Nov 1, 2019 - Nov 30, 2019** |

**Status of Post-petition Taxes**

The above-captioned debtor and debtor-in-possession (the "Debtor") hereby submit this attestation regarding Status of Post-petition Taxes in lieu of providing copies of post-petition tax payments and tax returns filed during reporting period.

I attest that each of the Debtor's taxing authorities have been paid on time when post-petition amounts become due. Also, tax returns are being filed in an orderly and timely fashion in accordance with tax return reporting deadlines.

| | |
|---|---|
| _[signature]_ | January 30, 2020 |
| Signature of Authorized Individual | Date |
| | |
| William Nolan | Chief Restructuring Officer |
| Printed Name of Authorized Individual | Title of Authorized Individual |

**In re: iPic-Gold Class Entertainment, LLC, et al.**
Debtors

Case No. 19-11739
Reporting Period: Nov 1, 2019 - Nov 30, 2019

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Debtor:<br>Accounts Receivable Reconciliation | iPic GC Entertainment LLC<br>Amount | iPic Entertainment Inc<br>Amount | iPic Media LLC<br>Amount | iPic GC Holdings LLC<br>Amount | iPic Texas LLC<br>Amount | Delray Beach Holdings LLC<br>Amount |
|---|---|---|---|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 2,368,476 | - | 63,126 | - | - | - |
| +/- Net change in funds in transit from merchant banking activity | | | | | | |
| - Amounts collected on AR | | | | | | |
| + Amounts billed on account | | | | | | |
| +/- Net change in suspense account | | | | | | |
| - Adjustment for A/R sold pursuant to asset purchase agreement* | (2,368,476) | | (63,126) | | | |
| Total Accounts Receivable at the end of the reporting period | $ - | $ - | $ - | $ - | $ - | $ - |
| **Accounts Receivable Aging** | **Amount** | **Amount** | **Amount** | **Amount** | **Amount** | **Amount** |
| 0 - 30 days old | - | - | - | - | - | - |
| 31 - 60 days old | - | - | - | - | - | - |
| 61 - 90 days old | - | - | - | - | - | - |
| 91+ days old | - | - | - | - | - | - |
| Total Accounts Receivable | - | - | - | - | - | - |
| Amount considered uncollectible (Bad Debt) | - | - | - | - | - | - |
| Accounts Receivable (Net) | - | - | - | - | - | - |

\* Substantially all of the Debtors' assets, including accounts receivable, were sold pursuant to an asset purchase agreement approved by the Court. The sale closing occurred on November 15, 2019.

## DEBTOR QUESTIONNAIRE

| Debtor:<br>Must be completed each month | iPic GC Entertainment LLC<br>Yes / No | iPic Entertainment Inc<br>Yes / No | iPic Media LLC<br>Yes / No | iPic GC Holdings LLC<br>Yes / No | iPic Texas LLC<br>Yes / No | Delray Beach Holdings LLC<br>Yes / No |
|---|---|---|---|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below.** | X | X | X | X | X | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below.*** | X | X | X | X | X | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | None required | X | None required | None required | None required |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | None required | X | None required | None required | None required |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | X | X | X | X | X | X |

\*\* Substantially all of the Debtors assets were sold pursuant to an asset purchase agreement approved by the Court. The sale closing occurred on November 15, 2019.
\*\*\* Funds were disbursed from an escrow account to pay professional fees and were accounted for as disbursements when calculating U.S. Trustee quarterly fees.

FORM MOR-5
(04/07)