**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No: 19-11739(LSS) |
| iPic-Gold Class Entertainment, LLC, *et al.*,[1] | Jointly Administered |
| Debtors. | Chapter 11 |
| | Rel. D.I. 629 |

**ORDER GRANTING EMPIRE OFFICE INC.'S MOTION FOR DETERMINATION THAT AUTOMATIC STAY DOES NOT APPLY OR, IN THE ALTERNATIVE, FOR RELIEF FROM THE AUTOMATIC STAY**

WHEREAS, prior to August 5, 2019 ("Petition Date"), Debtor iPic-Gold Class Entertainment, LLC and Delray Beach 4th & 5th Avenue, LLC ("Delray") were parties to an office lease, dated May 16, 2017 (as amended from time to time) for the premises the located within Suite 400 (the "Lease") of the real property located at 25 SE 4th Avenue, Delray Beach, FL 33483 (the "Property").

WHEREAS, the Lease was deemed rejected as of November 15, 2019 [D.I. 539].

WHEREAS, Empire Office Inc. ("Empire Office") filed a *Motion for Determination that Automatic Stay Does Not Apply or, In the Alternative, For Relief From the Automatic Stay* (the "Motion") on February 4, 2020 [D.I. 629]

**IT IS HEREBY FOUND AND ORDERED AS FOLLOWS:**

1. The Motion is Granted as follows:

    a. The Property is not an asset of the Debtors' bankruptcy estates.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: iPic Entertainment Inc. (9582); iPic-Gold Class Entertainment, LLC (4684); iPic Gold Class Holdings LLC (6315); iPic Media LLC (0150); iPic Texas, LLC (N/A); and Delray Beach Holdings, LLC (1035). The Debtors' principal place of business is 433 Plaza Real, Suite 335, Boca Raton, FL 33432 (the "Debtors").

1

    b.    the automatic stay does not operate as a stay of any action of Empire Office against Delray, its interest in the Property or in the Lease, if any.

2. For the avoidance of doubt, the Court retains exclusive to adjudicate any claims asserted against the Debtors' estates with respect to the Property or the Lease, provided however, nothing here shall prevent Empire Office from asserting any claims it may have against Delray and/or its interest in the Property, or the Lease, if any, in another forum.

3. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: February 14, 2020
Wilmington, Delaware

_____
HONORABLE LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE