**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| iPic-Gold Class Entertainment, LLC, *et al.*,[1] | Case No. 19-11739 (LSS) |
| Debtors. | (Jointly Administered) |

<u>SECOND AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON FEBRUARY 18, 2020 AT 10:30 A.M. (EASTERN TIME)</u>

**THE BELOW LISTED MATTERS HAVE BEEN RESOLVED.
THE COURT HAS CANCELLED THE HEARING.**

<u>**MATTER FOR WHICH CNO HAS BEEN FILED**</u>

1.  <u>**2nd Removal Extension Motion**</u> – Debtors' Second Motion for Order Extending the
    Period to Remove Actions Pursuant to 28 U.S.C. § 1452 and Federal Rule of Bankruptcy
    Procedure 9027 [Filed: 1/31/20] (Docket No. 620).

    <u>Response Deadline</u>:    February 11, 2020 at 4:00 p.m. Eastern Time.

    <u>Responses Received</u>:  None.

    <u>Related Documents</u>:

    a)    Certification of No Objection Regarding Docket No. 620 [Filed: 2/12/20] (Docket
          No. 639).

    b)    **[Signed] Second Order Extending the Period to Remove Actions Pursuant to
          28 U.S.C. § 1452 and Federal Rule of Bankruptcy Procedure 9027 Through
          and Including May 4, 2020 [Filed: 2/14/20] (Docket No. 643).**

    <u>Status</u>:  **The order has been entered.  No hearing is necessary.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, as applicable, are: iPic Entertainment Inc. (9582); iPic-Gold Class Entertainment, LLC (4684); iPic Gold
Class Holdings LLC (6315); iPic Media LLC (0150); iPic Texas, LLC (N/A); and Delray Beach Holdings, LLC
(1035).  The Debtors' principal place of business is 433 Plaza Real, Suite 335, Boca Raton, FL 33432.

[2] **Amended items appear in bold.**

**UNCONTESTED MATTER**

2.    **Empire Office Stay Motion** – Empire Office, Inc.'s Motion for Determination That Automatic Stay Does Not Apply or, in the Alternative, for Relief from the Automatic Stay [Filed: 2/4/20] (Docket No. 629).

Response Deadline:    February 11, 2020 at 4:00 p.m. Eastern Time.  Extended to February 13, 2020 at 4:00 p.m. Eastern Time for the Debtors.

Responses Received:  Informal comments from the Debtors.

Related Documents:

a)    Certification of Counsel Regarding Empire Office, Inc.'s Motion for Relief from Stay [Filed: 2/13/20] (Docket No. 641).

b)    **[Signed] Order Granting Empire Office, Inc.'s Motion for Determination That Automatic Stay Does Not Apply or, in the Alternative, for Relief from the Automatic Stay [Filed: 2/14/20] (Docket No. 644).**

Status:  **The order has been entered.  No hearing is necessary.**

Dated: February 14, 2020                    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Jeffrey N. Pomerantz (CA Bar No. 143717)
Debra I. Grassgreen (CA Bar No. 169978)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email: jpomerantz@pszjlaw.com
        dgrassgreen@pszjlaw.com
        pkeane@pszjlaw.com

*Counsel for the Debtors and Debtors-in-Possession*

DOCS_DE:227453.3 39566/002