# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
|  | : Case No. 19-11739 (LSS) |
| iPic-Gold Class Entertainment, LLC, *et al.*,[1] | : |
|  | : (Jointly Administered) |
| Debtors. | : |
|  | **Objection Deadline: March 18, 2020 at 4:00 p.m. (ET)** |

## SIXTH STAFFING AND COMPENSATION REPORT OF FTI CONSULTING, INC.

## FOR THE PERIOD JANUARY 1, 2020 THROUGH JANUARY 31, 2020

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide professional services to: | Debtors and Debtors in Possession |
| Date of retention: | September 10, 2019, *nunc pro tunc* to Petition Date |
| Period for which compensation and reimbursement is sought: | January 1, 2020 Through January 31, 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $ 55,228.50 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $ 0.00 |
| Exhibit A: | Summary of FTI Consulting, Inc. Fees |
| Exhibit B: | Summary of FTI Consulting, Inc. Professional Fees by Professional |
| Exhibit C: | Summary of FTI Consulting, Inc. Fees by Activity and Professional |
| Exhibit D: | FTI Consulting, Inc. Detailed Time and Fee Statement |
| Exhibit E: | FTI Consulting, Inc. Detailed Expenses Statement |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: iPic Entertainment Inc. (9582); iPic-Gold Class Entertainment, LLC (4684); iPic Gold Class Holdings LLC (6315); iPic Media LLC (0150); iPic Texas, LLC (N/A); and Delray Beach Holdings, LLC (1035). The Debtors' principal place of business is 433 Plaza Real, Suite 335, Boca Raton, FL, 33432.

FTI Consulting, Inc. ("FTI") hereby provides its Sixth Staffing and Compensation report for the period January 1, 2020 Through January 31, 2020 (the "Sixth Staffing and Compensation Report" and the "Sixth Staffing and Compensation Report Period", as the context indicates) in accordance with that certain *Order, Pursuant to 11 U.S.C. Section 105(a) and 363(b), Authorizing the Debtors to (I) Employ and Retain FTI Consulting, Inc. Providers of the Debtors' Chief Restructuring Officer and Certain Additional Personnel and (II) Designating William J. Nolan as Chief Restructuring Officer for the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 235] (the "Retention Order").

As set forth in the Sixth Staffing and Compensation Report, FTI incurred $55,228.50 in aggregate compensation and $0.00 for actual and necessary expenses during the Sixth Staffing and Compensation Report Period.

**WHEREFORE**, pursuant to the Retention Order, FTI hereby submits its Sixth Staffing and Compensation Report for the Sixth Staffing and Compensation Report Period.

Dated: February 26, 2020
    Charlotte, NC

    */s/ William J. Nolan*
Name:  William J. Nolan
Title:    Senior Managing Director
          FTI Consulting, Inc.
Email:  William.Nolan@FTIConsulting.com