**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>iPic-Gold Class Entertainment, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11739 (LSS)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL**
**AND REQUEST FOR REMOVAL FROM SERVICE LISTS**

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Katherine M. Devanney of Cole Schotz, P.C., hereby withdraws her appearance as counsel to the Official Committee of Unsecured Creditors in the above-referenced bankruptcy cases.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby requests to be removed from all service lists and the Court's CM/ECF electronic notification list.

Dated: February 28, 2020                  */s/ Katherine M. Devanney*
                                          Katherine M. Devanney, Esq.
                                          **COLE SCHOTZ P.C.**
                                          500 Delaware Avenue, Suite 1410
                                          Wilmington, DE 19801
                                          Telephone: (302) 652-3131
                                          Facsimile: (302) 574-2014
                                          kdevanney@coleschotz.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: iPic Entertainment Inc. (9582); iPic-Gold Class Entertainment, LLC (4684); iPic Gold Class Holdings LLC (6315); iPic Media LLC (0150); iPic Texas, LLC (N/A); and Delray Beach Holdings, LLC (1035). The Debtors' principal place of business is 433 Plaza Real, Suite 335, Boca Raton, FL 33432.