# EXHIBIT 1

# Declaration of Sandy Karp

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| iPic-Gold Class Entertainment, LLC, *et al.*,[1] | Case No. 19-11739 (LSS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF SANDY KARP IN SUPPORT OF EMPLOYEES' RETIREMENT SYSTEM OF ALABAMA AND TEACHERS' RETIREMENT SYSTEM OF ALABAMA'S FIRST (1ST) OMNIBUS (SUBSTANTIVE) OBJECTION TO SECTION 503(B)(9) CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1**

I, Sandy Karp, pursuant to 28 U.S.C. § 1746, declare:

1.  I am the Vice President of Construction and Development for iPic Theaters, LLC. Previously I was the Vice President of Construction and Development for Debtor iPic-Gold Class Entertainment, LLC. I have read the *Employees' Retirement System of Alabama and Teachers' Retirement System of Alabama's First (1st) Omnibus (Substantive) Objection to Section 503(B)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* (the "Objection"),[2] filed by the Employees' Retirement System of Alabama and Teachers' Retirement System of Alabama (together, "RSA"), and am directly, or by and through other personnel or representatives of the Debtors and RSA, reasonably familiar with the Disputed Claims and the information contained in the Objection. I am authorized to execute this Declaration.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: iPic Entertainment Inc. (9582); iPic-Gold Class Entertainment, LLC (4684); iPic Gold Class Holdings LLC (6315); iPic Media, LLC (0150); iPic Texas, LLC (N/A); and Delray Beach Holdings, LLC (1035). The Debtors' principal place of business is 433 Plaza Real, Suite 335, Boca Raton, FL 33432.

[2] Capitalized terms undefined herein shall have the meanings ascribed to them in the Objection.

43261864 v3

2. The factual information contained in the Objection is true and correct to the best of my knowledge, information, and belief.

3. RSA has determined, based upon my review of information and personal knowledge, that the Disputed Claims identified on Exhibit A to the Proposed Order should be reclassified as general unsecured claims to the extent set forth therein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 23, 2020            /s/ *Sandy Karp*
                                      Name: Sandy Karp
                                      Title: Vice President of Construction
                                             and Development