# EXHIBIT 2

# PROPOSED ORDER

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| iPic-Gold Class Entertainment, LLC, *et al.*,[1] | Case No. 19-11739 (LSS) |
| Debtors. | (Jointly Administered) |

### ORDER SUSTAINING EMPLOYEES' RETIREMENT SYSTEM OF ALABAMA AND TEACHERS' RETIREMENT SYSTEM OF ALABAMA'S FIRST (1ST) OMNIBUS (SUBSTANTIVE)  OBJECTION TO SECTION 503(B)(9) CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1

Upon consideration of *Employees' Retirement System of Alabama and Teachers' Retirement System of Alabama's First (1st) Omnibus (Substantive) Objection to Section 503(B)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* (the "Objection"),[2] filed by the Employees' Retirement System of Alabama and Teachers' Retirement System of Alabama (together, "RSA"), and the Karp Declaration; and this Court having found that it has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and this Court having found that venue of these chapter 11 cases and the Objection in this district is proper pursuant to 28 U.S.C §§ 1408 and 1409; and this Court having determined that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that notice of the Objection was good and sufficient upon the particular circumstances and that no other or further notice need be given; and upon the

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: iPic Entertainment Inc. (9582); iPic-Gold Class Entertainment, LLC (4684); iPic Gold Class Holdings LLC (6315); iPic Media, LLC (0150); iPic Texas, LLC (N/A); and Delray Beach Holdings, LLC (1035).  The Debtors' principal place of business is 433 Plaza Real, Suite 335, Boca Raton, FL 33432.

[2]  Capitalized terms undefined herein shall have the meanings ascribed to them in the Objection.

record herein; and after due deliberation thereon and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1.      The objection is SUSTAINED as set forth herein.

2.      The priority status of each Section 503(b)(9) Disputed Claim is modified and reclassified as set forth in Exhibit A (as set forth in the column under the heading "Modified Claim Amount ($) and Classification/Priority Status").

3.      RSA's objection to each Section 503(b)(9) Disputed Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order shall be deemed a separate order with respect to each claim.  Any stay of this Order pending appeal by any of the claims subject to this Order shall only apply to the contested matter that involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

4.      RSA shall retain and shall have the right to object in the future to any claim listed on the exhibits hereto on any additional ground.

5.      RSA is authorized and empowered to take all steps necessary and appropriate to carry out and otherwise effectuate the terms, conditions and provisions of this Order.

6.      This Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: _____, 2020         _____
     Wilmington, DE                          HON. LAURIE SELBER SILVERSTEIN
                                       UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

# Section 503(b)(9) Disputed Claims

| | | | Filed Claim Amount ($) and Classification/Priority Status | | | | | Modified Claim Amount ($) and Classification/Priority Status | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Creditor Name | Claim No. | Debtor Against Whom Claim is Currently Filed | Priority | Section 503(b)(9) | Secured | Unsecured | Total | Priority | Section 503(b)(9) | Secured | Unsecured | Total | Reason For Modification |
| 1. ECOSTRUCTION, LLC | 131 | iPic-Gold Class Entertainment, LLC 19-11739 | - | 103,506.28 | - | 368,621.72 | 472,128.00 | - | - | - | 472,128.00 | 472,128.00 | Goods listed were not sold to the debtor "in the ordinary course of such debtor's business." |
| 2. EMPIRE OFFICE, INC. | 176 | iPic-Gold Class Entertainment, LLC 19-11739 | - | 313,926.58 | - | - | 313,926.58 | - | - | - | 313,926.58 | 313,926.58 | Goods listed were not sold to the debtor "in the ordinary course of such debtor's business." |
| 3. L.A. SPECIALTY CORP.[1] | 156 | iPic-Gold Class Entertainment, LLC 19-11739 | - | 19,901.98 | - | - | 19,901.98 | - | 14,227.59 | - | 5,674.39 | 19,901.98 | Goods were not received by the Debtor within 20 days before the petition date. |
| 4. PRIME LINE DISTRIBUTORS, INC. | 157 | iPic-Gold Class Entertainment, LLC 19-11739 | - | 27,939.63 | - | - | 27,939.63 | - | 13,639.04 | - | 14,300.59 | 27,939.63 | Goods were not received by the Debtor within 20 days before the petition date. |

**SECTION 503(b)(9) DISPUTED CLAIMS**

---

[1] Claimant's proof of claim asserts entitlement to an administrative claim under Section 503(b)(9) and also references the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. Section 499e(c)(2). Even assuming Claimant sold perishable agricultural commodities to the Debtors, Claimant did not preserve its interest in the statutory trust established by Section 5(c)(2) of PACA by including the language required by 7 U.S.C. Section 499e(c)(4) on the invoices it sent to the Debtors (and which are attached to its proof of claim), and did not otherwise take action to preserve its interest by providing written notice under 7 U.S.C. Section 499e(c)(3).

| 5. | TIDE CLEANERS LLP-MW CLEANERS EDIT TX | 204 | iPic-Gold Class Entertainment, LLC 19-11739 | - | 2,208.08 | - | - | 2,208.08 | - | - | - | 2,208.08 | 2,208.08 | Claim is not for goods. Basis of claim is listed as: "services provided for Laundry & Dry Cleaning" |

2