# EXHIBIT 2

# PROPOSED ORDER

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| iPic-Gold Class Entertainment, LLC, *et al.*,[1] | Case No. 19-11739 (LSS) |
| Debtors. | (Jointly Administered) |

## ORDER SUSTAINING EMPLOYEES' RETIREMENT SYSTEM OF ALABAMA AND TEACHERS' RETIREMENT SYSTEM OF ALABAMA'S SECOND (2ND) OMNIBUS (NON-SUBSTANTIVE)  OBJECTION TO CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1

Upon consideration of *Employees' Retirement System of Alabama and Teachers' Retirement System of Alabama's Second (2nd) Omnibus (Non-Substantive)  Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1* (the "Objection"),[2] filed by the Employees' Retirement System of Alabama and Teachers' Retirement System of Alabama ("RSA"), and the Hester Declaration; and this Court having found that it has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and this Court having found that venue of these chapter 11 cases and the Objection in this district is proper pursuant to 28 U.S.C §§ 1408 and 1409; and this Court having determined that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that notice of the Objection was good and sufficient upon the particular circumstances and that no other or further notice need be given; and upon the record

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: iPic Entertainment Inc. (9582); iPic-Gold Class Entertainment, LLC (4684); iPic Gold Class Holdings LLC (6315); iPic Media, LLC (0150); iPic Texas, LLC (N/A); and Delray Beach Holdings, LLC (1035).  The Debtors' principal place of business is 433 Plaza Real, Suite 335, Boca Raton, FL 33432.

[2]  Capitalized terms undefined herein shall have the meanings ascribed to them in the Objection.

herein; and after due deliberation thereon and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1.      The objection is SUSTAINED as set forth herein.

2.      The Late Filed Claim set forth on the attached Exhibit A is hereby disallowed in its entirety.

3.      The Insufficient Documentation Claims set forth on Exhibit B are hereby disallowed in their entirely.

4.      The Claims Agent is authorized and directed to modify the Claims Register for these chapter 11 cases in accordance with the terms of this Order.

5.      RSA's objection to each Disputed Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order shall be deemed a separate order with respect to each claim.  Any stay of this Order pending appeal by any of the claims subject to this Order shall only apply to the contested matter that involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

6.      RSA shall retain and shall have the right to object in the future to any claim listed on the exhibits hereto on any additional ground.

7.      RSA is authorized and empowered to take all steps necessary and appropriate to carry out and otherwise effectuate the terms, conditions and provisions of this Order.

8.      This Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.


Dated: _____, 2020
        Wilmington, DE                          _____
                                                HON. LAURIE SELBER SILVERSTEIN
                                                UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

# Late Filed Claim

| Late Filed Claims | | | | | |
|---|---|---|---|---|---|
| | **Name of Claimant** | **Claim No.** | **Claim Amount ($)** | **Asserted Debtor** | **Date Claim Filed** | **Reason for Disallowance** |
| **1.** | COLLIN COUNTY TAX ASSESSOR/ COLLECTOR | 248 | 37,025.62 | iPic-Gold Class Entertainment, LLC 19-11739 | 2/20/2020 | The claim was filed after the Governmental Bar Date of February 3, 2020, at 5:00 p.m. (prevailing Eastern time).  *See* Docket No. 506. |

# <u>EXHIBIT B</u>

## Insufficient Documentation Claims

| | Insufficient Documentation Claims | | | | |
|---|---|---|---|---|---|
| | **Name of Claimant** | **Claim No.** | **Claim Amount ($)** | **Asserted Debtor** | **Date Claim Filed** | **Reason for Disallowance** |
| **1.** | NEW YORK CITY DEPARTMENT OF FINANCE | 111 | 25,608.44 | iPic Entertainment Inc. 19-11737 | 10/22/2019 | The asserted claim is not supported by sufficient documentation and does not have a basis in the Debtors' Books and Records. |
| **2.** | NEW YORK CITY DEPARTMENT OF FINANCE | 112 | 185,260.53 | iPic-Gold Class Entertainment, LLC 19-11739 | 10/22/2019 | The asserted claim is not supported by sufficient documentation and does not have a basis in the Debtors' Books and Records. |

1