IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>iPic-Gold Class Entertainment, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11739 (LSS)<br><br>(Jointly Administered)<br><br>Hearing Date: June 3, 2020 at 10:00 a.m. (ET)<br>Response Deadline: May 27, 2020 at 4:00 p.m. (ET) |

**NOTICE OF EMPLOYEES' RETIREMENT SYSTEM OF ALABAMA AND TEACHERS' RETIREMENT SYSTEM OF ALABAMA'S SECOND (2ND) OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007 AND LOCAL RULE 3007-1**

TO:     The United States Trustee for the District of Delaware, all Claimants listed on **Exhibits A and B** to the Proposed Order accompanying the attached objection and all parties who have previously requested notice pursuant to Bankruptcy Rule 2002.

On April 13, 2020, the **Employees' Retirement System of Alabama and Teachers' Retirement System of Alabama's Second (2nd) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007 and Local Rule 3007-1** (the "Objection") was filed with the Court.

Responses, if any, to the relief requested in the Objection are to be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 on or before **May 27, 2020, at 4:00 p.m. (EST)** and served upon the undersigned counsel for the Debtors.

In addition, if you have timely filed a written response and wish to oppose the Objection, you or your attorney must attend the hearing on the Objection scheduled to be held on **June 3, 2020, at 3:00 p.m. (EST)**, in the courtroom of the Honorable Laurie S. Silverstein, Judge of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom #2, Wilmington, Delaware 19801.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: iPic Entertainment Inc. (9582); iPic-Gold Class Entertainment, LLC (4684); iPic Gold Class Holdings LLC (6315); iPic Media, LLC (0150); iPic Texas, LLC (N/A); and Delray Beach Holdings, LLC (1035). The Debtors' principal place of business is 433 Plaza Real, Suite 335, Boca Raton, FL 33432.

43318426 v1

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 23, 2020
Wilmington, Delaware

BURR & FORMAN LLP

/s/ *J. Cory Falgowski*
J. Cory Falgowski (DE No. 4546)
1201 N. Market Street, Suite 1047
Wilmington, DE 19801
Telephone: (302) 830-2312
Email: jfalgowski@burr.com

and

Jeffrey T. Baker (*pro hac vice*)
Derek F. Meek (*pro hac vice*)
420 N. 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: (205) 252-3000
Email: jbaker@burr.com
       dmeek@burr.com

*Counsel for Employees' Retirement System of Alabama and Teachers' Retirement System of Alabama*