# United States Bankruptcy Court
## District of Delaware

In re:  iPic Entertainment Inc.                        Case No. 19-11739 (LSS)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Name of Transferee:** | **Name of Transferor:** |
|---|---|
| National Union Fire Insurance Company of Pittsburgh, PA | Lane-Valente Industries Inc. |

| **Name and Address where notices to transferee should be sent:** | Court Claim # (if known): **21**<br>Amount of Claim: **$191,244.94**<br>Date Claim Filed: **October 17, 2019** |
|---|---|
| National Union Fire Insurance Company of Pittsburgh, PA<br>c/o Adam L. Rosen PLLC<br>2-8 Haven Avenue-Suite 220<br>Port Washington, New York  11050<br>Attn: Adam L. Rosen | Lane-Valente Industries Inc.<br>98 Maple Avenue<br>Smithtown, New York  11787<br>Attn:  Gary Robbins |
| Last Four Digits of Acct #: None<br>Phone: (516) 407-3756 | Last Four Digits of Acct #: None<br>Phone: (631) 454-9100 Ext. 189 |

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   *Adam L. Rosen*                                                    Date:   May 15, 2020
      Adam L. Rosen
      ADAM L. ROSEN PLLC
      Attorney for National Union Fire
      Insurance Company of Pittsburgh, PA

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## District of Delaware

In re:  iPic Entertainment Inc.  Case No. 19-11739 (LSS)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 21 was filed or deemed filed under 11 U.S.C. §1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a "Transfer of Claim Other Than for Security" in the Clerk's Office of this Court on May 15, 2020.

| **Name of Alleged Transferor** | **Name of Transferee** |
|---|---|
| Lane-Valente Industries Inc. | National Union Fire Insurance Company of Pittsburgh, PA |
| **Address of Alleged Transferor:** | |
| Lane-Valente Industries Inc.<br>98 Maple Avenue<br>Smithtown, New York 11787<br>Attn:  Gary Robbins | **Address of Transferee:**<br><br>National Union Fire Insurance Company of Pittsburgh, PA<br>c/o Adam L. Rosen PLLC<br>2-8 Haven Avenue-Suite 220<br>Port Washington, New York 11050<br>Attn: Adam L. Rosen |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**