IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>iPic-Gold Class Entertainment, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11739 (LSS)<br><br>(Jointly Administered)<br><br>Re: Docket No. 676 |

**NOTICE OF SUBMISSION OF PROOFS OF CLAIM IN CONNECTION
WITH THE EMPLOYEES' RETIREMENT SYSTEM OF ALABAMA AND
TEACHERS' RETIREMENT SYSTEM OF ALABAMA'S FIRST (1ST)
OMNIBUS (SUBSTANTIVE) OBJECTION TO SECTION 503(b)(9) CLAIMS
PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE,
BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1**

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

PLEASE TAKE NOTICE that on April 23, 2020, Employees' Retirement System of Alabama and Teachers' Retirement System of Alabama's ("ERSA" and "TRSA") filed the *Employees' Retirement System of Alabama and Teachers' Retirement System of Alabama's First (1st) Omnibus (Substantive) Objection to Section 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* (the "First Omnibus Objection") [Docket No. 676] with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801. A hearing on the First Omnibus Objection is scheduled for June 3, 2020, at 10:00 a.m. prevailing Eastern Time.

PLEASE TAKE FURTHER NOTICE that the proofs of claim that are required to be delivered to Chambers pursuant to Del. Bankr. L.R. 3007-1(e)(iv) (the "Proofs of Claim") have

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: iPic Entertainment Inc. (9582); iPic-Gold Class Entertainment, LLC (4684); iPic Gold Class Holdings LLC (6315); iPic Media, LLC (0150); iPic Texas, LLC (N/A); and Delray Beach Holdings, LLC (1035). The Debtors' principal place of business is 433 Plaza Real, Suite 335, Boca Raton, FL 33432.

43422160 v2

been delivered to Chambers (with all attachments) together with a copy of the First Omnibus Objection. Copies of any Proof of Claim can be requested from the undersigned counsel to ERSA and TRSA.

| | |
|---|---|
| Dated: May 20, 2020<br>Wilmington, Delaware | BURR & FORMAN LLP<br><br>/s/ *J. Cory Falgowski*<br>J. Cory Falgowski (DE No. 4546)<br>1201 N. Market Street, Suite 1047<br>Wilmington, DE 19801<br>Telephone: (302) 830-2312<br>Email: jfalgowski@burr.com<br><br>and<br><br>Jeffrey T. Baker (*pro hac vice*)<br>Derek F. Meek (*pro hac vice*)<br>420 N. 20th Street, Suite 3400<br>Birmingham, AL 35203<br>Telephone: (205) 252-3000<br>Email: jbaker@burr.com<br>       dmeek@burr.com<br><br>*Counsel for Employees' Retirement System of Alabama and Teachers' Retirement System of Alabama* |