# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| iPic-Gold Class Entertainment LLC, *et al.*,[1] | Case No. 19-11739 (LSS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, James Nguyen-Phan, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On June 1, 2020, at my direction and under my supervision, employees of Stretto caused the following document to be served via overnight mail on the service list attached hereto as **Exhibit A**, via facsimile on the New York City Department of Finance, c/o Tax, Audit and Enforcement Division, Attn: Bankruptcy Unit at 718-488-2479, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Agenda of Matters Scheduled for Telephonic Hearing on June 3, 2020 at 10:00 A.M. (Eastern Time)** (Docket No. 707)

Dated: June 3, 2020

James Nguyen-Phan

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Orange

Subscribed and sworn to (or affirmed) before me on this 3rd day of June, 2020, by James Nguyen-Phan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: iPic Entertainment Inc. (9582); iPic-Gold Class Entertainment, LLC (4684); iPic Gold Class Holdings LLC (6315); iPic Media, LLC (0150); iPic Texas, LLC (N/A); and Delray Beach Holdings LLC (1035). The Debtors' principal place of business is 433 Plaza Real, Suite 335, Boca Raton, FL 33432.

# **<u>Exhibit A</u>**



**Exhibit A**
Served Via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| COLLIN CNTY TAX ASSESSOR/COLLECTOR | P.O. BOX 8046 | | | MCKINNEY | TX | 75070 |
| NEW YORK CITY DEPARTMENT OF FINANCE | TAX, AUDIT & ENFORCEMENT DIVISION | 375 PEARL STREET | ATTN: BANKRUPTCY UNIT | NEW YORK | NY | 10038 |

# **<u>Exhibit B</u>**



**Exhibit B**
Served Via Electronic Mail

| NAME | ADDRESS 1 | ADDRESS 2 | EMAIL |
|---|---|---|---|
| COLLIN COUNTY TAX ASSESSOR/COLLECTOR | C/O ABERNATHY, ROEDER, BOYD & HULLETT, P.C. | | BANKRUPTCY@ABERNATHY-LAW.COM |
| ECOSTRUCTION LLC | ATTN: SAM MODZELEWSKI | | SAM@ECOSTRUCTION.US |
| ECOSTRUCTION LLC | C/O EDELBOIM LIEBERMAN REVAH OSHINSKY PLLC | | BRETT@ELROLAW.COM |
| EMPIRE OFFICE, INC. | ATTN: JESSICA MUELLER | | JMUELLER@EMPIREOFFICE.COM |
| EMPIRE OFFICE, INC. | C/O AKERMAN, LLP | ATTN: D. BRETT MARKS | BRETT.MARKS@AKERMAN.COM |
| L.A. SPECIALTY CORP | DBA VESTA FOOD SERVICE | ATTN: SARA MARTINEZ | SARA.MARTINEZ@VESTAFOODSERVICE.COM |
| PRIME LINE DISTRIBUTORS, INC. | | | TODD@PRIMELINEDIST.COM |
| TIDE CLEANERS LLP | DAB MW CLEANERS EDIT TX, LLC | | DSPANIER@TDC-EDITTX.COM |