**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re:<br><br>i-Pic Gold Class Entertainment LLC, *et al.*,<br><br>    Debtors. | Case No. 19-11739-LSS<br><br>Chapter 11 Proceedings<br><br>**NOTICE OF CHANGE OF ADDRESS** |

NOTICE IS HEREBY GIVEN that, effective immediately, the contact information for Peter Muthig, attorney for Maricopa County Treasurer, is as follows:

>Peter Muthig
>Maricopa County Attorney's Office
>Civil Services Division
>225 W. Madison Street
>Phoenix, Arizona 85003
>Email: Muthigk@mcao.maricopa.gov
>Telephone: (602) 506-1923
>Fax: (602) 506-4317

All future pleadings, notices, correspondence, and other papers should be served on the undersigned at the above address.

**RESPECTFULLY SUBMITTED** this 7th day of July, 2020.

>ALLISTER ADEL
>MARICOPA COUNTY ATTORNEY
>
>BY: */s/ Peter Muthig*
>    PETER MUTHIG
>    AZ State Bar No. 018526
>    Deputy County Attorney
>    Maricopa County Attorney's Office
>    Civil Services Division
>    225 W. Madison Street
>    Phoenix, Arizona  85003
>    Telephone (602) 506-1923
>    E-mail: muthigk@mcao.maricopa.gov
>    *Attorney for Maricopa County Treasurer*

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing document was served this 7th day of July 2020, by filing the same with the Clerk of the Court using the ECF filing system which shall send notification to attorneys registered to receive notice.

/s/ Peter Muthig
Peter Muthig (AZ State Bar No. 018526)
Deputy County Attorney
Maricopa County Attorney's Office
Civil Services Division
225 W. Madison Street
Phoenix, Arizona  85003
Telephone (602) 506-1923
Email: muthigk@mcao.maricopa.gov
*Attorneys for Maricopa County Treasurer*

2