IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>iPic-Gold Class Entertainment LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11739 (LSS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Giovanna M. Luciano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On August 17, 2020, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Amended Initial Order Granting Debtors' Motion for Entry of an Order: (I) Implementing Settlement Distribution; (II) Authorizing Transfer of Certain Litigation to RSA; (III) Authorizing the Abandonment of Certain Property; (IV) Authorizing the Dissolution of the Debtors; (V) Authorizing Debtors to Certify the Estates Have Been Fully Administered and May be Dismissed; and (VI) Granting Related Relief** (Docket No. 749)

Dated: August 18, 2020

_____
Giovanna M. Luciano

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Orange

Subscribed and sworn to (or affirmed) before me on this 18th day of August, 2020, by Giovanna M. Luciano, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: iPic Entertainment Inc. (9582); iPic-Gold Class Entertainment, LLC (4684); iPic Gold Class Holdings LLC (6315); iPic Media, LLC (0150); iPic Texas, LLC (N/A); and Delray Beach Holdings LLC (1035). The Debtors' principal place of business is 433 Plaza Real, Suite 335, Boca Raton, FL 33432.

# **<u>Exhibit A</u>**



## Exhibit A
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| AIRGAS USA, LLC | ATTN: CARRIE ANN DODSON | 110 WEST 7TH ST | STE 1400 | | TULSA | OK | 74119 |
| BOCA MIZNER CLEANERS | ATTN: LUIS ALBERTO RINCON | 1900 NW 2ND AVE | | | BOCA RATON | FL | 33432-1650 |
| BREE DARTHARD | 7016 BRYCE CANYON | | | | MCKINNEY | TX | 75072 |
| BRITTANY WILLIS | 1560 QUAIL DR | APT 6 | | | WEST PALM BEACH | FL | 33409 |
| BROTHERS PRODUCE OF AUSTIN, INC. | C/O MCCARRON & DIESS | ATTN: BLAKE SURBEY | 4530 WISCONSIN AVENUE NW | SUITE 301 | WASHINGTON | DC | 20016 |
| C & J M SERVICES INC. | 19749 CRYSTAL ROCK DR | APT #23 | | | GERMANTOWN | MD | 20874 |
| C & JM SERVICES INC. | 21 SOUTH SUMMIT AVE. | PO BOX 923 | | | GAITHERSBURG | MD | 20877 |
| CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION (FUNCTIONAL SUCCESSOR TO BOARD OF EQUALIZATION 7/1/17) | SPECIAL OPS, MIC:55 | PO BOX 942879 | | | SACRAMENTO | CA | 94279-0055 |
| CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION /SPECIAL OPS, MIC:55 | ATTN: SUSAN SINETOS | PO BOX 942879 | | | SACRAMENTO | CA | 94279-0055 |
| CARTER, DEBRA | PO BOX 552182 | | | | OPA LOCKA | FL | 33055-0182 |
| CENTURYLINK COMMUNICATIONS, LLC | C/O PEPPER HAMILTON LLP | ATTN: HENRY JAFFE & KENNETH A. LISTWAK | HERCULES PLAZA, SUITE 5100 | 1313 MARKET STREET, PO BOX 1709 | WILMINGTON | DE | 19899-1709 |
| CENTURYLINK COMMUNICATIONS, LLC | C/O STINSON LLP | ATTN: EDWIN H. CALDIE, KEVIN P. KITCHEN AND LOGAN R. KUGLER | 50 SOUTH SIXTH STREET, SUITE 2600 | | MINNEAPOLIS | MN | 55402 |
| CENTURYLINK COMMUNICATIONS, LLC | C/O STINSON LLP | ATTN: LUCAS L. SCHNEIDER | 1050 17TH STREET, SUITE 2400 | | DENVER | CO | 80265 |
| CHEFS' PRODUCE DALLAS, INC. | ATTN: MICHAEL PIORKOWSKI | 1654 TERRE COLONY CT | | | DALLAS | TX | 75212 |
| CITY OF FAIRVIEW | 2777 N. STEMMONS FREEWAY | SUITE 1000 | | | DALLAS | TX | 75207 |
| CITY OF FAIRVIEW | C/O LINEBARGER GOGGAN BLAIR & SAMPSON | ATTN: ELIZABETH WELLER | 2777 N. STEMMONS FREEWAY | SUITE 1000 | DALLAS | TX | 75207 |
| COLLIN COUNTY TAX ASSESSOR/COLLECTOR | C/O ABERNATHY, ROEDER, BOYD & HULLETT, P.C. | ATTN: CHAD TIMMONS, LARRY R. BOYD & EMILY M. HAHN | 1700 REDBUD BLVD | SUITE 300 | MCKINNEY | TX | 75069 |
| COLLIN COUNTY TAX ASSESSOR/COLLECTOR | P.O. BOX 8046 | | | | MCKINNEY | TX | 75070 |
| DAIRYLAND USA CORP. | C/O REED SMITH LLP | ATTN: CHRISTOPHER LYNCH | 599 LEXINGTON AVENUE | 24TH FLOOR | NEW YORK | NY | 10022 |
| DAIRYLAND USA CORP. | THE CHEF'S WAREHOUSE, INC. | ATTN: COURTNEY B. DENKOVICH | 100 EAST RIDGE ROAD | | RIDGEFIELD | CT | 06877 |
| ECOSTRUCTION LLC | ATTN: SAM MODZELEWSKI | 1755 EAST HALLANDALE BEACH BLVD | | | HALLANDALE | FL | 33009 |
| ECOSTRUCTION LLC | C/O EDELBOIM LIEBERMAN REVAH OSHINSKY PLLC | 20200 W. DIXIE HIGHWAY | STE 905 | | MIAMI | FL | 33180 |
| EMPIRE OFFICE INC. | C/O PECKAR & ABRAMSON, PC | ATTN: DANIEL E. BUDORICK | 30 NORTH LASALLE STREET | SUITE 4126 | CHICAGO | IL | 60602 |
| EMPIRE OFFICE INC. | C/O SMITH, KATZENSTEIN & JENKINS LLP | ATTN: KATHLEEN M. MILLER | 1000 WEST STREET, SUITE 1501 | PO BOX 410 | WILMINGTON | DE | 19899 |
| EMPIRE OFFICE, INC. | ATTN: JESSICA MUELLER | 396 ROUTE 6 & 209 | SUITE 3A | | MILFORD | PA | 18337 |
| EMPIRE OFFICE, INC. | C/O SMITH, KATZENSTEIN & JENKINS LLP | ATTN: KATHLEEN M. MILLER | P.O. BOX 410 | | WILMINGTON | DE | 19899 |
| ERIC T LETKSUSKAS | C/O BLACK TIE WINDOW CLEANING | ATTN: JESSICA LETKAUSKAS | 2051 GATTIS SCHOOL RD #540-186 | | ROUND ROCK | TX | 78664 |
| EZEQUIEL DIAZ | 90 BEEKMAN AVE | APT. 2E | | | TARRYTOWN | NY | 10591 |
| FELLS POINT WHOLESALE MEATS, INC. | C/O REED SMITH LLP | ATTN: CHRISTOPHER LYNCH | 599 LEXINGTON AVENUE | | NEW YORK | NY | 10022 |
| FELLS POINT WHOLESALE MEATS, INC. | C/O THE CHEFS' WAREHOUSE, INC. | ATTN: COURTNEY B. DENKOVICH | 100 EAST RIDGE ROAD | | RIDGEFIELD | CT | 06877 |
| FRANCHISE TAX BOARD | ATTN: BANKRUPTCY SECTION MS A340 | PO BOX 2952 | | | SACRAMENTO | CA | 95812-2952 |
| GET FRESH PRODUCE - BARRINGTON | 1441 BREWSTER CREEK BLVD | | | | BARTLETT | IL | 60103 |
| GET FRESH PRODUCE - BOLINGBROOK | 1441 BREWSTER CREEK BLVD | | | | BARTLETT | IL | 60103 |
| HARRIS COUNTY | C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN P. DILLMAN | PO BOX 3064 | | HOUSTON | TX | 77253-3064 |
| HARRIS COUNTY, ET AL | PO BOX 3547 | | | | HOUSTON | TX | 77253-3547 |
| IRON MOUNTAIN INFORMATION MANAGEMENT, LLC | ATTN: JOSEPH CORRIGAN | 1 FEDERAL ST | 7TH FLOOR | | BOSTON | MA | 02110 |
| KING COUNTY TREASURY | 500 FOURTH AVENUE | RM 600 | | | SEATTLE | WA | 98104-2340 |
| L.A. SPECIALTY CORP | DBA VESTA FOOD SERVICE | ATTN: SARA MARTINEZ | 13527 ORDEN DR | | SANTA FE SPRING | CA | 90670 |
| LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR | PO BOX 54110 | | | | LOS ANGELES | CA | 90054-0110 |
| MARICOPA COUNTY TREASURER | 301 W JEFFERSON | STE 100 | | | PHOENIX | AZ | 85003 |
| MARICOPA COUNTY TREASURER | C/O MARICOPA COUNTY ATTORNEY'S OFFICE, CIVIL SERVICES DIVISION | ATTN: PETER MUTHIG | 225 W. MADISON STREET | | PHOENIX | AZ | 85003 |
| MARY RYAN AND JOHANNA NIELSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, LOS ANGELES COUNTY SUPERIOR COURT CASE NO. BC688633 | C/O DANNING, GILL, ISRAEL & KRASNOFF, LLP | ATTN: UZZI O. RAANAN | 1901 AVENUE OF THE STARS | SUITE 450 | LOS ANGELES | CA | 90067-6006 |
| MARY RYAN AND JOHANNA NIELSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, LOS ANGELES COUNTY SUPERIOR COURT CASE NO. BC688633 | C/O KJT LAW GROUP, LLP | ATTN: CASPAR JIVALAGIAN | 230 N. MARYLAND AVENUE | SUITE 306 | GLENDALE | CA | 91206 |
| MICHAEL PACOVSKY | 1775 LASALLE AVE | | | | NEW HAMPTON | IA | 50659 |
| MICHAEL PACOVSKY | N9497 RHINE RD | | | | ELKHART LAKE | WI | 53020-1671 |
| MONTGOMERY COUNTY, MD | 101 MONROE STREET | THIRD FLOOR | | | ROCKVILLE | MD | 20850 |
| NAVA-RUIZ, BRIANA | 1441 BRANDYWINE ROAD APT 500C | | | | WEST PALM BEACH | FL | 33409 |
| NEW JERSEY DEPT. OF LABOR AND WORKFORCE DEVELOPMENT | DIVISION OF EMPLOYER ACCOUNTS | ATTN: BARRY LAFRANCO | PO BOX 379 | | TRENTON | NJ | 08625-0379 |
| NEW YORK CITY DEPARTMENT OF FINANCE | C/O TAX, AUDIT AND ENFORCEMENT DIVISION | ATTN: BANKRUPTCY UNIT | 375 PEARL STREET | | NEW YORK | NY | 10038 |
| OFFICE OF THE ATTORNEY GENERAL OF NEW JERSEY | RICHARD J. HUGHES COMPLEX | PO BOX 106 | | | TRENTON | NJ | 08625-0106 |
| PALM BEACH COUNTY TAX COLLECTOR | ATTN: LEGAL SERVICES DEPARTMENT | PO BOX 3715 | | | WEST PALM BEACH | FL | 33402-3715 |



**Exhibit A**
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| PATRICK A. FITZGIBBON | 4901 GREENWOOD RD | #150 | | | SHREVEPORT | LA | 71109-5503 |
| PRIME LINE DISTRIBUTORS, INC. | 2800 SW 42ND STREET | | | | FT LAUDERDALE | FL | 33312 |
| RIVER TOWN SQUARE REGENCY, LLC | C/O KELLEY DRYE & WARREN LLP | ATTN: ROBERT L. LEHANE | 101 PARK AVENUE | | NEW YORK | NY | 10178 |
| RIVER TOWN SQUARE REGENCY, LLC | C/O REGENCY CENTERS, L.P. | ATTN: ERNST BELL, ESQ. | ONE INDEPENDENT DRIVE | | JACKSONVILLE | FL | 32202 |
| SANTA MONICA SEAFOOD | 18531 S. BROADWICK STREET | | | | RANCHO DOMINGUEZ | CA | 90220 |
| SANTOS, IXA | 4330 NE 18TH AVE | | | | POMPANO BEACH | FL | 33064 |
| TERESA MARIE FITZSIMMONS | 1404 E LAS OLAS BLVD | #2461 | | | FORT LAUDERDALE | FL | 33301 |
| THE CHEFS' WAREHOUSE FLORIDA LLC | C/O REED SMITH LLP | ATTN: CHRISTOPHER LYNCH | 599 LEXINGTON AVENUE | 24TH FLOOR | NEW YORK | NY | 10022 |
| THE CHEFS' WAREHOUSE FLORIDA LLC | THE CHEFS' WAREHOUSE, INC. | ATTN: COURTNEY B. DENKOVICH | 100 EAST RIDGE ROAD | | RIDGEFIELD | CT | 06877 |
| THE CHEFS' WAREHOUSE MID-ATLANTIC LLC | C/O REED SMITH LLP | ATTN: CHRISTOPHER LYNCH | 599 LEXINGTON AVENUE | 24TH FLOOR | NEW YORK | NY | 10022 |
| THE CHEFS' WAREHOUSE MID-ATLANTIC LLC | THE CHEF'S WAREHOUSE, INC. | ATTN: COURTNEY B. DENKOVICH | 100 EAST RIDGE ROAD | | RIDGEFIELD | CT | 06877 |
| THE CHEFS' WAREHOUSE MIDWEST LLC | C/O REED SMITH LLP | ATTN: CHRISTOPHER LYNCH | 599 LEXINGTON AVENUE | 24TH FLOOR | NEW YORK | NY | 10022 |
| THE CHEFS' WAREHOUSE MIDWEST LLC | THE CHEFS' WAREHOUSE, INC. | ATTN: COURTNEY B. DENKOVICH | 100 EAST RIDGE ROAD | | RIDGEFIELD | CT | 06877 |
| THE CHEFS' WAREHOUSE WEST COAST, LLC | C/O REED SMITH LLP | ATTN: CHRISTOPHER LYNCH | 599 LEXINGTON AVENUE | 24TH FLOOR | NEW YORK | NY | 10022 |
| THE CHEFS' WAREHOUSE WEST COAST, LLC | THE CHEF'S WAREHOUSE | ATTN: COURTNEY B. DENKOVICH | 100 EAST RIDGE ROAD | | RIDGEFIELD | CT | 06877 |
| THE ICEE COMPANY CORP | ATTN: TERRI JONES | 215 MASON RD | | | LAVERGNE | TN | 37086 |
| THE ICEE COMPANY CORP | C/O THE ICEE COMPANY | PO BOX 515723 | | | LOS ANGELES | CA | 90051 |
| TIDE CLEANERS LLP | DAB MW CLEANERS EDIT TX, LLC | 230 SPRING HILL DRIVE SUITE 325 | ACCT AZ16689 | | SPRING | TX | 77386 |
| TRAVIS COUNTY | ATTN: JASON A. STARKS | PO BOX 1748 | | | AUSTIN | TX | 78767 |
| TRIPLE B CORPORATION, DBA CHARLIES PRODUCE, A WASHINGTON CORPORATION | ATTN: AMY AMUNDSON | PO BOX 24606 | | | SEATTLE | WA | 98124 |
| TRIPLE B CORPORATION, DBA CHARLIES PRODUCE, A WASHINGTON CORPORATION | C/O SUSSMAN SHANK LLP | ATTN: JEFFREY C. MISLEY | 1000 SW BROADWAY | SUITE 1400 | PORTLAND | OR | 97205 |
| ULINE | ULINE, INC. | 12575 ULINE DRIVE | | | PLEASANT PRAIRIOE | WI | 53158 |
| UNIVERSAL UNIFORM SUPPLY LLC | C/O THOMPSON COBURN LLP | ATTN: DAVID D. FARRELL | ONE US BANK PLAZA | SUITE 2700 | SAINT LOUIS | MO | 63101 |
| WILLIS, BRITTANY | 800 MALIBU BAY DRIVE APT 303 | | | | WEST PALM BEACH | FL | 33401 |

# **<u>Exhibit B</u>**



## Exhibit B
Served Via Electronic Mail

| NAME | ADDRESS 1 | ADDRESS 2 | EMAIL |
|---|---|---|---|
| AIRGAS USA, LLC | ATTN: CARRIE ANN DODSON | | CARRIE.DODSON@AIRGAS.COM |
| BOCA MIZNER CLEANERS | ATTN: LUIS ALBERTO RINCON | | FARINCARR@HOTMAIL.COM |
| BREE DARTHARD | | | THEIMANPROJECT@GMAIL.COM |
| BRITTANY WILLIS | | | BRITTANYB2021@GMAIL.COM |
| BROTHERS PRODUCE OF AUSTIN, INC. | C/O MCCARRON & DIESS | ATTN: BLAKE SURBEY | BSURBEY@MCCARRONLAW.COM |
| C & J M SERVICES INC. | | | C_JMSERVICESINC@YAHOO.COM |
| C & JM SERVICES INC. | | | C_JMSERVICESINC@YAHOO.COM |
| CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION (FUNCTIONAL SUCCESSOR TO BOARD OF EQUALIZATION 7/1/17) | SPECIAL OPS, MIC:55 | | LEGALSOB@CDTFA.CA.GOV |
| CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION /SPECIAL OPS, MIC:55 | ATTN: SUSAN SINETOS | | LEGALSOB@CDTFA.CA.GOV |
| CARTER, DEBRA | | | CARTERDEBRA44@YAHOO.COM |
| CENTURYLINK COMMUNICATIONS, LLC | C/O PEPPER HAMILTON LLP | ATTN: HENRY JAFFE & KENNETH A. LISTWAK | JAFFEH@PEPPERLAW.COM LISTWAKK@PEPPERLAW.COM |
| CENTURYLINK COMMUNICATIONS, LLC | C/O STINSON LLP | ATTN: EDWIN H. CALDIE, KEVIN P. KITCHEN AND LOGAN R. KUGLER | ED.CALDIE@STINSON.COM KEVIN.KITCHEN@STINSON.COM LOGAN.KUGLER@STINSON.COM |
| CENTURYLINK COMMUNICATIONS, LLC | C/O STINSON LLP | ATTN: LUCAS L. SCHNEIDER | LUCAS.SCHNEIDER@STINSON.COM |
| CHEFS' PRODUCE DALLAS, INC. | ATTN: MICHAEL PIORKOWSKI | | MICHAEL@CHEFSPRODUCE.COM |
| CITY OF FAIRVIEW | C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: ELIZABETH WELLER | DALLAS.BANKRUPTCY@PUBLICANS.COM |
| COLLIN COUNTY TAX ASSESSOR/COLLECTOR | C/O ABERNATHY, ROEDER, BOYD & HULLETT, P.C. | ATTN: CHAD TIMMONS, LARRY R. BOYD & EMILY M. HAHN | BANKRUPTCY@ABERNATHY-LAW.COM CTIMMONS@ABERNATHY-LAW.COM EHAHN@ABERNATHY-LAW.COM LBOYD@ABERNATHY-LAW.COM |
| DAIRYLAND USA CORP. | C/O REED SMITH LLP | ATTN: CHRISTOPHER LYNCH | CLYNCH@REEDSMITH.COM |
| DAIRYLAND USA CORP. | THE CHEF'S WAREHOUSE, INC. | ATTN: COURTNEY B. DENKOVICH | CDENKOVICH@CHEFSWAREHOUSE.COM |
| ECOSTRUCTION LLC | ATTN: SAM MODZELEWSKI | | SAM@ECOSTRUCTION.US |
| ECOSTRUCTION LLC | C/O EDELBOIM LIEBERMAN REVAH OSHINSKY PLLC | | BRETT@ELROLAW.COM |
| EMPIRE OFFICE INC. | C/O PECKAR & ABRAMSON, PC | ATTN: DANIEL E. BUDORICK | DBUDORICK@PECKLAW.COM |
| EMPIRE OFFICE INC. | C/O SMITH, KATZENSTEIN & JENKINS LLP | ATTN: KATHLEEN M. MILLER | KMILLER@SKJLAW.COM |
| EMPIRE OFFICE, INC. | ATTN: JESSICA MUELLER | | JMUELLER@EMPIREOFFICE.COM |
| EMPIRE OFFICE, INC. | C/O SMITH, KATZENSTEIN & JENKINS LLP | ATTN: KATHLEEN M. MILLER | KMILLER@SKJAW.COM |
| ERIC T LETKSUSKAS | C/O BLACK TIE WINDOW CLEANING | ATTN: JESSICA LETKAUSKAS | JESSICA@BLACKTIEAUSTIN.COM |
| EZEQUIEL DIAZ | | | MRZEKE914@GMAIL.COM ALAN@ALANHARRISLAW.COM |
| FELLS POINT WHOLESALE MEATS, INC. | C/O REED SMITH LLP | ATTN: CHRISTOPHER LYNCH | CLYNCH@REEDSMITH.COM |
| FELLS POINT WHOLESALE MEATS, INC. | C/O THE CHEFS' WAREHOUSE, INC. | ATTN: COURTNEY B. DENKOVICH | CDENKOVICH@CHEFSWAREHOUSE.COM |
| GET FRESH PRODUCE - BARRINGTON | | | MMONDRALA@GETFRESHPRODUCE.COM PSIKORSKI@GETFRESHPRODUCE.COM |
| GET FRESH PRODUCE - BOLINGBROOK | | | MMONDRALA@GETFRESHPRODUCE.COM PSIKORSKI@GETFRESHPRODUCE.COM |
| HARRIS COUNTY | C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN P. DILLMAN | HOUSTON_BANKRUPTCY@PUBLICANS.COM |
| IRON MOUNTAIN INFORMATION MANAGEMENT, LLC | ATTN: JOSEPH CORRIGAN | | JOSEPH.CORRIGAN@IRONMOUNTAIN.COM |
| KING COUNTY TREASURY | | | LINDA.NELSEN@KINGCOUNTY.GOV |



**Exhibit B**
Served Via Electronic Mail

| NAME | ADDRESS 1 | ADDRESS 2 | EMAIL |
|---|---|---|---|
| L.A. SPECIALTY CORP | DBA VESTA FOOD SERVICE | ATTN: SARA MARTINEZ | SARA.MARTINEZ@VESTAFOODSERVICE.COM |
| LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR | | | BANKRUPTCY@TTC.LACOUNTY.GOV |
| MARICOPA COUNTY TREASURER | C/O MARICOPA COUNTY ATTORNEY'S OFFICE, CIVIL SERVICES DIVISION | ATTN: PETER MUTHIG | MUTHIGK@MCAO.MARICOPA.GOV |
| MARICOPA COUNTY TREASURER | | | DESI.RAMIREZ@MAIL.MARICOPA.GOV |
| MARY RYAN AND JOHANNA NIELSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, LOS ANGELES COUNTY SUPERIOR COURT CASE NO. BC688633 | C/O DANNING, GILL, ISRAEL & KRASNOFF, LLP | ATTN: UZZI O. RAANAN | URAANAN@DANNINGGILL.COM |
| MARY RYAN AND JOHANNA NIELSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, LOS ANGELES COUNTY SUPERIOR COURT CASE NO. BC688633 | C/O KJT LAW GROUP, LLP | ATTN: CASPAR JIVALAGIAN | CASPAR@KJTLAWGROUP.COM |
| MICHAEL PACOVSKY | | | MICHAELPACOVSKY@ICLOUD.COM |
| MICHAEL PACOVSKY | | | MICHAELPACOVSKY@ICLOUD.COM |
| MONTGOMERY COUNTY, MD | | | TAMARA.STONER@MONTGOMERYCOUNTYMD.GOV |
| NAVA-RUIZ, BRIANA | | | BRIANA.NAVA2@GMAIL.COM |
| PALM BEACH COUNTY TAX COLLECTOR | ATTN: LEGAL SERVICES DEPARTMENT | | LEGALSERVICES@PBCTAX.COM |
| PRIME LINE DISTRIBUTORS, INC. | | | TODD@PRIMELINEDIST.COM |
| RIVER TOWN SQUARE REGENCY, LLC | C/O KELLEY DRYE & WARREN LLP | ATTN: ROBERT L. LEHANE | RLEHANE@KELLEYDRYE.COM |
| RIVER TOWN SQUARE REGENCY, LLC | C/O REGENCY CENTERS, L.P. | ATTN: ERNST BELL, ESQ. | ERNSTBELL@REGENCYCENTERS.COM |
| SANTA MONICA SEAFOOD | | | RICHARDH@SMSEAFOOD.COM |
| SANTOS, IXA | | | IXASANT224@AOL.COM |
| TERESA MARIE FITZSIMMONS | | | TEAFITZ52@GMAIL.COM |
| THE CHEFS' WAREHOUSE FLORIDA LLC | C/O REED SMITH LLP | ATTN: CHRISTOPHER LYNCH | CLYNCH@REEDSMITH.COM |
| THE CHEFS' WAREHOUSE FLORIDA LLC | THE CHEFS' WAREHOUSE, INC. | ATTN: COURTNEY B. DENKOVICH | CDENKOVICH@CHEFSWAREHOUSE.COM |
| THE CHEFS' WAREHOUSE MID-ATLANTIC LLC | C/O REED SMITH LLP | ATTN: CHRISTOPHER LYNCH | CLYNCH@REEDSMITH.COM |
| THE CHEFS' WAREHOUSE MID-ATLANTIC LLC | THE CHEF'S WAREHOUSE, INC. | ATTN: COURTNEY B. DENKOVICH | CDENKOVICH@CHEFSWAREHOUSE.COM |
| THE CHEFS' WAREHOUSE MIDWEST LLC | C/O REED SMITH LLP | ATTN: CHRISTOPHER LYNCH | CLYNCH@REEDSMITH.COM |
| THE CHEFS' WAREHOUSE MIDWEST LLC | THE CHEFS' WAREHOUSE, INC. | ATTN: COURTNEY B. DENKOVICH | CDENKOVICH@CHEFSWAREHOUSE.COM |
| THE CHEFS' WAREHOUSE WEST COAST, LLC | C/O REED SMITH LLP | ATTN: CHRISTOPHER LYNCH | CLYNCH@REEDSMITH.COM |
| THE CHEFS' WAREHOUSE WEST COAST, LLC | THE CHEF'S WAREHOUSE | ATTN: COURTNEY B. DENKOVICH | CDENKOVICH@CHEFSWAREHOUSE.COM |
| THE ICEE COMPANY CORP | ATTN: TERRI JONES | | TCHERRY@ICEE.COM |
| TIDE CLEANERS LLP | DAB MW CLEANERS EDIT TX, LLC | | DSPANIER@TDC-EDITTX.COM |
| TRAVIS COUNTY | ATTN: JASON A. STARKS | | JASON.STARKS@TRAVISCOUNTYTX.GOV |
| TRIPLE B CORPORATION, DBA CHARLIES PRODUCE, A WASHINGTON CORPORATION | ATTN: AMY AMUNDSON | | AMYA@TRIPLEBCORP.COM |
| TRIPLE B CORPORATION, DBA CHARLIES PRODUCE, A WASHINGTON CORPORATION | C/O SUSSMAN SHANK LLP | ATTN: JEFFREY C. MISLEY | JMISLEY@SUSSMANSHANK,COM |
| ULINE | ULINE, INC. | | ACCOUNTS.RECEIVABLE@ULINE.COM |
| UNIVERSAL UNIFORM SUPPLY LLC | C/O THOMPSON COBURN LLP | ATTN: DAVID D. FARRELL | DFARRELL@THOMPSONCOBURN.COM |
| WILLIS, BRITTANY | | | SMDNB2@GMAIL.COM |