# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| iPic-Gold Class Entertainment, LLC, *et al.*,[1] | Case No. 19-11739 (LSS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 753 |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, J. Cory Falgowski, hereby certify that on this 18th day of August, 2020, that a copy of the *Notice of Entry of Amended Initial Order Granting Debtors' Motion for Entry of an Order: (I) Implementing Settlement Distribution; (II) Authorizing Transfer of Certain Litigation to RSA; (III) Authorizing the Abandonment of Certain Property; (IV) Authorizing the Dissolution of the Debtors; (V) Authorizing Debtors to Certify the Estates Have Been Fully Administered and May Be Dismissed; and (VI) Granting Related Relief* [Docket No. 753] was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures upon the party listed below as indicated:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: iPic Entertainment Inc. (9582); iPic-Gold Class Entertainment, LLC (4684); iPic Gold Class Holdings LLC (6315); iPic Media, LLC (0150); iPic Texas, LLC (N/A); and Delray Beach Holdings, LLC (1035). The Debtors' principal place of business is 433 Plaza Real, Suite 335, Boca Raton, FL 33432.

44001615 v1

**Via Federal Express and Electronic Mail**

California Department of Tax
and Fee Administration
450 N. Street, MIC: 55
3321 Power Inn Road, Suite 210
Sacramento, CA  95814
Attn:  Melinda V. Garcia
Business Taxes Compliance Specialist
Collctions Support Bureau
Email:  melinda.garcia@cdtfa.ca.gov
(California Department of Tax and Fee Administration)

Dated:  August 19, 2020
Wilmington, Delaware

BURR & FORMAN LLP

/s/  *J. Cory Falgowski*
J. Cory Falgowski (DE No. 4546)
1201 N. Market Street, Suite 1047
Wilmington, DE  19801
Telephone:  (302) 830-2312
Email:  jfalgowski@burr.com

        and

Jeffrey T. Baker (*pro hac vice*)
Derek F. Meek (*pro hac vice*)
420 N. 20th Street, Suite 3400
Birmingham, AL  35203
Telephone:  (205) 252-3000
Email:  jbaker@burr.com
       dmeek@burr.com

*Counsel for Employees' Retirement System of Alabama and Teachers' Retirement System of Alabama*

44001615 v1