IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> iPic-Gold Class Entertainment, LLC, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 19-11739 (LSS) <br><br> (Jointly Administered) <br><br> **Related to Docket No. 756** |

**CERTIFICATE OF NO OBJECTION REGARDING TWELFTH MONTHLY FEE APPLICATION OF COLE SHOTZ P.C., COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR <u>THE PERIOD FROM JULY 1, 2020 THROUGH JULY 31, 2020</u>**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **Twelfth Monthly Fee Application of Cole Shotz P.C., Counsel to the Official Committee of unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2020 through July 31, 2020** [Docket No. 756] (the "<u>Application</u>"), filed on August 19, 2020.  The undersigned further certifies that he has reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Application appears thereon.  Objections to the Application were to be filed and served no later than September 9, 2020 at 4:00 p.m.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: iPic Entertainment, Inc. (9582); iPic-Gold Class Entertainment, LLC (4684); iPic Gold-Class Holdings LLC (6315); iPic Media, LLC (0150); iPic Texas, LLC (N/A); and Delray Beach Holdings, LLC (1035).  The Debtors' principal place of business is 433 Plaza Real, Suite 335, Boca Raton, FL 33432.

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 198], the Debtors are authorized to pay Cole Schotz 80% of the fees, or $972.80, and 100% of the expenses, or $46.80, requested in the Application.

Dated: September 10, 2020

                                  **COLE SCHOTZ P.C.**

                                  */s/ G. David Dean*
                                  G. David Dean (No. 6403)
                                  Patrick J. Reilley (No. 4451)
                                  500 Delaware Avenue, Suite 1410
                                  Wilmington, DE 19801
                                  Telephone: (302) 652-3131
                                  Facsimile: (302) 652-3117
                                  ddean@coleschotz.com
                                  preilley@coleschotz.com

                                  *Counsel to the Official Committee of Unsecured Creditors*