# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| iPic-Gold Class Entertainment, LLC, *et al.*,[1] | Case No. 19-11739 (LSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC HEARING ON SEPTEMBER 23, 2020 AT 11:00 A.M. (EASTERN TIME)**[2]

**This hearing will be held telephonically and by video. All parties wishing to appear must do so telephonically by contacting COURTCALL, LLC at 866-582-6878 no later than September 23, 2020 at 8:30 a.m. (ET) to sign up. Additionally, anyone wishing to appear by Zoom is invited to use the link below. All parties that will be arguing or testifying must appear by Zoom and CourtCall. Participants on CourtCall should dial into the call not later than 10 minutes prior to the start of the scheduled hearing to insure a proper connection.**

**PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.**

**Topic: iPic-Gold Class Entertainment, LLC, 19-11739**
**Time: September 23, 2020 11:00 AM Eastern Time (US and Canada)**

**Join ZoomGov Meeting:**
**https://debuscourts.zoomgov.com/j/1615832502**

**Meeting ID: 161 583 2502**
**Passcode: 171582**

**Join by SIP**
**1615832502@sip.zoomgov.com**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: iPic Entertainment Inc. (9582); iPic-Gold Class Entertainment, LLC (4684); iPic Gold Class Holdings LLC (6315); iPic Media LLC (0150); iPic Texas, LLC (N/A); and Delray Beach Holdings, LLC (1035). The Debtors' principal place of business is 433 Plaza Real, Suite 335, Boca Raton, FL 33432.

[2] This agenda contains hyperlinks to filed documents pursuant to the Court's Interim Order re: Cessation of Hand Deliveries, dated March 13, 2020. Parties may access the filed documents through the hyperlink for a fee through the Court's website at www.deb.uscourts.gov, referencing Case No. 19-11739 (LSS), or the documents may be obtained for free by accessing the Debtors' restructuring website at https://case.stretto.com/iPic.

43566095 V2 0006959-0000230

**STATUS CONFERENCE:**

1.  **Motion to Dismiss** – Debtors' Motion for Entry of an Order (I) Dismissing the Chapter 11 Cases; (II) Implementing Settlement Distribution; (III) Authorizing Transfer of Certain Litigation to RSA; (IV) Authorizing the Abandonment of Certain Property; (V) Authorizing the Dissolution of the Debtors; (VI) Terminating Claims and Noticing Services; and (VII) Granting Related Relief [Filed: 4/27/20] (Docket No. 679).

    Response Deadline:    May 12, 2020 at 4:00 p.m. Eastern Time.

    Responses Received:  None.

    Related Documents:

    a)   Certification of No Objection Regarding Docket No. 679 [Filed: 5/14/20] (Docket No. 688).

    b)   [Signed] Initial Order Granting Debtors' Motion for Entry of an Order: (I) Implementing Settlement Distribution; (II) Authorizing Transfer of Certain Litigation to RSA; (III) Authorizing the Abandonment of Certain Property; (IV) Authorizing the Dissolution of the Debtors; (V) Authorizing Debtors to Certify the Estates Have Been Fully Administered and May Be Dismissed; and (VI) Granting Related Relief [Filed: 6/3/20] (Docket. 712).

    c)   Certification of Counsel Regarding the Initial Order Granting Debtors' Motion for Entry of an Order: (I) Implementing Settlement Distribution; (II) Authorizing Transfer of Certain Litigation to RSA; (III) Authorizing the Abandonment of Certain Property; (IV) Authorizing the Dissolution of the Debtors; (V) Authorizing Debtors to Certify the Estates Have Been Fully Administered and May Be Dismissed; and (VI) Granting Related Relief [Filed: 8/11/20] (Docket. 748).

    d)   [Signed] Amended Initial Order Granting Debtors' Motion for Entry of an Order: (I) Implementing Settlement Distribution; (II) Authorizing Transfer of Certain Litigation to RSA; (III) Authorizing the Abandonment of Certain Property; (IV) Authorizing the Dissolution of the Debtors; (V) Authorizing Debtors to Certify the Estates Have Been Fully Administered and May Be Dismissed; and (VI) Granting Related Relief [Filed: 8/17/20] (Docket. 749).

    e)   Notice of Entry of Amended Initial Order Granting Debtors' Motion for Entry of an Order: (I) Implementing Settlement Distribution; (II) Authorizing Transfer of Certain Litigation to RSA; (III) Authorizing the Abandonment of Certain Property; (IV) Authorizing the Dissolution of the Debtors; (V) Authorizing Debtors to Certify the Estates Have Been Fully Administered and May Be Dismissed; and (VI) Granting Related Relief [Filed: 8/18/20] (Docket. 753).

Status:  The Debtors will provide a status update on the remaining tasks before submitting final dismissal order.

## FINAL FEE APPLICATION MATTERS

2. Final fee applications of certain estate professionals are scheduled for this hearing. Attached hereto as Exhibit A is an index of the fee applications scheduled to be heard. The items listed on Exhibit A correspond to the order of the fee applications, and documents related thereto, that are in the fee application binder submitted to the Court, pursuant to the Court's Chambers' Procedures.

   Response Deadline:   See attached Exhibit A.

   Responses Received:  See attached Exhibit A.

   Related Documents:

   a) Certification of Counsel Regarding Proposed Omnibus Order Approving Final Fee Applications for Compensation and Reimbursement of Expenses [Filed: 9/21/20] (Docket No. 771).

   Status:  A proposed omnibus fee order has been filed under certification of counsel.  The Debtors request entry of the proposed omnibus fee order attached to the certification of counsel.  No hearing is necessary unless the Court has any questions.

| | |
|---|---|
| Dated: September 21, 2020 | PACHULSKI STANG ZIEHL & JONES LLP |

*/s/ Peter J. Keane*

Jeffrey N. Pomerantz (CA Bar No. 143717)
Debra I. Grassgreen (CA Bar No. 169978)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email: jpomerantz@pszjlaw.com
         dgrassgreen@pszjlaw.com
         pkeane@pszjlaw.com

*Counsel for the Debtors and Debtors-in-Possession*