# Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>iPic-Gold Class Entertainment, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11739 (LSS)<br><br>(Jointly Administered) |

**AMENDED[2] INDEX TO FEE APPLICATION BINDERS IN CONNECTION WITH NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 23, 2020 AT 11:00 A.M.**

Dated: September 21, 2020

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717)
Debra I. Grassgreen (CA Bar No. 169978)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: jpomerantz@pszjlaw.com
dgrassgreen@pszjlaw.com
pkeane@pszjlaw.com

*Counsel for the Debtors and Debtors-in-Possession*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: iPic Entertainment Inc. (9582); iPic-Gold Class Entertainment, LLC (4684); iPic Gold Class Holdings LLC (6315); iPic Media LLC (0150); iPic Texas, LLC (N/A); and Delray Beach Holdings, LLC (1035). The Debtors' principal place of business is 433 Plaza Real, Suite 335, Boca Raton, FL 33432.

[2] **Items in bold reflect changes made to the index from the previous version sent to Chambers on September 16, 2020.**

**Pachulski Stang Ziehl & Jones LLP – Counsel to the Debtors**

1. Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtors for the Period from August 5, 2019 through July 31, 2020 [Filed: 8/18/20] (Docket No. 752).

Response Deadline: September 8, 2020 at 4:00 p.m. Eastern Time.

Responses Received: None.

Related Documents:

a) Ninth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel to the Debtors for the Period from April 1, 2020 through April 30, 2020 [Filed: 6/4/20] (Docket No. 718).

b) Certification of No Objection Regarding Docket No. 718 [Filed: 6/26/20] (Docket No. 727).

c) Tenth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel to the Debtors for the Period from May 1, 2020 through May 31, 2020 [Filed: 6/24/20] (Docket No. 725).

d) Certification of No Objection Regarding Docket No. 725 [Filed: 7/16/20] (Docket No. 738).

e) Eleventh Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel to the Debtors for the Period from June 1, 2020 through July 1, 2020 [Filed: 7/7/20] (Docket No. 732).

f) Certification of No Objection Regarding Docket No. 732 [Filed: 7/29/20] (Docket No. 742).

g) Certification of No Objection Regarding Docket No. 752 [Filed: 9/9/20] (Docket No. 765).

Status: This matter will go forward.

**Crowe LLP – Tax Services Provider to the Debtors**

2. First and Final Application for Compensation and Reimbursement of Expenses of Crowe LLP, as Tax Services Provider for the Debtors for the Period from August 5, 2019 through July 31, 2020 [Filed: 8/28/20] (Docket No. 763).

Response Deadline: September 18, 2020 at 4:00 p.m. Eastern Time.

Responses Received: None as of the date hereof.

Related Documents:

**a) Certification of No Objection Regarding Docket No. 763 [Filed: 9/21/20] (Docket No. 772).**

Status: This matter will go forward.

**Cole Schotz P.C. – Counsel to the Official Committee of Unsecured Creditors**

3. Final Fee Application of Cole Schotz P.C. for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Co-Counsel to the Official Committee of Unsecured Creditors for the Final Period from August 14, 2019 through July 31, 2020 [Filed: 8/24/20] (Docket No. 761).

   Response Deadline: September 14, 2020 at 4:00 p.m. Eastern Time.

   Responses Received: None.

   Related Documents:

   a) Ninth Monthly Fee Application of Cole Schotz P.C., Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2020 through April 30, 2020 [Filed: 5/20/20] (Docket No. 695).

   b) Certification of No Objection Regarding Docket No. 695 [Filed: 6/11/20] (Docket No. 721).

   c) Tenth Monthly Fee Application of Cole Schotz P.C., Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2020 through May 31, 2020 [Filed: 6/19/20] (Docket No. 723).

   d) Certification of No Objection Regarding Docket No. 723 [Filed: 7/13/20] (Docket No. 737).

   e) Eleventh Monthly Fee Application of Cole Schotz P.C., Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2020 through June 30, 2020 [Filed: 7/10/20] (Docket No. 734).

   f) Certification of No Objection Regarding Docket No. 734 [Filed: 8/3/20] (Docket No. 743).

   g) Twelfth Monthly Fee Application of Cole Schotz P.C., Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2020 through July 31, 2020 [Filed: 8/19/20] (Docket No. 756).

   h) Certification of No Objection Regarding Docket No. 756 [Filed: 9/10/20] (Docket No. 766).

   i) Certification of No Objection Regarding Docket No. 761 [Filed: 9/15/20] (Docket No. 768).

   Status: This matter will go forward.

**Dundon Advisers LLC – Financial Advisor to the Official Committee of Unsecured Creditors**

4. Final Fee Application of Dundon Advisers LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from August 14, 2019 through July 31, 2020 [Filed: 8/24/20] (Docket No. 762).

   Response Deadline: September 14, 2020 at 4:00 p.m. Eastern Time.

   Responses Received: None.

   Related Documents:

   a) Second Combined Monthly Fee Application of Dundon Advisers Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2019 through December 31, 2019 [Filed: 7/13/20] (Docket No. 735).

   b) Certification of No Objection Regarding Docket No. 735 [Filed: 8/4/20] (Docket No. 745).

   c) Third Combined Monthly Fee Application of Dundon Advisers Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2020 through February 28, 2020 [Filed: 7/13/20] (Docket No. 736).

   d) Certification of No Objection Regarding Docket No. 736 [Filed: 8/4/20] (Docket No. 746).

   e) Certification of No Objection Regarding Docket No. 762 [Filed: 9/15/20] (Docket No. 769).

   Status: This matter will go forward.