# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| iPic-Gold Class Entertainment, LLC, *et al.*,[1] | Case No. 19-11739 (LSS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

        I, Peter J. Keane, hereby certify that on the 21st day of September, 2020, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**Notice of Agenda of Matters Scheduled for Telephonic Hearing on September 23, 2020 at 11:00 a.m. (Eastern Time)**

        */s/ Peter J. Keane*
        Peter J. Keane (DE Bar No. 5503)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: iPic Entertainment Inc. (9582); iPic-Gold Class Entertainment, LLC (4684); iPic Gold Class Holdings LLC (6315); iPic Media LLC (0150); iPic Texas, LLC (N/A); and Delray Beach Holdings, LLC (1035). The Debtors' principal place of business is 433 Plaza Real, Suite 335, Boca Raton, FL 33432.

iPic-Gold Class Entertainment 2002 Service List EXPEDITED
Case No. 19-11739 (LSS)
Document No. 224843
01 – Express
03 – Overnight Delivery
65 – Email

(Counsel for the Debtors)
Jeffrey N. Pomerantz, Esquire
Debra I. Grassgreen, Esquire
Joshua M. Fried, Esquire
Peter J. Keane, Esquire
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19801
Email: jpomerantz@pszjlaw.com; dgrassgreen@pszjlaw.com; jfried@pszjlaw.com; pkeane@pszjlaw.com

**EXPRESS MAIL**
(Counsel to American Express National Bank)
Sabari Mukherjee, Claims Administrator
Becket & Lee LLP
PO Box 3001
Malvern, PA  19355-0701

**OVERNIGHT DELIVERY**
Office of General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC  20220

**OVERNIGHT DELIVERY**
Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street (Zip 19104)
Mail Stop 5-Q30.133
Philadelphia, PA  19101

**OVERNIGHT DELIVERY**
(Counsel to Dezer Intracoastal Mall LLC)
Saul Ewing Arnstein & Lehr LLP
Southeast Financial Center
200 S. Biscayne Blvd., Suite 3600
Miami, FL  33131

**EMAIL**
(United States Trustee)
Benjamin A. Hackman, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building, Suite 2207
844 King Street
Lockbox 35
Wilmington, DE  19801
Email: benjamin.a.hackman@usdoj.gov

**EMAIL**
(State Attorney General)
Kathy Jennings, Esquire
Delaware Department of Justice
Carvel State Office Building, 6th Floor
820 N. French Street
Wilmington, DE  19801
Email: attorney.general@delaware.gov

**EMAIL**
Attn: Bankruptcy Administrator
Delaware Division of Revenue
Carvel State Office Building, 8th Floor
820 N. French Street
Wilmington, DE  19801
Email: fasnotify@delaware.gov

**EMAIL**
(United States Attorney)
David C. Weiss, Esquire
c/o Ellen Slights, Esquire
US Attorney's Office
District of Delaware
Hercules Building, Suite 400
1313 N. Market Street
Wilmington, DE  19801
Email: usade.ecfbankruptcy@usdoj.gov

**EMAIL**
(United States Attorney General)
William Barr, Esquire
Office of the US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW, Room 4400
Washington, DC 20530-0001
Email: askdoj@usdoj.gov

**EMAIL**
State of Delaware
Division of Corporations – Franchise Tax
John G. Townsend Building, Suite 4
401 Federal Street
Dover, DE 19901
Email: dosdoc_bankruptcy@state.de.us

**EMAIL**
Delaware Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE 19904
Email: statetreasurer@state.de.us

**EMAIL**
Office of General Counsel
Securities & Exchange Commission
100 F Street, NE
Washington, DC 20554
Email: secbankruptcy-ogc-ado@sec.gov
secbankruptcy@sec.gov

**EMAIL**
Sharon Binger, Regional Director
Philadelphia Regional Office
Securities & Exchange Commission
One Penn Center, Suite 520
1617 JFK Boulevard
Philadelphia, PA 19103
Email: philadelphia@sec.gov

**EMAIL**
Andrew Calamari, Regional Director
New York Regional Office
Securities & Exchange Commission
Brookfield Place, Suite 400
200 Vesey Street
New York, NY 10281
Email: bankruptcynoticeschr@sec.gov
nyrobankruptcy@sec.gov

**EMAIL**
Office of the Chief Counsel
Pension Benefit Guaranty Corporation
1200 K Street, NW
Washington, DC 20005
Email: efile@pbgc.gov

**EMAIL**
(Counsel to Federal Realty Investment
Trust; Starwood Retail Partners LLC)
Leslie C. Heilman, Esquire
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801-3034
Email: heilmanl@ballardspahr.com

**EMAIL**
(Counsel to Washington Prime Group, Inc.)
Ronald E. Gold, Esquire
A.J. Webb, Esquire
Frost Brown Todd LLC
3300 Great American Tower
301 E. Fourth Street
Cincinnati, OH 45202
Email: rgold@fbtlaw.com;
awebb@fbtlaw.com

**EMAIL**
(Counsel to Teachers' Retirement System of Alabama ("TRSA") and Employees' Retirement System of Alabama ("ERSA"))
Richard A. Robinson, Esquire
J. Cory Falgowski, Esquire
Burr & Forman LLP
1201 N. Market Street, Suite 1407
Wilmington, DE  19801
Email: rrobinson@burr.com; jfalgowski@burr.com

**EMAIL**
(Counsel to Teachers' Retirement System of Alabama ("TRSA") and Employees' Retirement System of Alabama ("ERSA"))
Derek F. Meek, Esquire
Jeffrey T. Baker, Esquire
Burr & Forman LLP
420 N. 20th Street, Suite 3400
Birmingham, AL  35203
Email: dmeek@burr.com; jbaker@burr.com

**EMAIL**
Simon Property Group, L.P.
Attn: Ronald M. Tucker, Esquire
225 W. Washington Street
Indianapolis, IN  46204
Email: rtucker@simon.com

**EMAIL**
(Landlord)
Kristen N. Pate, Esquire
Brookfield Property REIT, Inc., as Agent
350 N. Orleans Street, Suite 300
Chicago, IL  60654-1607
Email: bk@brookfieldpropertiesretail.com

**EMAIL**
(Counsel to Brookfield Property REIT, Inc., Regency Centers L.P. and Shopcore Properties L.P.)
Robert L. LeHane, Esquire
Jennifer D. Raviele, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178
Email: kdwbankruptcydepartment@kelleydrye.com
rlehane@kelleydrye.com;
jraviele@kelleydrye.com

**EMAIL**
(Counsel to City of Fairview)
Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX  75207
Email:  dallas.bankruptcy@publicans.com

**EMAIL**
(Counsel to Harris County)
John C. Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
Houston, TX  77253-3064
Email: houston_bankruptcy@publicans.com

**EMAIL**
(Counsel to Delray Beach 4th & 5th Avenue LLC)
Michael R. Lastowski, Esquire
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE  19801-1659
Email:  mlastowski@duanemorris.com

**EMAIL**
(Counsel to Delray Beach 4th & 5th Avenue LLC)
James F. Wallack, Esquire
Peter Bilowz, Esquire
Goulston & Storrs PC
400 Atlantic Avenue
Boston, MA  02110-3333
Email: jwallack@goulstonstorrs.com;
pbilowz@goulstonstorrs.com

**EMAIL**
(Counsel to Starwood Retail Partners LLC)
Dustin P. Branch, Esquire
Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA  90067-2909
Email: branchd@ballardspahr.com

**EMAIL**
(Counsel to TDC Fort Lee LLC)
Carey D. Schreiber, Esquire
Winston & Strawn LLP
200 Park Avenue
New York, NY  10166-4193
Email: cschreiber@winston.com

**EMAIL**
(Counsel to TDC Fort Lee LLC)
Gregory A. Taylor, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE  19801
Email: gtaylor@ashbygeddes.com

**EMAIL**
(Counsel to Paramount Pictures Corporation)
Richard Stern, Esquire
Stephan E. Hornung, Esquire
Luskin, Stern & Eisler LLP
Eleven Times Square
New York, NY  10036
Email: stern@lsellp.com;
hornung@lsellp.com

**EMAIL**
(Counsel to the Official Committee of Unsecured Creditors)
Norman L. Pernik, Esquire
Patrick J. Reilley, Esquire
G. David Dean, Esquire
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Email:  npernick@coleschotz.com;
ddean@coleschotz.com;
preilley@coleschotz.com

**EMAIL**
(Counsel to Maricopa County Treasurer)
Peter Muthig, Esquire
Maricopa County Attorney's Office
Civil Services Division
225 W. Madison Street
Phoenix, AZ  85003
Email: muthigk@mcao.maricopa.gov

**EMAIL**
(Counsel to South Street Seaport L.P.)
Howard Marc Spector, Esquire
Spector & Johnson, PLLC
12770 Coit Road, Suite 1100
Dallas, TX  75251
Email: hmspector@spectorjohnson.com

**EMAIL**
(Counsel to South Street Seaport L.P.)
Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE  19801
Email: rmersky@monlaw.com

**EMAIL**
(Counsel to Ecostruction, LLC)
Brett D. Lieberman, Esquire
Edelboim Lieberman Revah Oshinsky PLLC
110 Tower – 110 SE 6th Street, Suite 1700
Fort Lauderdale, FL  33301
Email: brett@elrolaw.com

**EMAIL**
(Counsel to Ecostruction, LLC)
Frederick B. Rosner, Esquire
Jason A. Gibson, Esquire
The Rosner Law Group LLC
824 N. Market Street, Suite 810
Wilmington, DE 19801
Email: rosner@teamrosner.com;
gibson@teamrosner.com

**EMAIL**
(Counsel to Dezer Intracoastal Mall LLC)
Aaron S. Applebaum, Esquire
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Email: aaron.applebaum@saul.com

**EMAIL**
(Counsel to Travis County)
Jason A. Starks, Esquire
Travis County
PO Box 1748
Austin, TX 78767
Email: jason.starks@traviscountytx.gov

**EMAIL**
(Counsel to Avco Center Corporation)
Daniel J. McCarthy, Esquire
Hill, Farrer & Burrill LLP
300 S. Grand Avenue, 37th Floor
Los Angeles, CA 90071-31476
Email: dmccarthy@hillfarrer.com

**EMAIL**
(Counsel to Best Restaurant Equipment and Design Inc.)
Randal D. Robinson, Esquire
Carolyn M. Easterday, Esquire
Burman & Robinson
580 S. High Street, Suite 250
Columbus, OH 43215
Email: robinson@burmanrobinson.com;
easterday@burmanrobinson.com

**EMAIL**
(Counsel to C. Hodges & Associates PLLC d/b/a Hodges Architecture)
E. P. Keiffer, Esq.
Rochelle McCullough, LLP
325 N. St. Paul Street, Suite 4500
Dallas, TX 75201
Email: pkeiffer@romclaw.com

**EMAIL**
(Counsel to OSR Trading, LLC d/b/a Les Fleurs D'Almir)
Harry J. Ross, Esq.
6100 Glades Road, Suite 211
Boca Raton, FL 33434
Email: hross@hjrlaw.com

**EMAIL**
(Counsel to Outfront Media LLC)
Claudio E. Iannitelli, Esquire
Iannitelli Marcolini, P.C.
5353 N. 16th Street, Suite 315
Phoenix, AZ 85016
Email: cei@imlawpc.com

**EMAIL**
(Counsel to Seritage SRC Finance LLC)
Michael Busenkell, Esquire
Gellert Scali Busenkell & Brown, LLC
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Email: mbusenkell@gsbblaw.com

**EMAIL**
(Counsel to Metropica Series C Venture, LLC)
Michael S. Tucker, Esquire
Ulmer & Berne LLP
1660 W. 2nd Street, Suite 1100
Cleveland, OH 44113-1448
Email: mtucker@ulmer.com

**EMAIL**
(Counsel to Empire Office, Inc.)
Daniel E. Budorick, Esquire
Peckar & Abramson, P.C.
30 N. LaSalle Street, Suite 4126
Chicago, IL  60602
Email: dbudorick@pecklaw.com

**EMAIL**
(Counsel to Empire Office, Inc.)
Kathleen M. Miller, Esquire
Smith, Katzenstein & Jenkins LLP
1000 West Street, Suite 1501
Wilmington, DE  19801
Email: kmiller@skjlaw.com

**EMAIL**
(Counsel to Collin County Tax Assessor/Collector)
Larry R. Boyd, Esquire
Chad Timmons, Esquire
Emily M. Hahn, Esquire
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 Redbud Blvd, Suite 300
McKinney, TX  75069
Email: lboyd@abernathy-law.com;
ctimmons@abernathy-law.com;
ehahn@abernathy-law.com;
bankruptcy@abernathy-law.com