**Exhibit A**

| Date Filed | Dkt. No. | Applicant | Final Fee Period | Fees | Expenses | Total |
|---|---|---|---|---|---|---|
| **Counsel to the Debtors** | | | | | | |
| 08/18/20 | 752 | Pachulski Stang Ziehl & Jones LLP | 08/05/19 – 07/31/20 | $1,795,367.75 | $116,844.51 | $1,912,212.26 |
| **Tax Services Provider to the Debtors** | | | | | | |
| 8/28/20 | 763 | Crowe LLP | 08/05/19 – 07/31/20 | $233,061.00 | $0.00 | $233,061.00 |
| **Counsel to the Official Committee of Unsecured Creditors** | | | | | | |
| 08/24/20 | 761 | Cole Schotz P.C. | 08/14/19 – 07/31/20 | $554,006.00 | $12,989.78 | $566,995.78 |
| **Financial Advisor to the Official Committee of Unsecured Creditors** | | | | | | |
| 08/24/20 | 762 | Dundon Advisers LLC | 08/14/19 – 07/31/20 | $228,810.00 | $141.78 | $228,951.78 |